<pre>
 1                UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF TEXAS
 2                    HOUSTON DIVISION

 3   ****************************************************************

 4   UNITED STATES OF AMERICA        4:15-CR-00566-1

 5
     VS.                            HOUSTON, TEXAS
 6

 7   LEE ROY VILLARREAL             JUNE 22, 2022

 8
     ****************************************************************
 9
                TRANSCRIPT OF JURY TRIAL PROCEEDINGS
10                            DAY 7
            HEARD BEFORE THE HONORABLE ANDREW S. HANEN
11                  UNITED STATES DISTRICT JUDGE

12   ****************************************************************

13   APPEARANCES:

14
     FOR THE GOVERNMENT:            MR. ANIBAL J. ALANIZ
15                                  MS. CASEY NICOLE MACDONALD
                                    U.S. Attorney's Office
16                                  1000 Louisiana Street
                                    Suite 2300
17                                  Houston, Texas 77002

18
     FOR THE DEFENDANT:             MR. EDWIN GERALD MORRIS
19                                  Attorney at Law
                                    505 West 12th Street
20                                  Suite 206
                                    Austin, Texas 78701
21

22                                  MS. ANGELICA PATRICE COGLIANO
                                    Cogliano Law Firm
23                                  2202 Lake Austin Boulevard
                                    Austin, Texas 78703
24
             Proceedings recorded by mechanical stenography,
25   transcript produced via computer.
</pre>

```
 1                                    MS. ADDY MALDONADO MIRO
                                      Law Office of Addy Miro
 2                                    608 West 8th Street
                                      Austin, Texas 78701
 3

 4      Official Court Reporter:      Lanie M. Smith, CSR, RMR, CRR
                                      Official Court Reporter
 5                                    United States District Court
                                      Southern District of Texas
 6                                    515 Rusk
                                      Room 8004
 7                                    Houston, Texas 77002

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1            EXAMINATION INDEX
                                    PAGE NO.
2

3
**Jury Charge**......................................    5

4
**Closing Arguments**

5
            By Ms. MacDonald...........................   37
6           By Ms. Cogliano............................   85
            By Mr. Morris..............................  113
7           By Mr. Alaniz..............................  134

8
**Jury Deliberates**..................................  144
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**P R O C E E D I N G S**

M O R N I N G   S E S S I O N

(June 22, 2022)

THE COURT:  All right.  You will see that we added the overt acts as an appendix and then we added a special interrogatory so we actually have two special interrogatories after Issue 1, Count 1.

MR. ALANIZ:  The government has reviewed the jury charge, Your Honor; and we have no objection to the jury charge at all.

THE COURT:  All right.  Mr. Morris and Ms. Cogliano, are you okay with it?

MS. COGLIANO:  Yes, Judge.

MR. MORRIS:  Yes.

MS. COGLIANO:  Thank you.

THE COURT:  All right.  I just wanted to make sure.

Let me a comment here.  I am okay to a certain extent if you move around with two caveats.

One, I don't want you crawling in the jury box; and two, you need to keep your voice up because, you know, as you've learned over the last eight or nine days, this courtroom has terrible acoustics.  In fact, I'm trading courtrooms.  As soon as this trial is over, I'm going next door because the acoustics are better.

And the reason I say that, I see someone setting

1  up an easel and I'm fine with you going to the easel.  But keep

2  in mind that I have to hear you, the court reporter has to hear

3  you, and the jury has to hear you, more important than even the

4  court reporter and me.

08:52AM  5        All right.  I'm going to step off for about 10

6  minutes, come back, and we'll start.

7                    (Court is in recess.)

8        THE COURT:  Okay.  Y'all can be seated.  We were short

9  a juror, but he's here now so we are ready to go.  And it's

09:04AM 10  9:04 so that's virtually on time; it's as close as we get.

11        COURTROOM SECURITY OFFICER:  All rise for the jury.

12                (The jury entered the courtroom.)

13        THE COURT:  All right.  Ladies and gentlemen, be

14  seated.  Good morning.

09:05AM 15        Now is the most exciting time of trial.  You get

16  to listen to me read to you for 20 minutes.

17        As I said, some of these instructions will be a

18  little wordy, but don't worry about it.  We're going to give

19  them to you.  So when you go back and deliberate, you're going

09:06AM 20  to each have your own copy of them to work through.

21        Members of the jury, in any jury trial there are

22  in effect two judges.  I'm one of the judges and the other is

23  you, the jury.  It is my duty and has been my duty to preside

24  over the trial and to decide what evidence is proper for your

09:06AM 25  consideration.

1          It is also my duty at the end of the trial to

2     explain to you the rules of law that you must follow and apply

3     in arriving at your verdict.  First, I will give you some

4     general instructions which apply in every case; for example,

09:06AM  5     instructions about the burden of proof and how to judge the

6     believability of the witnesses.

7          Then I will give you specific rules of law about

8     this particular case.  And then finally, I'll explain to you

9     the procedures you should follow in your deliberations.

09:06AM  10          You, as jurors, are the judges of the facts.  But

11     in determining what actually happened, that is, in reaching

12     your decisions as to the facts, it is your sworn duty to follow

13     all the rules of law as I explain them to you.

14          You have no right to disregard or give special

09:07AM  15     attention to any one instruction or to question the wisdom or

16     correctness of any rule I may state to you.

17          You must not substitute or follow your own notion

18     or opinion as to what the law is or ought to be.  It is your

19     duty to apply the law as I explain it to you regardless of the

09:07AM  20     consequences.

21          It is also your duty to base your verdict solely

22     upon the evidence without prejudice or sympathy.  Do not let

23     any bias, sympathy, or prejudice that you may feel toward one

24     side or the other influence your decision in any way.  That was

09:07AM  25     the promise you made and the oath you took before being

1  accepted by the parties as jurors and they have a right to

2  expect nothing less.

3  You have heard references to indictments and

4  superseding indictments.  Both serve as charging documents that

09:08AM  5  begin the criminal proceedings against the defendant.

6  An indictment is a criminal charge issued by a

7  grand jury.  A superseding indictment is merely an indictment

8  that has been amended and takes the place of the original

9  indictment.

09:08AM  10  Neither an indictment nor a superseding

11  indictment filed against the defendant is evidence of guilt.

12  The defendant is presumed by the law to be innocent.  The

13  presumption of innocence means that the defendant starts the

14  trial with a clean slate.

09:08AM  15  In other words, the defendant is presumed by you

16  to be innocent throughout your deliberations until such a time

17  as a jury you are satisfied that the government has proven the

18  defendant guilty beyond a reasonable doubt.

19  Unless you are satisfied beyond a reasonable

09:08AM  20  doubt that the defendant is guilty, that presumption alone is

21  sufficient to find -- for you to find the defendant not guilty.

22  The government has the burden of proving the

23  defendant guilty beyond a reasonable doubt and if it fails to

24  do so, you must acquit the defendant.  The burden of proof

09:09AM  25  rests with the government throughout the entire case, and it

1    never shifts to the defendant.

2              These rules regarding the burden of proof apply

3    to all questions on the verdict form, including the special

4    interrogatories following the question regarding Count 1.

09:09AM  5              While the burden of proof -- while the

6    government's burden of proof is a strict or heavy burden, it is

7    not necessary that the defendant's guilt be proved beyond all

8    possible doubt.

9              It is only required that the government's proof

09:09AM 10    exclude any reasonable doubt concerning the defendant's guilt.

11    A reasonable doubt is a doubt based upon reason and common

12    sense after careful and impartial consideration of all the

13    evidence in the case.

14              Proof beyond a reasonable doubt, therefore, is

09:09AM 15    proof of such a convincing character that you would be willing

16    to rely and act upon it without hesitation in the most

17    important of your own affairs.

18              The superseding indictment charges that the

19    offenses were committed in or around or on or about specified

09:10AM 20    dates.

21              Count 1 alleges the conspiracy to possess with

22    intent to distribute controlled substances began on or about

23    April 1, 2011, and continued thereafter to on or about

24    February 20, 2016.

09:10AM 25              Count 2 alleges that the conspiracy to kidnap

1    Felipe Guerra and Gerardo Olivarez began on or about

2    May 1, 2011, to on or about May 28, 2011.

3           Count 3 alleges that the kidnapping of

4    Ovidio Guerrero occurred on or about May 28, 2011.  The

09:10AM 5    government does not have to prove that the alleged crimes were

6    committed on those exact dates, so long as the government

7    proves beyond a reasonable doubt that the defendant committed

8    the crimes on a date reasonably near the dates stated in the

9    superseding indictment.

09:11AM 10          As I told you earlier, it is your duty to

11   determine the facts.  In doing so, you must consider only the

12   evidence presented during the trial, including the sworn

13   testimony of the witnesses, the stipulation of the parties, and

14   the exhibits.  Remember that any questions, statements,

09:11AM 15   objections, or arguments made by the lawyers are not evidence.

16          The function of the lawyers is to point out those

17   things that are most significant or most helpful to their side

18   of the case and in doing so to call your attention to certain

19   facts or inferences that might otherwise escape your notice.

09:11AM 20          In the final analysis, however, it is your own

21   recollection and interpretation of the evidence that controls

22   in the case.  What the lawyers say is not binding upon you.

23          During the trial I sustained objections to

24   certain questions.  You must disregard those questions.  Do not

09:11AM 25   speculate as to what the witness would have said if permitted

1    to answer the question.

2         Your verdict must be based solely on the legally

3    admissible evidence and testimony.  Do not consider any

4    testimony that I may have told you that you cannot consider.

09:12AM  5         Also do not assume from anything I may have done

6    or said during the trial that I have any opinion concerning any

7    of the issues in the case.

8         Except for the instructions to you on the law,

9    you should disregard anything I may have said during the trial

09:12AM 10    in arriving at your own findings as to the facts.  If you took

11    notes during the trial, your notes should be used only as

12    memory aids.  You should not give your notes precedence over

13    your independent recollection of the evidence.

14         If you did not take notes, you should rely on

09:12AM 15    your own independent recollection of the proceedings and you

16    should not be influenced by the notes of the jurors -- of the

17    other jurors.

18         Notes are not entitled to any greater weight than

19    the memory or impression of each juror as to what the testimony

09:12AM 20    may have been.  Whether you took notes or not, each of you must

21    form and express your own opinion as to the facts of the case.

22         You should not be concerned about whether the

23    evidence is direct or circumstantial.  Direct evidence is the

24    testimony of one who asserts actual knowledge of a fact such as

09:13AM 25    an eyewitness.  Circumstantial evidence is proof of a chain of

1    events and circumstances indicating that something is or is not

2    a fact.

3              The law makes no distinction between the weight

4    you may give to either direct or circumstantial evidence.  You

09:13AM  5    should consider and weigh all of the evidence that was

6    presented to you.

7              In considering the evidence, you're permitted to

8    draw such reasonable inferences from the testimony and exhibits

9    as you feel are justified in the light of common experience.

09:13AM 10              In other words, you may make deductions and reach

11    conclusions that reason and common sense lead you to draw from

12    the facts which have been established by the evidence.

13              I remind you it is your job to decide whether the

14    government has proven the guilt of the defendant beyond a

09:13AM 15    reasonable doubt.  In doing so, you must consider all of the

16    evidence.

17              This does not mean, however, that you must accept

18    all of the evidence as true or accurate.  You are the sole

19    judges of the credibility or believability of each witness and

09:14AM 20    the weight to be given the witness' testimony.

21              An important part of your job will be making

22    judgments about the testimony of the witnesses who testified in

23    this case.  You should decide whether you believe all or any

24    part of what each person had to say and how important that

09:14AM 25    testimony was.

1    In making that decision, I suggest you ask

2  yourself a few questions.  Did the person impress you as

3  honest?  Did the witness have any particular reason not to tell

4  the truth?  Did the witness have a personal interest in the

09:14AM  5  outcome of the case?  Did the witness have any relationship

6  with either the government or the defense?  Did the witness

7  seem to have a good memory?  Did the witness clearly see or

8  hear the things about which he or she testified?  Did the

9  witness have the opportunity and ability to understand the

09:14AM 10  questions clearly and answer them directly?  Did the witness's

11  testimony differ from the testimony of other witnesses?

12    These are a few of the considerations that will

13  help you to determine the accuracy of what each witness said.

14  The testimony of the defendant should be weighed and his

09:15AM 15  credibility evaluated in the same way as any other witness.

16    Your job is to think about the testimony of each

17  witness you have heard and decide how much you believe of what

18  each witness had to say.  The testimony of any witness may be

19  discredited by showing that the witness testified falsely

09:15AM 20  concerning a material matter or by evidence that at some other

21  time the witness said or did something or failed to say or do

22  something which is inconsistent with the testimony the witness

23  gave at the trial.

24    Earlier statements of the witness, Luis Miguel

09:15AM 25  Hernandez, were not admitted in evidence to prove the

1  contents -- that the statements were true.  You may not

2  consider the earlier statements to prove that the content of an

3  earlier statement is true.  You may only use the earlier

4  statement to determine whether you think the earlier statements

09:16AM 5  are consistent or inconsistent with the testimony of the

6  witness and therefore whether they affect the credibility of

7  that witness.

8  If you believe that a witness has been

9  discredited in this manner, it is your exclusive right to give

09:16AM 10  the testimony of that witness whatever weight you think it

11  deserves.

12  You have heard evidence of certain alleged acts

13  involving the defendant which may be similar to those charged

14  in the superseding indictment, but which were committed on

09:16AM 15  other occasions.  These acts were described by Ezequiel Mata,

16  Pedro Estrada, and Ricardo Ramon.

17  Ezequiel Mata described marijuana loads he

18  received from South Texas and transported to Michigan in 2009.

19  Pedro Estrada described a search that was performed on the

09:16AM 20  defendant's residence in Rio Grande City in 2007.  And

21  Ricardo Ramon described an interaction he had with the

22  defendant when the defendant's vehicle was inspected at the

23  Hidalgo port of entry in 2009.

24  You must not consider any of the evidence from

09:17AM 25  these individuals in deciding if the defendant committed the

acts charged in the superseding indictment.  However, you may

consider the evidence -- giving it the weight you think it

deserves -- for other very limited purposes.

With respect to the testimony of Ezequiel Mata,

if you find beyond a reasonable doubt from other evidence in

this case that the defendant committed the acts charged in the

superseding indictment, then you may consider evidence of these

similar acts allegedly committed on other occasions to

determine whether the defendant had the knowledge, state of

mind, or intent necessary to commit the crime charged in the

superseding indictment.  These are the limited purposes for

which any evidence of these similar acts may be considered.

With respect to the testimony of Ricardo Ramon

and Pedro Estrada, if you find beyond a reasonable doubt from

other evidence in this case that the defendant did commit the

acts charged in the superseding indictment, then you may

consider evidence of these similar acts allegedly committed on

other occasions to determine whether the defendant had the

motive, opportunity, knowledge, state of mind, or intent

necessary to commit the acts charged in the superseding

indictment.  These are the limited purposes for which any

evidence of these similar acts may be considered.

You have been told that certain witnesses have

been convicted of felonies.  A conviction is a factor you may

consider in deciding whether to believe that witness.  It has

1   been brought to your attention only because you may wish to

2   consider it when you decide whether you believe the witness's

3   testimony.  It is not evidence of anything else.

4          The testimony of one who provides evidence

09:18AM 5   against a defendant as a confidential informant for pay, for

6   immunity from punishment, or for personal advantage or

7   vindication must always be examined and weighed by the jury

8   with greater care and caution than the testimony of ordinary

9   witnesses.

09:19AM 10         You, the jury, must decide whether the witness's

11  testimony has been affected by these circumstances, by the

12  witness's interest in the outcome of the case, by prejudice

13  against the defendant, or by the benefits that the witness has

14  received either financially or as a result of being immunized

09:19AM 15  from prosecution.  You should keep in mind that such testimony

16  is always to be received with caution and weighed with great

17  care.

18         You should never convict any defendant upon the

19  unsupported testimony of any such witness unless you believe

09:19AM 20  the testimony beyond a reasonable doubt.

21         In this case the government called several

22  witnesses with whom the government has entered into contractual

23  plea agreements who are alleged to be accomplices or

24  co-defendants in this case or who were or are defendants in

09:19AM 25  other cases.

1          The agreements provides -- the agreements

2     provide -- my first typo -- I made it eight pages without a

3     typo.

4          The agreements provide for nonbinding

09:20AM 5     recommendations for a favorable sentence.  Such plea

6     bargaining, as it is called, has been approved as lawful and

7     proper and is expressly provided for in the law.

8          An alleged accomplice, or a defendant in a

9     different case, including the one who has entered into a plea

09:20AM 10    agreement with the government, is not prohibited from

11    testifying.  On the contrary, the testimony of such a witness

12    may alone be sufficient weight -- be of sufficient weight to

13    sustain a verdict of guilty.  You should keep in mind that such

14    testimony is always to be received with caution and weighed

09:20AM 15    with great care.  You should never convict a defendant upon the

16    unsupported testimony of an alleged accomplish unless you

17    believe that testimony beyond a reasonable doubt.

18          The fact that an accomplice has entered a plea of

19    guilty to an offense charged is not evidence of the guilt of

09:20AM 20    any other person.

21          When a chart or summary, or in this case a

22    calendar, has been received into evidence, you should give them

23    only the weight you think they deserve.

24          You are here to decide whether the government has

09:21AM 25    proved beyond a reasonable doubt that the defendant is guilty

1    of the crimes charged.  The defendant is not on trial for any

2    act, conduct, or offense not alleged in the superseding

3    indictment.  Neither are you concerned with the guilt or

4    innocence of any other person or persons not on trial as a

09:21AM   5    defendant in this case.

6              In making up your mind and reaching a verdict, do

7    not make any decisions simply because there were more witnesses

8    on one side than on the other.  Do not reach a conclusion on a

9    particular point just because there were more witnesses

09:21AM  10    testifying for one side on that point.

11              You will always bear in mind, however, that the

12    law never imposes upon a defendant in a criminal case the

13    burden or duty of calling any witnesses or producing any

14    evidence.

09:21AM  15              A separate crime is charged in each count of the

16    superseding indictment.  Each count and the evidence pertaining

17    to it should be considered separately.  The fact that you may

18    find the defendant guilty or not guilty as to one of the crimes

19    charged should not control your verdict as to any other.

09:22AM  20              If the defendant is found guilty, it will be my

21    duty to decide what the punishment will be.  You should not be

22    concerned with punishment in any way.  It should not enter your

23    consideration or discussion.

24              All right.  Those are general rules which pertain

09:22AM  25    primarily in -- or almost always in cases.  Now I want to talk

1  to you about specifically the instructions involving the

2  questions you have to answer.

3         Count 1.

4         Count 1 of the superseding indictment charges the

09:22AM 5  defendant with conspiracy to possess with intent to distribute

6  cocaine and marijuana.  Title 21, United States Code,

7  Section 846, makes it a crime for anyone to conspire with

8  someone else to commit a violation of certain controlled

9  substances laws of the United States.

09:22AM 10         In this case, the defendant is charged with

11  conspiring to possess with intent to distribute a controlled

12  substance, that is, cocaine and marijuana.

13         The object of the conspiracy was to possess with

14  intent to distribute a controlled substance.

09:23AM 15         The elements of the crime of possession with

16  intent to distribute a controlled substance are:

17         First, that an individual knowingly possessed a

18  controlled substance.

19         Second, that the substance was, in fact, cocaine

09:23AM 20  or marijuana.

21         And third, that the individual possessed the

22  substance with the intent to distribute it.

23         Cocaine and marijuana are controlled substances

24  within the meaning of the law.

09:23AM 25         For you to find Lee Roy Villarreal guilty of the

1  crime of conspiracy, you must find that the government has

2  proved each of the following beyond a reasonable doubt:

3          First, that two or more persons, directly or

4  indirectly, reached an agreement to possess with intent to

09:23AM 5  distribute cocaine or marijuana.

6          Second, that Lee Roy Villarreal knew of the

7  unlawful purpose of the agreement.

8          And third, that Lee Roy Villarreal joined in the

9  agreement willfully, that is, with the intent to further its

09:23AM 10  unlawful purpose.

11          Fourth, that the overall scope of the conspiracy

12  involved at least 5 kilograms of a mixture or substance

13  containing a detectable amount of cocaine or more than a

14  thousand kilograms of a mixture or substance containing a

09:24AM 15  detectable amount of marijuana.

16          And fifth, that Lee Roy Villarreal knew or

17  reasonably should known that the scope of the conspiracy

18  involved at least 5 kilograms of a mixture or substance

19  containing a detectable amount of cocaine or more than a

09:24AM 20  thousand kilograms of a mixture or substance containing a

21  detectable amount of marijuana.

22          To "possess with intent to distribute" simply

23  means to possess with intent to deliver or transfer possession

24  of a controlled substance to another person, with or without

09:24AM 25  any financial interest in the transaction.

1        "Possession," as that term is used in the

2  instructions, may be of two kinds:  Actual possession or

3  constructive possession.

4        A person who knowingly has direct physical

09:24AM 5  control over a thing at a given time is in actual possession of

6  it.

7        A person who, although not in actual possession,

8  knowingly has both the power and the intention at a given time

9  to exercise dominion or control over a thing, either directly

09:25AM 10  or through another person or persons, is in constructive

11  possession of it.

12        Possession may be sole or joint.  If one person

13  alone has actual or constructive possession of a thing,

14  possession is sole.  If two or more persons share actual or

09:25AM 15  constructive possession of a thing, possession is joint.

16        You may find that the element of possession is

17  present if you find beyond a reasonable doubt that the

18  defendant had actual or constructive possession, either alone

19  or jointly with others.

09:25AM 20        The word "knowingly," as that term has been used

21  from time to time in these instructions, means that the act was

22  done voluntarily and intentionally, not because of an accident

23  or mistake.

24        The word "willfully," as that term is used from

09:25AM 25  time to time in these instructions, means that the act was

1    committed voluntarily and purposely with the specific intent to

2    do something that the law forbids; that is to say with bad

3    purpose, either to disobey or disregard the law.

4         Now, a conspiracy is an agreement between two or

09:26AM  5    more persons to join together to accomplish some unlawful

6    purpose.  It is a kind of partnership in crime in which each

7    member becomes the agent of every other member.

8         One may become a member of a conspiracy without

9    knowing all the details of the unlawful scheme or the

09:26AM 10    identities of all the other alleged conspirators.  If a

11    defendant understands the nature -- the unlawful nature of a

12    plan or scheme and knowingly and intentionally joins in that

13    plan or scheme on one occasion, that is sufficient to convict

14    him for conspiracy even though the defendant had not

09:26AM 15    participated before and even though the defendant played only a

16    minor part.

17         The government need not prove that the alleged

18    conspirators entered into any formal agreement, nor that they

19    directly stated between themselves all the details of the

09:26AM 20    scheme.

21         Similarly, the government need not prove that all

22    the details of the scheme alleged in the superseding indictment

23    were actually agreed upon or carried out, nor must it prove

24    that all of the persons alleged to have been members of the

09:27AM 25    conspiracy were such, or that the alleged conspirators actually

1       succeeded in accomplishing their unlawful objectives.

2              Now, mere presence at the scene of an event, even

3       with the knowledge a crime is being committed or the mere fact

4       that certain persons may have associated with each other and

09:27AM 5       may have assembled together and discussed common aims and

6       interests does not necessarily establish proof of the existence

7       of a conspiracy.

8              A person who has no knowledge of a conspiracy,

9       but who happens to act in a way that advances some purpose of

09:27AM 10      the conspiracy, does not thereby become a conspirator.  You

11      must determine whether the conspiracy charged in the indictment

12      existed and, if it did, whether the defendant was a member of

13      it.  If you find that the conspiracy charge did not exist, then

14      you must return a not guilty verdict, even though you may find

09:28AM 15      that some other conspiracy existed.  If you find that the

16      defendant was not a member of the conspiracy charged in the

17      indictment, then you must find the defendant not guilty, even

18      though the defendant may have been a member of some other

19      conspiracy.

09:28AM 20             Count 2.

21             Count 2 of the superseding indictment charges

22      Lee Roy Villarreal with conspiracy to kidnap Felipe Guerra and

23      Gerardo Olivarez.  Title 18, United States Code,

24      Section 1201(c), makes it a crime for two or more persons to

09:28AM 25      conspire to commit the offense of kidnapping against the laws

of the United States.

For you to find Lee Roy Villarreal guilty of the crime, you must be convinced that the government has proved each of the following beyond a reasonable doubt:

First, that two or more persons, directly or indirectly, reached an agreement to commit the crime of kidnapping Felipe Guerra or Gerardo Olivarez.

Second -- second typo.

Second, Lee Roy Villarreal knew of the unlawful purpose of the agreement.

Third, that Lee Roy Villarreal joined in the agreement willfully, this is, with the intent to further its unlawful purpose.

And fourth, that at least one of the conspirators during the existence of the conspiracy knowingly committed at least one overt act charged in the superseding indictment in order to accomplish some object or purpose of the conspiracy.

Now, a list of the overt acts charged in the superseding indictment regarding Count 2 is attached hereto as Appendix A.

Let me read Appendix A to you right now.

Appendix A:  List of Alleged Overt Acts As Charged in the Superseding Indictment Regarding Count 2.

One, on or about early May 2011, Miguel Villarreal told Jesus Fernando Gonzales that unknown

1    persons stole kilograms of cocaine from a stash house in the

2    Mission, Texas, area.

3              Two, on or about early May 2011,

4    Miguel Villarreal told Jesus Fernando Gonzalez to call him if

09:30AM 5    he learned a person selling kilograms of cocaine at a cheap

6    price.

7              Three, on or about early May 11, 2011,

8    Jesus Fernando Gonzalez told Miguel Villarreal that

9    Francisco Licea-Guerrero was selling kilograms of cocaine at a

09:30AM 10   cheap price.

11             Four, on or about early May 2011,

12   Miguel Villarreal sent Alan Alpizar-Cordoba to the

13   United States to investigate the theft of the cocaine.

14             Five, on or about early May 2011,

09:30AM 15   Miguel Villarreal sent Hector Gabriel Barrios-Hernandez to the

16   United States to investigate the theft of the cocaine.

17             Six, on or about early May 2011, Jesus

18   Fernando Gonzalez introduced Hector Gabriel Barrios-Hernandez

19   to Francisco Licea-Guerrero.

09:31AM 20             Seven, on or about early May 2011,

21   Lee Roy Villarreal met with the conspirators at Jesus Fernando

22   Gonzalez's mechanic shop.

23             Eight, on or about mid-May 2011, Raul Garza

24   stored firearms at Guadalupe Gonzalez's residence.

09:31AM 25             Nine, on or about mid-May 2011,

1    Lee Roy Villarreal met with the conspirators at

2    Guadalupe Gonzalez's residence.

3            Ten, on or about mid-May 2011, Arturo Armendariz

4    sold one kilogram of cocaine to Francisco Licea Guerrero.

09:31AM  5            11, on or about mid-May 2011, Arturo Armendariz

6    told two kilograms of cocaine to Hector Gabriel

7    Barrios-Hernandez.

8            12, on or about mid-May 2011, FNU, which is first

9    name unknown, LNU, which is last name unknown, a/k/a Chiapas,

09:32AM 10    shot Arturo Armendariz.

11            13, on or about mid-May 2011, Arturo Armendariz

12    told Hector Gabriel Barrios-Hernandez that Felipe Guerra and

13    Gerardo Olivarez gave him the three kilograms of cocaine.

14            14, on or about mid-May 2011, Lee Roy Villarreal

09:32AM 15    met with conspirators at a residence located on Trosper Road in

16    Alton, Texas area.

17            15, on or about mid-May 2011, Lee Roy Villarreal

18    showed conspirators how to use firearms to commit the

19    kidnappings.

09:32AM 20            16, on or about mid-May 2011, Lee Roy Villarreal

21    showed conspirators how to use duct tape to commit the

22    kidnappings.

23            17, on or about mid-May 2011, Roel Garza

24    attempted to kidnap Felipe Guerra.

09:33AM 25            18, on or about mid-May 2011, Victor Romero

1    attempted to kidnap Felipe Guerra.

2             19, on or about May 28, 2011, Lee Roy Villarreal

3    met with the conspirators at a residence located on Trosper

4    Road in the Alton, Texas area.

09:33AM 5        20, on or about May 28, 2011, Gerardo Villarreal

6    drove a Ford truck to Gerardo Olivarez's residence.

7             21, on or about May 28, 2011, Gerardo Villarreal

8    possessed a firearm.

9             22, on or about May 28, 2011, Jose Lorenzo Davila

09:33AM 10   handcuffed Ovidio Guerrero.

11            23, on or about May 28th, Jose Lorenzo Davila put

12   Ovidio Guerrero inside the Ford truck.

13            24, on or about May 28, 2011, Gerardo Villarreal

14   transported Ovidio Guerrero to the residence located on Trosper

09:34AM 15   Road in the Alton, Texas area.

16            25, on or about May 28, 2011,

17   Alan Alpizar-Cordoba conducted surveillance during the

18   kidnapping of Ovidio Guerrero.

19            26, on or about May 28, 2011,

09:34AM 20   Alan Alpizar-Cordoba possessed a firearm.

21            27, on or about May 28, 2011, Hector Gabriel

22   Barrios-Hernandez conducted surveillance during the kidnapping

23   of Ovidio Guerrero.

24            28, on or about May 28, 2011, Roel Garza

09:34AM 25   conducted surveillance during the kidnapping of

1    Ovidio Guerrero.

2              29, on or about May 28, 2011, Roel Garza

3    possessed a firearm.

4              30, on or about May 28, 2011, Orlando Hernandez

09:34AM  5    conducted surveillance during the kidnapping of

6    Ovidio Guerrero.

7              31, on or about May 28, 2011, Orlando Hernandez

8    possessed a firearm.

9              32, on or about May 28, 2011, first name unknown,

09:35AM 10    last name unknown a/k/a Chiapas, a/k/a, also known as Chiapas,

11    conducted surveillance during the kidnapping of

12    Ovidio Guerrero.

13              On or about May 28th -- this is 33.  On or about

14    May 28, 2011, first name unknown, last name unknown a/k/a

09:35AM 15    Chiapas possessed a firearm.

16              34, on or about May 28, 2011, first name unknown,

17    last name unknown a/k/a Payaso conducted surveillance during

18    the kidnapping of Ovidio Guerrero.

19              35, on or about May 28, 2011, first name unknown,

09:35AM 20    last name unknown a/k/a Payaso possessed a firearm.

21              36, on or about May 28, 2011, Jose Lorenzo Davila

22    transported Ovidio Guerrero to Orlando Hernandez's residence in

23    Rio Grande City.

24              37, on or about May 28, 2011, Jose Guadalupe

09:36AM 25    Garza-Ochoa transported Ovidio Guerrero to the banks of the

1  Rio Grande River.

2  All right.  And those are the overt -- alleged

3  overt acts listed in Appendix A.

4  All right.  Back to Count 2.

09:36AM 5  The word "knowingly," as that term is used from

6  time to time in the instructions, means that the act was done

7  voluntarily and intentionally, not because of an accident or

8  mistake.

9  The word "willfully," as that term has been used

09:36AM 10  from time to time, means that the act was committed voluntarily

11  and purposely with the specific intent to do something that the

12  law forbids; that is to say, with bad purpose either to disobey

13  or disregard the law.

14  A conspiracy, just like it was in the Count 1, is

09:36AM 15  an agreement between two or more persons to join together to

16  accomplish some unlawful purpose.

17  It is the kind of partnership in crime in which

18  each member becomes the agent of every other member.  One may

19  become a member of the conspiracy without knowing all of the

09:37AM 20  details of the unlawful scheme or the identities of all the

21  other alleged conspirators.

22  If a defendant understands the unlawful nature of

23  a plan or scheme and knowingly and intentionally joins in that

24  plan or scheme on one occasion, that is sufficient to convict

09:37AM 25  him for conspiracy even though the defendant had not

1  participated before and even though the defendant played only a

2  minor role.

3          The government may not -- excuse me.  The

4  government need not prove that the alleged conspirators entered

5  into any formal agreement, nor that they directly stated

6  between themselves all the details of the scheme.

7          Similarly, the government need not prove that all

8  the details of the scheme alleged in the superseding indictment

9  were actually agreed upon or carried out, nor must it prove

10  that all of the persons alleged to have been members of the

11  conspiracy were such or that the alleged conspirators actually

12  succeeded in accomplishing their unlawful objectives.

13          Mere presence at the scene of an event, even with

14  the knowledge that a crime is being committed or the mere fact

15  that certain people may have associated with each other and may

16  have assembled together and discussed common aims and interests

17  does not necessarily establish proof of the existence of a

18  conspiracy.

19          A person who has no knowledge of a conspiracy,

20  but also -- but who happens to act in a way that advances some

21  purpose of the conspiracy, does not thereby become a

22  conspirator.

23          You must determine whether the conspiracy charged

24  in the indictment existed and if it did, whether the defendant

25  was a member of it.  If you find that the conspiracy charge did

1    not exist, then you must return a not guilty verdict even

2    though you find that some other conspiracy existed.  If you

3    find that the defendant was not a member of the conspiracy

4    charged in the indictment, then you must find the defendant not

09:38AM  5    guilty, even though the defendant may have been a member of

6    some other conspiracy.

7              Count 3.

8              Count 3 of the superseding indictment charges

9    Lee Roy Villarreal with kidnapping or aiding and abetting the

09:39AM 10    kidnapping of Ovidio Guerrero.  Title 18, United States Code,

11    Section 1201(a)(1) makes it a crime for anyone to unlawful

12    kidnap another person in or affecting interstate or foreign

13    commerce for some reward, purpose, or benefit.

14              Title 18, United States Code, Section 2 makes it

09:39AM 15    a crime to aid and abet others in committing this crime.  For

16    you to find Lee Roy Villarreal guilty of this crime, you must

17    be convinced that the government has proved each of the

18    following beyond a reasonable doubt:

19              First, that Lee Roy Villarreal, knowingly acting

09:39AM 20    contrary to the law, kidnapped Ovidio Guerrero as charged.

21              Second, that Lee Roy Villarreal kidnapped

22    Ovidio Guerrero for some reward or purpose or benefit.

23              Third, that Lee Roy Villarreal transported or

24    kidnapped Ovidio Guerrero without his consent.

09:39AM 25              And fourth, that Lee Roy Villarreal willingly

transported Ovidio Guerrero and such transportation was in
interstate or foreign commerce.

The word "knowingly," as that term is used from
time to time in the instructions, means the act was done
voluntarily and intentionally, not because of an accident or
mistake.

To "kidnap" a person means to unlawfully hold,
keep, detain, or confine the person against his will and
without his consent.  Involuntariness or coercion in connection
with the victims's detention is an essential part of the
offense.

The word "willfully," as that term is used from
time to time in the instructions, means that the act was
committed voluntarily and purposely, with the specific intent
to do something that the law forbids; that is to say, with bad
purpose either to disobey the law or to disregard the law.

Commerce includes travel, trade, transportation,
and communication.

Foreign commerce means commerce or travel between
any part of the United States, including its territorial
waters, and any other country, including its territorial
waters.

The government need not prove that
Lee Roy Villarreal knew he was transporting Ovidio Guerrero in
interstate or foreign commerce, only that he did.

1       For you to find Lee Roy Villarreal guilty of

2   Count 3, kidnapping, it is not necessarily -- it is not

3   necessary for you to find the defendant personally did every

4   act constituting the offense alleged.  The law recognizes that

09:41AM  5   ordinarily anything a person can do for himself may also be

6   accomplished by him through the direction of another person as

7   his or her agent or by acting in concert with or under the

8   direction of another person or persons in a joint effort or

9   enterprise.

09:41AM 10       This is sometimes referred to as aiding and

11  abetting.  If a person is acting under the direction of the

12  defendant or if the defendant joins another person and performs

13  acts with the intent to commit a crime, then the law holds the

14  defendant responsible for the acts and conduct of such other

09:42AM 15  persons just as though the defendant had committed the acts or

16  engaged in such conduct.

17       Before any defendant may be held criminally

18  responsible for the acts of others, it is necessary that the

19  accused deliberately associate himself in some way with the

09:42AM 20  crime and participated in it with the intent to bring about the

21  crime.

22       Of course, mere presence at the scene of a crime

23  and knowledge that a crime is being committed are not

24  sufficient to establish the defendant either directed or aided

09:42AM 25  and abetted the crime, unless you find beyond a reasonable

doubt, that the defendant was a participant and not a knowing

spectator.

In other words, you may not find the defendant

guilty beyond a reasonable doubt -- you may not find the

defendant guilty unless you find beyond a reasonable doubt that

every element of the offense as defined in these instructions

was committed by some person or persons and that the defendant

voluntarily participated in its commission with the intent to

violate the law.

For you to find the defendant guilty of this

crime, you must be convinced that the government has proved

each of the following beyond a reasonable doubt:

First, that the offense in question was committed

by some person.

That the defendant associated with the criminal

venture.

That the defendant purposely participated in the

criminal venture.

And that the defendant sought by action to make

the venture successful.

"To associate with the criminal venture" means

that the defendant shared the criminal intent of the principal.

This element cannot be established if the defendant had no

knowledge of the principal's criminal venture.

To participate in the criminal venture means that

1    the defendant engaged in some affirmative conduct designed to

2    aid the venture or assisted the principal of the crime.

3              All right.  Those are the specific instructions.

4    Now I'm going to give you some brief instructions about how to

09:43AM  5    conduct your deliberations.

6              To reach a verdict, whether it is guilty or not

7    guilty, all of you must agree.  Your verdict must be unanimous

8    on each count of the superseding indictment.  Your

9    deliberations will be secret.  You will never have to explain

09:44AM 10    your verdict to anyone.

11              It is your duty to consult with one another and

12    to deliberate in an effort to reach an agreement if you can do

13    so.  Each of you must decide the case for yourself, but only

14    after an impartial consideration of the evidence with your

09:44AM 15    fellow jurors.

16              During your deliberations, do not hesitate to

17    reexamine your own opinions and change your mind if convinced

18    you were wrong, but do not give up your honest beliefs as to

19    the weight or effect of the evidence solely because of the

09:44AM 20    opinion of your fellow jurors or for the mere purpose of

21    returning a verdict.

22              Remember at all times, you are judges -- judges

23    of the facts.  Your duty is to decide whether the government

24    has proved the defendant guilty beyond a reasonable doubt.

09:44AM 25              Now, when you go to the jury room, the first

1    thing you should do is select one of your number as the

2    foreperson, who will guide your deliberations and will speak

3    for you here in the courtroom.

4            A verdict form has been prepared for your

09:44AM  5    convenience.  The foreperson will write the unanimous answer in

6    the space provided for each count of the superseding

7    indictment, either guilty or not guilty.  At the conclusion of

8    your deliberations, the foreperson should date and sign the

9    verdict and inform the Court in writing that a verdict has been

09:45AM  10   reached.

11           If you need to communicate with me during your

12   deliberations, the foreperson should write a message and give

13   it to the court security officer and I will either reply in

14   writing or bring you back in the court to answer your message.

09:45AM  15          Bear in mind that you are not to reveal to any

16   person, not even to the Court, to me, how the jury stands,

17   numerically or otherwise, on any count of the superseding

18   indictment until after you have reached a unanimous verdict.

19          Those are the instructions.  And then there is a

09:45AM  20   verdict form.  And you will be pleased to know the verdict form

21   is actually brief.

22          All right.  The verdict form consists of

23   basically five questions.

24          Count 1.  We, the jury, unanimously find the

09:46AM  25   defendant Lee Roy Villarreal:  And then Count 1:  Conspiracy to

distribute and dispense controlled substances.  There's a blank
for guilty or not guilty.

        And then if you find the defendant guilty beyond
a reasonable doubt on Count 1, then answer the following
special interrogatories.

        If you find the defendant not guilty on Count 1,
then go directly to Count 2.

        And the special interrogatories are:  "Please
check the controlled substances for which you unanimously found
the defendant guilty beyond a reasonable doubt on Count 1."

        There's a blank for cocaine and a blank for
marijuana.

        Then the second question that goes with Count 1
is:  "For each controlled substance you checked on Special
Interrogatory Number 1, please check the amount of the
controlled substance for which you unanimously find the
defendant knew or reasonably should have known that the scope
of the conspiracy in Count 1 involved:"

        And then it's divided into cocaine and marijuana.
And then each has a blank for more than 5 kilograms, more than
500 grams but less than 5 kilograms, and less than 500 grams
for the cocaine.

        And on the marijuana side, it's more than a
thousand kilograms, more than a hundred kilograms but less than
a thousand, and then less than a hundred kilograms.

1                And then you go Count 2.

2                Count 2, we, the jury, unanimously find

3 Lee Roy Villarreal -- and then it's conspiracy to kidnap

4 Felipe Guerra and Gerardo Olivarez and a blank for guilty or

09:47AM  5 not guilty.

6                And once you've answered Count 2, you go Count 3.

7 And there's:  We, the jury, unanimously find the defendant

8 Lee Roy Villarreal guilty or not guilty of kidnapping

9 Ovidio Guerrero.  A blank for guilty or not guilty.

09:47AM 10              And then after you've answered Count 3, you go

11 the end of the verdict form and the foreperson dates and signs

12 the verdict.

13              Those are the instructions.  The law requires me

14 to read them to you.  I know it was thrilling, but you'll have

09:48AM 15 these with you.  And that's the main thing.  You're going to

16 have these.  If you need an instruction, if you need a

17 definition, they're in these.  And when you work through the

18 evidence, you will be able to foresee.

19              All right.  Now it's time for final argument of

09:48AM 20 counsel.  Mr. Alaniz, who is going to lead off for the

21 government?

22        MS. MACDONALD:  I will, Your Honor.

23        THE COURT:  All right.  Ms. MacDonald.

24        MS. MACDONALD:  May it please the Court and counsel for

09:48AM 25 defense.

1    Members of the jury, good morning.  We've made

2    it.

3    I told you at the beginning of trial that this

4    case is about the dirty business of drug trafficking and greed

09:48AM  5    and how those two things led this defendant,

6    Lee Roy Villarreal, to get involved in a kidnapping and a

7    conspiracy to kidnap that we've been hearing about for the last

8    week.

9    Where Gringo Mike, the defendant's brother sent a

09:48AM  10    group of sicarios, hit men, along with the defendant, to target

11    three men for kidnapping and death because they believed those

12    men stole cocaine from the Gulf Cartel.

13    The evidence at trial has established that

14    Felipe Guerra was actually targeted for kidnapping.  The

09:49AM  15    evidence at trial has established that Gerardo Olivarez was

16    targeted for kidnapping.  And the evidence has established that

17    Ovidio Guerrero was actually kidnapped, abducted against his

18    will, restrained, handcuffed, interrogated, beaten, stuffed

19    into a truck of a car, driven an hour to the river, taken into

09:49AM  20    the arms of armed hit men, crossed into the river, and brought

21    to this defendant's brother, where he was never seen again.

22    The evidence will establish that this was a group

23    effort; people who worked together to accomplish a goal; and

24    under the law, we call that a conspiracy.

09:49AM  25    The only issue left for you to decide today is

1    whether or not the defendant himself was involved, and the

2    evidence has proven he was.

3            They say that no lawyer can speak as eloquently

4    as the evidence and I know I can't.  So let's start by

09:50AM  5    reviewing the evidence that we've heard.

6            Can we please have Slide 1?

7            I want to start by talking to you about the

8    evidence you-all heard about drug trafficking, the drug

9    trafficking activities of the defendant.  Let's start with the

09:50AM  10    evidence about what was going on in 2012 before Gringo Mike,

11    the defendant's cartel brother boss, was killed.

12            You heard from Jose Romo.  Jose Romo knows the

13    defendant.  Jose Romo is from Rio Grande City.  He used to see

14    the defendant around town.  He told you he saw them at parties.

09:50AM  15            He remembers seeing him and remembers who he was

16    because they both were dating women that worked at Hooters.  Do

17    you remember that?  They were both dating waitresses.  The

18    defendant was dating a woman named Laura.  This was around

19    2010, 2011.

09:50AM  20            I asked the defendant on cross-examination:  Did

21    you ever date a woman named Laura?

22            What did he tell me?

23            It's possible.

24            Anyway, Joey knows the defendant.  They know each

09:50AM  25    other from town.

01             At this point Jose Romo doesn't know that the

02 defendant is involved in drug trafficking.  Now, Joe Romo

03 admits he himself was.  He's working with Gringo Mike in

04 Mexico.  There comes a time where Gringo says:  I want you to

09:51AM 05 start working with my brother.  He's over there in the

06 United States in Rio Grande City.  He's going to give you a

07 hundred thousand dollars in cash.  Go get it.

08             The defendant drops off a hundred thousand

09 dollars in cash in a car outside of Max Fitness and Joey picks

09:51AM 10 it up.

11             After that, Gringo Mike calls Jose Romo again and

12 says:  I want you to start dealing with my defendant in moving

13 marijuana to Houston.

14             And then Joey starts talking to the defendant on

09:51AM 15 the phone.  And together they move four loads of marijuana from

16 South Texas to Houston, Texas.  And Joey says each load was

17 about a thousand kilograms of marijuana.  And together the two

18 coordinate the movement of marijuana from Houston -- excuse me.

19 From South Texas to Houston.

09:51AM 20             You also heard from Benicio Lopez.  Benicio Lopez

21 is the one that went to high school with the defendant and his

22 wife.  They know each other.  There's no doubt.  Benicio Lopez,

23 also working for the cartel and working for the defendant's

24 brother, Gringo Mike in Mexico.

09:52AM 25             At one point Gringo says:  I need you to help out

my brother.

A guy name Mocho, who is the middleman between Gringo Mike and Lee Roy Villarreal, passes Benicio Lopez the defendant's phone number.  And he says:  I want you to bring 500 kilos of marijuana to the defendant.  Call the defendant, and he'll give you the details.

So Benicio Lopez does it.  He gets 500 kilos of marijuana from South Texas.  He brings it to Houston.  He calls Lee Roy:  Where do you want me to take this marijuana?

Lee Roy, the defendant says:  Take it to a restaurant, Tu Casa Salad; and I'll have people pick it up.

Benicio Lopez tells you:  I go to Tu Casa Salad, I've got the marijuana.  Who does he see there?  The defendant, Lee Roy Villarreal.  They get the marijuana and it's good to go and it's later sold.

The defendant, when I asked him:  Do you know Mocho?

He says:  Yeah, I know Mocho.  He's an associate of my brother's, Gringo Mike.

Next slide, please.

You also heard evidence that after Gringo Mike is killed in March of 2013, the defendant continues to traffic drugs.  This time he gets into cocaine.  You heard from Juan Saenz-Tamez.  He goes by the nickname Panochas or Panochitas.

1          He says -- he gets word from guy named Choco that

2     the defendant is trying to reach him and they trade numbers on

3     their Blackberry radios.

4          The defendant reaches out and says:  Can you get

09:53AM  5     me some stuff?  "Stuff" meaning cocaine.

6          Panochas says:  Yeah, I can get you some cocaine.

7          Panochas says he was a little nervous about

8     trusting the defendant at that time because Gringo had just

9     died.  So he says:  I'll give you the cocaine, but there's a

09:53AM 10     condition.  I'm going to need that money up front.

11          And guess what?  The defendant says:  No problem.

12     I'll get you the money up front.

13          And he sends Panochas a million dollars in cash.

14     Do you remember Panochas told you it came in duffel bags and it

09:54AM 15     was all hundred dollar bills stacked up.

16          You remember he said it smelled weird like it had

17     been underground, like it was buried.  After he gets the

18     $2 million, he sends over a hundred kilos of cocaine.

19          The defendant receives that cocaine, and it gets

09:54AM 20     distributed.  And Panochas says that didn't happen just one

21     time.  That happened two times.

22          At the same time that this is going on, you hear

23     from Dionicio Gutierrez.  Do you remember Dionicio?  He's

24     friends with Juan Garcia, the guy that just happens to have the

09:54AM 25     business right next to Rhino Collision where the defendant's

1    business is.

2          Dionicio says Juan tells me that his friend

3    Lee Roy, who owns Rhino Collision has some cocaine and he wants

4    us to help him sell it.

09:54AM  5          At this time Dionicio is a tractor-trailer

6    driver.  He helps distribute cocaine with Juan Garcia.

7          Dionicio says he agrees to transport the cocaine

8    and he goes over with Juan Garcia to the defendant's house

9    where the defendant personally hands him a bag with 44 kilos of

09:55AM 10    cocaine.

11          Later that cocaine is concealed inside the

12    tractor-trailer.  Dionicio delivers it up to Indiana where it's

13    sold.  After it's sold, Dionicio gets the drug proceeds and he

14    bring back $400,000 of cash.

09:55AM 15          Where does he take that $400,000 of cash?  He

16    takes it to Rhino Collision, the defendant's business; and he

17    gives it to a guy that he remembers as Tony.  This happens in

18    2013.

19          Panochas gets the cocaine to the defendant.  The

09:55AM 20    defendant has to sell it.  He's not getting his hands dirty.

21    He uses other people like Dionicio to go and sell it and it

22    gets sold.

23          Now, Dionicio gets caught by agents up in Chicago

24    in 2016.  And in 2016, before the defendant is charged with

09:55AM 25    anything, before we're involved at all in the case, Dionicio is

telling agents he's asked, hey, tell us anything you know about
anyone involved in drug trafficking.

And Dionicio says:  Well, there's a guy name
Lee Roy who works at Rhino Collision; and I gave him 44 kilos
of cocaine.

Agents in Chicago don't know anything about
Rhino Collision.  They don't suggest Lee Roy Villarreal.  They
don't know anything about it.

Dionicio says:  I remember another thing.  I
remember there was a guy named Mike that worked there and he
used to work on the cars.  And I remember one time I saw him
building a compartment, a secret trap.

Do you remember that testimony?  It was a Nissan
Altima, he said and it was a cup holder in the back seat.  And
you could pull up the cup holder, and you could conceal money
inside it.

Well, lo and behold, it turns out there is a Mike
that works at Rhino Collision.  Dionicio is corroborated.

You heard from Mike.  Miguel Castro.  He
testified yesterday.  He's a two-time convicted felon.  He
admits that he works at Rhino.  He admits he works on cars.  He
told you he knows what clavos are, the traps where you hide
money and drugs.

Now, he told you he heard about that from -- what
did he say -- a TV show.  I think he said National Geographic

1    or the History Channel.

2                 And you can decide whether or not you believe

3    that or was he really just trying to protect his friend and his

4    employer, the defendant.

09:57AM  5                 The next slide.

6                 You might be asking yourself, well, how can we be

7    sure that the defendant was involved in drug trafficking

8    because he already had businesses.  Why would he want to take

9    that risk, right?

09:57AM 10                 Well, it's simple.  It's money.  It's greed.  And

11   it's because he happens to be related to one of the most

12   powerful cartel bosses in Mexico at the time.  That's just free

13   easy money.  When you're the brother of a high-ranking Gulf

14   Cartel plaza boss, you don't have to get your hands dirty.

09:57AM 15                 You can sit back in the distance, let other

16   people do the dirty work, and collect that easy money.  We know

17   that the defendant likes money because you saw evidence of it.

18                 You heard evidence from Agent Officer

19   Pedro Estrada.  When the defendant is 22 years old, they find

09:58AM 20   $44,796 in a safe in his apartment.  24 years old, you heard

21   from Agent Ramon, he's caught with $11,000.

22                 When he's 24 years old, he purchases that house

23   you see on the screen, that house in McAllen in Las Palmas.

24   24 years old, he's living in that house.  He's able to buy that

09:58AM 25   house.

1    Later he gets stopped in California in 2016, he's

2 driving a brand new 2016 Porsche 911.  Yeah, he's leasing it,

3 but how much does that lease cost?  It's not cheap.  It's a

4 thousand dollars.

09:58AM  5    He's also living in West Hollywood, right, in a

6 luxury condo.  He's paying $3,479 a month, not working in

7 California, but able to make these payments.

8    The Judge told you you can consider this evidence

9 as evidence of motive.  Why would he bother to get involved in

09:58AM 10 drug trafficking?

11    The next slide, please.

12    This same motive, the motive for quick easy

13 money, greed is the same motive that leads us to our kidnapping

14 counts.

09:59AM 15    250 kilograms of cocaine are stolen from the

16 defendant and his brother and the cartel.

17    Next slide, please.

18    When that happens, Gringo Mike, as you've heard,

19 sends a team of people to investigate.  He sends his guys from

09:59AM 20 Mexico, the hit men, the sicarios.  Two of the men we are never

21 able to fully identify.  You've been hearing them by their

22 nicknames, Payaso and Chiapas.

23    Another key member is a guy named Fiscal.  He

24 kind of leads the group.  He's been murdered as you heard.

09:59AM 25 They come over with Hector Barrios-Hernandez.  He goes by the

1    nickname Tetin.

2            And together they meet up with the defendant.

3    What's the first thing they do?  They come over to The States

4    and Gringo tells them:  Hey, hook up with my friend

09:59AM 5    Jesus Gonzales.  He's the guy at the bottom of the screen.

6            Remember Jesus Gonzalez goes way back with

7    Gringo.  He's also from Rio Grande City, where the defendant is

8    from.  They did time together in Texas Department of

9    Corrections.

10:00AM 10           Gringo calls Jesus Gonzales and says:  Let me

11   know if you hear about anyone selling cocaine for really cheap.

12           When people sell cocaine for less than what its

13   value is, it's a good sign that it's stolen.  Because people

14   who have stolen cocaine, they have to get it off their hands

10:00AM 15   quickly or else they risk getting killed.

16           And Jesus Gonzalez says:  Yeah, I'll do that for

17   you.

18           So Tetin is instructed go meet up with Jesus and

19   find out if you have any information about people selling

10:00AM 20   stolen cocaine.

21           Tetin talks to Jesus and he says:  Yeah, there's

22   a guy named Paco.  He's selling really cheap cocaine.  If you

23   want, I can get him to sell you some and get him to my store.

24           Jesus Gonzales owns the store at the top of the

10:00AM 25   screen.  It's another auto body store.

1      So Jesus Gonzales sets up Paco.  Paco arrives at
2  the store, and Tetin shows up.
3      After a while, who else shows up?  The defendant.
4  He shows up with Payaso, Chiapas, and some other men; and
10:01AM  5  they're there about 20 minutes.
6      During that 20 minutes, Tetin and Paco go into an
7  office.  The defendant doesn't go into the office.  He stays
8  back.  They go into the office, Paco gives the cocaine.
9      Tetin told you he opens up the wrapping to make
10:01AM  10  sure it has the mark of the Gulf Cartel.  Do you remember that
11  testimony?  They talk about how they'll stamp the bricks so
12  they can figure out with where the bricks came from.
13      Lo and behold, it's the Gulf Cartel cocaine.
14  Tetin said at the side that this cocaine belongs to Gringo.  So
10:01AM  15  guess what, they have to go interrogate Paco.
16      So from the store, they go to the other house,
17  the Trosper house.  You saw that over and over during this
18  trial, the interrogation house.
19      They go from the store.  The defendant goes,
10:01AM  20  Payaso goes, Chiapas goes, Tetin goes.  And Paco is taken to
21  that house.  Inside that house, he's interrogated.
22      Where did you get this stolen cocaine?  This is
23  Gringo Mike's cocaine.  Tell us who gave us the cocaine.
24      The defendant is there.  You heard testimony at
10:02AM  25  one point he goes into the room while the interrogation is

1    going on.  Tetin and Fiscal were doing the interrogation; but

2    at one point, the defendant goes into that room.  He's with his

3    friend Tony, who we can never figure out who that is.

4         The defendant puts a bandanna over his face.  He

10:02AM  5    doesn't want Paco to be able to identify him.  And guess what,

6    they get the answer.  Paco says:  I'll tell you.  I'll tell you

7    who gave me the cocaine.  It was that guy, Arturo Armendariz.

8         They said:  Okay.  Well, we're going to need to

9    talk to Arturo Armendariz right now.  Tell him we want to buy

10:02AM 10    some of that cocaine.

11         So Paco sets up Arturo Armendariz.  And do you

12    remember they agreed to buy two more kilos of cocaine.

13         You heard from Arturo Armendariz.  He says he

14    drives to a warehouse location where he gives two kilos of the

10:02AM 15    cocaine.  Now, he's got his kid with him, which saves him for

16    that moment.  He turns over the two kilos.  Fiscal is there.

17    Tetin is there.  Payaso is there.  Chiapas is there.  The

18    defendant is not there.  The defendant doesn't go at this

19    moment.

10:02AM 20         He's with Tony.  We don't know where he is,

21    right.

22         Tetin goes.  He gets the two kilos of cocaine,

23    and they're trying to get Arturo Armendariz to come back.  They

24    want to get him back to the Trosper house so they can

10:03AM 25    interrogate him to figure out, well, who sold you this.

10:03AM 1         Because the whole goal was to get to the bottom

2 of who actually stole the cocaine.  But because

3 Arturo Armendariz has his son with him, he says:  I'm not going

4 with you.  I'll get my money later.

5         And then they drive away.  Hours go by.  They

6 keep pestering Arturo.

7         We have your money.  We want to give you the

8 money.

9         So they meet again that same day.  Now, this time

10 it's towards the end of the day.  It's still daylight, but

11 we're talking -- Arturo Armendariz said it's getting to

12 evening.

13         This time he's by himself, Mr. Armendariz told

14 you.  The same group is there.  The defendant is not there.

15 And this time they start shooting at him.  Chiapas comes out

16 with an AK-47.  They start shooting his car.  He's able to

17 drive away.  He gets shot twice.  He's lucky the bullets only

18 grazed him, stomach, leg.  He takes off and gets away.

19         Eventually the people that tried to kill him,

20 they go back to the Trosper house.  The defendant is there at

21 the Trosper house.  Fiscal and Tetin give him an update:  We

22 shot him.  He got away.  Sorry.

23         They all break away for the night.  Fiscal and

24 Tetin tells you he had to go back to Mexico to report to Gringo

25 that things are going bad.  It's not good to have shootings in

1    the United States, and they didn't get the guy.

2            So Tetin goes back to Mexico.  He tells

3    Gringo Mike what happens.  And Gringo says:  Get back there and

4    get me the guys that stole my cocaine.

10:04AM  5            So Tetin comes back.  We're on another day now,

6    right?  We're at Day 4 or 5 at this point.  Tetin comes back.

7    He meets up with Arturo Armendariz again, and he gets the names

8    of the two people.

9            I think he said he met him at a Jack in the Box

10:04AM 10    parking lot.  He gave him some money for his bullet wound

11    injuries.  And at this point, Armendariz is scared and says:

12    I'll give you the guys who sold me that cocaine.

13            And that's where we get the names of our intended

14    victims:  Felipe Guerra and Gerardo Olivarez.  Mr. Armendariz

10:05AM 15    says:  These are the guys.  They're the ones who sold me the

16    cocaine.

17            And that's when the plan shifts and they begin to

18    actually target these two guys for kidnapping and murder.

19    These are the victims that are listed in Count 2 of the

10:05AM 20    indictment.

21            So then they start bringing in more people to the

22    group, more people to the conspiracy.  These are the low-level

23    guys.  These are the guys that have been doing crimes since

24    they were, what, 10, 12 years old.  These are the guys that are

10:05AM 25    actually going to go grab the victim and risk getting caught

1    red-handed.

2              The higher-level guys investigate the crime and

3    then the lower-level guys take the risk and actually go in

4    there with guns and physically grab the victim.  And you heard

10:05AM  5    from some of these lower-level guys.

6              The first person you heard from is Roel Garza.

7    And he's the first witness in this case to implicate the

8    defendant.  He talks to police in 2012.  He's not arrested.

9    He's not in custody.  He's not talking to federal agents.

10:06AM 10              They ask him:  Were you involved in a kidnapping?

11              And he confesses.  They ask him who's involved,

12    and he names all the players:  Fiscal, Tetin, a guy named

13    Chiapas, a guy named Payaso, other people I don't know.  But

14    Lee Roy Villarreal was there, too.

10:06AM 15              Right out of the box he says:

16    Lee Roy Villarreal.  He's not in custody, he doesn't get a

17    benefit for that.  And he tells them the whole story, all the

18    facts that we've just talked about.  How they went around for a

19    week and a half trying -- they start with Felipe Guerra.  They

10:06AM 20    try to do surveillance.  Remember how they told you they were

21    all in different cars and they would just kind of follow the

22    victims around trying to learn their routine like when would be

23    the best time to grab them.

24              They actually make an attempt to pick up Felipe

10:06AM 25    one time.  Each time before they go out and actually try to

make the attempt, they meet up at the Trosper house and they

have a little meeting.

He said one time Lee Roy, the defendant, was at

one of those meetings. He remembers Lee Roy had a bunch of

10:06AM phones, a bunch of radios. And Lee Roy was the one that had

the police scanner.

So Lee Roy was able to listen to see whether or

not there were police in the area that could catch them while

they were doing this. He tells you, yeah, they go out, they

10:07AM head out. They try to pick up Felipe, but they're not

successful. They can't get him.

They actually go back to the house and the

higher-level guys actually beat them. They paddle them with

the wooden paddles because they didn't do what they were

10:07AM supposed to do.

Then the days go by, they try again. They can't

get Felipe. So then they shift. Roel tells you to the next

target, which is Gerardo Olivarez. He's the cousin of the

actual victim that was taken.

10:07AM And at that point they shift gears. They try a

new plan. Let's pretend like we're police officers. Let's not

mess around with trying to grab him at night. Let's go

straight up, broad daylight, say we're police officers, tell

the victim we have a warrant and grab them.

10:07AM And that's what they do, right? That's what they

1  do.  And they just get the wrong guy.  They get the wrong guy,

2  and that guy is murdered.

3          In addition to Roel Garza, who were the other

4  witnesses that tell you that the defendant personally helped

10:08AM  5  out to kidnap all of these people?  Well, again, Tetin, Hector

6  Barrios-Hernandez.

7          Not only does Tetin tell you that the defendant

8  helped investigate who stole the cocaine, he actively

9  participates in trying to pick up the people he realizes stole

10:08AM  10  the cocaine.

11          Tetin again tells you during those two weeks he's

12  helping us, he's at the Trosper house.  He actually gave Tetin

13  a vehicle, a blue car that he could use with Texas plates so he

14  could go around and do surveillance and not stick out.

10:08AM  15          Remember, Tetin tells you he's allowed to cross

16  into the U.S. and Mexico legally.  He has his own car.  But it

17  had Mexico plates.  So Lee Roy, who happens to have access to

18  lots of cars and a rental car company, says:  Here.  Use this

19  car.  It has Texas plates, then you won't be detected.

10:08AM  20          And Tetin uses that car for two weeks.

21          Tetin says there's one point where they try to

22  pick up the first victim, Felipe Guerra; and he's actually in

23  the car with the defendant doing surveillance.  He tells you

24  again the defendant had the police scanner.  Very helpful, so

10:08AM  25  we could hear if there were cops in the area.

1          If we heard there were cops in the area, they

2    would reconfigure, call off, and start it again on another day.

3    Tetin tells you he helped out not once, not twice, but three

4    times.

10:09AM  5          Tetin says on the day that they actually picked

6    up Ovidio Guerrero, which is on May 28th, the Saturday of

7    Memorial Day weekend, the defendant was there.  And he was out

8    there doing surveillance by himself, and they were in

9    communication by radio.

10:09AM 10          You heard from Orlando Hernandez.  He

11    corroborates everything Tetin tells you.  He was one of the

12    low-level guys.  He was in charge of being more hands on.  He

13    helps out in trying to pick up Felipe Guerra.

14          He tells you he remembers the defendant.  He was

10:09AM 15    working for Fiscal in Mexico and he said:  Yeah, I know the

16    defendant.  I saw him in Reynosa once.  I knew he was Gringo's

17    brother, but I didn't know his name.  I didn't really work with

18    him because I was too low level.  But when I was brought into

19    this kidnapping plan, I recognized him when I saw him.

10:09AM 20          He says:  I remember he shows up at the Trosper

21    house.  The defendant comes with that guy Payaso and Chiapas,

22    and they kind of hung out by themselves.

23          And, again, he describes the defendant had a

24    bunch of radios, a bunch of phones.  He's the one that had the

10:10AM 25    police scanner.  And he recalls him having a 9mm handgun in his

waistband.

Again, same thing.  He said the defendant was there, he was just there for about 20 minutes.  We went out, we tried to pick up Felipe.  We weren't successful.  We got paddled afterwards.

He said he didn't know what his name was, but that Fiscal pointed him out and said:  Yeah, his name is Lee Roy.  That's Gringo's brother.

Next slide, please.

So those are eight witnesses who personally know the defendant, worked with the defendant, and committed the crimes with the defendant.

And evidence in the case like this is going to come down to the testimony of witnesses.  When you're investigating an historical kidnapping and trying to solve it years after it occurred, you're going to need to rely on the people who did the crime, right?  That's the only evidence that's going to be available.

And when you're targeting a high level -- someone who is related to a high-level cartel boss, who is able to insulate themselves from the scrutiny of law enforcement, you're going to need witness testimony in order to convict them.

And the law allows for that as the Judge just told you.  We wouldn't be able to prosecute people like the

1  defendant, Lee Roy Villarreal, who is part of a large criminal

2  organization, unless we could use and rely on the testimony of

3  people who committed the crime with him.

4         We'd never be able to get to those people.  And

10:11AM  5  as the Judge just said, that's appropriate.  The defense would

6  have you believe you can't believe any of the witnesses because

7  they're getting a benefit.  And that's not evidence you can

8  use.  But that's just not true.

9         The Judge just told you that the use of plea

10:11AM 10  bargaining and using cooperators and co-defendants in a case is

11  ordinary and expressly provided for under the law.  And it

12  happens all the time.

13         In fact, the testimony of just one witness who is

14  a cooperator or co-conspirator is enough for you to find the

10:12AM 15  defendant guilty beyond a reasonable doubt.  Just one.

16         This is not me just saying that.  This is what

17  the law says.  On Page 8 of your jury instructions, the law

18  says if you believe the testimony of just one cooperator you

19  can find the defendant guilty.

10:12AM 20         In this case we don't just have one witness, we

21  don't just have two.  We have nine witnesses who identify the

22  defendant and talk to you about what the defendant did.

23         Let's talk about why you can and you should trust

24  the witnesses that the government brought to you.  The

10:12AM 25  witnesses are credible because they corroborate each other.

1          The witnesses don't know each other, yet they're

2    all telling you the same thing.  And the defense doesn't

3    dispute that, right?  We all agree that everyone was sent over

4    to investigates 250 kilos of cocaine.  We all agree that the

10:12AM  5    same three people were targeted.

6          We all agree that everyone was involved.  We all

7    agree how it happened.  They posed as pseudo cops and they

8    grabbed him in broad daylight.  The only thing the defense

9    disagrees with was that he was involved.

10:13AM  10          So you can believe everything that the government

11   witnesses say except when they talk about Lee Roy.  They're

12   honest about everything else except for Lee Roy's involvement.

13          If that's true, if this is just a big conspiracy

14   to frame the defendant and we're just scripting these witnesses

10:13AM  15   and telling them what we want them to say, why didn't every

16   single witness come in here and say:  I know Lee Roy and he was

17   there.  He was there every single day.  He was there the day

18   Ovidio was picked up.

19          Because they're not lying to you.  They only say

10:13AM  20   what they saw, and they all saw different things.  They had

21   different roles.

22          Example one, Gerardo Villarreal.  That's the guy

23   that actually grabbed Ovidio.  He's the one that dressed up

24   like the cop that had the badge and the vest.

10:13AM  25          What did he tell you?  He said:  I never saw the

defendant.

He didn't.  He was brought in on the very last
day on May 28.  He didn't go inside the Trosper house.  As soon
as he arrived, he already had his cop gear on.  They threw him
in the truck and said:  Go get that guy.

Example Number 2.  Jesus Lorenzo Davila.  He
helped out on one of the prior attempts when they tried to get
Felipe, and it wasn't successful.  And he said:  There were a
lot of people there I didn't know.  I was brought in last
minute.  I don't think the defendant was there, but there were
some guys with masks on.

Again, if all the government witnesses are lying,
why aren't their stories matching up perfectly; and why don't
they just say, yeah, the defendant was there?

Another reason you can trust and believe the
government's witnesses, because not only do they corroborate
each other and they don't even know each other, they're
corroborated by the defendant's own words.

One of the best pieces of evidence in this case
is the defendant's recorded statement that you heard.  It's 58
minutes where the defendant is basically confessing about his
involvement in drug trafficking.

I want to talk to you about the circumstances of
this tape.  Benicio Lopez, who the defendant went to high
school with, who the defendant testified to you that after high

1    school he had no involvement with him whatsoever, do you

2    remember that testimony?  Testimony of his wife, too, and

3    another one of his friends.

4              Benicio Lopez was a bad guy.  We had nothing to

10:15AM    5    do with him.  Even in high school; and after high school, we

6    never dealt with him, right?  Yet, this was in 2003, 2004.

7    This recording is made in 2014.

8              So 11 years later, the defendant would have you

9    believe that he's able to just pick up the phone, call

10:15AM    10   Benicio Lopez, who at this time is Comandante Veneno, a

11   high-ranking plaza boss himself, and say:  Hey, can you get me

12   a meeting with Tonio, who happens to be a former Mexican

13   military officer who decided to work with the Gulf Cartel.  I'd

14   like to talk to him.

10:15AM    15            Both Comandante Veneno and Tonio are high-level

16   cartel people; and we're to believe that the defendant, who

17   just knows this guy from high school 11 years ago, can just

18   pick up the phone and get that meeting done.  Does that

19   testimony impress you as truthful?  Does that ring true to you?

10:16AM    20            That's not what happened.  The defendant was able

21   to call Benicio Lopez because they had been working together in

22   drug trafficking, because he had delivered 500 kilos of

23   marijuana for him before and he had been working with his

24   brother for years, just as Benicio Lopez told you.

10:16AM    25            So Benicio is able to connect the defendant with

1    Tonio.  They have three meetings together.  Two times they're

2    not recorded.  The last time it's recorded.

3              Now, the recording is 58 minutes; and it's in

4    Spanish.  You're not going to have a CD back in the jury room

10:16AM  5    with you, and you will not have the transcript.

6              There were a lot of admissions the defendant

7    makes during those 58 minutes.  I'm going to pick three

8    examples just to go over with you briefly.

9              If at any time you want to listen to the

10:16AM  10   recording again, you can send a note out and we can come back

11   into the courtroom and we can play that for you.  Here are the

12   top three examples I think really illustrate the defendant's

13   guilt the best.

14             Number 1.  You know, kind of halfway through the

10:17AM  15   recording, their meeting, this is the defendant talking and

16   he's telling -- he makes Tonio this proposal:  Hey, Tonio, I

17   was going to ask you.  Look.  I can cross with my friend.  My

18   brother over here can get it.

19             Now, we're talking about drugs, right?  Remember

10:17AM  20   Tonio and all the witnesses tell you they don't say "cocaine"

21   or "marijuana" on recordings.  They all talk in code, right?

22             I can get it over here.  My brother over here can

23   get it.  You bring it to the ranches, and I can f'ing get it.

24   I'll cross it.  Meaning cross the drugs from Mexico into the

10:17AM  25   United States.

1         If there is a way we can make an agreement with

2    the soldiers so they themselves can transport for us the stuff

3    and give it to my friend, then he can cross it here.

4         Tonio told you:  Hey, what Lee Roy is saying, if

10:17AM  5    you could help me out with the Mexican military -- because

6    remember Tonio is ex-military, he still has those contacts --

7    if you can help the military clear the road so we can get that

8    across and not have to pay that tax, once we get it through

9    that area, then I can cross it over and we can make some money.

10         Next slide.

11         He continues on:  I can get it to Reynosa.  I

12    have a way to bring it to Reynosa, boom, without paying.  The

13    guy that's bringing the stuff, he's a guy that sided with the

14    Templarios, but he's here and I get along fine with him.  He's

10:18AM  15    a good friend of my brother.

16         Okay.  Here the defendant is again saying, I have

17    a connection with a source of supply.  Templarios, you heard

18    testimony, was another major cartel operating in south Mexico.

19    Tetin talked to you about it.  Gringo sent him to go meet with

10:18AM  20    the head of the cartel.

21         Here the defendant is telling Tonio, hey, I have

22    a connection.  My brother is friends with him and I have that

23    connection.  He can get us the money and if you can get it

24    here, we can get it across without paying.

10:18AM  25         The only thing -- next slide.

1          The only thing the defendant is concerned about

2     is this guy named Quince.  He's like, look, this is going to

3     work.  My friends from here, I told them, these guys are going

4     to work with me over anyone because we're the same ones.  You

10:19AM   5     understand?  The only thing is that Quince isn't going to

6     agree.

7          The defendant is worried about Quince.  Quince

8     was the one who worked for Gringo, but then became affiliated

9     with the rivals who killed Gringo.  And he was in charge of the

10:19AM  10     area in Mexico and the U.S. that the defendant wants to use to

11     cross the dope.

12          The defendant knows he can't get around Quince

13     without getting into trouble.  He needs the help of the

14     military.  The defendant doesn't want to pay the tax to Quince.

10:19AM  15     He's trying to save money.  So he's trying to figure out a

16     scheme to work the dope scheme around Quince's back.

17          Again, these are details that no one would know

18     unless you're involved in the drug trafficking game yourself.

19     Let's look at example Number 2.

10:19AM  20          The defendant tells Tonio hey -- he brings up

21     Panochas.  They screw Panochas, so things are over for them and

22     I'm over here trying to get his number.

23          He's telling Tonio:  I'm trying to get ahold of

24     Panochas.

10:20AM  25          Panochas basically took over the area where the

1   defendant's brother used to control.  Panochas is the guy that

2   can get the defendant cocaine.

3          I told him:  I want to talk to that guy so he can

4   send me the stuff.

10:20AM 5          And we know that happened.  Panochas told you,

6   yeah, after Gringo was killed, I get a communication from the

7   defendant.  We talk about his brother Gringo.  He asked me can

8   you get me some cocaine.

9          Panochas says, yeah, I'll get you the cocaine.  I

10:20AM 10   just need the money up front.

11          He gets the money up front, and he actually gets

12   him cocaine.

13          Panochas told you:  I remember the money smelled

14   buried.

10:20AM 15          Buried because it's been dug underground in those

16   holes.  And you hear the defendant talking about where his

17   brother stashed money in houses that had underground holes.  He

18   talks about that a lot in tape.  He says each hole can hold

19   $5 million.

10:20AM 20          Example Number 3.  Then the defendant talks about

21   Payaso.  Payaso is a hit man, who came over and helped out on

22   these kidnappings.  The defendant is telling Tonio:  I know

23   Payaso.  I got him out.  I gave him money to take off.  I know

24   he wasn't busted.

10:21AM 25          Remember the defendant doesn't know that Tonio is

1  working as a source, and Tonio is wearing a wire.  That's how

2  we're able to have this evidence, because Tonio actually told

3  his handling agents he was meeting with the defendant.  They

4  did surveillance.  They saw everyone arrive, and they wired him

10:21AM 5  up.  And that's why we have his evidence.

6  The defendant knows that this is overwhelming

7  evidence of his guilt so he has to try to convince you to not

8  consider it.  He has to find a way around it.  So what is his

9  defense?

10:21AM 10  "I was just playing a part."

11  Next slide, please.

12  "I'm just an actor.  I was just playing a role.

13  Agent Chris Lee with the FBI told me to plant some seeds so

14  that's what I was doing."

10:21AM 15  Well, here are four reasons why you should not

16  believe that story whatsoever.

17  Number 1, the time.  All the parties agree it's

18  been stipulated that this recording happened in August of 2014,

19  right?  When was the defendant terminated as a source from the

10:22AM 20  FBI?  December 2013.

21  The time this recording is made, the defendant is

22  in no contact with FBI at all.  Right?  The FBI doesn't know

23  he's having this meeting.  The defendant didn't tell them.

24  The second reason why you can believe that the

10:22AM 25  defendant is not just playing a part, throughout this 58

1   minutes the defendant uses the collective "we." He's telling

2   Tonio: We have the best schools. We have the best roads. We

3   fought the Zetas.

4          It's not someone who's talking about something he

10:22AM 5   heard from another person. He injects himself into what

6   actually has occurred because he was involved in what had

7   occurred.

8          What about his tone? I don't speak Spanish

9   either. You don't need to speak Spanish to understand and

10:22AM 10  appreciate someone's tone on a recording, right? He sounds

11  very authoritative during that recording. He sounds confident.

12  He sounds like someone who knows what he's talking about. If

13  he's just playing a part, well, then, let's give the guy an

14  Academy Award.

10:23AM 15         Number 3. Think of the substance of the

16  recording. The FBI has instructed the defendant back when they

17  were working with him months prior, bring us information about

18  illegal activity happening in the United States so we can make

19  a case and arrest people.

10:23AM 20        That's what their goal is, and that's what the

21  defendant was told to do. If that's what he claims he's trying

22  to do, he was just following instructions, trying to plant a

23  seed, why is he not asking Tonio about any illegal activity?

24        Why isn't he asking Tonio who is moving drugs

10:23AM 25  now? Who are the crossers? Where are they crossing? Why

1  isn't he trying to get one piece of information that the agents

2  could use to make a case?

3           Instead he's talking to Tonio about what?  My

4  brother had the money.  Here are the coordinates.  Here is

10:24AM 5  where you can find it.  Here are where the weapons are.  He

6  wants to use Tonio to help himself to get the drug money.

7           As far as drugs and drug trafficking, what does

8  he tell him?  He's not asking him for information.  He's

9  telling Tonio:  I'm the source of supply.  I have the

10:24AM 10  connections.  I have the crossers.  Here is a new plan.  Here's

11  a new proposal.  Here's a way that we can make money.

12           The tape speaks for itself.

13           Let's talk about the defendant's half-truths to

14  the FBI.  Yes, we all agree the defendant did work with the

10:24AM 15  FBI, right, for about nine months.  They were talking for about

16  six months.  And during those six months, what does the

17  defendant tell FBI?

18           He talks to the FBI about the people on the left

19  side of the screen and then he says nothing whatsoever about

10:24AM 20  the people on the right side of the screen.  Let's start with

21  the left side of the screen.  Yes.

22           He mentions he knows Benicio Lopez, but he leaves

23  out he gets 500 kilograms of marijuana from Benicio.

24           He says, yes, I know a guy names Panochas.  Never

10:25AM 25  tells him, hey, I got 300 kilos of cocaine from him and I can

1  get ahold of him right now if you're interested.  Doesn't tell

2  him about how they crossed it and all those deals.

3           He mentioned a guy named Tetin.  He never tells

4  them, yeah, I gave -- I arranged for Tetin to get a million

10:25AM 5  dollars as a down payment for 200 kilos of cocaine that came

6  from Panama.  Never tells the FBI anything about that.

7           He mentions a guy named Mocho, but he leaves out

8  that he's working on a plan to work around Mocho with the help

9  of the Mexican military using Tony's connection.

10:25AM 10          As I said, he completely leaves out knowing

11  anything about a Fiscal, Payaso -- those are the men involved

12  in the kidnapping -- because the defendant doesn't want to say

13  anything about the kidnapping to the FBI.

14          At trial, the defendant admitted to me that he

10:25AM 15  did know Payaso.  He met him in Mexico.  And he actually told

16  us his true name.  Felipe Banda.  The first time FBI has ever

17  heard that true name.  Would have been nice for the FBI to have

18  that information back in 2013, but the defendant never

19  mentioned it.

10:26AM 20          The defendant never mentioned Juan Garcia or

21  Dionicio Gutierrez.  These are the two guys who were actually

22  working and operating doing drug business in Rio Grande City in

23  the United States where the FBI had jurisdiction, where the FBI

24  actually could have made a case, they could have used the

10:26AM 25  defendant, sent him in with a wire and maybe done something.

1          But the defendant doesn't say a word about it

2    because he wanted to use them for himself and make money and

3    that's what happened.

4          So you can decide whether you want to believe the

10:26AM  5    defendant -- the testimony of the defendant over the testimony

6    of Agent Moody, Agent Husak, and Agent Lee.

7          When you're deciding whether or not to believe

8    the testimony of the defendant over the testimony of the FBI

9    agents, I'd like you to think back to the testimony of the

10:26AM 10    defendant and some of the things he told you.

11          Some of the things he said -- there were a lot of

12    things he said that just didn't ring true to me, and I picked

13    three examples.  And you think about these as you decide

14    whether or not you want to give his testimony any weight at

10:27AM 15    all.

16          Number 1, I asked him, hey, you had $45,000 in

17    cash, you're only 22 years old.  Why isn't it in a bank?

18          I didn't really know much about banks.  I didn't

19    know how to open a bank account.

10:27AM 20          Think back to your life experiences.  When you

21    were 22, did you know what a bank account was?

22          Number 2, he tells us, I was in Cancun -- I was

23    in Reynosa when my brother is viciously murdered and I decide

24    to stay in Cancun to cope and do some clubbing for six days.

10:27AM 25          And then I go to Mexico City because I'm trying

1       to help my brother's widow.  Her name is Fabiola.  That's the

2       wife of Gringo that lived in Mexico.  I was trying to get her

3       out of the country safely.

4                   So I put my life and my family's life behind

10:27AM  5      hers, and I put Fabiola first.  And I take her to Mexico City

6       and then we end up in Juarez and I'm just trying to help her.

7                   There are two reasons why the defendant stayed in

8       Mexico.  One is money.  He went to Mexico City because he was

9       trying to get his hands on money of Gringo Mike's.  Gringo Mike

10:28AM 10      had $13 million hidden in Mexico City, and that's why the

11      defendant went to Mexico City.

12                  The second reason the defendant stayed in Mexico

13      and stayed with Fabiola is he was worried that she was going to

14      talk to the FBI about him and his brother.

10:28AM 15                  What's the third thing that the defendant said as

16      soon as he said it, it just doesn't ring true.  It rings false.

17      You're common sense tells you that.  He says about California.

18                  The agents told you in May of 2015, the defendant

19      is a suspect in the kidnapping.  And they approach the

10:28AM 20      defendant and say:  Listen, we have evidence you're involved

21      and you're about to get arrested.  Anything you want to tell

22      us?

23                  Remember, he says nothing.  He doesn't say, what

24      are you talking about?  What kidnapping?  I have no idea.  He

10:28AM 25      says nothing.  And this is at the end of May.

1    And you can confirm this with the defendant's own

2    exhibits, Exhibit 30, all the text messages.  Late May

3    of 2020 -- 2015, the defendant is talking to FBI; and he's

4    still in Rio Grande City, Texas.

10:29AM  5    Then the defendant, guess what, takes off and

6    moves to California.  What did he say?  Oh, we go every summer.

7    It's an annual vacation.  This time we went, after a few months

8    we decided, hey, let's just stay.  That's not true.  You know

9    how it's not true?  Because we have a lease agreement, and it

10:29AM  10   will be back there for the jury room.

11   June 3rd, he signed a lease agreement for a year

12   before he even went to California.  He signed it in advance.

13   Another example of the defendant just telling you something

14   that's not true.  If he's willing to say something true about

10:29AM  15   that, how can you trust anything he says?

16   Another major reason why you can't trust the

17   testimony of the defendant is because during the trial he

18   admitted to you that he has been untruthful to other people in

19   the past, including federal agents.

10:29AM  20   Do you remember the testimony of Agent Ramon?

21   He's going through the port of entry in a vehicle.  He's got

22   $11,000.  Remember the agent questions the defendant, how much

23   money do you have?  You have to report it.  The law requires

24   you have to report it.

10:30AM  25   The defendant was not truthful and said:  I only

1  have $3,000.  The defendant admitted that he lied to Agent

2  Ramon.

3  And then Agent Ramon says that the defendant

4  confessed to him and said he knew he had 11,000; all the money

10:30AM  5  was his; and the defendant split it up deliberately between the

6  other two passengers in the car, his wife and her cousin,

7  Ms. Alaniz.  On the stand the defendant said:  I never said

8  that.  Agent Ramon is lying.

9  Another time the defendant admitted that he lied.

10:30AM  10  There was a video made and the defendant is on a recording

11  saying that he barely knew his brother after the brother went

12  to Mexico.  The defendant admitted:  I lied.  That wasn't true.

13  Then the defendant testified to explain why he

14  lied about that.  He said:  Well, I lie when I'm scared.

10:31AM  15  Well, obviously he's at trial facing very serious

16  charges.  There will be consequences.

17  You don't worry about that; that's for the Judge.

18  But obviously he's scared right now.  He lies when he's scared.

19  How can you trust anything he says to you?

10:31AM  20  The defense would have you believe the defendant

21  is a hard-working family man, and those things may be true.

22  But you know what else the defendant is?  He's a con man.  He

23  tried to con the FBI.  He conned his friends and family.  Most

24  of the people that came in here to testify for him, they don't

10:31AM  25  know what he does.  He's not telling them he's involved in drug

trafficking.  People involved in the Gulf Cartel dirty business don't tell their loved ones about it.  They only tell people who are also involved.

So not only does he con the FBI, he cons his friends and family.  He's trying to con you.  He's trying to convince you that he's playing a part when he confesses to being involved in drug trafficking.

But the biggest con of all is his attempts to convince you that he was in Austin, Texas, the weekend of Memorial Day 11 years ago.

Next slide.

The defendant, to support his claim that he was in Austin, he points to speeding tickets.  It's undisputed the defendant got two speeding tickets on May 26th, right?  Hard evidence.

The problem with the hard evidence is they don't show what direction he was going, right?  He could have been going north, coming back to South Texas.  They don't show the time he received the tickets, and they don't show who is in the vehicle with him.

You have to rely on witness testimony to get any value of those tickets.  The only thing that the tickets show you is that for a couple of hours on May 26th before the kidnapping of Ovidio, he was away, outside of town for a few hours.  That's the only thing those tickets show you.

1           I think I've covered enough about all the reasons

2    why you can't trust anything the defendant tells you.  So let's

3    talk about the only other two witnesses who can help him

4    explain that he was Austin on Memorial Day weekend.

10:33AM 5           Who is the first witness?  His wife,

6    Shanta Salinas.  Let's talk about the credibility of

7    Shanta Salinas.  Her convenient memory -- 11 years after the

8    fact, she has amazing, miraculous memory about where she was on

9    Memorial Day weekend to the point where she can tell you

10:33AM 10   definitively the day of the three-day weekend she was a boat.

11   Does that ring true to you?  11 years ago, do you remember if

12   you were on a boat on a Friday or Saturday?

13          Maybe you remember taking a trip.  Memorial Day

14   weekend is not like Christmas or Easter.  But let's say you

10:33AM 15   remember Memorial Day.  But you're going to remember I know for

16   sure it was Sunday versus a Monday?  I mean, it didn't ring

17   true.

18          The same with the other witnesses.  Ms. Vega, the

19   person they were staying with, and the defendant himself, they

10:33AM 20   were a hundred percent sure that they went on the boat on the

21   Monday, Memorial Day day, the holiday.

22          And Ms. Salinas says:  No, no.  It was Saturday.

23   Saturday.

24          How any of them can have a specific recollection

10:34AM 25   as to the exact date they're on the boat just defies common

1    sense.  Why is Ms. Salinas -- why would she lie?  Well, that's

2    obvious.  Your common sense tells you why.  She's biased.  She

3    loves her husband, the father of her children.  And she's going

4    to say anything she has to to help him, right?

10:34AM  5                    There's two examples we saw of that during her

6    testimony.

7                    Number 1, she testified to you that Ms. Vega

8    lived in Austin, right?  But she knows there's evidence that

9    you have heard that Ms. Vega might have been living in

10:34AM 10   Edinburg.

11                    So she worked really hard to let you know that

12   Ms. Vega was also moving back and forth.  Do you remember that?

13   I asked her:  Had you ever been to Austin before Memorial Day?

14                    And she said:  Ms. Vega moved back and forth a

10:34AM 15   lot.  She felt the need for you to hear that.  And it wasn't

16   responsive to what I asked.

17                    Why did she want you to know that so bad?

18   Because she knows there's evidence in the case that Ms. Vega

19   was living in Edinburg, and she's trying to explain it away to

10:35AM 20   help the defendant.  She thinks that will help the defendant,

21   right?

22                    Another example of that.  She worked really hard

23   to talk to you about May 18th.  That's the day she gets the

24   ultrasound, right?  No dispute she got the ultrasound.  We have

10:35AM 25   the record, right?  That took about an hour, okay?

1    She knows there's evidence in the case that on
2  May 18th, that's the day Tetin remembers that he came over to
3  begin the investigation.  That's when they met Paco.  That's
4  when they met Armendariz.

10:35AM  5    And throughout that day, they're doing a lot of
6  activity, right?  And throughout that day, Tetin says that the
7  defendant was there.  And Jesus Fernando says the defendant was
8  there.  That's pretty damaging, right?

9    So the defense is working really hard to have you
10:35AM  10  not believe those witnesses.  And that's why we have the
11  testimony of Ms. Salinas, that she magically remembers 11 years
12  later, you know what?  My husband was with me basically the
13  entire day.  She's got him glued to her that entire day.  She
14  magically remembers that before the ultrasound she had a prior
10:36AM  15  doctor's appointment.  And she specifically remembers she was
16  there for at least three hours because she's kept waiting
17  there.

18    Okay.  How do you remember that?  How do you
19  remember an appointment from 11 years ago?  She goes, I
10:36AM  20  remember because I looked at the records.  Oh, records.  Where
21  are the records?  No one told me to bring them.

22    Come on.  No one told you to bring them?  You
23  brought the ultrasound record.

24    And then she says, yeah, so we were there all day
10:36AM  25  and then we go to the ultrasound and then we went to go eat.

So she's trying to build this timeline. But we understand why; because she loves her husband.

Two other things that she said that didn't ring true that you can use when you're trying to decide whether you want to believe anything she says, right?

One thing I remember, it had to do with that house. Remember the house in McAllen. She said she lived there for about three months; and she wasn't living there in 2011, the day of the ultrasound, the year of the kidnapping.

I show her her IRS tax income report from 2010, which is filed in 2011. She reports to the IRS she was living at that house. And she said, well, I wasn't living at the house.

So she reports information to the IRS that's not true. It doesn't matter. It just illustrates this is someone who is willing to not be truthful, right?

You heard testimony from Daniel Garcia, their attorney, who ends up being that house, right, but never living there. Daniel Garcia says, they asked me to put this in property in my name so I did it. But they continue to pay for it, and they continue to live there.

Another example with Ms. Salinas. And this goes back to the California thing. She again tells you, we just decided to move to California because we wanted a change of pace. So let's go move to West Hollywood.

1          This is someone who is born and raised in

2     Rio Grande City.  She's Texan, her whole family is in Texas.

3     She has young children in school in Texas.  She just completed

4     her nurse practitioner degree.  She gets that.  She has a great

10:38AM 5     job.  They have good businesses.

6          And we're to believe that they just decided to up

7     and move to West Hollywood out of the blue?  Uproot their

8     entire family and leave everyone they know?  Come on.

9          We know that's not true because we have hard

10:38AM 10    evidence she signed that lease.  She signed the lease too,

11    June 3rd.  They didn't just decide to stay after they were

12    there.  They had planned to move.  They planned to move because

13    the FBI was about to come and arrest them.

14         Let's talk about the credibility of Joanna Vega.

10:38AM 15    This is a woman who they claim they were staying with, right,

16    in Austin that Memorial Day weekend.  She testified, I was

17    living in Austin.  Ms. Salinas says she was living in Austin,

18    had a house in Austin.

19         I asked her, okay.  What was your address in

10:38AM 20    Austin?  She didn't know.  What address did she know?  Her

21    mother's address in Edinburg, Texas.  313 Ric Mar road.

22         She knew that right off the bat.  This is the

23    same address on her application to the State of Texas in her

24    food stamp application, right?  The same address on her

10:39AM 25    driver's license.  The same address she told Ms. Judy Valdez

1  she was living at when she was interviewed in May of 2025 --

2  excuse me -- 2011.

3         The same address that she certifies under penalty

4  of perjury that this information is true and accurate, right?

10:39AM  5  She fills out this application a week before the kidnapping.

6         On May 25th, the day before they get the speeding

7  tickets, she's in Edinburg, Texas, talking to Judy Valdez

8  saying, I live in Edinburg, Texas; and I certify under penalty

9  of perjury this is true.

10:39AM  10         So either she lied and committed perjury back in

11  May of 2011, or she took this oath and lied to you last week.

12  Either way, she's a proven liar; and you really can't believe a

13  word she says.

14         What's the truth?  What does your common sense

10:39AM  15  tell you?  Ms. Vega was not living in Austin.  She was living

16  in Edinburg.  The defendant and his wife were not visiting with

17  her.  They were not truthful with you when they told you that.

18         Ms. Vega lied because she is trying to help out

19  her friend.  And they lied because they don't want you to

10:40AM  20  believe any of the government witnesses.

21         Next slide.

22         The irony to all of this, this whole effort to

23  convince you they were out of town, the irony is it doesn't

24  matter under the law, right?

10:40AM  25         The defendant is charged with a conspiracy.  A

1    conspiracy is an agreement.  You can be anywhere when you agree

2    to help someone commit a crime.

3            If you knowingly understand the agreement and you

4    willfully do something to help that agreement become

10:40AM   5    successful, you're guilty of conspiracy.  You could be in

6    Mexico.  You could be on planet Mars.

7            If you say, yes, I want to help you with a

8    kidnapping and I'll listen to police scanners from my apartment

9    in Mexico, you're guilty.  You don't have to be in Texas when

10:40AM  10    they're doing the crime.  You're guilty of conspiracy.

11           He was guilty of conspiracy the day he began to

12    investigate the people that stole the cocaine.  It doesn't

13    matter if he's in Austin.  That's the irony of all of it.

14           Once you decide that the defendant was involved

10:40AM  15    and agreed to become a member of this conspiracy, your job, I

16    suggest to you, becomes a lot easier.  You just have to go

17    through and make sure that we, the government, have proven all

18    of the elements.

19           So these are the elements on the screen for

10:41AM  20    Count 2.  And the elements are not going to be challenging for

21    you because both sides agree that all the elements are met

22    here.  Again, the only issue is was he part of it.

23           But we know that there was an agreement between

24    these people to kidnap Felipe and Gerardo.  There is no doubt.

10:41AM  25    No doubt whatsoever.  These people try to pick up both these

1    guys, right?

2            We knew there's no doubt that one of the

3    conspirators, during the course of the conspiracy, committed

4    one overt act.  So the law requires that you find that at least

10:41AM  5    one person committed what we call is an overt act.

6            And the Judge is reading these to you and they're

7    going to be on Page 20 to 22 of your pattern charge.  And

8    there's a list of 37 of them.

9            So two things to remember about the overt acts.

10:41AM 10    You just have to decide that one was committed.  You don't have

11    to agree on which one.  The defendant himself doesn't have to

12    have committed it.  Any person committed one of those acts,

13    that element is met, okay?

14            You're going to find as you go through them that

10:42AM 15    most of them have already been proven.  But just so you know,

16    you don't need to agree on which one and it just has to be one

17    and it doesn't have to be the defendant.

18            Now let's see Count 3.  Count 3 is the actual

19    kidnapping of Ovidio.

10:42AM 20            Next slide.

21            The important thing to remember about this slide

22    is that the defendant is guilty of Count 3 because he aided and

23    abetted, okay?  We're charging him as an aider and abetter.  As

24    the Judge told you, someone can be guilty of a crime even

10:42AM 25    though they don't personally commit every single act.

1    If you agree to help someone else commit a crime

2 and that other person actually does the crime, you're guilty

3 under the eyes of the law, okay?  So that's the theory here.

4    We don't have to prove that the defendant did

10:42AM 5 every act.  We don't have to prove that he actually grabbed

6 Ovidio, right?  We just have to prove that at some point he

7 helped the group of men who actually accomplished that.

8    And aiding and abetting doesn't have to start the

9 day of the actual kidnapping.  So we don't have to prove that

10:43AM 10 on May 28th, the day that Ovidio was actually taken, he

11 actually did something, right?

12    At any point in time during the course, this was

13 an ongoing crime.  At any point in time the defendant agrees to

14 help, he is aiding and abetting.

10:43AM 15    If you find he did that and if you find that

16 someone actually kidnapped Ovidio and, again, there's no doubt

17 Ovidio was kidnapped.

18    Just so we're clear, the elements of kidnapping

19 someone, you know, unlawfully seized Ovidio.  No doubt that

10:43AM 20 happened.

21    That he was held for some purpose or benefit.  He

22 was held to be interrogated and taken to Gringo Mike to get to

23 the bottom of the stolen cocaine.

24    That he was transported without his consent.  He

10:43AM 25 was transferred.  He was bound, he was gagged, he was at

1    gunpoint.  He didn't give consent obviously.

2              And he was transported across what they call

3    interstate or foreign commerce.  And here that just means the

4    international border; he was taken from Texas to Mexico.  So

10:44AM  5    all of those elements are easily met.

6              The last count is Count 1.  That's the drug

7    conspiracy count.  Again, conspiracy is just an agreement.  We

8    don't need actual seizures of cocaine or marijuana.  It's just

9    an agreement to try to do that.

10:44AM  10             In this case you heard evidence that the

11   defendant agreed with other people to move both types of drugs,

12   marijuana and cocaine.  There's a special question.  You have

13   to find that the conspiracy involved more than 1,000 kilograms

14   of marijuana.

10:44AM  15             Again, that element is really not in dispute.

16   There's no doubt they're moving thousands and thousands of

17   kilos of marijuana.

18             Jose Romo told you he personally moved

19   4,000 kilos with the defendant.

10:44AM  20             And with the cocaine, you have to find more than

21   5 kilograms.  Panochas said he gave him 100 kilos just on

22   that -- 200 kilos just that first deal.  And then, you know,

23   Dionicio said he gave him 44 kilos in person at the

24   Rhino Collision that one time.

10:44AM  25             Another thing about the conspiracy, not everyone

1   in a conspiracy has to know each other, right?  Some people

2   dealt on the marijuana side, some people dealt on the cocaine

3   side.  Sometimes people go in and out of a conspiracy.

4           After Gringo Mike dies, they still continue to

10:45AM 5   traffic drugs.  The conspiracy still continues.  It's not a new

6   conspiracy.  Panochas just takes over for Gringo.

7           So don't get worried about, well, how do we know

8   they're all in the same conspiracy?  It's all one conspiracy.

9   The dope is coming from Mexico, it gets crossed and then

10:45AM 10  distributed.

11          Next slide.

12          At the end of the day, the testimony of all the

13  government's witnesses have proven to you beyond a reasonable

14  doubt all of the elements of all the crimes.

10:45AM 15          It's been 11 years now, 11 years since

16  Ovidio Guerrero was taken from his family.  That's a long time.

17  The co-conspirators and the people that took him, who played a

18  role in his kidnapping, have taken responsibility for their

19  role.  They've done their time, or they're doing their time.

10:45AM 20          And the time now has come for the defendant to be

21  accountable for his role in the part he played.  And each of

22  you can see to it that he is accountable by finding him guilty

23  of each and every count.

24          Thank you.

10:46AM 25          THE COURT:  Thank you, Ms. MacDonald.

1          Ladies and gentlemen, why don't we take a

2   10-minute stretch break and come back and hear from the

3   defense.

4          COURTROOM SECURITY OFFICER:  All rise for the jury.

10:46AM  5          (The jury exited the courtroom.)

6          THE COURT:  Ms. MacDonald, you have 32 minutes.

7          MS. MACDONALD:  Oh, I do?

8          MR. ALANIZ:  Yes.

9              (Court is in recess.)

11:07AM  10         THE COURTROOM SECURITY OFFICER:  All rise for the jury.

11             (The jury entered the courtroom.)

12         THE COURT:  All right, ladies and gentlemen.  Be

13  seated.  I'm sorry that took so long, but apparently we had an

14  IT problem, which hopefully has been resolved by now.

11:08AM  15         Ms. Cogliano.

16         MS. COGLIANO:  Thank you, Judge.

17         During yesterday's testimony, I heard one thing

18  that really shocked me.  And it actually didn't come from one

19  of our witnesses.  It was a question that was asked of

11:08AM  20  Ms. Salinas which was:  What proof do you have that

21  Lee Roy Villarreal was at that doctor appointment other than

22  your testimony?

23         And this shocked me for a few reasons other than

24  the fact that fathers are not usually photographed in the

11:08AM  25  ultrasound.  It's because, one, it's not our burden of proof;

1    and Ms. MacDonald knows that.  It's the government's burden of

2    proof.  We do not have to bring any proof, any witnesses at

3    all.

4              But it also shocked me because I know what the

11:08AM  5    case that was brought to you against Lee Roy consisted of,

6    which was testimony.  I wanted to stand up and say what proof

7    do you have that Lee Roy did anything other than the testimony

8    of mass murderers?

9              We had witnesses come in here and brag to you

11:09AM  10    that I was wrong when I said they only killed 40 to 50 people.

11    He killed 150 people, ma'am.  That's the amount of people that

12    I killed.

13              We heard from Comandante Veneno who came in and

14    said:  I was down to kill anybody.  I murdered a lot of people,

11:09AM  15    and I've never been charged or convicted of it.  I was charged,

16    excuse me, in high school; but I've never had a conviction for

17    murder.

18              But we did bring you Lee Roy's story.  Why?  Not

19    because we have to prove history true.  That's twisting the

11:10AM  20    burden of proof here.  We can't.  That's why we don't have to.

21    We cannot.  We are not trying to put anybody in prison.  We are

22    not trying to take away anybody's freedom.  We told you

23    Lee Roy's story.  He told you why.

24              He took that stand so that he could finally tell

11:10AM  25    his life truth.  Nobody has listened to him.  The FBI didn't

1    listen to him.  His prior lawyers didn't listen to him when

2    they told him to minimize his relationship with the brother

3    that he loves and still loves and he admitted that to you over

4    and over again.

11:10AM    5            Even I got history wrong when I came up here

6    because I confused M-3 and M-4.  I'm not the FBI.  I don't know

7    all the players and all the cartels.  So I got confused.  I

8    thought he hadn't been there since M-3 died.  It was since M-4

9    died.  And I apologize to you and Lee Roy for that.

11:10AM    10           All we could do is tell you his story and tell

11   you his truth because it's harder to prove a negative than a

12   positive, even when it's timely.  And now we certainly don't

13   have the power to go back and recreate the records that don't

14   exist, get the surveillance that we wouldn't have been able to

11:11AM    15   do in the first place.

16           We cannot get records as quickly as the

17   government.  We can't call someone up and get food stamp

18   applications.  And all the lawyers in this room know that we

19   can't print a screenshot off of Shanta's computer and admit

11:11AM    20   that as evidence.  We don't have that power.  That's why we

21   can't prove his case.

22           But we told you his story.  If we were going to

23   make up a story, don't you think it would have been better?

24   Don't you think we would have marched witness after witness in

11:11AM    25   here who would be explaining away their multitude of criminal

1    convictions and making hyperbolic statements.

2             But that wasn't us.  We brought you real people

3    who told you their real stories as best as they can remember it

4    11 years later.

11:12AM  5             You know, we always like to say in law school if

6    you can't rule it out, it's reasonable doubt.  And I think we

7    did more than just they can't rule it out.  But they certainly

8    didn't rule it out.

9             They brought as quickly as they could a bunch of

11:12AM  10   records.  And the best they could come up with is the addresses

11   don't match.  In 2011, I think I was in college; and I

12   certainly moved around a lot so my permanent address was my

13   mom's house.  I think that's true of a lot of people in phases

14   of their life.

11:12AM  15            They walked up to Shanta with her tax returns in

16   their hand.  They proved what I've been saying.  They got his

17   financial records.

18            They've looked into his finances.  They have them

19   in their hand in this courtroom and that they didn't move to

11:13AM  20   admit.  And all they asked her about it was:  But this address

21   though.

22            They certainly didn't disprove our version of the

23   story.  But let's remind them who has the burden of proof in

24   this case.

11:13AM  25            They have the burden of proof to prove that

1    Lee Roy Villarreal conspired with the intent to distribute

2    cocaine and/or marijuana with the Gulf Cartel.  And one thing

3    that I very much disagree with Ms. MacDonald on is that this

4    can all be lumped into one big conspiracy.

11:13AM   5            Because they can charge multiple counts of

6    conspiracies.  People can be convicted of multiple different

7    conspiracies.  And at minimum, if they believe they've proven

8    that he conspired with Gringo Mike, there's no player after

9    Gringo Mike's death that's included in any of the alleged

11:14AM  10    conspiracies that happened after Gringo Mike's death.

11            You can't just bring a minimal amount of evidence

12    for five different charges and ask you guys to lump that all

13    together as proof beyond a reasonable doubt of something.  They

14    have to prove beyond a reasonable doubt what Lee Roy was

11:14AM  15    conspiring to do.  They have to prove that he had the intent to

16    do an agreement.

17            They spent a lot of time up here saying:  We

18    don't have to prove this.  We don't have to prove that.  This

19    is all normal.  But what would you want as proof beyond a

11:14AM  20    reasonable doubt in the most important of all of your affairs?

21    Wouldn't you want them to prove who, what, when and how

22    something happened?

23            What proof do they have that Lee Roy participated

24    in whatever conspiracy they are alleging his role was other

11:15AM  25    than the testimony of whom.

1          So let's get into the weeds a little bit here

2    because that's my job is to get into the weeds.  So what's

3    beyond dispute that I learned and was corrected on over the

4    course of this trial.

11:15AM  5          In 2010, the Gulf Cartel starts warring with the

6    Zetas.  It's CDG because it's Cartel del Golfo is what it's

7    referred to as.

8          In 2011, the CDG starts infighting -- excuse

9    me -- because Metro Tres died.  And in January of 2012,

11:16AM  10   Metro Cuatro dies, and this is when things become especially

11   dangerous.  That's not to say that they weren't dangerous

12   before.  We've heard about heads on the side of the roads, the

13   banners bragging about people who were killed.  We saw the

14   people that did that killing come in here and brag about doing

11:16AM  15   that killing.  So it was all dangerous.

16          But in January of 2013 -- I'm sorry.  In January

17   of 2013, Metro Cuatro dies; and Gringo Mike tells his brother

18   stop coming.

19          So what are the conspiracies he is alleged to

11:16AM  20   have participated in before Gringo Mike dies?  Before March

21   of 2013?

22          Well, the first one -- the first one we heard

23   about, but one of them that we heard about in 2012 is Panama.

24   And Ms. MacDonald did not spend a lot of time on Panama and I'm

11:17AM  25   assuming that's because their own agent has no evidence that

1    Lee Roy was participating in Panama because he wasn't and they

2    did a very thorough, very thorough investigation.

3            Agent Sanchez is one of the most credible law

4    enforcement agents I've ever worked with in a trial.  And this

11:17AM  5    is what everybody pretty much agrees on.  Agent Sanchez met

6    with Tetin, Carlos Fernandez, two confidential informants in

7    Panama and views a bunch of cocaine.

8            And there's some calls between Agent Sanchez and

9    Tetin when he gets back to the United States.  These are all

11:17AM  10   recorded.  Tetin is coordinating getting the money to

11   Agent Sanchez.

12           Now, Tetin said at that point he passed the

13   number off to Lee Roy and never had anything to do with it

14   again.  And he said that until he was confronted with the fact

11:18AM  15   that all of the other calls that he made were recorded.  And it

16   was the same voice, and it was the same phone number.

17           And he said, I didn't give anyone my phone

18   number.  And there's no calls with any other phone number.  And

19   there's calls between Agent Sanchez and Luis Hernandez, and

11:18AM  20   those are all recorded.  And everything is surveilled and

21   everything is taken pictures and there's movies and videos of

22   all of this.

23           And he brings three others to San Antonio and

24   Agent Sanchez agreed that they identified them.  Someone named

11:18AM  25   Eliud Hernandez; another Hernandez, that is one of Luis's

1    brothers that he told you the first name of that I can't

2    remember right now, and San Juana Chavez.

3            And not only did they identify them, they took

4    pictures of them all together.  And even after that,

11:19AM  5    Agent Sanchez and Tetin plan a second trip.

6            On the calls between Agent Sanchez and Luis,

7    Agent Sanchez told you at least about two specific things that

8    Tetin said to him.  The first one was when Sanchez told him, we

9    didn't get the full amount of money.

11:19AM  10            And Tetin says:  But I told him to.  I told him

11    not to leave.

12            Not he wasn't supposed to do that.  He was told

13    not to do that.  I told him.

14            And then after the second interaction they have

11:19AM  15    Agent Sanchez tells you Tetin said to him:  I just wanted to

16    make sure what he told me happened was correct.  That's why I'm

17    calling you back.

18            Not I just wanted to make sure it happened.  I

19    just wanted to make sure it all went as planned.  He just

11:20AM  20    called me, told me what he says happened.  So I want to call

21    you and make sure what he told me is true.

22            Then we have the calls between Agent Sanchez and

23    Luis that were all recorded.  And Luis came up here and told

24    you that he didn't know who he was dealing with.  But

11:20AM  25    Agent Sanchez told you that when he got a call from Luis, he

1    said:  Hi, I'm Hector's man.

2              Not somebody sent me, not even not identifying

3    who sent him.  He says:  I'm Hector's man.

4              And then they got Luis' phone and they were able

11:21AM  5    to run it and do triangulation and do toll data and do all of

6    the investigative tools that we've heard a lot about.

7              And Lee Roy is never implicated in this.  And,

8    yes, people are scared in this case.  He was scared to testify

9    against Tetin, the person that he knows is in custody, the

11:21AM 10    person that all of the witnesses that were in this trial had to

11    go back to FDC across street for the duration of this trial and

12    be roommates with.

13              That's what's scary.  And when Ms. MacDonald is

14    up here giving her opening -- or closing argument, she put a

11:21AM 15    lot of air quotes around the words "hard evidence."  And I

16    don't dispute that air quotes should be used when talking about

17    hard evidence in this case because there is none.

18              There was an abundance of hard evidence in the

19    Panama full investigation done by the credible DEA agent that

11:22AM 20    you heard from.  He said there were 70-plus exhibits of hard

21    evidence.  So what proof do you have that Lee Roy participated

22    in that conspiracy other than the testimony of Tetin?  None.

23              And the other conspiracy before Gringo Mike is

24    killed is the allegation that Lee Roy is distributing his

11:22AM 25    brother's marijuana once it gets into the United States.

1        And as much as I want to separate these two, I

2   don't want to be disingenuous.  I believe under the law that if

3   you believe he was conspiring with his brother at that time,

4   that these two are combined.  Because that's one conspiracy,

11:23AM  5   distributing marijuana for his brother.

6        It's a group of people working for his brother

7   with the goal to move marijuana for his brother.

8        What proof do you have that Lee Roy participated

9   in this conspiracy?  Testimony.  The testimony of Jose Romo who

11:23AM 10   said that Lee Roy said to pick up money in a black Camaro

11   outside of a fitness center and that he got marijuana from one

12   of Lee Roy's men who told him to bring it to Houston.

13        But Mr. Romo, who very much wanted to come

14   testify in this case, couldn't identify Lee Roy in court.  He's

11:23AM 15   obviously not scared of Lee Roy.

16        He wrote a letter.  I want to testify against

17   Lee Roy.  He got up there and said:  It doesn't matter how much

18   time I've gotten off of my sentences recently.  That's

19   irrelevant.  I wanted to come testify against Lee Roy.

11:24AM 20        And then Ms. MacDonald said:  Can you point him

21   out?  She asked him three times:  Can you point him out?

22        And he says:  No.  The one defendant sitting at

23   the defendant's table next to all of his lawyers in this case

24   that we've all been staring at who has scars on his face that

11:24AM 25   apparently people have been making fun of him for.  And he

1    couldn't identify Lee Roy.

2              There's no other reason for that other than

3    that's not the person that he thought he was.  I can't come up

4    with one.

11:24AM  5              And what hard evidence do they have to

6    corroborate anything about this?  Any black Camaro?  I can't

7    bring you a record saying Lee Roy Villarreal never owned a

8    black Camaro.  That doesn't exist.

9              You know what does exist is car registrations.

11:25AM 10    You know what does exist is walking by someone's business to

11    see if there's a black Camaro there.  You know what does exist

12    is pole cameras.  Tickets.  Look through his record.

13              What he told you is true.  He was an insanely

14    reckless driver up until the situation that we're in.  All of

11:25AM 15    those tickets the government has access to.  Did you hear about

16    any black Camaro that's owned by Mr. Villarreal?

17              Got marijuana from one of Lee Roy's men and

18    brought it to Houston.  Who is Lee Roy's men?  Were they

19    interviewed?  Are they in custody?  Are they on any of the

11:25AM 20    extensive amount of wiretaps that we know was occurring

21    specifically to monitor the distribution of marijuana from

22    Gringo Mike to Houston?  That was that whole investigation.

23              That's the other most credible witness that we

24    heard from, that we brought you.  Rene Gonzalez.  And none of

11:26AM 25    those wiretaps are mentioned in the FBI case file that we're

1  here for.  Operation Hermandad, which is a simultaneous

2  investigation for the distribution of controlled substances out

3  of Gringo Mike's plaza through the Texas Chicano Brotherhood.

4  And that agent remembered everything.

11:26AM  5       I don't know or care if it's because his memory

6  is that good or if it's because he was important enough to him

7  to know what he was talking about when he came to testify to

8  you guys.  It's one of the two.  And both of them are his job.

9       Either you're as invested in your case that you

11:26AM 10  spend years and years and years working on to protect the

11  citizens of our country that you remember them, you remember

12  the nickname.  You remember the real name.  You remember the

13  wiretap.  You remember what their role was in the conspiracy.

14  And you remember how they were referenced, were they on the

11:27AM 15  wiretap, was it their phone, were they talked about.  And they

16  didn't bring any of those people.

17       And you know what we also heard?  I asked

18  Agent Gonzalez:  Did anyone from the FBI ever ask you about

19  Lee Roy?

11:27AM 20       I thought the answer was going to be no, but they

21  did.  In 2011 or 2012, they said:  Do you have Lee Roy on

22  anything?

23       No.  There's no record of that either.  So either

24  that didn't happen and that's why it wasn't documented and it

11:27AM 25  should have been happening, or it's another thing that is

1  exculpatory good evidence for Lee Roy that was left out of the

2  records.

3           I don't know which one it is.  Either they didn't

4  do it at all or they did it and they didn't write it down

11:28AM  5  because it didn't say Lee Roy was there.

6           And then you heard from Benicio.

7  Comandante Veneno.  He said:  I was charged with murder in high

8  school.  He said:  I murdered lots of people.  I couldn't even

9  begin to think about how many people I murdered during the war

11:28AM  10  between the Gulf Cartel and the Zetas.

11           And you know what we heard about Benicio, too,

12  was from Panochitas, as Mr. Saenz-Tamez, our first witness.

13  And I said who?  Who was left after you cleaned up everything

14  that was related to Gringo Mike?  Cleaned it up.

11:28AM  15           Right?  We learned what "cleaned it up" means.

16  It means he killed everything related to Gringo Mike except a

17  few people that he named and he agreed, yeah, those people will

18  go out of their way to show their loyalty had changed.

19           They had to prove it extra because when everyone

11:29AM  20  else volunteered to drop their weapons and pledge their loyalty

21  to Pelon, that wasn't good enough.  He burned them alive.  All

22  of them.

23           And Lee Roy was sitting in here and listened to

24  these people talk about that, talk about his brother that way.

11:29AM  25  His brother was a terrible guy.  But it was his brother and he

1   loves him and he's admitted that to you and he had to listen to
2   that.
3            And we learned that Benicio really, really had to
4   prove that he changed his loyalty so he wouldn't be cleaned up,
5   too.
6            And so he says Mocho says bring the marijuana to
7   Sandalio.  Mocho, Agent Lee, says he has no clue if he was ever
8   arrested.  But the picture of Mocho that Ms. MacDonald put up
9   and entered into evidence has on the same exact orange that
10  Mr. Saenz-Tamez came in.  Because Mocho is in custody.
11           So he was either not interviewed and not asked
12  about this, which is not doing your job, or he was interviewed
13  and he was asked about this and he didn't implicate Lee Roy and
14  there's no record of that.
15           Bring the marijuana to Sandalio.  This
16  restaurant.  Did we hear even if it still exists, if it ever
17  existed.  Who owned it?  Was this even the right owner of the
18  restaurant?  Was he asked any questions?  I don't know.
19           Then Lee Roy says:  Leave the marijuana in a car
20  outside the restaurant.  I left this blank because in all
21  honesty, I couldn't remember from my notes if they said what
22  kind of car that was.
23           So either he didn't remember the kind of car it
24  was or he didn't tell you the kind of car it was or it was a
25  kind of car that they never confirmed Lee Roy had.  Because you

1  know full well that if it was a car Lee Roy had and if it was

2  in his name and if it had any tie to him at all or even if it

3  matched any of the other cars talked about, we would hear it.

4  Lee Roy says:  Now I want you to go pick up maybe

11:31AM 5  the same car, maybe a different car, some kind of car, I

6  don't -- maybe he said it -- at the gas station.

7  Same deal.  I won't beat dead horses.  Well, a

8  little bit.  That is my job, but I won't right now.  We didn't

9  hear about that.

11:31AM 10  Then we hear the marijuana never got to Houston.

11  Lee Roy stole it from his brother, found some other money

12  somewhere and said:  Bring that to my brother.

13  This doesn't even match.  What is he?  Is he in

14  Panama helping get new suppliers?  Is he leaving black Camaros

11:31AM 15  outside of fitness centers?

16  And we heard that he had already been implicated.

17  Is he distributing out of Rhino, or is he putting things in

18  cars?

19  Did anyone put pole cameras anywhere to see if

11:32AM 20  that would happen?  In the 40 to 50 wiretaps that resulted in

21  the indictment of 40 to 50 people for this conspiracy was

22  Lee Roy mentioned?  Did they round up any of those 40 to 50

23  people and bring them in here and say:  Oh, he left them out?

24  Even Gringo Mike is on those wiretaps, three of

11:32AM 25  them.  Is Lee Roy the most brilliant criminal mastermind of all

1    time?

2              Now, Ms. MacDonald asked Agent Gonzalez:  Well,

3    if they were only talking about personal stuff, you wouldn't

4    have it recorded.  I wouldn't care if they did.

11:32AM    5              Because talking to your brother about brother

6    stuff still isn't a crime even if he's in the Gulf Cartel.  You

7    and I may have made different choices.  I think it's pretty

8    rough that Lee Roy put his family and friends in the position

9    to worry about him and to be in a cross fire of bullets.

11:33AM   10              But if my sister was running a criminal

11   enterprise, would I cut her off?  I love my sister.  Does that

12   make me a criminal?  Should he have shut his brother out?

13   Maybe.

14              But us feeling differently about that is not

11:33AM   15   proof beyond a reasonable doubt that he is conspiring to

16   distribute cocaine or conspiring to kidnap and murder anybody.

17              And we went through a list of some of the top

18   people with Tetin.  He agreed that Tico shipped marijuana to

19   U.S. on the wiretaps.  He agreed that Mellado Cruz was a new

11:34AM   20   leader in Miguel Aleman.  He was on the wiretaps.

21              Jesus Ramon Garcia, leader in Camargo.  Agreed.

22   Confirmed on the wiretaps.

23              Alan Alpizar-Cordoba, Fiscal.  Yeah, he was

24   there.  On the wiretaps.

11:34AM   25              Judy, Juan, Banda, Corona, collect a piso.  Rayo,

1 main accountant.

2          Tetin said:  I don't really know who

3 Edgar Benitez is.  So I believed him.  But he is also on the

4 wiretaps.

11:34AM 5          Felipe Banda, now we've learned that's Payaso.

6 He's on the wiretaps.  Payaso is on the wiretaps.  They all

7 existed on the wiretaps.

8          We had a three-day weekend after Lee Roy

9 testified.  Did any agent come in and say:  Oh, once we learned

11:35AM 10 that, we went back and listened and, yeah, we identified

11 Lee Roy on the wiretaps.

12          Can I do that?  Absolutely not.  I don't have

13 that power or ability, but they do.  So either they did it and

14 he wasn't there or they didn't do it at all.

11:35AM 15          Mario Alberto Renteria Gonzalez,

16 Oscar De La Cerda Torres.  Everybody is on the wiretaps.

17 Lee Roy is not even mentioned.  Gringo Mike's brother.  Bring

18 it to Gringo Mike's brother.  Bring to Rahas.  Bring to it

19 Scarface.  Bring it to El Talivan.  No, nothing.

11:35AM 20          We also heard from Roel Garza, who admits that he

21 was distributing drugs for Gringo Mike during this period.  And

22 he said that he barely saw Lee Roy.  I think all of these

23 witnesses said maybe they saw him a couple of times in the

24 U.S., maybe they saw him a couple of times in Mexico, maybe

11:36AM 25 they didn't see him at all during that period; and if they did,

1   he was partying.

2          Orlando Hernandez admits distributing drugs for

3   Gringo Mike's operation.  Never worked with Lee Roy on that.

4          Gerardo Villarreal, working with the Texas

11:36AM 5   Chicano Brotherhood, doesn't mention Lee Roy at all.

6          Lin, the intended kidnapping target.  He was

7   stealing drugs from Gringo Mike and selling them, never

8   mentioned Lee Roy being involved with that.

9          Panochitas, he was working for Gringo Mike and

11:36AM 10  then I think he went and was under somebody else's supervision

11  but still under Gringo Mike.  And then he said, well, really

12  Pelon always had the power.

13          I don't know what's true and what's not.  Of

14  course he has to say that.  Pelon is in federal custody where

11:36AM 15  he is.  But I believe that Pelon had all the power.  He never

16  mentions that.

17          Tonio, who has been a confidential informant

18  since 2011 and was working with Gringo Mike up until

19  Gringo Mike's death and was a target to be killed after

11:37AM 20  Gringo Mike's death, said he had never seen Lee Roy at all

21  during that period of time.

22          Mr. Davila, these are all people that have

23  admitted being involved in the distribution of cocaine during

24  this period of time.  Then Gringo Mike dies, and it's beyond

11:37AM 25  dispute.

1    Pelon is in power.  He eviscerates anything

2 connected to Gringo Mike unless you're one of the few

3 exceptions, you have to extra prove your loyalty.

4    Everyone agrees that Lee Roy was in danger.

11:37AM 5 Couldn't go back to Mexico at that point.  Even on the

6 recording, you hear them talk about it.  Maybe you could come

7 and wear a mask.  Oh no, you can't go back there.

8    So we have Panochitas comes.  Mr. No, ma'am, I

9 killed 150 people.  And he says he was contacted by Choco or

11:38AM 10 M-90.  I don't know who that is, but I know for sure we didn't

11 hear from him.

12    Lee Roy wants to distribute cocaine for his

13 brother's murderers.  That's what you have to believe to find

14 proof beyond a reasonable doubt.  Would it cause you hesitation

11:38AM 15 in your own affairs?  Even if you believe he did any of the

16 things before his brother died, would it cause you to hesitate

17 that he would distribute drugs for his brother's murderers?

18    He almost cried on the stand talking about his

19 brother.  But it's possible that somebody contacted Panochitas

11:39AM 20 because Lee Roy was trying to get information at the time.

21    The agents.  Agent Moody, they agreed that he was

22 talking about Panochitas and they presumably were saying

23 historical information is not good enough.  We need you to know

24 what's going on now.

11:39AM 25    So he's trying to find out what's going on now,

1  if you even believe that.  Because Panochitas has no idea who

2  Lee Roy is, what he looks like, what he sounds like.  Couldn't

3  identify him even though there was no record made at the

4  moment, he couldn't identify a picture of him.  And he just

11:39AM  5  said, I believe the text message.  It was him.

6  We've also heard that Fiscal made up a fake name

7  that everyone was supposed to use, called Pecuaka.

8  We have no idea who is texting this person or if

9  these texts ever happened because Panochitas, the mass

11:39AM  10  murderer, is getting ten years off of his sentence.

11  But we don't hear from Choco.  We don't hear from

12  El Quince.  El Quince brought money to Choco in a dirty DeWalt

13  bag.  One thing we know for sure is that Lee Roy never found

14  the money if he was trying to find the money, because everyone

11:40AM  15  agrees on that on the recording as well.

16  Did you find anything?  Did they find anything?

17  Do you think there's anything there?  And these underground

18  containers he's talking about, he told the FBI that he learned

19  about them in 2013.  That's also beyond dispute.

11:40AM  20  So what evidence other than testimony of

21  Panochitas is there that this conspiracy existed?  No hard

22  evidence, right.

23  And then Indiana.  Dionicio.  Dionicio says that

24  for years he transported cocaine for Juan Garcia -- for years.

11:41AM  25  One thing we couldn't lock down is what year.

1    But we know it's after his brother's death.  We know it's after

2    the FBI's interested or heard word that Lee Roy is involved in

3    things.

4         He's saying that all of this cocaine is being

11:41AM 5    delivered out of Rhino Collision where they have surveillance

6    cameras, where they worked with police giving them surveillance

7    cameras.

8         The FBI didn't have to come in and say, I want to

9    know if your surveillance cameras have you dealing cocaine on

11:41AM 10   them.  They had to send in one of the law enforcement agencies

11   that have a contract with Rhino and R&H Collision and say

12   something else happened.

13        You can lie to get a consensual information from

14   a business.  They already had police go in and ask for that

11:41AM 15   before and they gave it up willingly.

16        And he says he's transporting cocaine with

17   Juan Garcia for Albert Mendez and El Tio, these two DTOs.

18        Albert Mendez in custody, didn't hear from him.

19        El Tio, I don't know who that is.  But we

11:42AM 20   definitely didn't hear from him.

21        El Guero, I don't know how he's related.  He

22   mentioned him, he said Lee Roy introduced him to him, but then

23   he admitted that wasn't true.  He met El Guero through

24   Albert Mendez or through Juan Garcia.

11:42AM 25        Then Juan brings Dionicio to somewhere in

1    Rio Grande or Roma -- somewhere.  He doesn't even say where --

2    where Lee Roy just hands him bricks of cocaine.  And for the

3    only time in the entire years-long period that he's conspiring

4    with Juan to distribute cocaine, this one time he puts it in

11:42AM  5    his personal vehicle and he brings it to Allen Bates in

6    Indiana.

7         And then he says he brings the money back and

8    gives it to Tony, somebody that nobody that worked at

9    Rhino Collision could identify.

11:42AM  10         We did hear from Allen Bates, and he has no clue

11    who Lee Roy is.  He thinks he saw a mechanic, not at all

12    involved in any of the things that he was doing, who might have

13    had the word "Lee Roy" on his uniform.

14         He was there multiple times and always Ignite.

11:43AM  15    And the truth is I have no clue if Juan Garcia was distributing

16    drugs out of Rhino.  I know none of Lee Roy's people thought

17    that or think that or have any evidence of that.  Nobody does.

18    But I have no idea.

19         We even brought you Mike Castro, and I have no

11:43AM  20    idea whether to believe Mike Castro.  But we brought you

21    everything we could.  Everything we could.

22         Even if you believe beyond a reasonable doubt

23    that Juan Garcia and Mike Castro were somehow involved with

24    Allen Bates, they certainly haven't brought you any proof that

11:43AM  25    Lee Roy was.

1    And Baldo, the manager, graduated magna cum laud
2    from law school recently studying for the bar exam is going to
3    risk his possibility of having a bar license to willingly come
4    in here and testify.  He has no knowledge of anything happening
5    at Rhino.
6         Annabelle.
7         And you know who could have proved themselves one
8    way or the other?  The government could have done that.
9         And then we hear from Tonio.  And I'm not really
10   sure what Tonio does or doesn't prove, but let's go through it.
11        So first we heard in the government's closing
12   argument that there's nothing on the recording where Lee Roy is
13   trying to get information.  I didn't think they were going to
14   say that so during the break I found three quotes.  Three of 70
15   pages.
16        "Was Panochitas also killed or is that a rumor?
17   Who was doing that?  Panochas or was it Chiapas?  How is the
18   shit going over there?  Because I haven't been over there
19   recently."
20        You know what we hear in the recording?  We hear
21   proof that Lee Roy has some knowledge of where his brother's
22   ranches are, which he told you.  Even his friends that nobody
23   is alleging are involved have been to these ranches.
24        We have proof that Luis was the one that had more
25   information.  We have proof that he's relying on Tonio.  We

1  also have proof that the linguist was doing his best, but

2  there's multiple meanings for different words in Spanish and he

3  made 135 changes to the transcript after he met with Tonio.

4           So some examples.  Lee Roy:  "This is what I

11:45AM 5  remember.  Is this right?"

6           Tonio:  "More or less."

7           Lee Roy:  "Luis, is this the curve?  Is it?"

8           "Yes.  Yes.  That's the curve."

9           And then Lee Roy says:  "Oh, yeah.  It's a road

11:46AM 10  for ATVs."

11           Because that's what he did at the ranch is ride

12  ATVs.

13           Luis:  "What's the name of the old man at the

14  ranch?"

11:46AM 15           Like Peter.  This is why I asked Agent Lee if in

16  Spanish sometimes sentences just mean inflections to be

17  questions because this looks likes sentences.

18           Lee Roy:  "Is he like Peter?  Help me, Luis.

19  What does he look like?"

11:46AM 20           And then there's this bit here.

21           "Smaller than I am.  A little bit more?"

22           "No.  He's not tall or short."

23           Say that out loud.  He's asking Luis.  He's

24  helping him describe him.

11:46AM 25           Then at the bottom:  "Does he have a belly?"

1          And then here they put words in his mouth.  I do

2     not speak Spanish.  I do not know what "si ahuevo" means.  But

3     I sure know it doesn't mean one thing when a confidential

4     informant says it and something else when Lee Roy says it.

11:47AM   5          This is the United States versus

6     Lee Roy Villarreal, but it's not really.  It's the

7     United States government against Lee Roy Villarreal because we

8     are all the United States.  It is their case against Lee Roy.

9          And one thing that I do agree with this is about

11:47AM  10     is that it's about money.  I don't know how much money the FBI

11     and the U.S. Attorney's Office has spent on this investigation

12     since 2011.  I tried to find out.  Nobody seemed to know that.

13          But I do know, first of all, and we heard from

14     the witnesses that these prosecutors themselves have been

11:47AM  15     involved in this since 2011.  So it's not like they had nothing

16     to do with this case until 2013 or 2014, whenever that was

17     said.

18          But I do know that the idea that it's ridiculous

19     that a 22-year-old boy from the Valley, who was born to a

11:48AM  20     mechanic and a janitor doesn't have experience with banks until

21     his 20s, that's not ridiculous.

22          The idea that that's ridiculous is offensive.

23     Not everybody has the experiences and the life that we do.  And

24     this entire investigation and multiple slides from the

11:48AM  25     government's case have been about Lee Roy having money.

1          Because it doesn't make sense he doesn't know

2    what banks are, but it's certainly impossible that this kid

3    that grew up in the Valley with a janitor for a mom has money

4    and successful businesses unless it's because he's in the Gulf

11:48AM  5    Cartel.

6          They have his bank records.  They had a forensic

7    financial analyst.

8          And Agent Moody said:  Well, we always do that.

9          Good.  You should always do that.  You should

11:49AM  10   always have a financial analyst look over things if you think

11   somebody is laundering money.  Great.

12         There's no report.  Is that because it never

13   happened or did it happen because they didn't find anything

14   implicating Lee Roy so they didn't write it down.  I don't

11:49AM  15   know.

16         I know the IRS is one of the multiagency agencies

17   that are involved in Project Hermandad and they didn't come in

18   here and testify.  I know that Ms. MacDonald had tax returns in

19   her hand and she didn't say anything about them to you.

11:49AM  20   I know that Agent Moody said that in maybe 2013

21   or 2012 when he wrote his first interim report the reason that

22   they didn't search anywhere is because he didn't think they had

23   probable cause.

24         You don't need probable cause for everything.

11:49AM  25   But that sure is a low burden that they didn't have.  There's a

1    ton of things they don't need any of that for.  A lot of things

2    you only need to be able to articulate the possibility of a

3    crime to get and they didn't do any of those, even though they

4    wrote all of them down in their reports.

11:50AM    5              Pole cameras, surveillance, running vehicles,

6    doing drive-bys, voluntary searches, asking other agencies,

7    wiretaps, undercover agents.

8              So how did we get here?  Well, then all they had,

9    because Lee Roy magically is able to escape wiretaps and

11:50AM   10    magically able to escape any evidence in his tax returns

11    despite everyone thinking that it's impossible for him to make

12    that amount of money.

13             They talked to people who are admitted and known

14    workers at the FBI who want to prove they're not loyal to

11:50AM   15    Gringo Mike; who are scared of Pelon, who is currently in

16    federal custody; and they have an opportunity to get time off

17    their sentence and not be charged with a crime.

18             And Agent Lee honestly -- very honestly told you

19    of two techniques that they use.  One that the FBI uses, which

11:51AM   20    is telling the potential informant everything that the FBI

21    thinks they know about the potential suspect.

22             And then the prosecutor tactic of coming in and

23    saying:  Well, you have a choice.  You could be a witness or

24    you can be a defendant.

11:51AM   25             And they don't have to file a 5K-1 or whatever it

1    is if they never charge them.  We don't have documentation of

2    why they are choosing not to charge people with things.  But we

3    know they say to people:  You can either be a witness or you

4    can be a defendant.  What would you choose?

11:51AM  5          Lee Roy is an opportunity, not a liability to

6    these people, these people that you heard from.

7          And then in 2017, Agent Lee signs another

8    document to get more funding for his OCDETF multiagency task

9    force and he writes in that:  "Lee Roy Villarreal is the

11:52AM 10    highest-ranking living Gulf Cartel member and his successful

11    prosecution will assure the dismantlement of the transnational

12    criminal organization."

13          He writes that.  Based on what you've heard in

14    this trial, it's offensive.  If you believe this, you should be

11:52AM 15    offended that they didn't bring proof of it because you have no

16    choice but to acquit a very dangerous man.  It's not fair to

17    you and it's not fair to the community.

18          And if you don't believe this, you should be

19    offended for Lee Roy because his life has been turned upside

11:52AM 20    down by this allegation that they cannot prove.

21          Thank you, finally, for being the last line of

22    defense between any individual and the awesome power of the

23    government because they have an awesome power and they did not

24    use it properly here.

11:52AM 25          Now Gerry will come up and talk to you about the

kidnapping.

MR. MORRIS: Good morning. As Ms. Cogliano said, I'm going to talk to you about the kidnapping. There is a lot of overlap because a lot of the things she said equally apply to the kidnapping.

But I want to start with what seems to be the overriding principle, the overriding theme of the government's case.

And that is, we brought witnesses here to tell you Lee Roy Villarreal was involved in the kidnapping. And you should believe them because, yes, they kill people for a living. Yes, they sell drugs to your kids. Yes, they launder money. Yes, they've lied to everybody in every phase of their life to cover up what they're doing. Yes, they've lied multiple times to the police, but they won't lie to you about Lee Roy Villarreal despite the fact that lying about Lee Roy Villarreal gives them the one thing that all of us agrees is the most precious thing we have and that's a chance at freedom.

A chance to in some cases avoid prosecution altogether, and in many cases to avoid prosecution on the more serious things they've done. And in all cases, cut the exposure that they have from the things that they've done.

And I began talking to you on opening statement about where's the hard evidence. And what is hard evidence?

1    It's evidence that would support one single word of what these

2    folks have told you.

3         Evidence like, you know, we brought you to show

4    that Lee Roy Villarreal was driving to Austin on the 26th of

11:55AM  5    May, when he was supposedly in the Valley involved in a

6    kidnapping and that he was there all weekend in Austin.

7         And if we've learned one thing during this trial,

8    it is that irony is not dead. When Joanna Vega was on the

9    stand or when Shanta was on the stand, well, did the two of you

11:56AM 10    talk? When is the last time you talked to her about this? Did

11    you talk to her about what her testimony was going to be today?

12         As if if they talked, if they spoke a single word

13    to each other about what happened that weekend, then you should

14    never believe them. The irony is the same government that the

11:56AM 15    lawyer works for that asks those questions is the government

16    that stuck all these people together in the same facilities

17    where they could talk to each other about what they were going

18    to say if they chose to where they could hear the rumors going

19    around as some of our witnesses testified about, about the

11:56AM 20    case. That's a reason not to believe those people for sure.

21         But let's talk about some of the witnesses that

22    the government brought you. Hector Barrios-Hernandez a/k/a

23    Tetin. Hector testified that he was instrumental in working

24    out agreements between drug cartels to cooperate with each

11:57AM 25    other so that they could sell more drugs, move more drugs into

the United States.

But he was only prosecuted for the deal in Panama that you heard about. And you also heard that he's been in jail long enough now to discharge that sentence. So the only thing that he's got between him and freedom and between him and being reunited with his family is this case.

And I asked him, has anybody told you how much you have to say about the person on trial here to win your freedom?

No. You just have to keep telling them.

Right. What are your priorities?

Well, my first priority is my family.

If you went back to Reynosa, would you feel comfortable walking down the street?

No.

Have you talked to them about helping you stay in the country?

Well, I brought it up. We haven't made any agreement on that.

The government will file a 5K1 motion for downward departure and will recommend that the Court reduce his sentence. The only sentence that is left to be assessed in his case is one connected with this kidnapping and that sentencing has been put off, put off until after he comes in here and testifies to you about what he said about the kidnapping.

1          Let me talk to you about what he said, and then

2     we'll compare it to what some of the others said.

3          And this is the kind of evidence that I implore

4     you to look at.  Did they testify consistent with each other?

11:59AM 5     And why is this so important?  Why am I spending so much time

6     on this testimony?

7          Well, when you heard this charge read and when

8     you take it back to read it, nowhere else does it tell you to

9     be skeptical of a class of witness.  It tells you treat the

11:59AM 10    defendant like any other witness.

11          But when it comes to witnesses like

12    Mr. Barrios-Hernandez, did the witness have any particular

13    reason not to tell the truth?  Did the witness have a personal

14    interest in the outcome of the case?  Did the witness have any

11:59AM 15    relationship with the government or the defense?

16          Well, he certainly checked all those boxes.

17          And other things that you may look at in the

18    charge:  In this case the government called several witnesses

19    with whom the government has entered into contractual plea

12:00PM 20    agreements, who are alleged to have been accomplices or

21    co-defendants.

22          Such plea bargaining, yeah, it's fine.  It's

23    legal.  But the Court also cautions you to look at these

24    witnesses' testimony with skepticism because of what they're

12:00PM 25    getting in exchange.  They're getting their freedom.

1    So Mr. Barrios-Hernandez, he really went
2 overboard in putting Lee Roy in this case.  He's there just
3 about every minute of every day.  He's taking Francisco into
4 the back room and working him over, trying to get information
12:00PM  5 from him, although none of the other witnesses told us -- all
6 the other witnesses that saw Francisco said he didn't have a
7 mark on him.  No indication that he had been beaten up.  No
8 indication of any trauma whatsoever.  But Tetin says Lee Roy is
9 back there working him over.
12:01PM 10    Lee Roy is helping plan the thing.  He's
11 instrumental in planning.  But most importantly and why I spent
12 so much time with him and making a calendar -- y'all learned I
13 can't write very legibly -- is he puts Lee Roy there on the
14 18th.  And I took great pains to get him to expand on what
12:01PM 15 Lee Roy did on the 18th to get him to testify when the last
16 time was he saw Lee Roy.
17    Because the 18th is when the sonogram was taken.
18 And yes, they don't take a picture of the father on the
19 sonogram.  But those of you that have been through this,
12:01PM 20 especially women if you have children, you remember whether
21 your husband was there or not, don't you?
22    You remember how attentive he was to you during
23 that time when you're -- if you had problems with your
24 pregnancy when you were on bed rest.  Where was your husband?
12:02PM 25 You'd remember if he went to the doctor with you.

1          Well, the criticism is, well, you didn't bring us

2     the doctor's records.  Well, you saw how just on a dime the

3     government can go get food stamp records.  Well, the government

4     knew who the doctor was.

12:02PM  5          If there was something wrong with those records

6     or something that would have benefitted them, they would have

7     brought them in.  They have the burden of proof.

8          So then we move on and Tetin is relentless.  He's

9     there, he's helping us plan.  He's there.  I don't remember him

12:02PM 10    being there a couple of days, but he was there that last day,

11    the 28th.

12         Well, we brought you the traffic records and, no,

13    it doesn't say which way he was going.  But the traffic ticket

14    records show he was going somewhere a long way from McAllen on

12:02PM 15    the 26th.  And when you get back to the jury room, you can ask

16    for our exhibits.  There is an exhibit in evidence that shows

17    you where Three Rivers is if you don't know.  It shows you the

18    amount of driving time to Three Rivers.  It shows you the

19    driving time to Schertz.  He was a long way from McAllen on the

12:03PM 20    26th.  And he went to Austin.

21         Well, and those witnesses were attacked.

22         Again, like I said, well, did you get together?

23    Did you talk with each other?

24         Yes.  She had to call her to tell her I was going

12:03PM 25    to be calling.  But there was -- you heard her testify there

1    was no getting together to make their stories match.

2             The government brought you the food stamp

3    application.  What the government has conclusively, I would say

4    beyond a reasonable doubt proven with that exhibit, is that 24-

12:03PM    5    or 25-year-old individuals who are doing something that --

6    receiving something in the mail is very important to, like food

7    stamps, that they use their parent's address.

8             How many of you did that when you were 24 or 25?

9    If you have children that age, how many of your children have

12:04PM    10    used your address as their mailing address for important

11    documents?

12             Lee Roy -- and let's say for a minute, okay,

13    well, let's just discount Joanna's testimony.  Let's not listen

14    to her.  But don't you have to ask yourself, well, if Lee Roy

12:04PM    15    wasn't taking his wife to see her friend, what in the heck is

16    he doing?  Did he drive -- and you will see on the exhibit --

17    six hours away from McAllen or Schertz, I believe is four and a

18    half hours.  Did he just decide to put her in a car and drive

19    her down I-35 for the heck of it?  Of course he was going to

12:04PM    20    Austin.

21             So that is the significance of Tetin and this

22    time line.

23             And then Roel Garza.  Right.  Roel Garza was not

24    under arrest when he first mentioned Lee Roy, but Roel Garza's

12:05PM    25    position was, if I recall his testimony correctly, was he had

1  been found out.  He was known to law enforcement as being

2  someone who was involved with the Gulf Cartel and moving dope.

3  But they chose not to arrest him because they

4  wanted to use him as a confidential informant.  So they chose

12:05PM  5  not to arrest him.  Yeah, he's not charged.  But if you can

6  imagine he's got one of those little red dots on him, and he's

7  in the cross hairs of the government.  He knows he's going to

8  get charged at some point.

9  So what does he do?  He lies to them.  He tells

12:05PM  10  them, I'm going to the dentist, I believe it was and did a drug

11  deal while he was doing that.  They find out about it.  They

12  say:  Okay.  All is forgiven.  Go back and be a confidential

13  informant again.

14  And he continues to lie to them.  And eventually

12:06PM  15  they charge him.  But while he is a confidential informant,

16  while he's moving dope and lying and all that other stuff, he

17  knows -- and I asked him, what were you trying to do?  Trying

18  to better my position.

19  He knows he's got to give them something.  And as

12:06PM  20  you heard the agent say, we weren't interested in what was

21  going on in Mexico.  We're interested in what's going on in the

22  United States.

23  So who is he going to give them?  He can't give

24  them somebody that's really dangerous.  He can't name these

12:06PM  25  people that could come over and kill him.  He's one of Fiscal's

1    men, one of his troopers; so he's not going to name Fiscal.

2            But here's Lee Roy. Big prize. The brother of a

3    cartel leader. How much more time do you think that

4    information bought him? How much forgiveness do you think that

12:07PM  5    information bought him so that he could continue to do the

6    things he was doing, which was work for the government and move

7    dope?

8            But now he has been prosecuted. The government

9    again is going to move for a downward departure to lessen his

12:07PM 10    sentence. All is forgiven and his sentencing is still pending,

11    so he doesn't know what he's going to get. One-third off of

12    what. He doesn't know.

13            Orlando Hernandez. Orlando is pretty much in the

14    same boat. He's dealt a lot of dope. Been involved with a lot

12:07PM 15    of bad people. He's interviewed by the FBI twice in 2013 after

16    Gringo Mike is dead and he doesn't name Lee Roy.

17            He said: Well, I was scared because Lee Roy and

18    Gringo Mike were powerful. Gringo Mike is dead, Lee Roy is not

19    powerful.

12:08PM 20            He says, well, I didn't know he was dead.

21            Well, you heard about all the rumor mill in the

22    prison. Do you really believe that nobody among these guys in

23    prison knew that Gringo Mike had been killed?

24            So he finally in 2017, after there's an

12:08PM 25    indictment in this case, is interviewed by the prosecutors in

1    this case and the FBI and says:  I just forgot.  Lee Roy was

2    there.  I just forgot.  Really kind of refreshed my memory when

3    I got charged with this kidnapping and you came to me and

4    started talking to me.  Now I remember Lee Roy was involved.

12:08PM  5          Kidnapping sentencing is still pending.  He

6    doesn't know what he's going to get, but whatever it is the

7    government is going to give him a break, a third.

8          Gerardo Villarreal.  Same thing.  They're going

9    to give him a break.  But the thing about Gerardo is -- and my

12:09PM  10   recollection of the testimony varies from the government's

11   lawyers.  And the way you resolve that is if you have a dispute

12   about particular testimony, you can send the judge a note that

13   you have a dispute, telling him what the dispute is, and you

14   can ask that the testimony be read back.

12:09PM  15          But my recollection is that Gerardo was there for

16   the two attempts of the kidnapping and also he was very much

17   involved in the actual kidnapping.  He was the guy dressed up

18   like a police officer.

19          Interviewed multiple times.  But you know, he

12:09PM  20   just didn't take the bait.  Maybe he's just not smart enough to

21   know what's expected of him.  Never ever identified

22   Lee Roy Villarreal as being part of that kidnapping.  Never.  A

23   guy that's there multiple days.

24          Jesus Fernando Gonzalez, Gringo Mike's friend

12:10PM  25   from prison.  Jesus had been charged and incarcerated twice for

1   federal drug offenses.  One may have been state, memory fails

2   me.  But two times in any event for drug offenses.

3            He is talked to in 2014, after all these other

4   folks are talking about Lee Roy.  For some reason, when he is

12:10PM  5   interviewed, Agent Moody testified he is shown a picture of

6   Lee Roy Villarreal.

7            Why?  Why do you show someone that you're

8   investigating, you're considering as a possible witness, a

9   picture of the person that you suspect?  Regardless of why you

12:11PM 10   did it, what affect does it have?  Doesn't it tell that person

11   what you're looking for?

12            But you know, he couldn't identify the picture.

13   He couldn't identify the picture when he was interviewed.  Even

14   though he says he met Lee Roy in Mexico, but he couldn't

12:11PM 15   identify the picture.

16            But when he comes in here and testifies, he can

17   point Lee Roy out.  Well, what's changed between the time he's

18   interviewed in 2014 and when he's in here today?  No charges

19   filed in exchange for truthful testimony.  No charges filed

12:11PM 20   against someone that was involved in the kidnapping.  No

21   charges whatsoever.

22            Now, Lorenzo -- Jose Lorenzo Davila.  I guess he

23   didn't get the memo either.  He came in and said:  Well, I

24   didn't see him there, but everybody had masks on, even though

12:11PM 25   that's not the story everybody else tells.

1         But he's getting a downward departure too, but

2 he's got to make up some reason for why he can't do what the

3 government expects him to.  I'm sorry.  I just can't do it.

4 Everybody had masks on.

12:12PM 5         But the fact is he was there and there a

6 substantial amount of time talking to people and hearing

7 people's names, seeing people and I'll submit to you, seeing

8 people's faces.  He says:  Never I did see Lee Roy.  So why the

9 difference?

12:12PM 10         So against that backdrop of all these folks that

11 have all of these reasons to come in here and tell you that

12 Lee Roy Villarreal was involved in this when he wasn't, where

13 is the hard evidence?  Where is the evidence?  Where is this

14 thing you can hold up and wave at me and say:  Mr. Morris, what

12:13PM 15 about this?  What about this piece of evidence?  What about a

16 wiretap?

17         Ms. Cogliano said he's not on any of the wiretaps

18 having to do with drug cases.  The FBI has wiretap capability,

19 too.  Nothing identified on any conversation that would in any

12:13PM 20 way implicate Lee Roy Villarreal in this kidnapping.

21         But, you know, that's sort of maybe casting, like

22 fishing.  You might catch something.  You might not.  But let's

23 talk about some of the things they could have done that would

24 have helped if these people are telling the truth.

12:13PM 25         Tetin says:  Well, we had a car, a blue Malibu, I

1   believe it was.  Chevrolet Malibu.  Lee Roy was upset about it

2   because that car was legitimately registered, and he was upset

3   because he didn't want it involved.

4            Do you think the FBI has the capability if they

12:14PM 5   so choose to go the Department of Motor Vehicles, run

6   Lee Roy Villarreal's name and find out if he or anybody ever

7   associated with him owned a blue Malibu?  Where is it?

8            Where's that evidence?  Or have they done that,

9   and we just don't have it?  Black Camaro.  Do you think they

12:14PM 10   have the capability to do the same to look for that black

11   Camaro?

12            Undercover agents.  Do you think they have the

13   capability to send somebody in there that Lee Roy knows and

14   wire it up and get him to talking, to get him to ask about

12:14PM 15   kidnapping.  See if Lee Roy will talk about it.

16            Pole cameras.  Put a camera up on a pole outside

17   his business and see who comes and goes, see if there's any

18   evidence there.  That's the kind of thing we're talking about

19   with hard evidence.

12:15PM 20            And one thing in particular that just is

21   confounding.  After they say they start getting information

22   that Lee Roy is involved, Blackberry is still in business.

23   They're gone now, but at the time they weren't.

24            Cell phone.  You heard the testimony about cell

12:15PM 25   phone triangulation; how they can get somebody's cell phone,

1    get the data from the cell phone company, see which towers

2    their phone was pinging into.  They don't have to be making

3    calls, just pinging into those towers and they can track where

4    people were.

12:15PM 5          Trosper Road is 20 miles from McAllen, according

6    to some of the testimony.

7          Where is that cell tower data that the FBI could

8    have gotten with a subpoena that shows Lee Roy Villarreal

9    moving around to all these places having to do with the

12:15PM 10    kidnapping?  Where is it?  How much does that take?  How much

11    does that take?

12          There are some things that you can't consider, at

13    least not just for the sheer purpose of deciding whether to

14    convict, and that's the emotion involved or sympathy.

12:16PM 15          You can't consider that what the government is,

16    in fact, doing here is taking a father away from his family,

17    three little boys grow up without a father.

18          That's not evidence you can consider to say,

19    well, let's let him go.  But it is evidence you can consider to

12:16PM 20    tell you how important your job is.  It's evidence you can

21    consider to determine what proof beyond a reasonable doubt

22    means to you.

23          Other things that perhaps you can't consider just

24    on the guilt or innocence question is you saw people come in

12:17PM 25    here, as Ms. Cogliano said, who corrected her.

1          I didn't kill 50 people.  I killed 150.  I was

2     the guy who put the cartels together so that they could work

3     more efficiently.  I was the guy who Benicio, you know, he

4     wanted me to kill somebody, I would kill somebody.

12:17PM  5          And on and on and on.  Those are the people that

6     the government is letting go in this case.  Those are the

7     people that they're not charging.  Those are the people that

8     they're cutting their sentence.  Those are the people that

9     they're reducing what they're charged with in order to

12:17PM 10     prosecute Lee Roy, the father of three, successful

11     businessperson.  Somebody who takes care of his family.

12     Somebody without a criminal history.  Someone whom there's

13     nothing about his life to this point that would indicate that

14     he has any intention of engaging in the type of conduct that

12:18PM 15     he's charged with here.

16          So how do you consider that?  Well, it's the same

17     thing.  It's proof beyond a reasonable doubt.  Government, if

18     you're going to make that choice, then you need to bring us

19     something.  You need to bring us the hard evidence so that we

12:18PM 20     don't have to rely on these people that are unreliable.

21          But perhaps the most important part of the charge

22     is the part on proof beyond a reasonable doubt.  And as

23     Ms. Cogliano said, you're the last defense.  The reason we have

24     a jury system is because you're not biased.

12:18PM 25          We did our best to make sure that we selected

1    people that weren't.  You're not connected with the government.

2    You're not getting a benefit from the government or from us.

3    You are here using your common sense to listen to this evidence

4    and make a determination about whether this evidence feels to

12:19PM    5    you like proof beyond a reasonable doubt.

6                Whether this is a type of evidence that would

7    allow you to convict someone, like I said, potentially take him

8    away from his family and you'd feel good about it.  You would

9    feel like you followed the law and you brought to bear every

12:19PM   10    resource that you had to make that decision.

11                Don't -- aren't you entitled in doing this job to

12    have everything that the government can bring?  Aren't you

13    entitled to that hard evidence?  A reasonable doubt is a doubt

14    based upon reason and common sense after careful and impartial

12:19PM   15    consideration of all the evidence in the case.

16                Proof beyond a reasonable doubt, therefore, is

17    proof of such convincing character that you would be willing to

18    rely and act upon it without hesitation in the most important

19    of your own affairs.

12:20PM   20                That's what protects citizens from being

21    unlawfully or improperly convicted.  That's what protects us.

22    That's what protects Lee Roy Villarreal from being convicted

23    when he's not guilty.  That's what protects you from not being

24    convicted if you're not guilty.

12:20PM   25                We've all heard of people who got convicted, went

to the penitentiary and then years later, we found out they weren't guilty. Every juror that -- I'll suggest to you that every juror on those cases didn't set out to convict an innocent person.

It happened, I'm going to suggest to you, because they didn't apply this standard, because they didn't hold the government to their burden of proof, because they listened to the argument that the defense should have done something and we're asked to ignore the fact that the government didn't do all they could do.

So that's how this protects you. It protects you from doing the wrong thing. Proof beyond a reasonable doubt is the standard the government has to meet. Now, what does that mean?

How much time do I have, Your Honor?

THE COURT: You have 17 minutes.

MR. MORRIS: Thank you.

What does that mean? What is the most important of your day-to-day decisions? Well, think of one. And I'll think of one that's not just hypothetical with me.

Let's assume that a family member of yours is diagnosed by a team of doctors with some serious illness. That's going to require a lot of time-consuming, dangerous, expensive treatment.

And somewhere you've got seven or eight doctors

1  saying this, but somewhere in the middle of deciding what to

2  do, you discover that all of these doctors have a financial

3  interest in the treatment of this disease.

4            They own stock in the pharmaceutical company,

12:22PM  5  something like that.  What do you start thinking at that time?

6  You can see how that would influence somebody.  Don't I need to

7  look a little deeper and see if they've done the right thing in

8  this case?

9            So you go to those doctors and you say:  Doctors,

12:22PM 10  I'd like some hard evidence.  I'd like to see the test results.

11  I've been on the internet.  I know the tests that you can run

12  to determine whether someone has this condition.  Let's see it.

13            And the doctors say:  Hey, trust us.  We're

14  doctors, and there are seven of us here.  You think we're all

12:23PM 15  wrong?

16            Well, do all seven of you own stock in this

17  company?

18            Yeah.

19            Well, I don't want to offend you, Doctor, but I'd

12:23PM 20  like to see some hard evidence.

21            Well, what do you think hard evidence is?

22            Well, hard evidence would be some sort of test

23  result, something that's indisputable, something that you've

24  gone out and caused to be created that I can look at that

12:23PM 25  supports what you're saying.

1          Well, we did run some tests, but we're not --

2     we're just not going to let you see those.

3          Well, did you run this test that I read about on

4     the internet that's supposedly really good?

12:23PM  5          No, no, we didn't run that one.

6          Well, are you capable of running that one?

7          Yeah, we run it all the time; but we decided not

8     to in your case.

9          What are you going to do in that circumstance?

12:23PM 10     Is that one of your most important decisions in your own

11     affairs?  What are you going to do about that diagnosis?  What

12     are you going to do under those circumstances?

13          Aren't you going to say, I'm sorry, Doctor.  I

14     don't want to offend you, but I think I need to get a second

12:24PM 15     opinion here?

16          And you go out and you find a doctor that will do

17     those things, that will give you that hard evidence.

18          The difference here is we don't have that

19     opportunity.  We can't go back now and get that cell phone

12:24PM 20     tower data.  We can't go back and get the DMV evidence.

21          The government can.  You saw how quickly they got

22     the food stamp application, and they got the tax return.  We

23     can't do that.  The government should have done it then.  They

24     didn't.  They haven't tried to do it now.

12:24PM 25          That's what this charge is talking about as far

as your most important day-to-day decisions.  It's not magic.
It's not high-falutin' legal language.  It's simply just what
it says.

What would cause -- allow you to act without
hesitation, without hesitation in your most important
day-to-day decisions?  Can you say -- in this case, can you say
from what we know about these folks that I had up on the board
here a moment ago, that you can act without hesitation and say,
yeah, we know who they are.  We know what they've done.  We
know what they are getting for saying what they're saying, but
I'm not going to hesitate?  And the fact that there's more than
one of them, I'm still not going to hesitate.

And the fact that they were all together at some
point except for Fernando, all together at some point in the
same institution talking about this stuff and Roel got visited
multiple times by a lawyer that Fiscal sent to him, that
doesn't bother me.  I'm going to act without hesitation.  They
must be telling the truth.

Must be telling the truth why?  What good is the
truth going to do them?  It's not going to cut their time.  The
only thing that's going to help them is to put Lee Roy in this
case.  That is what this charge means.

Would you hesitate?  Not stop, not take another
day to think about it, but would you hesitate in acting upon
this evidence as if it were one of your most important

1    day-to-day decisions?

2              And the stakes are high.  Again, you can't

3    consider the sympathy.  But we talked about -- some of you did

4    on voir dire -- about what happens if someone is convicted,

12:27PM  5    their families.  The stakes are high, so you don't take this

6    lightly.

7              And I'm going to suggest to you that in this case

8    because of the discrepancies that you will remember in the

9    testimony of these four people, because two people that were

12:27PM 10    there couldn't identify Lee Roy, because of the overwhelming

11    incentive that all these folks had to come in and name Lee Roy

12    and the overwhelming evidence of opportunity to get their

13    statements together, that you simply cannot act without

14    hesitation, without hard evidence that the government, with all

12:27PM 15    their resources and all the money that they asked for and got

16    on this case and all the things you've heard that they've done

17    in other cases, didn't bring to you.

18              And I ask you to acquit on all three for those

19    very reasons.

12:28PM 20              Thank you.

21         THE COURT:  Thank you, Mr. Morris.

22              Mr. Alaniz, you want to close for us?

23         MR. ALANIZ:  Yes, Your Honor.  Can I get 20 minutes?

24    That's all I need.

12:28PM 25         THE COURT:  Pardon?

1          MR. ALANIZ:  20 minutes, and can I get a two-minute

2    warning?  I might finisher earlier.

3               Thank you, Your Honor.

4               What I want to do in hopefully less than 20

12:28PM   5    minutes is just kind of summarize, and kind of summarize the

6    defendant's argument about why you should acquit him.  And it

7    comes down to two different things.

8               One thing is, look.  There's no hard evidence.

9    And the other is simple.  You know, the government's witnesses,

12:28PM  10    they're all liars.

11               Those are the two arguments that they're making,

12    and I want to kind of touch on no hard evidence because I think

13    it's the easier one to deal with.

14               It's common sense when there's no hard evidence

12:28PM  15    in certain cases.  The vast majority of cases that prosecutors

16    prosecute in this country are going to be historical cases.

17    Historical cases are cases where the crime has already been

18    committed by the time FBI agents or HPD or whoever is

19    investigating.  The crime is over.  It's done.

12:29PM  20               This one is a little more difficult because when

21    this happened, there were no suspects.  They didn't really

22    learn basically what happened until months later when

23    Gerardo Villarreal was arrested and he began cooperating.

24               So by the time that they had some evidence, what

12:29PM  25    are you going to find on a surveillance tape?  What is a pole

1  camera going to do after the crime, you know, has been

2  committed?  I mean, they did what they could.

3          I mean, they got Gerardo Villarreal's cell phone

4  when he was arrested in June or a couple of two or three months

12:29PM 5  after the kidnapping and they went through it and they found

6  some phone numbers.

7          And he tells them, look, this phone number

8  belongs to so-and-so and so-and-so.  And they went and got the

9  records and they did get cell site information.  And they were

12:29PM 10  able to tie some phones to some people.

11          But there was no phone that we could tie to this

12  defendant.  And if you think about this in a sense, let's say

13  that they had a phone and Gerardo says, that phone number here,

14  that's Lee Roy Villarreal's number.

12:30PM 15          And then they go and get the cell site records

16  that shows that that number was in and around the area.  That

17  still doesn't prove he's there.  It just proves that a phone,

18  that the cooperator says belongs to him.

19          So it's just kind of the thing that what they're

12:30PM 20  doing with no hard evidence, focus on things that don't exist.

21  Don't look at the facts of the case.  That's what that argument

22  is to you.

23          Historical investigations are driven by

24  witnesses, by eyewitnesses to the crime.  Obviously the

12:30PM 25  government would love to have ten nuns who saw the kidnapping

1       and can come and testify that he was the one that did it.

2               But these crimes are not committed by good

3       people.  I mean, you know, it's -- I was born right across the

4       river a little bit up north, North up the river from where all

12:31PM  5      this happened.  And the stuff that's going on down there, it's

6       horrible.

7               And you saw it basically live in here.  And so

8       what do you expect as witnesses on a case where these people

9       are moving tons of drugs into the U.S.  Drugs are stolen from

12:31PM  10     them in the U.S.  They can't call the PD and say -- or the FBI

11      and report the crime.

12              The only thing that they do is they use violence

13      to get what they want.  And so people come into this country

14      looking for people to kidnap for one purpose.  It's to kill

12:31PM  15     them.

16              What type of people get involved in that type of

17      crime?  The people that you saw testify before you.  Those are

18      the people that commit these crimes.  Those are the people who

19      are in the best position to tell you what happened because they

12:32PM  20     were present.  They were there.

21              They saw -- they saw and can tell you what

22      happened, how they did it, who did it, who participated.

23      Everything.  That's the people who can give you the evidence

24      that you need to find this defendant guilty beyond a reasonable

12:32PM  25     doubt.

1       Aside from the hard evidence, let me talk briefly

2  about the government's witnesses or lying defense.  And I want

3  to talk about three different aspects of that and why we

4  believe that they're credible and believable witnesses.

12:32PM  5       First of all, like I was just saying a minute

6  ago, these cooperating defendants were present during the

7  commission of the crime.  That's why they have firsthand

8  knowledge and are able to tell you what happened.  That's why

9  they're believable.

12:32PM 10       Second part of their argument in terms of

11 believability or credibility of witnesses is this idea that if

12 you have testimony given with the potential benefit somewhere

13 down the line, that that automatically equals a lie.

14       That's what they're saying.  Because they're

12:33PM 15 testifying and they have a potential benefit to their sentence

16 later on, that means they're lying.

17       That's too simple of an analysis, especially when

18 it comes to dealing with how human beings react to different

19 things, how they testify, how whether they're truthful or not,

12:33PM 20 thing of that nature.

21       And when I look at that and I say, okay.

22 Testimony plus a potential benefit in the future equals a lie,

23 why is that -- does that not make sense here?  And I can give

24 you a couple of examples.

12:33PM 25       That equation maybe is possible, I guess, because

1    anything is possible.  But the defendant could say, for

2    example, you know, the reason that they're lying is not just

3    because they're getting a benefit, but he could say how in the

4    world could that be true when I don't know these people?  I

12:34PM    5    don't know them.  They don't know me.

6                    Well, that's not the case here.  He knew, if not

7    all of them, but most of them, because he met them through his

8    brother and he met them in school and things of that nature.

9    So he can't take that route that, well, these people basically,

12:34PM   10    I don't know them, so obviously I can't be involved in this

11    crime.

12                    A second possible explanation would be, well, the

13    reason that they're lying is not just because of the benefit

14    portion of the testimony, but because they have something

12:34PM   15    against me.  Maybe I upset them at some point.  Maybe I stole

16    money from them, maybe I stole -- whatever it was -- whatever

17    it is.  But in this case the evidence is not there, so that

18    can't be a reason why they're lying.

19                    Another possible explanation as to why they're

12:35PM   20    lying would be, well, maybe they must be lying because, you

21    know, why would I get involved as Lee Roy Villarreal, why I

22    would get involved in trying to pick up and kidnap and murder

23    somebody because somebody stole drugs that I have no

24    association with.

12:35PM   25                    That was somebody else's drugs.  Well, the

1    problem is that the evidence is otherwise because that cocaine

2    belonged to him and his brother.  That's why he got involved.

3            So again, my argument to you today is testimony

4    plus potential benefit equals a lie is too simplistic; and that

12:35PM  5    does not fit the case here.

6            Lastly, regarding the witnesses are lying is that

7    the evidence -- I'm sorry.  Let me go back for one second

8    because I forgot one matter about testimony plus potential

9    benefit equals a lie.

12:35PM  10           When you look at the evidence here and how it

11    developed, how it began, and how it progressed over a number of

12    years, you start with Gerardo Villarreal being the first one

13    who gets arrested and he tries to get a benefit by cooperating

14    with the government.

12:36PM  15           He tells the agents information that they're able

16    to verify because at the time that Gerardo Villarreal is picked

17    up and taken from his family at his cousin's house, they have

18    no idea where he was taken to.

19            But Gerardo Villarreal, when he's cooperating,

12:36PM  20    tells them, we took him -- at some point he says, I took him in

21    a white truck and took him to this Trosper ranch residence.

22            That was verified and it came to be true.

23    Because not only did he say that, but other individuals who

24    later on were implicated said the same thing.

12:36PM  25           So Gerardo Villarreal is telling the agents a

1    truth even though he's trying to get a benefit.  So this idea

2    that only lies come out of someone's mouth when they have a

3    benefit in the future is simply not reasonable.

4            And I could go down the line with every single

12:37PM  5    cooperator, whether it's Gerardo Villarreal, whether it's

6    Roel Garza, whether it's Orlando Hernandez.

7            Orlando Hernandez testified that the reason that

8    they found that the black car and the white truck that were

9    used in picking up and transporting the victim, he gave

12:37PM  10    information as to where those vehicles were and who was the

11    owner or users of those vehicles.

12            So every step along the way of this

13    investigation, cooperators who were getting or expecting a

14    benefit in the end gave the agents and gave law enforcement

12:37PM  15    information that turned out to be true.  Every step of the way.

16            So this idea that you should automatically

17    discount everything they say because they're going to get a

18    benefit at some point is simply not reasonable.

19            And in the end in terms of the investigation, the

12:37PM  20    investigation starts with nothing.  With nothing.  Because no

21    one knew who picked up Mr. Guerrero.  Ended up basically

22    arresting and prosecuting maybe 10, 12, 13, 15, people.

23            And so the defense arguments, obviously they

24    can't say this didn't happen.  Everything happened.  Everything

12:38PM  25    is correct except when the evidence -- and the evidence goes in

his direction.

You know, when Panochitas, Saenz-Tamez says: I kill people, it's the truth.

When Benicio Lopez says, I'm a horrible person and whatever, I kill people, that's the truth.

Everything is the truth. But the minute that that truth starts going in his direction, that's where it stops. Because obviously Mr. Villarreal is, according to them, is not involved.

And I want to talk to you real briefly about what struck me during the testimony of both sides. And we have here basically two portraits of a man. Two portraits of Lee Roy Villarreal. And I want to lay out to you these two portraits.

Let's talk about the portrait that the defendant and his witnesses want to portray to you. And that's the high school dropout, who basically is a business prodigy at the age of 22 is able to amass $45,000 in cash that he says he earned from the profits of some mechanic shop.

He uses his business acumen to basically make a lot of money, but initially says, well, you know what, I couldn't have it in a bank because I didn't really know how to use banks.

But two years later, his wife, as they get stopped going south to Mexico says, well, you know, I had a

1  bankroll of $5,000 dollars that I didn't even know it was --

2  was not aware that it was in my purse because I was going to

3  deposit it in the bank.

4          At the age of 24, 25, he moves from

12:40PM  5  Rio Grande City and goes to McAllen and opens up this -- back

6  then it's called R&H Collision, later became Rhino Collision.

7          So magically because of his business acumen, he

8  just goes from Rio Grande City to McAllen and opens up this

9  business that is very profitable according to him and his

12:40PM  10  witnesses.

11          Because he's able to do a lot of things that most

12  of us can't do; and whether you buy or lease -- you know, he

13  likes cars.  Whether it's a BMW that he's driving when he's

14  going to Austin.  Whether it's the Porsche 911 when he's in

12:40PM  15  California and gets arrested.  Whether it's that house that he

16  buys when he's 25 years old that I think cost more than a

17  quarter million dollars.  Rolexes.  Trips to Cancun, trips to

18  California on a regular basis.

19          That's the portrait that the defendant wants you

12:40PM  20  to see.  The portrait that we believe that we showed you was

21  very different.  That's basically the portrait of a drug

22  trafficker.  Mr. Villarreal is a high school dropout.  During

23  that time, his brother is moving up in the ranks at the Gulf

24  Cartel making lots of money.

12:41PM  25          Mr. Villarreal gets involved in drug trafficking.

1    He makes lots of money by drug trafficking.  That leads him to

2    the kidnapping and leads him to the expensive lifestyle that he

3    has.  That's the Lee Roy Villarreal that we presented to you

4    today.

12:41PM    5            And I want to leave you with this quote.  The

6    late John Wooden, who was a UCLA basketball coach once said,

7    "The true character of a man is revealed by what he does when

8    no one is watching."

9            In this case, the real Lee Roy Villarreal is that

12:42PM   10    person who is revealed in that tape recording when he believes

11    law enforcement is not listening.

12            Thank you.

13            THE COURT:  Thank you, Mr. Alaniz.

14            Ladies and gentlemen of the jury, you have heard

12:42PM   15    my closing instructions.  You've heard the arguments of

16    counsel.  It's time for y'all to begin the hard work of

17    deliberations.

18            You've been operating on Central Judge Time for

19    the last two weeks, and everything shifts now.  We're going to

12:42PM   20    operate on Central Jury Time.  So you are now the people in

21    charge of what you're doing.

22            So I'm going to excuse y'all to retire to the

23    jury room, I think your lunch is there, and to begin your

24    deliberations.

12:42PM   25            We will bring in the exhibits and bring in the

1    written instructions and definitions and everything for y'all

2    to use.

3          Thank you for your attention, and you're free to

4    retire.

12:43PM 5          THE COURTROOM SECURITY OFFICER:  All rise for the jury.

6          (The jury exited the courtroom.)

7          THE COURT:  Mr. ████, you and Ms. ████, can y'all step

8    over here in front of Mr. Alaniz for a minute?

9          Y'all can be seated.  Just come right here.  I

12:43PM 10   have good news and bad news for you.

11         THE JUROR:  Okay.

12         THE COURT:  You have been our alternates.

13         THE JUROR:  Okay.

14         THE COURT:  And so you get to leave.

12:43PM 15         THE JUROR:  Okay.

16         THE COURT:  That's the good news.  But there's a catch.

17   You know you can't deal with government and not have a catch.

18         I'm going to keep you under the same

19   instructions.  You know, don't talk about the case, don't visit

12:44PM 20   about it, don't read anything about it, don't do any

21   independent research, all the instructions I've given you

22   because during the deliberations if something were to happen to

23   one of the jurors, I'm going to reach out and grab you and

24   bring you back.  So you're still under all these instructions

12:44PM 25   and rules that I've given you before.

1      So what I want you to do is give Rhonda the best

2  phone number for you for the next 24 to 48 hours, whether it's

3  your cell phone, your business phone, your home phone -- in

4  this day and age, usually that's all the same phone -- so she

12:44PM  5  can get ahold of you if she needs you.

6      Assuming we don't need you, when the trial is

7  over and the other jurors have delivered their verdict, Rhonda

8  will call you and tell you what happened.  And at that point

9  you're no longer bound by my instructions.

12:45PM  10      But give her your best phone number.  You can go

11  get your stuff and your lunch and take it with you and so y'all

12  are excused.

13      THE JUROR:  Thank you.

14      MR. MORRIS:  Your Honor, may we have a moment at the

12:45PM  15  bench?

16      THE COURT:  Wait until they...

17      (Brief pause in the proceedings.)

18      THE COURT:  Okay.  Yeah.  Y'all can come up here.

19      Before I let y'all break for lunch, when Rhonda

12:47PM  20  comes back in, I want you to look at the exhibits, make sure

21  only the exhibits that we've agreed are going back or that I've

22  ruled are going back in some cases are just those and no other

23  extraneous exhibits.

24      And then let Rhonda know, give her your cell

12:47PM  25  phone where you will be.  I mean, I assume they're going to be

1    a while since they've got lunch and the exhibits and everything

2    so...

3            MR. MORRIS:  Your Honor, I am never sure when I need to

4    make a Rule 29 motion, but I'm renewing my Rule 29 motion.

12:47PM   5            THE COURT:  Okay.  And I'm denying it.

6            Rhonda, I just told them they need to get with

7    you on exhibits.

8            THE CASE MANAGER:  Right.

9            THE COURT:  I'm going to step off.

12:50PM  10                    (Court is in recess.)

11            THE COURT:  All right.  Have both sides seen this note?

12            All right.  I'm blaming both sides for this.

13    Both sides in closing told them they could have transcripts so

14    I'm tempted to start off my reply to the note as:  "I told you

03:08PM  15    you shouldn't believe anything the lawyers said."

16            And the answer is "no," because we can't give

17    them this.

18            MR. MORRIS:  I told them how to do it correctly, which

19    was to identify the parts you were in dispute about; and they

03:09PM  20    didn't do that.

21            THE COURT:  All right.  Suggestions?

22            I am going to say:  "I told you in the opening

23    instructions that transcripts would not be available.  If you

24    have" -- and here is what I'm tempted to say.  I'll let y'all

03:09PM  25    weigh in.

1    "If you have a specific question about a portion

2 of the transcript or the audio recording, ask that question.

3 Don't believe what the lawyers told you."

4    Suggestions?  I'm open.

03:09PM 5   MR. MORRIS:  My understanding of the rule is if they

6 identify a particular part of a witness's testimony that

7 they're in dispute about, they can ask for that section to be

8 read back.

9    Am I wrong about that?

03:09PM 10   MR. ALANIZ:  I guess the issue for the government,

11 Your Honor, is that they don't have Government's Exhibit 38,

12 which is the actual audio recording.

13    THE COURT:  Well, they don't have any of the testimony

14 either.

03:10PM 15   MR. ALANIZ:  Right.

16    THE COURT:  It's all in the same boat.

17    MR. ALANIZ:  Well, but the testimony obviously is -- I

18 guess it's a different type of evidence because the actual

19 recording, they listened to it and they saw a transcript of it.

03:10PM 20 They haven't seen a transcript of the testimony of any witness.

21    So it would be hard for them to pinpoint or tell

22 us what specific portion of that recording they're having

23 difficulty with.

24    THE COURT:  Why would that be any harder then telling

03:10PM 25 them about oral testimony?

1          MR. ALANIZ:  That's true.  Anyway, that's our thoughts,

2     Judge; but obviously whatever the Court wants to do.

3          THE COURT:  All right.  Let me play with this.

4               You see, we have the additional problem is we've

03:11PM  5     been using two court reporters.

6          MS. COGLIANO:  I didn't even think about that.

7          THE COURT:  I thought about that the minute I heard one

8     of y'all say --

9          MR. MORRIS:  I have some thoughts on that other issue,

03:12PM 10    too, we discussed, Your Honor.

11               (Brief pause in the proceedings.)

12          THE COURT:  Do you want to discuss that other issue?

13          MR. MORRIS:  We may have missed our opportunity; but

14    what I was going to propose is you bring her up to the bench

03:21PM 15    and say:  "You didn't do what I said so now I'm going to make

16    it an order; but if you do it again, I'm going to hold you in

17    contempt."

18          MS. COGLIANO:  I don't think she would dare.

19          THE COURT:  Well, she may reappear.

03:22PM 20               (Off-the-record discussion.)

21               (Court is in recess.)

22          COURTROOM SECURITY OFFICER:  All rise.

23          THE COURT:  Have they seen the two notes, Rhonda?

24          THE CASE MANAGER:  They have not.

05:24PM 25          THE COURT:  All right.  We have two notes, and I'll let

1  y'all see them.

2  One says:  "We would like to see the portion of

3  Hector Barrios-Hernandez's testimony that deals with the

4  instructions he received from Michael Villarreal when sent to

05:24PM  5  determine who stole the cocaine."

6  And the second note is:  "We request the portion

7  of the transcript from Dionicio Gutierrez that deals with the

8  transaction of the cocaine deal with Lee Roy Villarreal at

9  Ignite Motorsports."

05:25PM  10  I mean, this is going to be the first of many.

11  You guys opened the barn door when you told them they could

12  have transcripts.  We're going to be here for a week.

13  Secondly, besides these two notes, they want to

14  go home.

05:25PM  15  And here is what I suggest:  I suggest we go

16  ahead and let them go home, and then let's talk about what

17  portions -- now, I have the first portion, I think, that's

18  responsive, but I want everybody to agree on it, that this is

19  the portion they're looking for to Note 1.

05:26PM  20  And then we need to decide -- this is probably

21  more than they asked for so we may want to ratchet it back.

22  And then, you know, I've got Kathy and Lanie both

23  looking for, you know, Note 3.  But this is going to be a real

24  problem because we have two different court reporters.

05:26PM  25  And you will see in the portion I'm going to give

1    you on Mr. Barrios's testimony that it's right when we quit for

2    the day.  And when it goes on to the next morning, you know,

3    it's a whole different deal.

4            So here is what I -- unless somebody has an

05:26PM  5    objection, they want to go home.  I'm going to bring them in,

6    tell them that they can go home; you know, instruct them.

7            But I am going to talk to them about this and

8    tell them this isn't like a book we can go look this up.  They

9    need to understand the process of us doing this and then I'm

05:27PM 10    going to let them go and then hopefully when they come back in

11    the morning, we will have the third one and we'll have agreed

12    on the second one.

13            Any objection to that plan?

14        MR. ALANIZ:  Not from the government, Your Honor.

05:27PM 15        MR. MORRIS:  No objection.

16        THE COURT:  All right.  Would you ask them to join us?

17            (Brief pause in the proceedings.)

18        THE COURTROOM SECURITY OFFICER:  All rise for the jury.

19            (The jury entered the courtroom.)

05:28PM 20        THE COURT:  All right, ladies and gentlemen.  Be

21    seated.

22            I have been informed that y'all wish to retire

23    for the day, which is okay.  Y'all have been working hard.

24            I need y'all to be back at 8:45 in the morning so

05:29PM 25    we can start promptly at 9:00.  What I'll do is I actually have

1    a proceeding I'm going to have at 8:30, but it should be over

2    by 9:00.

3            I'm going to bring you in, count heads, make sure

4    everybody is here; and then y'all can start off again.

05:29PM  5            Let me talk to you for a minute about the note

6    y'all sent and the other two notes you sent and the answer I

7    gave you.

8            Remember at the first of the trial I said, "We

9    don't have these transcripts," and we don't with regard to

05:29PM 10   testimony from the witnesses.

11           The court reporters take it down, but it's not

12   like it's in real English.  It's in court reporter English; and

13   maybe after the trial, we'll show you what that looks like; but

14   it doesn't look like anything you've ever seen.

05:29PM 15           And so then not only do we have to -- well, first

16   we have to find the court reporter, and we've had two different

17   court reporters during the trial; then we have to interpret

18   your note to make sure we're looking for the right thing; and

19   then we have to find it and then they have to translate it into

05:30PM 20   English.

21           So to the extent we can accommodate you, we will;

22   but there may be some times when we can't depending on what the

23   question is.

24           So that's why I emphasize at the beginning of the

05:30PM 25   trial that you need to rely on your memory of the testimony.

1          Having said that, y'all are free to go.  Remember

2     my instructions, and be back at 8:45 in the morning.

3          Thank y'all.

4          THE COURTROOM SECURITY OFFICER:  All rise for the jury.

05:30PM  5          (The jury exited the courtroom.)

6          THE COURT:  Here are the two notes if you want to look

7     at them.  Here is the testimony; but as I said, I think it's

8     broader than what they asked for; and I think it's our duty

9     just to answer the question they ask and both of y'all can take

05:31PM 10    a look at that.

11          (Brief pause in the proceedings.)

12          THE COURT:  Okay.  Suggestions on reading the whole

13    thing, reading relevant portions?

14          MR. MORRIS:  Relevant portions, Your Honor; and as you

05:36PM 15    pointed out, it's more than what was asked for.

16          Looks like it starts on Page 2, Line 13.

17          THE COURT:  Starting there?

18          MR. MORRIS:  May I mark on this?

19          THE COURT:  Yeah.  Go ahead and mark on it or maybe I

05:36PM 20    shouldn't.

21          (Off-the record discussion.)

22          MR. MORRIS:  Start with the first.  It ends right

23    before the second circle.

24          THE COURT:  Okay.  Just so we get this clear on the

05:38PM 25    record, on our draft reading, parties have agreed the relevant

1   part starts on Page 2, Line 13, going through Page 3 -- okay.

2   Wait a minute, guys.  You circled 17, but 17 is a question.

3               MR. MORRIS:  Well, as I said --

4               THE COURT:  Do we want the answer?

05:38PM  5               MR. MORRIS:  No.  What I said was I circled where it

6   stops right above.

7               THE COURT:  Okay.  So Page 3, Line 16.

8               And both sides agree with that?

9               MR. ALANIZ:  Yes, Your Honor.

05:38PM  10               THE COURT:  All right.  Tomorrow morning we'll start

11   with that.

12               All right.  Then this excerpt for Note 3 is a

13   little longer.  Let me show you that one.

14               (Brief pause in the proceedings.)

05:45PM  15               MS. MACDONALD:  We might have an agreement, Your Honor.

16               THE COURT:  Okay.

17               MS. MACDONALD:  I guess for the record beginning

18   Page 1, Line 23; ending Page 7, Line 9.  I've marked them for

19   the Court.

05:45PM  20               THE COURT:  So it's actually beginning Line 24 on

21   Page 1, because 23 is an answer of the prior question.

22               MS. MACDONALD:  Oh, thank you.

23               THE COURT:  Ending with the answer on Page 7, Line 9.

24               Ms. Cogliano, and that's an agreement y'all have

05:46PM  25   reached?

1          MS. COGLIANO:  Yes, Judge.

2          THE COURT:  Okay.  All right.  Now, let me ask one

3    other thing.

4               In the normal scheme of things, when somebody

05:46PM  5    usually asks something read back, the court reporter does it.

6    Here we have two different court reporters.  Would you like me

7    to read it?  Would you like the court reporter who is here to

8    read it?

9          MR. MORRIS:  I'm comfortable with the court reporter

05:46PM 10    who is here reading both.

11          MS. MACDONALD:  So the procedure is they will come into

12    the room, and we all read it out loud?

13          THE COURT:  Yes.  I'll have the court reporter read it;

14    and she's just going to say:  "Question," "answer," and read

05:46PM 15    it.

16          MS. MACDONALD:  No objection to the court reporter

17    reading it.

18          THE COURT:  All right.  I figured after you heard me

19    read those closing instructions, you would not want me to read

05:46PM 20    anything.  All right.

21               (Brief pause in the proceedings.)

22          THE COURT:  All right.  I'm doing two re-arraignments

23    in the morning at 8:30, so y'all just be here ready to go at

24    9:00 and we'll be fine.

05:47PM 25          MS. MIRO:  Yes, Your Honor.

1          MS. MACDONALD:  Yes, Your Honor.

2              (The proceedings were adjourned.)

3                          *  *  *  *

4                   REPORTER'S CERTIFICATE

5          I, Lanie M. Smith, CSR, RMR, CRR, Official
Court Reporter, United States District Court, Southern District
6  of Texas, do hereby certify that the foregoing is a true and
correct transcript, to the best of my ability and
7  understanding, from the record of the proceedings in the
above-entitled and numbered matter.

8

9                         ___/s/ Lanie M. Smith_____
                          Official Court Reporter
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$11,000** [2] - 45:21, 71:22
**$13** [1] - 70:10
**$3,000** [1] - 72:1
**$3,479** [1] - 46:6
**$400,000** [2] - 43:14, 43:15
**$44,796** [1] - 45:20
**$45,000** [2] - 69:16, 141:18
**$5,000** [1] - 142:1

## /

**/s** [1] - 155:9

## 1

**1** [26] - 4:7, 8:4, 8:21, 8:23, 9:2, 18:3, 18:4, 28:14, 35:24, 35:25, 36:4, 36:6, 36:10, 36:13, 36:15, 36:18, 39:6, 61:14, 65:17, 69:16, 75:7, 83:6, 149:19, 153:18, 153:21
**1,000** [1] - 83:13
**10** [3] - 5:5, 51:24, 140:22
**10-minute** [1] - 85:2
**100** [1] - 83:21
**1000** [1] - 1:16
**11** [12] - 24:7, 25:5, 60:8, 60:17, 73:10, 74:7, 74:11, 76:11, 76:19, 84:15, 88:4
**11,000** [1] - 72:4
**113** [1] - 3:6
**12** [3] - 25:8, 51:24, 140:22
**1201(a)(1** [1] - 30:11
**1201(c** [1] - 22:24
**12th** [1] - 1:19
**13** [4] - 25:11, 140:22, 152:16, 153:1
**134** [1] - 3:7
**135** [1] - 108:3
**14** [1] - 25:14
**144** [1] - 3:8
**15** [2] - 25:17, 140:22
**150** [3] - 86:11, 103:9, 127:1
**16** [2] - 25:20, 153:7
**17** [4] - 25:23, 129:16, 153:2
**18** [4] - 22:23, 25:25, 30:10, 30:14
**18th** [5] - 75:23, 76:2, 117:14, 117:15, 117:17
**19** [1] - 26:2

## 2

**2** [19] - 8:25, 22:20, 22:21, 23:19, 23:23, 28:4, 30:14, 36:7, 37:1, 37:2, 37:6, 42:18, 51:19, 59:6, 63:19, 69:22, 80:20, 152:16, 153:1
**20** [11] - 5:16, 8:24, 26:5, 48:5, 48:6, 56:3, 81:7, 126:5, 133:23, 134:1, 134:4
**200** [2] - 68:5, 83:22
**2003** [1] - 60:6
**2004** [1] - 60:6
**2007** [1] - 13:20
**2009** [2] - 13:18, 13:23
**2010** [3] - 39:19, 77:10, 90:5
**2011** [51] - 8:23, 9:2, 9:4, 23:24, 24:3, 24:7, 24:11, 24:14, 24:17, 24:20, 24:23, 24:25, 25:3, 25:5, 25:8, 25:11, 25:14, 25:17, 25:20, 25:23, 25:25, 26:2, 26:5, 26:7, 26:9, 26:13, 26:16, 26:19, 26:21, 26:24, 27:2, 27:4, 27:7, 27:9, 27:14, 27:16, 27:19, 27:21, 27:24, 39:19, 77:9, 77:11, 79:2, 79:11, 88:11, 90:8, 96:21, 102:18, 109:12, 109:15
**2012** [6] - 39:10, 52:8, 90:9, 90:23, 96:21, 110:21
**2013** [11] - 41:22, 43:18, 65:20, 68:18, 90:16, 90:17, 90:21, 104:19, 109:16, 110:20, 121:15
**2014** [5] - 60:7, 65:18, 109:16, 123:3, 123:18
**2015** [2] - 70:18, 71:3
**2016** [5] - 8:24, 43:24, 46:1, 46:2
**2017** [2] - 112:7, 121:24
**2020** [1] - 71:3
**2022** [2] - 1:7, 4:3
**2025** [1] - 79:1
**206** [1] - 1:20
**20s** [1] - 109:21
**21** [2] - 18:6, 26:7
**22** [4] - 1:7, 4:3, 26:9, 45:19, 69:17, 69:21, 81:7, 141:18
**22-year-old** [1] - 109:19
**2202** [1] - 1:23
**23** [3] - 26:11, 153:18, 153:21
**2300** [1] - 1:16
**24** [9] - 26:13, 45:20, 45:22, 45:24, 119:4, 119:8, 142:4, 145:2, 153:20
**25** [4] - 26:16, 119:8, 142:4, 142:16
**25-year-old** [1] - 119:5
**250** [2] - 46:15, 58:4
**25th** [1] - 79:6
**26** [1] - 26:19
**26th** [5] - 73:14, 73:23, 114:4, 118:15, 118:20
**27** [1] - 26:21
**28** [22] - 9:2, 9:4, 26:2, 26:5, 26:7, 26:9, 26:13, 26:16, 26:19, 26:21, 26:24, 27:2, 27:4, 27:7, 27:9, 27:14, 27:16, 27:19, 27:21, 27:24, 59:3
**28th** [5] - 26:11, 27:13, 55:6, 82:10, 118:11
**29** [3] - 27:2, 146:4

## 3

**3** [15] - 9:3, 30:7, 30:8, 32:2, 37:6, 37:10, 64:20, 66:15, 81:18, 81:22, 149:23, 153:1, 153:7, 153:12
**30** [2] - 27:4, 71:2
**300** [1] - 67:25
**31** [1] - 27:7

**313** [1] - 78:21
**32** [2] - 27:9, 85:6
**33** [1] - 27:13
**34** [1] - 27:16
**35** [1] - 27:19
**36** [1] - 27:21
**37** [3] - 3:5, 27:24, 81:8
**38** [1] - 147:11
**3rd** [2] - 71:11, 78:11

## 4

**4** [1] - 51:6
**4,000** [1] - 83:19
**40** [4] - 86:10, 99:20, 99:21, 99:22
**44** [3] - 43:9, 44:4, 83:23
**48** [1] - 145:2
**4:15-CR-00566-1** [1] - 1:4

## 5

**5** [8] - 3:3, 19:12, 19:18, 36:20, 36:21, 51:6, 64:19, 83:21
**50** [5] - 86:10, 99:20, 99:21, 99:22, 127:1
**500** [6] - 36:21, 41:5, 41:7, 60:22, 67:23
**505** [1] - 1:19
**515** [1] - 2:6
**58** [4] - 59:20, 61:3, 61:7, 65:25
**5K-1** [1] - 111:25
**5K1** [1] - 115:20

## 6

**608** [1] - 2:2

## 7

**7** [3] - 1:10, 153:18, 153:23
**70** [1] - 107:14
**70-plus** [1] - 93:20
**77002** [2] - 1:17, 2:7
**78701** [2] - 1:20, 2:2
**78703** [1] - 1:23

## 8

**8** [1] - 57:17
**8004** [1] - 2:6
**846** [1] - 18:7
**85** [1] - 3:6
**8:30** [2] - 151:1, 154:23
**8:45** [2] - 150:24, 152:2
**8th** [1] - 2:2

## 9

**9** [2] - 153:18, 153:23
**911** [2] - 46:2, 142:14

**9:00** [3] - 150:25, 151:2, 154:24
**9:04** [1] - 5:10
**9mm** [1] - 55:25

# A

**a** [571] - 4:5, 4:17, 5:9, 5:17, 7:1, 7:6, 7:7, 7:10, 7:14, 7:16, 7:17, 7:18, 7:19, 7:23, 8:6, 8:11, 8:14, 8:15, 9:7, 9:8, 10:24, 10:25, 11:2, 11:14, 12:2, 12:4, 12:7, 12:12, 12:20, 13:8, 13:19, 14:5, 14:14, 14:24, 15:5, 15:14, 15:20, 16:2, 16:5, 16:8, 16:9, 16:11, 16:13, 16:15, 16:17, 16:18, 16:21, 16:25, 17:4, 17:6, 17:8, 17:12, 17:15, 18:7, 18:8, 18:11, 18:14, 18:16, 18:17, 19:2, 19:12, 19:13, 19:14, 19:18, 19:19, 19:20, 19:24, 20:4, 20:5, 20:7, 20:8, 20:9, 20:13, 20:15, 20:17, 21:4, 21:6, 21:8, 21:10, 21:11, 21:15, 22:3, 22:7, 22:8, 22:9, 22:10, 22:12, 22:14, 22:16, 22:18, 22:24, 23:4, 23:18, 24:1, 24:5, 24:9, 25:15, 26:3, 26:6, 26:8, 26:20, 27:3, 27:8, 27:15, 27:20, 28:14, 28:19, 28:22, 28:23, 29:1, 29:14, 29:17, 29:19, 29:20, 29:21, 29:25, 30:1, 30:3, 30:5, 30:11, 30:15, 30:18, 31:7, 32:5, 32:8, 32:11, 32:13, 32:22, 32:23, 32:25, 33:1, 33:4, 33:5, 33:12, 34:6, 34:21, 34:24, 35:4, 35:9, 35:12, 35:18, 35:19, 36:1, 36:4, 36:10, 36:11, 36:20, 36:23, 36:24, 36:25, 37:4, 37:16, 38:6, 38:9, 38:19, 38:22, 38:23, 38:24, 39:18, 39:21, 40:4, 40:6, 40:8, 40:9, 40:17, 41:2, 41:10, 42:7, 42:9, 42:13, 42:18, 43:5, 43:9, 43:17, 44:3, 44:10, 44:12, 44:13, 44:14, 44:17, 44:20, 44:25, 45:13, 45:20, 46:2, 46:3, 46:5, 46:6, 46:19, 46:23, 47:13, 47:22, 48:3, 49:4, 49:14, 51:9, 52:10, 52:12, 52:13, 52:16, 52:18, 52:19, 53:2, 53:4, 53:5, 53:20, 53:24, 54:13, 54:18, 55:23, 55:24, 55:25, 56:19, 56:20, 57:1, 57:7, 57:10, 57:14, 57:15, 58:13, 59:8, 60:4, 60:10, 60:12, 61:4, 61:6, 61:10, 62:1, 62:12, 62:13, 62:15, 62:17, 62:22, 63:15, 64:6, 64:18, 64:21, 65:1, 65:8, 65:10, 65:12, 65:19, 65:25, 66:10, 66:13, 66:19, 66:22, 67:2, 67:10, 67:11, 67:24, 68:3, 68:4, 68:5, 68:7, 68:8, 68:11, 68:24, 68:25, 69:1, 69:11, 69:17, 69:19, 69:21, 70:19, 71:7, 71:9, 71:11, 71:21, 72:10, 72:21, 72:22, 73:6, 73:23, 73:24, 74:10, 74:12, 74:13, 74:16, 74:20, 74:24, 75:14, 76:5, 76:14, 77:24, 78:4, 78:15, 78:18, 79:5, 79:12, 79:25, 80:2, 80:7, 80:15, 80:16, 81:8, 81:24, 82:1, 83:12, 84:1, 84:3, 84:5, 84:13, 84:16, 84:17, 85:1, 85:19, 85:23, 86:14, 86:16, 87:11, 87:19, 87:23, 88:9, 88:12, 88:13, 89:11, 89:13, 89:14, 89:17, 89:19, 90:1, 90:24, 91:2, 91:4, 91:7,
92:5, 92:25, 93:6, 93:14, 94:6, 94:10, 94:11, 94:16, 95:7, 95:11, 96:1, 97:16, 97:25, 98:19, 98:24, 99:1, 99:5, 99:7, 100:6, 100:9, 100:10, 100:12, 100:15, 100:17, 100:19, 100:25, 101:8, 101:23, 101:24, 102:17, 102:19, 103:7, 103:14, 104:4, 104:6, 104:12, 105:11, 105:13, 105:14, 106:11, 106:22, 107:3, 107:16, 108:9, 108:21, 108:25, 109:3, 109:19, 109:20, 110:3, 110:6, 110:10, 110:25, 111:1, 111:2, 111:17, 111:23, 111:24, 111:25, 112:3, 112:4, 112:5, 112:16, 113:3, 113:4, 113:11, 113:18, 113:20, 114:5, 114:12, 114:20, 115:20, 116:9, 116:13, 117:6, 117:12, 117:18, 118:2, 118:10, 118:14, 118:19, 119:4, 119:12, 119:17, 119:18, 120:4, 120:10, 120:12, 120:15, 121:2, 121:9, 121:14, 122:7, 122:9, 122:11, 122:12, 122:13, 122:18, 122:22, 123:5, 123:8, 124:1, 124:5, 124:15, 124:25, 125:7, 125:16, 126:8, 126:16, 126:17, 126:21, 127:12, 127:17, 127:22, 127:24, 128:2, 128:4, 128:5, 128:6, 128:13, 128:16, 129:12, 129:21, 129:22, 129:23, 130:2, 130:7, 131:14, 131:16, 132:8, 132:16, 134:1, 134:20, 134:25, 135:4, 135:12, 135:13, 135:17, 136:4, 136:8, 136:24, 137:5, 137:13, 137:15, 137:22, 137:24, 138:3, 138:12, 138:18, 139:4, 139:9, 139:11, 139:13, 139:21, 139:25, 140:1, 140:2, 140:13, 140:17, 141:4, 141:12, 141:17, 141:20, 141:22, 141:25, 142:11, 142:13, 142:16, 142:18, 142:21, 142:22, 143:6, 143:7, 144:8, 144:16, 144:17, 145:14, 146:1, 146:4, 147:1, 147:6, 147:18, 147:19, 147:20, 149:12, 149:23, 150:3, 150:8, 151:1, 151:5, 152:10, 153:2, 153:12, 153:16, 155:6
**A** [5] - 23:20, 23:21, 23:22, 28:3, 37:9
**a/k/a** [7] - 25:9, 27:10, 27:14, 27:17, 27:20, 114:22
**abducted** [1] - 38:17
**abet** [1] - 30:15
**abetted** [2] - 32:25, 81:23
**abetter** [1] - 81:23
**abetting** [4] - 30:9, 32:11, 82:8, 82:14
**ability** [3] - 12:9, 101:13, 155:6
**able** [24] - 37:18, 45:24, 46:7, 46:21, 49:5, 50:16, 53:7, 56:20, 56:25, 57:4, 60:9, 60:20, 60:25, 65:2, 87:14, 93:4, 111:2, 111:9, 111:10, 135:10, 137:8, 139:15, 141:18, 142:11
**about** [225] - 5:5, 5:18, 6:5, 6:7, 8:19, 8:22, 8:23, 9:1, 9:2, 9:4, 10:22, 11:22, 12:8, 12:16, 18:1, 23:24, 24:3, 24:7, 24:11, 24:14, 24:17, 24:20, 24:23, 24:25, 25:3, 25:5, 25:8, 25:11, 25:14, 25:17, 25:20, 25:23, 25:25, 26:2, 26:5, 26:7, 26:9, 26:11, 26:13, 26:16, 26:19,
26:21, 26:24, 27:2, 27:4, 27:7, 27:9, 27:13, 27:16, 27:19, 27:21, 27:24, 32:20, 34:4, 38:4, 38:7, 39:7, 39:8, 39:10, 40:17, 42:7, 44:1, 44:6, 44:8, 44:24, 47:11, 47:19, 48:5, 48:11, 52:18, 56:3, 57:22, 57:23, 58:11, 58:12, 59:21, 59:23, 61:19, 62:19, 63:1, 63:7, 64:7, 64:16, 64:18, 64:20, 66:4, 66:8, 66:12, 66:17, 66:23, 67:3, 67:13, 67:15, 67:18, 67:19, 68:2, 68:6, 68:11, 68:13, 69:1, 69:13, 69:18, 70:14, 70:17, 70:21, 70:24, 71:14, 72:14, 72:17, 73:2, 74:1, 74:3, 74:6, 74:8, 75:23, 75:25, 77:8, 78:13, 78:14, 81:9, 81:21, 83:25, 84:7, 88:20, 90:12, 90:13, 90:14, 90:23, 92:7, 93:6, 93:16, 95:6, 95:15, 96:7, 96:15, 96:18, 97:9, 97:11, 97:24, 98:12, 98:13, 99:3, 99:9, 100:3, 100:5, 100:9, 100:14, 103:6, 103:18, 103:22, 104:18, 104:19, 109:9, 109:10, 109:25, 110:19, 111:21, 112:25, 113:3, 113:15, 113:16, 113:25, 114:10, 114:11, 114:13, 114:17, 114:19, 114:21, 115:3, 115:8, 115:16, 115:25, 116:1, 117:3, 120:11, 121:21, 122:9, 122:12, 123:4, 124:15, 124:23, 125:1, 125:14, 125:15, 125:18, 125:24, 127:13, 128:4, 128:8, 131:3, 131:11, 131:25, 132:7, 132:15, 132:24, 133:3, 133:4, 134:6, 135:12, 137:2, 137:3, 139:8, 141:10, 141:15, 144:19, 144:20, 146:19, 147:1, 147:7, 147:9, 147:25, 148:6, 148:7, 149:16, 150:7, 151:5
**above** [2] - 153:6, 155:7
**above-entitled** [1] - 155:7
**absolutely** [1] - 101:12
**abundance** [1] - 93:18
**Academy** [1] - 66:14
**accept** [1] - 11:17
**accepted** [1] - 7:1
**access** [2] - 54:17, 95:15
**accident** [3] - 20:22, 28:7, 31:5
**accommodate** [1] - 151:21
**accomplice** [2] - 16:8, 16:18
**accomplices** [2] - 15:23, 116:20
**accomplish** [5] - 16:16, 21:5, 23:17, 28:16, 38:23
**accomplished** [2] - 32:6, 82:7
**accomplishing** [2] - 22:1, 29:12
**according** [3] - 126:5, 141:8, 142:9
**account** [2] - 69:19, 69:21
**accountable** [2] - 84:21, 84:22
**accountant** [1] - 101:1
**accuracy** [1] - 12:13
**accurate** [2] - 11:18, 79:4
**accused** [1] - 32:19
**acoustics** [2] - 4:22, 4:24
**acquit** [4] - 7:24, 112:16, 133:18, 134:6
**across** [5] - 62:8, 62:24, 83:2, 93:11, 136:3

**act** [21] - 8:16, 17:2, 20:21, 20:25, 22:9, 23:16, 28:6, 28:10, 29:20, 31:4, 31:13, 32:4, 81:4, 81:5, 81:25, 82:5, 128:18, 132:4, 132:8, 132:17, 133:13

**acting** [4] - 30:19, 32:7, 32:11, 132:24

**action** [1] - 33:19

**actively** [1] - 54:8

**activities** [1] - 39:9

**activity** [3] - 66:18, 66:23, 76:6

**actor** [1] - 65:12

**acts** [19] - 4:5, 13:12, 13:15, 14:1, 14:6, 14:8, 14:12, 14:16, 14:17, 14:20, 14:22, 23:18, 28:3, 32:13, 32:14, 32:15, 32:18, 81:9, 81:12

**Acts** [1] - 23:22

**actual** [14] - 10:24, 20:2, 20:5, 20:7, 20:13, 20:14, 20:18, 53:19, 81:18, 82:9, 83:8, 122:17, 147:12, 147:18

**actually** [36] - 4:6, 6:11, 21:23, 21:25, 29:9, 29:11, 35:21, 38:14, 38:17, 50:2, 51:18, 51:25, 52:3, 52:24, 52:25, 53:12, 53:13, 54:12, 54:22, 55:5, 58:23, 64:11, 65:2, 66:6, 68:15, 68:21, 68:24, 82:2, 82:5, 82:7, 82:10, 82:11, 82:16, 85:18, 150:25, 153:20

**acumen** [2] - 141:20, 142:7

**added** [2] - 4:4, 4:5

**addition** [1] - 54:3

**additional** [1] - 148:4

**address** [12] - 78:19, 78:20, 78:21, 78:23, 78:24, 78:25, 79:3, 88:12, 88:20, 119:7, 119:10

**addresses** [1] - 88:10

**ADDY** [1] - 2:1

**Addy** [1] - 2:1

**adjourned** [1] - 155:2

**admissible** [1] - 10:3

**admissions** [1] - 61:6

**admit** [2] - 87:19, 88:20

**admits** [5] - 40:3, 44:21, 101:20, 102:2

**admitted** [11] - 12:25, 68:14, 71:18, 72:1, 72:9, 72:12, 87:3, 98:1, 102:23, 105:23, 111:13

**advance** [1] - 71:12

**advances** [2] - 22:9, 29:20

**advantage** [1] - 15:6

**affairs** [5] - 8:17, 89:20, 103:15, 128:19, 131:11

**affect** [2] - 13:6, 123:10

**affected** [1] - 15:11

**affecting** [1] - 30:12

**affiliated** [1] - 63:8

**affirmative** [1] - 34:1

**after** [40] - 4:7, 8:12, 34:14, 35:18, 37:10, 40:11, 41:21, 42:17, 43:13, 48:3, 56:16, 59:25, 60:5, 64:6, 71:7, 72:11, 74:7, 78:11, 84:4, 87:24, 89:8, 89:10, 92:4, 92:14, 97:13, 101:8, 102:19, 105:1, 108:3, 115:24, 121:15, 121:24, 123:3, 125:21, 128:14, 135:1, 135:5,

151:13, 154:18

**afterwards** [1] - 56:5

**again** [29] - 38:21, 40:11, 50:9, 51:7, 53:16, 54:5, 54:11, 54:24, 55:2, 55:23, 56:2, 59:12, 61:10, 62:16, 63:17, 77:23, 80:22, 82:16, 83:7, 83:15, 87:4, 91:14, 118:22, 120:13, 121:9, 133:2, 139:3, 148:16, 151:4

**against** [16] - 7:5, 7:11, 15:5, 15:13, 22:25, 31:8, 38:17, 86:5, 93:9, 94:16, 94:19, 109:7, 109:8, 123:20, 124:10, 138:15

**age** [4] - 119:9, 141:17, 142:4, 145:4

**agencies** [3] - 105:10, 110:16, 111:6

**Agent** [29] - 45:18, 45:21, 69:6, 71:20, 72:1, 72:3, 72:8, 91:8, 91:11, 91:19, 91:24, 92:5, 92:6, 92:7, 92:15, 92:22, 92:25, 96:18, 98:7, 100:2, 103:21, 108:15, 110:8, 110:20, 111:18, 112:7, 123:5

**agent** [12] - 21:7, 28:18, 32:7, 65:13, 71:22, 90:25, 91:3, 91:5, 93:19, 96:4, 101:9, 120:20

**agents** [17] - 43:23, 44:1, 44:6, 52:9, 65:3, 67:1, 69:9, 70:18, 71:19, 91:4, 103:21, 111:7, 125:12, 134:18, 139:15, 139:25, 140:14

**ago** [6] - 60:17, 73:10, 74:11, 76:19, 132:8, 137:6

**agree** [16] - 34:7, 58:3, 58:4, 58:6, 58:7, 63:6, 65:17, 67:14, 80:1, 80:21, 81:11, 81:16, 82:1, 109:9, 149:18, 153:8

**agreed** [14] - 21:23, 29:9, 49:12, 80:15, 83:11, 91:24, 97:17, 100:18, 100:19, 100:21, 103:21, 145:21, 150:11, 152:25

**agreement** [25] - 16:10, 19:4, 19:7, 19:9, 21:4, 21:18, 23:6, 23:10, 23:12, 28:15, 29:5, 34:12, 62:1, 71:9, 71:11, 80:1, 80:3, 80:4, 80:23, 83:7, 83:9, 89:16, 115:19, 153:15, 153:24

**agreements** [6] - 15:23, 16:1, 16:4, 114:24, 116:20

**agrees** [6] - 43:7, 82:13, 91:5, 103:4, 104:15, 113:18

**ahead** [2] - 149:16, 152:19

**ahold** [3] - 63:23, 68:1, 145:5

**ahuevo** [1] - 109:2

**aid** [2] - 30:15, 34:2

**aided** [2] - 32:24, 81:22

**aider** [1] - 81:23

**aiding** [4] - 30:9, 32:10, 82:8, 82:14

**aids** [1] - 10:12

**aims** [2] - 22:5, 29:16

**air** [2] - 93:15, 93:16

**AK-47** [1] - 50:16

**Alan** [4] - 24:12, 26:17, 26:20, 100:23

**ALANIZ** [11] - 1:14, 4:8, 85:8, 133:23, 134:1, 147:10, 147:15, 147:17, 148:1, 150:14, 153:9

**Alaniz** [5] - 37:20, 72:7, 133:22, 143:13, 144:8

**Alaniz** ............................... [1] - 3:7

**Albert** [3] - 105:17, 105:18, 105:24

**Alberto** [1] - 101:15

**Aleman** [1] - 100:20

**alive** [1] - 97:21

**All** [3] - 5:11, 85:10, 144:5

**all** [169] - 4:4, 4:10, 4:11, 4:16, 5:5, 5:13, 6:13, 8:3, 8:7, 8:12, 11:5, 11:15, 11:18, 11:23, 17:24, 21:9, 21:10, 21:19, 21:21, 21:24, 28:2, 28:4, 28:19, 28:20, 29:6, 29:7, 29:10, 34:3, 34:7, 34:22, 35:22, 37:19, 37:23, 39:8, 42:15, 43:25, 50:23, 52:12, 52:17, 52:21, 54:5, 57:12, 58:2, 58:3, 58:4, 58:6, 58:20, 59:12, 61:20, 61:21, 65:17, 65:22, 67:14, 68:2, 69:15, 71:2, 72:4, 73:8, 74:1, 76:24, 79:22, 80:13, 80:17, 80:21, 83:5, 84:8, 84:12, 84:14, 85:4, 85:12, 86:3, 87:7, 87:10, 87:18, 88:20, 89:4, 89:12, 89:19, 89:20, 90:15, 91:9, 91:15, 91:20, 91:22, 92:4, 92:19, 92:23, 93:5, 93:10, 94:23, 94:24, 95:14, 97:4, 97:21, 98:20, 99:2, 99:25, 101:6, 101:14, 101:22, 101:25, 102:5, 102:15, 102:20, 102:22, 105:4, 106:11, 109:8, 109:13, 111:4, 111:8, 113:17, 113:22, 114:6, 114:16, 116:16, 117:5, 120:12, 120:16, 121:10, 121:21, 123:3, 124:10, 124:11, 126:9, 128:15, 128:25, 129:10, 130:2, 130:14, 130:16, 131:7, 132:13, 132:14, 133:11, 133:14, 133:15, 133:16, 133:18, 133:24, 134:10, 136:4, 137:5, 138:7, 144:21, 144:24, 145:4, 146:11, 146:12, 146:21, 147:16, 148:3, 148:22, 148:25, 150:16, 150:18, 150:20, 152:4, 153:10, 153:12, 154:2, 154:12, 154:18, 154:20, 154:22

**allegation** [2] - 93:24, 112:20

**alleged** [21] - 9:5, 13:12, 15:23, 16:8, 16:16, 17:2, 21:10, 21:17, 21:22, 21:24, 21:25, 28:2, 28:21, 29:4, 29:8, 29:10, 29:11, 32:4, 89:9, 90:19, 116:20

**Alleged** [1] - 23:22

**allegedly** [2] - 14:8, 14:17

**alleges** [3] - 8:21, 8:25, 9:3

**alleging** [2] - 89:24, 107:23

**Allen** [3] - 106:5, 106:10, 106:24

**allow** [2] - 128:7, 132:4

**allowed** [1] - 54:15

**allows** [1] - 56:24

**almost** [2] - 17:25, 103:18

**alone** [4] - 7:20, 16:12, 20:13, 20:18

**along** [3] - 38:10, 62:14, 140:12

**Alpizar** [4] - 24:12, 26:17, 26:20, 100:23

**Alpizar-Cordoba** [4] - 24:12, 26:17, 26:20, 100:23

**already** [6] - 45:8, 59:4, 81:15, 99:16, 105:14, 134:17

**also** [24] - 6:1, 6:21, 10:5, 27:10, 29:20, 32:5, 40:20, 40:23, 41:21, 46:5, 47:7, 73:3, 75:12, 86:4, 96:17, 101:3, 101:20, 104:6, 104:19, 107:16, 108:1, 115:3, 116:23, 122:16

**alternates** [1] - 144:12

**although** [2] - 20:7, 117:5

**Altima** [1] - 44:14

**altogether** [1] - 113:21

**Alton** [3] - 25:16, 26:4, 26:15

**always** [11] - 15:7, 15:16, 16:14, 17:11, 17:25, 88:5, 102:12, 106:14, 110:8, 110:9, 110:10

**am** [7] - 4:17, 108:21, 116:5, 146:3, 146:22, 147:9, 150:7

**amass** [1] - 141:18

**amazing** [1] - 74:8

**amended** [1] - 7:8

**AMERICA** [1] - 1:4

**among** [1] - 121:22

**amount** [12] - 19:13, 19:15, 19:19, 19:21, 36:15, 86:11, 89:11, 92:9, 95:20, 111:12, 118:18, 124:6

**an** [64] - 4:5, 5:1, 7:6, 7:7, 7:10, 10:25, 11:21, 13:2, 13:21, 16:8, 16:16, 16:18, 16:19, 18:17, 19:4, 20:22, 21:4, 22:2, 23:6, 28:7, 28:15, 29:13, 31:5, 31:10, 34:12, 34:14, 37:16, 38:19, 41:18, 48:6, 50:16, 50:21, 52:24, 56:15, 62:1, 65:12, 66:13, 71:7, 75:25, 76:19, 80:1, 80:23, 81:5, 81:23, 82:13, 83:7, 83:9, 85:13, 89:16, 93:18, 95:13, 111:16, 112:5, 112:23, 118:16, 121:24, 129:3, 137:17, 148:16, 150:4, 153:15, 153:21, 153:24

**analysis** [2] - 9:20, 137:17

**analyst** [2] - 110:7, 110:10

**and** [894] - 4:5, 4:9, 4:11, 4:20, 4:25, 5:1, 5:3, 5:4, 5:6, 5:9, 5:13, 5:19, 5:22, 5:23, 5:24, 6:2, 6:5, 6:8, 6:25, 7:1, 7:3, 7:8, 7:23, 7:25, 8:11, 8:12, 8:16, 8:23, 9:1, 9:13, 9:18, 9:21, 10:3, 10:15, 10:21, 11:1, 11:5, 11:8, 11:10, 11:11, 11:19, 11:24, 12:9, 12:10, 12:14, 12:17, 13:6, 13:16, 13:18, 13:20, 14:14, 15:7, 15:8, 15:16, 16:6, 16:7, 16:14, 17:6, 17:16, 18:6, 18:12, 18:21, 18:23, 19:8, 19:16, 20:8, 20:22, 21:1, 21:12, 21:15, 22:4, 22:5, 22:12, 22:22, 23:14, 25:12, 28:2, 28:7, 28:11, 28:23, 29:1, 29:15, 29:16, 29:24, 30:9, 30:15, 30:25, 31:1, 31:5, 31:8, 31:14, 31:18, 31:21, 32:10, 32:12, 32:14, 32:20, 32:23, 32:25, 33:1, 33:7, 33:19, 34:11, 34:17, 35:2, 35:8, 35:9, 35:12, 35:13, 35:19, 35:20, 35:25, 36:1, 36:3, 36:8, 36:11, 36:19, 36:20, 36:21, 36:23, 36:25, 37:1, 37:3, 37:4, 37:6, 37:7, 37:10, 37:11, 37:15, 37:17, 37:24, 38:4, 38:5, 38:6, 38:11, 38:16, 38:20, 38:23, 39:1, 39:4, 39:15, 40:9, 40:11, 40:14, 40:15, 40:16, 40:17,

40:21, 40:23, 41:3, 41:4, 41:6, 41:11, 41:14, 41:15, 42:2, 42:4, 42:11, 42:13, 42:14, 42:19, 42:20, 43:3, 43:8, 43:13, 43:16, 43:21, 43:24, 44:3, 44:4, 44:10, 44:11, 44:14, 44:15, 44:17, 44:23, 45:2, 45:3, 45:10, 45:16, 46:16, 46:22, 47:2, 47:4, 47:10, 47:16, 47:18, 47:21, 47:23, 48:2, 48:4, 48:6, 48:13, 48:17, 48:20, 49:1, 49:5, 49:11, 49:23, 50:5, 50:15, 50:18, 50:21, 50:23, 51:1, 51:3, 51:7, 51:11, 51:13, 51:14, 51:17, 51:18, 51:25, 52:2, 52:3, 52:4, 52:7, 52:11, 52:12, 52:17, 52:19, 52:21, 52:25, 53:1, 53:5, 53:12, 53:20, 53:24, 53:25, 54:1, 54:2, 54:14, 54:16, 54:18, 54:20, 54:22, 55:2, 55:7, 55:8, 55:15, 55:21, 55:22, 55:23, 55:25, 56:7, 56:11, 56:13, 56:15, 56:19, 56:24, 57:2, 57:4, 57:7, 57:10, 57:11, 57:22, 57:23, 58:2, 58:7, 58:14, 58:15, 58:16, 58:20, 58:24, 59:5, 59:8, 59:13, 59:15, 59:17, 60:2, 60:5, 60:11, 60:15, 60:16, 60:18, 60:23, 61:3, 61:5, 61:10, 61:11, 61:15, 61:20, 61:23, 62:3, 62:8, 62:9, 62:14, 62:22, 62:23, 63:9, 63:10, 63:21, 64:5, 64:11, 64:16, 64:21, 65:1, 65:4, 65:5, 66:9, 66:19, 66:20, 67:7, 67:16, 67:19, 67:25, 68:2, 68:15, 68:22, 68:25, 69:2, 69:6, 69:10, 69:12, 69:13, 69:23, 69:24, 69:25, 70:4, 70:5, 70:6, 70:10, 70:13, 70:14, 70:19, 70:20, 70:21, 70:25, 71:1, 71:3, 71:5, 71:9, 71:25, 72:3, 72:4, 72:5, 72:6, 72:10, 72:21, 72:23, 73:5, 73:19, 74:19, 74:22, 75:3, 75:12, 75:14, 75:15, 75:19, 76:5, 76:6, 76:7, 76:10, 76:15, 76:24, 76:25, 77:8, 77:12, 77:21, 77:22, 78:1, 78:6, 78:7, 78:8, 78:13, 79:4, 79:8, 79:10, 79:11, 79:12, 79:16, 79:19, 80:3, 80:8, 80:15, 80:17, 80:20, 80:24, 81:6, 81:7, 81:16, 81:17, 81:22, 81:23, 82:2, 82:8, 82:14, 82:15, 82:16, 82:22, 83:2, 83:3, 83:12, 83:16, 83:20, 83:22, 84:3, 84:9, 84:17, 84:20, 84:21, 84:23, 85:1, 85:2, 85:12, 85:18, 85:23, 86:1, 86:6, 86:9, 86:13, 86:15, 87:3, 87:4, 87:6, 87:7, 87:9, 87:10, 87:12, 87:13, 87:17, 87:18, 87:19, 88:1, 88:6, 88:10, 88:11, 88:19, 88:20, 89:2, 89:7, 89:12, 89:21, 90:3, 90:9, 90:10, 90:14, 90:17, 90:24, 91:1, 91:4, 91:7, 91:8, 91:13, 91:14, 91:15, 91:16, 91:17, 91:18, 91:19, 91:20, 91:21, 91:23, 92:2, 92:3, 92:4, 92:5, 92:6, 92:10, 92:14, 92:21, 92:22, 92:23, 93:4, 93:5, 93:7, 93:11, 93:13, 93:15, 93:23, 94:1, 94:11, 94:17, 94:20, 94:22, 94:25, 95:5, 95:17, 95:24, 96:4, 96:8, 96:10, 96:14, 96:15, 96:17, 96:24, 97:4, 97:6, 97:10, 97:11, 97:13, 97:17, 97:20, 97:23, 97:25, 98:1, 98:3, 98:6, 98:9, 98:11, 98:13, 99:1, 99:2, 99:12, 99:16, 99:23, 100:7, 100:8, 100:9, 100:16,

100:17, 101:9, 101:10, 101:13, 101:21, 101:25, 102:7, 102:9, 102:10, 102:11, 102:13, 102:18, 102:19, 102:24, 103:7, 103:9, 103:22, 104:4, 104:17, 104:23, 105:8, 105:11, 105:14, 105:15, 105:16, 105:17, 106:2, 106:5, 106:7, 106:10, 106:14, 106:15, 106:19, 106:23, 107:1, 107:4, 107:7, 107:9, 108:2, 108:9, 108:20, 109:1, 109:4, 109:9, 109:11, 109:13, 109:20, 109:23, 109:24, 110:4, 110:8, 110:17, 110:18, 110:19, 111:3, 111:9, 111:13, 111:16, 111:17, 111:18, 111:22, 111:25, 112:7, 112:9, 112:10, 112:17, 112:18, 112:22, 112:23, 112:25, 113:9, 113:10, 113:18, 113:21, 113:22, 113:24, 113:25, 114:6, 114:7, 115:3, 115:5, 115:7, 115:21, 115:23, 115:24, 116:1, 116:3, 116:5, 116:7, 116:17, 117:4, 117:11, 117:12, 117:14, 117:18, 118:8, 118:12, 118:15, 118:20, 118:21, 119:12, 119:16, 119:17, 119:18, 119:21, 119:23, 120:2, 120:6, 120:10, 120:12, 120:14, 120:16, 120:17, 120:19, 120:25, 121:6, 121:10, 121:16, 121:17, 122:1, 122:3, 122:9, 122:11, 122:13, 122:16, 122:25, 123:16, 123:18, 123:23, 124:5, 124:6, 124:7, 124:11, 124:14, 125:2, 125:6, 125:9, 125:13, 125:14, 125:17, 125:20, 126:3, 126:14, 127:5, 127:22, 128:4, 128:8, 128:9, 128:14, 128:18, 129:1, 129:8, 129:19, 129:25, 130:7, 130:9, 130:13, 130:14, 130:24, 131:16, 131:19, 131:20, 131:22, 132:8, 132:11, 132:13, 132:15, 133:2, 133:7, 133:11, 133:12, 133:15, 133:16, 133:18, 134:1, 134:5, 134:6, 134:9, 134:12, 134:23, 135:5, 135:7, 135:8, 135:9, 135:12, 135:13, 135:15, 135:16, 136:1, 136:5, 136:7, 136:10, 136:11, 136:13, 136:21, 137:2, 137:3, 137:4, 137:8, 137:15, 137:21, 137:23, 138:8, 138:22, 139:2, 139:4, 139:10, 139:11, 139:13, 139:17, 139:21, 139:22, 140:4, 140:8, 140:9, 140:10, 140:14, 140:19, 140:22, 140:23, 140:25, 141:5, 141:10, 141:11, 141:13, 141:16, 142:5, 142:8, 142:9, 142:12, 142:15, 143:2, 143:5, 143:14, 143:19, 143:23, 143:25, 144:1, 144:3, 144:7, 144:10, 144:14, 144:17, 144:23, 144:25, 145:4, 145:7, 145:8, 145:11, 145:22, 145:24, 146:1, 146:5, 146:16, 146:19, 146:24, 147:19, 148:15, 148:25, 149:6, 149:15, 149:16, 149:20, 149:22, 149:25, 150:2, 150:7, 150:9, 150:10, 150:11, 150:20, 151:4, 151:6, 151:9, 151:12, 151:15, 151:16, 151:18, 151:19, 152:2, 152:8, 152:9, 152:14, 152:19, 153:8, 153:24, 154:12, 154:14, 154:24, 155:6, 155:6, 155:7

**and/or** [1] - 89:2

**ANDREW** [1] - 1:10
**ANGELICA** [1] - 1:22
**ANIBAL** [1] - 1:14
**Annabelle** [1] - 107:6
**annual** [1] - 71:7
**another** [27] - 19:24, 20:10, 30:12, 32:6, 32:8, 32:12, 34:11, 44:9, 46:23, 47:25, 51:5, 55:2, 59:15, 60:3, 62:18, 66:5, 71:13, 71:16, 72:9, 75:22, 77:22, 83:25, 91:25, 96:25, 112:7, 132:23, 138:19
**answer** [15] - 10:1, 12:10, 18:2, 35:5, 35:14, 36:4, 49:6, 96:20, 146:16, 151:6, 152:9, 153:4, 153:21, 153:23, 154:14
**answered** [2] - 37:6, 37:10
**Antonio** [1] - 91:23
**any** [85] - 5:21, 6:15, 6:16, 6:23, 6:24, 8:10, 9:14, 10:3, 10:6, 10:18, 11:23, 12:3, 12:5, 12:15, 12:18, 13:24, 14:12, 14:21, 15:18, 15:19, 16:20, 17:1, 17:4, 17:7, 17:13, 17:19, 17:22, 19:25, 21:18, 29:5, 31:20, 31:21, 32:17, 35:15, 35:17, 47:19, 57:6, 61:9, 66:23, 69:14, 73:21, 74:24, 79:20, 81:12, 82:12, 82:13, 86:2, 89:9, 91:18, 95:6, 95:16, 95:19, 96:16, 98:18, 99:2, 99:3, 99:22, 101:9, 103:15, 106:12, 106:17, 106:24, 111:1, 111:3, 111:10, 112:22, 115:18, 116:10, 116:12, 116:14, 117:8, 123:2, 124:17, 124:19, 125:17, 127:14, 144:20, 147:13, 147:20, 147:24, 150:13
**anybody** [5] - 86:14, 86:21, 100:16, 115:7, 125:6
**anybody's** [1] - 86:22
**anyone** [9] - 18:7, 30:11, 34:10, 44:2, 47:11, 63:4, 91:17, 96:18, 99:19
**anything** [33] - 10:5, 10:9, 15:3, 32:5, 43:25, 44:1, 44:6, 44:8, 68:6, 68:11, 68:13, 70:21, 71:15, 72:19, 74:2, 75:4, 77:5, 86:7, 91:13, 95:6, 96:22, 103:1, 104:16, 104:17, 107:4, 110:13, 110:19, 138:1, 144:20, 146:15, 151:14, 154:20
**anyway** [2] - 39:24, 148:1
**anywhere** [3] - 80:1, 99:19, 110:22
**apartment** [2] - 45:20, 80:8
**apologize** [1] - 87:9
**apparently** [2] - 85:13, 94:25
**APPEARANCES** [1] - 1:13
**Appendix** [4] - 23:20, 23:21, 23:22, 28:3
**appendix** [1] - 4:5
**application** [5] - 78:23, 78:24, 79:5, 119:3, 131:22
**applications** [1] - 87:18
**apply** [6] - 6:2, 6:4, 6:19, 8:2, 113:4, 129:6
**appointment** [3] - 76:15, 76:19, 85:21
**appreciate** [1] - 66:10
**approach** [1] - 70:19
**appropriate** [1] - 57:5

**approved** [1] - 16:6
**April** [1] - 8:23
**are** [129] - 4:12, 4:24, 5:9, 5:21, 6:10, 7:17, 7:19, 9:15, 9:17, 10:18, 11:9, 11:18, 12:12, 13:5, 14:11, 14:21, 15:23, 15:24, 16:24, 17:3, 17:24, 18:16, 18:23, 28:2, 32:23, 34:3, 34:22, 35:15, 35:19, 36:8, 37:13, 44:22, 46:15, 46:20, 50:25, 51:15, 51:19, 51:22, 51:23, 51:24, 56:10, 57:25, 59:12, 60:15, 61:11, 63:3, 63:17, 63:21, 65:15, 66:25, 67:4, 67:5, 68:11, 68:21, 70:7, 70:24, 73:3, 76:21, 80:19, 80:20, 80:21, 83:5, 85:24, 86:21, 89:24, 90:19, 91:9, 91:20, 93:8, 94:4, 95:19, 95:25, 96:8, 102:22, 107:22, 107:23, 109:8, 110:2, 110:17, 111:13, 111:15, 112:2, 115:11, 116:20, 119:5, 123:4, 124:24, 126:12, 127:5, 127:6, 127:7, 127:8, 127:20, 128:3, 130:14, 131:6, 131:9, 131:11, 131:12, 132:9, 132:10, 133:2, 133:5, 134:11, 134:16, 134:17, 134:25, 135:23, 136:2, 136:9, 136:17, 136:18, 136:19, 137:8, 139:6, 143:20, 145:12, 145:21, 145:22, 152:1, 152:6
**area** [11] - 24:2, 25:16, 26:4, 26:15, 53:8, 54:25, 55:1, 62:9, 63:10, 63:25, 135:16
**aren't** [4] - 59:13, 128:11, 128:12, 131:13
**argument** [8] - 37:19, 93:14, 107:12, 129:8, 134:6, 135:21, 137:10, 139:3
**arguments** [4] - 9:15, 134:11, 140:23, 143:15
**Arguments** [1] - 3:4
**armed** [1] - 38:20
**armendariz** [1] - 51:14
**Armendariz** [15] - 25:3, 25:5, 25:10, 25:11, 49:7, 49:9, 49:11, 49:13, 49:23, 50:3, 50:11, 50:13, 51:7, 51:11, 76:4
**arms** [1] - 38:20
**around** [17] - 4:18, 8:19, 39:14, 39:18, 52:18, 52:22, 53:22, 54:14, 63:12, 63:16, 65:8, 66:8, 88:12, 93:15, 114:19, 126:9, 135:16
**arraignments** [1] - 154:22
**arranged** [1] - 68:4
**arrest** [5] - 66:19, 78:13, 119:24, 120:3, 120:5
**arrested** [7] - 52:8, 70:21, 98:8, 134:23, 135:4, 139:13, 142:15
**arresting** [1] - 140:22
**arrive** [1] - 65:4
**arrived** [1] - 59:4
**arrives** [1] - 48:1
**arriving** [2] - 6:3, 10:10
**articulate** [1] - 111:2
**Arturo** [13] - 25:3, 25:5, 25:10, 25:11, 49:7, 49:9, 49:11, 49:13, 49:23, 50:3, 50:6, 50:11, 51:7

**As** [1] - 23:22
**as** [115] - 4:5, 4:20, 4:22, 4:23, 5:10, 5:17, 6:10, 6:12, 6:13, 6:18, 6:19, 7:1, 7:4, 7:17, 9:6, 9:10, 9:25, 10:10, 10:11, 10:19, 10:21, 10:24, 11:9, 11:18, 12:2, 12:15, 15:5, 15:14, 16:6, 17:4, 17:18, 17:19, 20:1, 20:20, 20:24, 23:19, 27:10, 28:5, 28:9, 30:20, 31:3, 31:12, 32:6, 32:10, 32:15, 33:6, 34:18, 35:1, 39:3, 39:4, 43:17, 46:9, 46:18, 46:24, 56:24, 57:5, 58:7, 59:3, 59:4, 60:19, 60:24, 65:1, 65:19, 67:7, 68:5, 68:10, 69:13, 70:15, 70:16, 74:25, 81:14, 81:23, 87:16, 87:20, 88:3, 88:9, 89:13, 89:19, 90:7, 92:19, 94:1, 96:9, 97:12, 104:15, 113:2, 114:12, 114:19, 119:10, 120:1, 120:4, 120:19, 122:22, 123:8, 126:25, 127:22, 131:25, 132:1, 132:25, 136:8, 138:19, 138:21, 140:10, 141:24, 146:14, 152:7, 152:14, 153:3
**aside** [1] - 137:1
**ask** [17] - 12:1, 52:10, 52:11, 61:17, 89:12, 96:18, 105:14, 118:15, 119:14, 122:14, 125:14, 133:18, 147:2, 147:7, 150:16, 152:9, 154:2
**asked** [25] - 39:20, 41:16, 44:1, 64:7, 69:16, 75:13, 75:16, 77:19, 78:19, 85:19, 88:20, 94:21, 96:17, 98:11, 98:13, 98:18, 100:2, 108:15, 115:7, 120:17, 129:9, 133:15, 149:21, 152:8, 152:15
**asking** [6] - 45:6, 66:23, 66:24, 67:8, 108:23, 111:6
**asks** [2] - 114:15, 154:5
**aspects** [1] - 137:3
**assembled** [2] - 22:5, 29:16
**asserts** [1] - 10:24
**assessed** [1] - 115:22
**assisted** [1] - 34:2
**associate** [3] - 32:19, 33:21, 41:18
**associated** [4] - 22:4, 29:15, 33:15, 125:7
**association** [1] - 138:24
**assume** [3] - 10:5, 129:21, 145:25
**assuming** [2] - 90:25, 145:6
**assure** [1] - 112:11
**at** [142] - 1:19, 4:10, 6:1, 6:3, 10:10, 12:20, 12:23, 13:22, 19:12, 19:18, 20:5, 20:8, 22:2, 23:14, 23:15, 24:5, 24:9, 24:21, 24:24, 25:1, 25:15, 26:3, 29:13, 32:22, 34:22, 35:7, 38:3, 38:13, 38:15, 39:14, 39:16, 40:1, 40:25, 42:8, 42:22, 43:5, 43:25, 44:4, 44:18, 44:21, 45:12, 47:5, 47:24, 48:1, 48:14, 48:24, 49:2, 49:18, 50:15, 50:20, 51:6, 51:9, 51:11, 53:1, 53:3, 53:20, 53:22, 54:12, 55:20, 60:10, 61:9, 63:19, 65:22, 68:14, 69:14, 70:25, 72:15, 76:16, 76:20, 77:12, 79:1, 81:4, 82:6, 82:12, 82:13, 82:25, 83:23, 84:12, 85:21, 86:2, 89:7, 91:12, 92:7,

94:3, 94:22, 94:24, 97:4, 99:2, 99:6, 101:14, 101:25, 102:5, 102:20, 103:5, 103:20, 104:3, 106:8, 106:11, 107:5, 108:11, 108:13, 108:25, 111:14, 113:19, 116:4, 116:17, 116:23, 120:8, 124:14, 125:23, 126:12, 130:5, 130:24, 132:13, 132:14, 135:21, 137:21, 138:15, 139:10, 139:16, 139:17, 139:20, 140:18, 141:17, 142:4, 142:23, 145:8, 145:14, 145:20, 149:8, 150:24, 150:25, 151:1, 151:8, 151:24, 152:2, 152:7, 152:10, 154:23

**attached** [1] - 23:19

**attacked** [1] - 118:21

**attempt** [2] - 52:24, 53:1

**attempted** [2] - 25:24, 26:1

**attempts** [3] - 59:7, 73:8, 122:16

**attention** [4] - 6:15, 9:18, 15:1, 144:3

**attentive** [1] - 117:22

**attorney** [1] - 77:18

**Attorney** [1] - 1:19

**Attorney's** [2] - 1:15, 109:11

**ATVs** [2] - 108:10, 108:12

**audio** [2] - 147:2, 147:12

**August** [1] - 65:18

**Austin** [21] - 1:20, 1:23, 1:23, 2:2, 73:9, 73:13, 74:4, 75:8, 75:13, 78:16, 78:17, 78:18, 78:20, 79:15, 80:13, 114:4, 114:6, 118:20, 119:20, 142:14

**authoritative** [1] - 66:11

**auto** [1] - 47:25

**automatically** [2] - 137:13, 140:16

**available** [2] - 56:18, 146:23

**avoid** [2] - 113:20, 113:21

**Award** [1] - 66:14

**aware** [1] - 142:2

**away** [12] - 50:5, 50:17, 50:18, 50:22, 50:23, 73:24, 75:19, 86:22, 87:25, 119:17, 126:16, 128:8

**awesome** [2] - 112:22, 112:23

## B

**back** [61] - 5:6, 5:19, 28:4, 35:14, 43:14, 44:14, 45:15, 47:6, 48:8, 49:23, 49:24, 50:20, 50:24, 51:2, 51:3, 51:5, 51:6, 53:12, 61:4, 61:10, 63:16, 66:16, 68:18, 69:9, 69:20, 71:10, 73:18, 75:12, 75:14, 77:23, 79:10, 85:2, 87:13, 91:9, 92:17, 93:11, 101:10, 103:5, 103:7, 106:7, 115:13, 116:8, 117:4, 117:9, 118:15, 120:12, 122:14, 131:19, 131:20, 139:7, 142:5, 144:24, 145:20, 145:21, 145:22, 147:8, 149:21, 150:10, 150:24, 152:2, 154:5

**backdrop** [1] - 124:10

**bad** [8] - 21:2, 28:12, 31:15, 50:25, 60:4, 75:17, 121:15, 144:10

**badge** [1] - 58:24

**bag** [2] - 43:9, 104:13

**bags** [1] - 42:14

**bait** [1] - 122:20

**Baldo** [1] - 107:1

**Banda** [3] - 68:16, 100:25, 101:5

**bandanna** [1] - 49:4

**bank** [6] - 69:17, 69:19, 69:21, 110:6, 141:22, 142:3

**bankroll** [1] - 142:1

**banks** [5] - 27:25, 69:18, 109:20, 110:2, 141:23

**banners** [1] - 90:13

**bar** [2] - 107:2, 107:3

**barely** [2] - 72:11, 101:22

**bargaining** [3] - 16:6, 57:10, 116:22

**barn** [1] - 149:11

**Barrios** [11] - 24:15, 24:18, 25:7, 25:12, 26:22, 46:25, 54:6, 114:22, 116:12, 117:1, 149:3

**Barrios's** [1] - 150:1

**Barrios-Hernandez** [10] - 24:15, 24:18, 25:7, 25:12, 26:22, 46:25, 54:6, 114:22, 116:12, 117:1

**Barrios-Hernandez's** [1] - 149:3

**base** [1] - 6:21

**based** [4] - 8:11, 10:2, 112:13, 128:14

**basically** [12] - 35:23, 59:21, 63:25, 76:12, 134:22, 136:7, 138:9, 140:21, 141:12, 141:17, 141:20, 142:21

**basis** [1] - 142:18

**basketball** [1] - 143:6

**bat** [1] - 78:22

**Bates** [3] - 106:5, 106:10, 106:24

**be** [125] - 5:8, 5:13, 5:17, 6:18, 7:12, 7:16, 8:7, 8:15, 10:2, 10:11, 10:16, 10:22, 11:20, 11:21, 12:14, 12:18, 13:13, 14:12, 14:22, 15:7, 15:16, 15:23, 16:12, 16:14, 17:17, 17:20, 17:21, 20:2, 20:12, 23:3, 30:17, 32:5, 32:17, 33:11, 33:23, 34:7, 34:9, 35:20, 37:18, 45:6, 45:11, 49:5, 52:22, 54:19, 56:18, 56:25, 57:4, 60:12, 71:10, 72:16, 72:21, 77:16, 80:1, 80:5, 80:6, 80:9, 80:20, 81:7, 81:16, 81:17, 81:24, 82:22, 84:20, 85:12, 87:25, 89:4, 89:6, 93:12, 93:16, 94:2, 96:20, 98:4, 100:9, 102:19, 108:16, 111:2, 111:17, 111:23, 111:24, 112:3, 112:4, 112:14, 112:18, 113:6, 114:11, 115:22, 116:9, 118:25, 120:12, 122:14, 126:2, 128:17, 130:22, 130:24, 132:18, 132:19, 134:16, 138:4, 138:10, 138:12, 138:18, 138:20, 139:22, 140:15, 144:9, 145:25, 146:23, 147:7, 147:21, 147:24, 149:10, 149:12, 149:23, 150:20, 150:24, 151:1, 151:22, 152:2, 154:23, 154:24

**bear** [3] - 17:11, 35:15, 128:9

**beat** [2] - 53:13, 99:7

**beaten** [2] - 38:18, 117:7

**became** [2] - 63:8, 142:6

**because** [128] - 4:20, 4:23, 15:1, 17:7, 17:9, 20:22, 28:7, 31:5, 34:19, 38:11, 39:16, 42:8, 45:8, 45:11, 45:17, 47:13, 50:1, 50:2, 53:14, 55:18, 57:6, 57:25, 58:19, 59:16, 60:21, 60:22, 62:5, 63:4, 64:15, 65:2, 66:6, 68:12, 69:2, 69:25, 70:8, 71:9, 71:17, 75:18, 76:16, 76:20, 77:2, 77:24, 78:9, 78:12, 79:18, 79:19, 80:21, 81:22, 85:25, 86:4, 86:19, 87:6, 87:11, 89:5, 90:2, 90:6, 90:9, 90:25, 91:1, 93:17, 94:4, 96:5, 96:6, 97:5, 97:19, 98:10, 98:20, 98:25, 100:5, 103:20, 104:1, 104:9, 104:14, 107:18, 108:11, 108:17, 109:7, 110:1, 110:4, 110:12, 110:13, 110:22, 111:9, 112:15, 112:19, 112:23, 113:4, 113:11, 116:24, 117:17, 120:3, 121:17, 125:2, 125:3, 127:24, 129:5, 129:6, 129:7, 133:8, 133:9, 133:10, 134:12, 134:20, 136:19, 137:14, 137:25, 138:3, 138:7, 138:13, 138:14, 138:20, 138:23, 139:1, 139:8, 139:16, 139:23, 140:17, 140:20, 141:8, 141:22, 142:2, 142:7, 142:11, 144:22, 146:16, 147:18, 149:24, 153:21

**become** [7] - 21:8, 22:10, 28:19, 29:21, 80:4, 80:15, 90:10

**becomes** [3] - 21:7, 28:18, 80:16

**bed** [1] - 117:24

**been** [70] - 5:23, 7:8, 10:20, 11:12, 13:8, 14:23, 14:24, 15:1, 15:11, 16:6, 16:22, 20:20, 21:24, 22:18, 28:9, 29:10, 30:5, 35:4, 35:9, 38:7, 42:17, 46:21, 46:24, 51:23, 60:21, 60:23, 64:15, 65:18, 68:17, 71:18, 73:17, 75:9, 75:13, 81:15, 84:15, 85:14, 86:15, 87:8, 87:14, 87:23, 88:16, 94:24, 94:25, 96:25, 99:16, 102:17, 107:18, 107:23, 109:14, 109:25, 112:19, 115:3, 115:24, 116:20, 117:7, 117:19, 120:1, 121:8, 121:14, 121:23, 122:25, 123:1, 130:11, 134:17, 135:1, 143:18, 144:12, 148:5, 150:22, 150:23

**BEFORE** [1] - 1:10

**before** [25] - 6:25, 21:15, 29:1, 32:17, 39:10, 43:24, 43:25, 52:25, 60:23, 71:12, 73:23, 75:13, 76:14, 79:5, 79:6, 90:12, 90:20, 93:23, 103:16, 105:15, 136:17, 144:25, 145:19, 152:23

**began** [6] - 8:22, 9:1, 80:11, 113:24, 134:23, 139:11

**begin** [6] - 7:5, 51:17, 76:3, 97:9, 143:16, 143:23

**beginning** [4] - 38:3, 151:24, 153:17, 153:20

**behind** [1] - 70:4

**behold** [2] - 44:17, 48:13

**being** [20] - 6:25, 15:14, 22:3, 29:14, 32:23, 55:12, 73:7, 77:18, 102:8, 102:23, 105:4, 112:21, 115:6, 118:10, 120:1, 122:22, 128:20, 128:22, 128:23, 139:12

**beings** [1] - 137:18
**beliefs** [1] - 34:18
**believability** [3] - 6:6, 11:19, 137:11
**believable** [2] - 137:4, 137:9
**believe** [48] - 11:23, 12:17, 13:8,
14:25, 15:2, 15:19, 16:17, 45:2, 57:6,
57:18, 58:10, 59:15, 60:9, 60:16, 65:16,
65:24, 69:4, 69:7, 72:20, 76:10, 77:5,
78:6, 79:12, 79:20, 89:7, 94:2, 94:3,
102:15, 103:13, 103:15, 104:1, 104:5,
106:20, 106:22, 112:14, 112:18,
113:11, 114:14, 114:20, 119:17,
120:10, 121:22, 125:1, 137:4, 142:20,
146:15, 147:3
**believed** [2] - 38:11, 101:3
**believes** [1] - 143:10
**belly** [1] - 108:25
**belonged** [1] - 139:2
**belongs** [3] - 48:14, 135:8, 135:18
**bench** [2] - 145:15, 148:14
**benefit** [18] - 30:13, 30:22, 52:17, 57:7,
82:21, 128:2, 137:12, 137:15, 137:22,
138:3, 138:13, 139:4, 139:9, 139:13,
140:1, 140:3, 140:14, 140:18
**benefits** [1] - 15:13
**benefitted** [1] - 118:6
**Benicio** [19] - 40:20, 40:22, 41:3, 41:7,
41:12, 59:24, 60:4, 60:10, 60:21, 60:24,
60:25, 67:22, 67:23, 97:6, 97:11, 98:3,
127:3, 141:4
**Benitez** [1] - 101:3
**besides** [1] - 149:13
**best** [13] - 52:23, 59:19, 61:13, 66:2,
88:3, 88:10, 108:1, 127:25, 136:19,
145:1, 145:10, 155:6
**better** [3] - 4:24, 87:23, 120:18
**between** [19] - 11:3, 21:4, 21:19,
28:15, 29:6, 31:19, 41:2, 72:5, 80:23,
91:8, 91:19, 92:6, 92:22, 97:10, 112:22,
114:24, 115:5, 123:17
**beyond** [42] - 7:18, 7:19, 7:23, 8:7,
8:14, 9:7, 11:14, 14:5, 14:14, 15:20,
16:17, 16:25, 19:2, 20:17, 23:4, 30:18,
32:25, 33:4, 33:5, 33:12, 34:24, 36:3,
36:10, 57:15, 84:13, 89:13, 89:14,
89:19, 90:3, 100:15, 102:24, 103:14,
104:19, 106:22, 119:4, 126:21, 127:17,
127:22, 128:5, 128:16, 129:12, 136:24
**bias** [1] - 6:23
**biased** [2] - 75:2, 127:24
**big** [3] - 58:13, 89:4, 121:2
**biggest** [1] - 73:8
**bills** [1] - 42:15
**binding** [1] - 9:22
**bit** [5] - 90:1, 99:8, 108:20, 108:21,
136:4
**black** [9] - 94:10, 95:6, 95:8, 95:11,
95:16, 99:14, 125:9, 125:10, 140:8
**Blackberry** [2] - 42:3, 125:22
**blaming** [1] - 146:12

**blank** [7] - 36:1, 36:11, 36:20, 37:4,
37:9, 98:20
**blue** [4] - 54:13, 78:7, 124:25, 125:7
**BMW** [1] - 142:13
**board** [1] - 132:7
**boat** [6] - 74:10, 74:12, 74:20, 74:25,
121:14, 147:16
**body** [1] - 47:25
**book** [1] - 150:8
**boom** [1] - 62:12
**border** [1] - 83:4
**born** [3] - 78:1, 109:19, 136:3
**boss** [4] - 39:11, 45:14, 56:20, 60:11
**bosses** [1] - 45:12
**both** [17] - 7:4, 20:8, 39:16, 39:17,
60:15, 80:21, 80:25, 83:11, 96:8,
141:11, 146:11, 146:12, 146:13,
149:22, 152:9, 153:8, 154:10
**bother** [2] - 46:9, 132:17
**bottom** [4] - 47:5, 50:1, 82:23, 108:25
**bought** [2] - 121:4, 121:5
**Boulevard** [1] - 1:23
**bound** [2] - 82:25, 145:9
**Box** [1] - 51:9
**box** [2] - 4:19, 52:15
**boxes** [1] - 116:16
**boy** [1] - 109:19
**boys** [1] - 126:17
**brag** [2] - 86:9, 90:14
**bragging** [1] - 90:13
**brand** [1] - 46:2
**break** [6] - 50:23, 85:2, 107:14, 122:7,
122:9, 145:19
**bricks** [3] - 48:11, 48:12, 106:2
**brief** [2] - 34:4, 35:21
**Brief** [6] - 145:17, 148:11, 150:17,
152:11, 153:14, 154:21
**briefly** [3] - 61:8, 137:1, 141:10
**brilliant** [1] - 99:25
**Bring** [1] - 101:19
**bring** [34] - 32:20, 35:14, 41:4, 43:14,
61:23, 62:12, 66:17, 76:21, 76:22, 86:2,
86:18, 89:11, 94:12, 95:7, 96:16, 98:6,
98:15, 99:12, 99:23, 101:17, 101:18,
112:15, 118:1, 127:18, 127:19, 128:12,
133:17, 143:25, 144:24, 148:14, 150:5,
151:3
**bringing** [2] - 51:21, 62:13
**brings** [6] - 41:8, 63:20, 91:23, 105:25,
106:5, 106:7
**broad** [2] - 53:23, 58:8
**broader** [1] - 152:8
**brother** [45] - 38:9, 38:21, 39:11, 40:5,
40:24, 41:1, 45:13, 46:16, 55:17, 56:8,
60:24, 61:18, 61:22, 62:15, 62:22, 64:1,
64:7, 64:17, 67:4, 69:23, 70:14, 72:11,
87:2, 90:17, 94:3, 94:5, 94:6, 94:7,
97:24, 97:25, 99:11, 99:12, 100:5,
100:12, 101:17, 101:18, 103:16,
103:19, 121:2, 138:8, 139:2, 142:23

**brother's** [7] - 41:19, 70:1, 93:25,
103:13, 103:17, 105:1, 107:21
**Brotherhood** [2] - 96:3, 102:5
**brothers** [1] - 2:9
**brought** [24] - 15:1, 38:20, 55:18,
57:24, 59:2, 59:9, 76:23, 86:5, 88:2,
88:9, 95:18, 95:24, 104:12, 106:19,
106:20, 106:24, 113:9, 114:3, 114:22,
115:18, 118:7, 118:12, 119:2, 128:9
**build** [1] - 77:1
**building** [1] - 44:12
**bullet** [1] - 51:10
**bullets** [2] - 50:17, 100:9
**bunch** [6] - 53:4, 53:5, 55:24, 88:9,
91:7
**burden** [6] - 6:5, 7:22, 7:24, 8:2, 8:5,
8:6, 17:13, 85:25, 86:1, 86:20, 88:23,
88:25, 110:25, 118:7, 129:7
**buried** [3] - 42:17, 64:14, 64:15
**burned** [1] - 97:21
**business** [15] - 38:4, 42:25, 43:1,
43:16, 68:22, 73:1, 95:10, 105:14,
125:17, 125:22, 141:17, 141:20, 142:7,
142:9, 145:3
**businesses** [3] - 45:8, 78:5, 110:4
**businessperson** [1] - 127:11
**busted** [1] - 64:24
**but** [160] - 5:1, 5:9, 5:18, 6:10, 13:14,
22:9, 29:20, 34:13, 34:18, 36:21, 36:24,
37:14, 42:9, 46:3, 46:7, 49:1, 50:2,
50:10, 52:13, 53:10, 54:16, 55:3, 55:17,
55:18, 56:6, 57:8, 59:10, 62:14, 63:8,
67:22, 68:7, 68:18, 69:1, 72:18, 72:22,
73:8, 74:14, 74:15, 75:8, 77:1, 77:18,
77:20, 80:23, 81:15, 85:13, 86:4, 86:16,
86:18, 87:22, 88:2, 88:7, 88:20, 88:23,
89:19, 90:16, 90:23, 92:10, 92:24,
94:13, 96:20, 97:25, 98:8, 99:8, 100:10,
100:14, 101:3, 101:13, 102:11, 102:15,
103:10, 103:19, 104:11, 105:1, 105:19,
105:22, 106:18, 106:20, 107:10, 108:1,
109:2, 109:6, 109:13, 109:18, 110:2,
110:25, 112:2, 112:16, 113:6, 113:15,
114:21, 115:2, 116:11, 116:23, 117:8,
117:11, 117:19, 118:10, 118:13,
118:25, 119:14, 119:24, 120:3, 120:5,
120:15, 121:2, 121:8, 122:6, 122:9,
122:15, 122:19, 123:2, 123:12, 123:14,
123:16, 123:24, 124:1, 124:5, 124:21,
124:22, 125:23, 126:19, 127:21, 130:1,
130:19, 131:1, 131:7, 131:14, 132:10,
132:24, 133:3, 135:11, 136:2, 138:1,
138:3, 138:7, 138:14, 138:17, 139:19,
139:23, 141:6, 141:21, 141:24, 144:16,
145:10, 146:4, 147:17, 148:2, 148:13,
148:16, 149:18, 149:23, 150:7, 151:1,
151:11, 151:13, 151:22, 152:7, 153:2
**buy** [4] - 45:24, 49:9, 49:12, 142:12
**buys** [1] - 142:16
**by** [59] - 1:24, 3:5, 3:6, 3:6, 3:7, 7:1,

7:6, 7:12, 7:15, 9:15, 10:16, 11:12, 12:19, 12:20, 13:15, 15:7, 15:11, 15:12, 15:13, 32:6, 32:7, 33:7, 33:14, 33:19, 39:4, 39:7, 41:24, 43:23, 46:21, 46:25, 50:5, 50:13, 53:16, 55:8, 55:9, 55:22, 59:18, 84:22, 85:14, 93:19, 95:10, 95:16, 103:9, 112:20, 121:15, 121:25, 129:22, 132:16, 134:18, 134:24, 135:23, 135:24, 136:2, 139:13, 143:1, 143:7, 145:9, 151:2

**bys** [1] - 111:6

# C

**C** [1] - 4:1
**calendar** [2] - 16:22, 117:12
**California** [9] - 46:1, 46:7, 70:17, 71:6, 71:12, 77:23, 77:24, 142:15, 142:18
**call** [15] - 9:18, 24:4, 38:24, 41:5, 55:2, 60:9, 60:21, 81:5, 83:2, 87:17, 92:20, 92:25, 118:24, 136:10, 145:8
**called** [6] - 15:21, 16:6, 92:20, 104:7, 116:18, 142:6
**calling** [3] - 17:13, 92:17, 118:25
**calls** [10] - 40:11, 41:8, 47:10, 91:8, 91:15, 91:18, 91:19, 92:6, 92:22, 126:3
**Camargo** [1] - 100:21
**Camaro** [7] - 94:10, 95:6, 95:8, 95:11, 95:16, 125:9, 125:11
**Camaros** [1] - 99:14
**came** [14] - 42:14, 48:12, 64:21, 68:5, 72:24, 76:2, 86:13, 87:5, 92:23, 96:7, 98:10, 122:3, 123:23, 139:22
**camera** [2] - 125:16, 135:1
**cameras** [7] - 95:12, 99:19, 105:6, 105:7, 105:9, 111:5, 125:16
**can** [109] - 5:8, 32:5, 34:12, 39:3, 39:6, 42:6, 45:2, 45:6, 45:15, 46:8, 47:23, 48:12, 49:3, 49:24, 57:7, 57:19, 57:23, 58:10, 59:15, 60:11, 60:17, 61:10, 61:11, 61:17, 61:18, 61:22, 61:23, 62:1, 62:2, 62:3, 62:7, 62:9, 62:11, 62:23, 62:24, 64:2, 64:3, 64:7, 64:18, 65:24, 66:18, 67:5, 67:11, 67:25, 69:4, 71:1, 71:15, 72:19, 74:3, 74:9, 74:24, 77:4, 80:1, 81:24, 84:22, 88:3, 89:4, 89:5, 89:6, 94:20, 94:21, 101:12, 105:13, 111:24, 112:3, 112:4, 118:3, 118:15, 120:5, 122:12, 122:14, 123:16, 124:14, 125:25, 126:3, 126:18, 126:19, 126:20, 128:12, 130:6, 130:11, 130:24, 131:21, 132:6, 132:8, 133:23, 134:1, 136:1, 136:21, 136:23, 137:23, 144:7, 144:9, 145:5, 145:10, 145:18, 147:7, 150:6, 150:8, 150:25, 151:4, 151:21, 152:9
**Can** [1] - 42:4
**can't** [40] - 39:4, 53:11, 53:16, 57:6, 63:12, 71:16, 74:2, 79:12, 86:20, 87:17, 87:19, 87:21, 88:6, 88:7, 89:11, 92:1, 95:3, 95:6, 103:7, 117:13, 120:23,

120:24, 124:2, 124:3, 126:12, 126:15, 126:23, 131:19, 131:20, 131:23, 133:2, 136:10, 138:9, 138:10, 138:18, 140:24, 142:12, 144:17, 146:16, 151:22
**Cancun** [3] - 69:22, 69:24, 142:17
**cannot** [6] - 10:4, 33:23, 86:21, 87:16, 112:20, 133:13
**capability** [4] - 124:18, 125:4, 125:10, 125:13
**capable** [1] - 131:6
**car** [24] - 38:19, 40:9, 50:16, 54:13, 54:16, 54:18, 54:19, 54:20, 54:23, 72:6, 95:9, 98:19, 98:22, 98:23, 98:24, 98:25, 99:1, 99:5, 119:18, 124:25, 125:2, 140:8
**care** [6] - 15:8, 15:17, 16:15, 96:5, 100:4, 127:11
**careful** [2] - 8:12, 128:14
**Carlos** [1] - 91:6
**carried** [2] - 21:23, 29:9
**cars** [7] - 44:11, 44:21, 52:21, 54:18, 99:3, 99:18, 142:13
**Cartel** [15] - 38:12, 45:14, 48:10, 48:13, 60:13, 73:1, 89:2, 90:5, 90:6, 97:10, 100:6, 110:5, 112:10, 120:2, 142:24
**cartel** [9] - 39:11, 40:23, 45:12, 46:16, 56:20, 60:16, 62:18, 62:20, 121:3
**cartels** [3] - 87:7, 114:24, 127:2
**Casa** [2] - 41:11, 41:12
**case** [70] - 6:4, 6:8, 7:25, 8:13, 9:18, 9:22, 10:7, 10:21, 11:23, 12:5, 14:6, 14:15, 15:12, 15:21, 15:24, 16:9, 16:21, 17:5, 17:12, 18:10, 34:13, 38:4, 43:25, 52:7, 56:13, 57:10, 57:20, 59:19, 66:19, 67:2, 68:24, 75:18, 76:1, 83:10, 86:5, 87:21, 88:24, 93:8, 93:17, 94:14, 94:23, 95:25, 96:9, 109:8, 109:16, 109:25, 113:8, 114:20, 115:6, 115:23, 116:14, 116:18, 117:2, 121:25, 122:1, 127:6, 128:15, 130:8, 131:8, 132:6, 132:22, 133:7, 133:16, 135:21, 136:8, 138:6, 138:17, 139:5, 143:9, 144:19
**CASE** [2] - 146:8, 148:24
**cases** [14] - 15:25, 17:25, 113:20, 113:21, 113:22, 124:18, 129:3, 133:17, 134:15, 134:16, 134:17, 145:22
**CASEY** [1] - 1:15
**cash** [7] - 40:7, 40:9, 42:13, 43:14, 43:15, 69:17, 141:18
**casting** [1] - 124:21
**Castro** [4] - 44:19, 106:19, 106:20, 106:23
**catch** [4] - 53:8, 124:22, 144:16, 144:17
**caught** [3] - 43:23, 45:21, 51:25
**cause** [5] - 103:14, 103:16, 110:23, 110:24, 132:4
**caused** [1] - 130:24
**caution** [3] - 15:8, 15:16, 16:14

**cautions** [1] - 116:23
**caveats** [1] - 4:18
**CD** [1] - 61:4
**CDG** [2] - 90:6, 90:8
**cell** [11] - 125:24, 125:25, 126:1, 126:7, 131:19, 135:3, 135:9, 135:15, 145:3, 145:24
**center** [1] - 94:11
**centers** [1] - 99:15
**Central** [2] - 143:18, 143:20
**Cerda** [1] - 101:16
**certain** [9] - 4:17, 9:18, 9:24, 13:12, 14:23, 18:8, 22:4, 29:15, 134:15
**certainly** [7] - 87:12, 88:7, 88:12, 88:22, 106:24, 110:2, 116:16
**CERTIFICATE** [1] - 155:4
**certifies** [1] - 79:3
**certify** [2] - 79:8, 155:6
**chain** [1] - 10:25
**challenging** [1] - 80:20
**chance** [2] - 113:18, 113:20
**change** [2] - 34:17, 77:24
**changed** [3] - 97:18, 98:4, 123:17
**changes** [1] - 108:3
**Channel** [1] - 45:1
**character** [3] - 8:15, 128:17, 143:7
**charge** [18] - 4:9, 7:6, 22:13, 29:25, 55:12, 63:9, 81:7, 89:5, 112:1, 112:2, 116:7, 116:18, 120:15, 127:21, 131:25, 132:22, 143:21
**Charge**..........................................[1] - 3:3
**Charged** [1] - 23:23
**charged** [30] - 13:13, 14:1, 14:6, 14:10, 14:16, 14:20, 16:19, 17:1, 17:15, 17:19, 18:10, 22:11, 22:16, 23:16, 23:18, 29:23, 30:4, 30:20, 43:24, 79:25, 86:15, 97:7, 111:17, 120:5, 120:8, 122:3, 122:25, 127:9, 127:15
**charges** [9] - 8:18, 18:4, 22:21, 30:8, 72:16, 89:12, 123:18, 123:19, 123:21
**charging** [3] - 7:4, 81:23, 127:7
**chart** [1] - 16:21
**Chavez** [1] - 92:2
**cheap** [5] - 24:5, 24:10, 46:3, 47:11, 47:22
**check** [2] - 36:9, 36:15
**checked** [2] - 36:14, 116:16
**Chevrolet** [1] - 125:1
**Chiapas** [12] - 25:9, 27:10, 27:15, 46:22, 48:4, 48:20, 49:17, 50:15, 52:13, 55:21, 107:17
**Chicago** [2] - 43:23, 44:6
**Chicano** [2] - 96:3, 102:5
**children** [5] - 75:3, 78:3, 117:20, 119:9
**Choco** [4] - 42:1, 103:9, 104:11, 104:12
**choice** [3] - 111:23, 112:16, 127:18
**choices** [1] - 100:7

**choose** [2] - 112:4, 125:5
**choosing** [1] - 112:2
**chose** [3] - 114:18, 120:3, 120:4
**Chris** [1] - 65:13
**Christmas** [1] - 74:14
**circle** [1] - 152:23
**circled** [2] - 153:2, 153:5
**circumstance** [1] - 131:9
**circumstances** [4] - 11:1, 15:11, 59:23, 131:12
**circumstantial** [3] - 10:23, 10:25, 11:4
**citizens** [2] - 96:11, 128:20
**City** [15] - 13:20, 27:23, 39:13, 40:6, 47:7, 68:22, 69:25, 70:5, 70:8, 70:10, 70:11, 71:4, 78:2, 142:5, 142:8
**claim** [2] - 73:12, 78:15
**claims** [1] - 66:21
**class** [1] - 116:9
**clavos** [1] - 44:22
**clean** [1] - 7:14
**cleaned** [4] - 97:13, 97:14, 97:15, 98:4
**clear** [3] - 62:7, 82:18, 152:24
**clearly** [2] - 12:7, 12:10
**close** [2] - 5:10, 133:22
**Closing** [1] - 3:4
**closing** [5] - 93:14, 107:11, 143:15, 146:13, 154:19
**clubbing** [1] - 69:24
**clue** [3] - 98:7, 106:10, 106:15
**co** [5] - 15:24, 57:10, 57:14, 84:17, 116:21
**co-conspirator** [1] - 57:14
**co-conspirators** [1] - 84:17
**co-defendants** [3] - 15:24, 57:10, 116:21
**coach** [1] - 143:6
**cocaine** [83] - 18:6, 18:12, 18:19, 18:23, 19:5, 19:13, 19:19, 24:1, 24:5, 24:9, 24:13, 24:16, 25:4, 25:6, 25:13, 36:11, 36:19, 36:22, 38:12, 41:23, 42:5, 42:6, 42:9, 42:18, 42:19, 43:3, 43:6, 43:7, 43:10, 43:11, 43:19, 44:5, 46:15, 47:11, 47:12, 47:14, 47:20, 47:22, 48:8, 48:13, 48:14, 48:22, 48:23, 49:7, 49:10, 49:12, 49:15, 49:22, 50:2, 51:4, 51:12, 51:16, 54:8, 54:10, 58:4, 61:20, 64:2, 64:8, 64:9, 64:12, 67:25, 68:5, 80:12, 82:23, 83:8, 83:12, 83:20, 84:2, 89:2, 91:7, 100:16, 102:23, 103:12, 104:24, 105:4, 105:9, 105:16, 106:2, 106:4, 139:1, 149:5, 149:8
**code** [1] - 61:21
**Code** [4] - 18:6, 22:23, 30:10, 30:14
**coercion** [1] - 31:9
**COGLIANO** [7] - 1:22, 4:13, 4:15, 85:16, 148:6, 148:18, 154:1
**Cogliano** [8] - 1:22, 4:11, 85:15, 113:2, 124:17, 126:25, 127:23, 153:24
**Cogliano** .............................. [1] - 3:6
**collect** [2] - 45:16, 100:25

**collective** [1] - 66:1
**college** [1] - 88:11
**Collision** [12] - 42:25, 43:3, 43:16, 44:4, 44:7, 44:18, 83:24, 105:5, 105:11, 106:9, 142:6
**Comandante** [4] - 60:10, 60:15, 86:13, 97:7
**combined** [1] - 94:4
**come** [36] - 5:6, 46:25, 47:3, 49:23, 56:14, 58:16, 61:10, 76:22, 78:8, 78:13, 84:20, 85:2, 85:18, 86:9, 88:10, 90:14, 94:13, 94:19, 95:3, 101:9, 103:6, 105:8, 107:3, 110:17, 112:25, 120:25, 124:11, 126:24, 133:11, 136:1, 136:13, 140:2, 144:9, 145:18, 150:10, 154:11
**comes** [13] - 40:4, 50:15, 51:5, 51:6, 55:21, 103:8, 115:24, 116:11, 123:16, 125:17, 134:7, 137:18, 145:20
**comfortable** [2] - 115:14, 154:9
**coming** [4] - 73:18, 84:9, 90:18, 111:22
**comment** [1] - 4:17
**commerce** [7] - 30:13, 31:2, 31:17, 31:19, 31:25, 83:3
**commission** [2] - 33:8, 137:7
**commit** [13] - 14:10, 14:15, 14:20, 18:8, 22:25, 23:6, 25:18, 25:21, 32:13, 80:2, 81:25, 82:1, 136:18
**committed** [29] - 8:19, 9:6, 9:7, 13:14, 13:25, 14:6, 14:8, 14:17, 21:1, 22:3, 23:15, 28:10, 29:14, 31:14, 32:15, 32:23, 33:7, 33:13, 56:11, 57:3, 79:10, 81:3, 81:5, 81:10, 81:12, 134:18, 135:2, 136:2
**committing** [1] - 30:15
**common** [12] - 8:11, 11:9, 11:11, 22:5, 29:16, 70:17, 74:25, 75:2, 79:14, 128:3, 128:14, 134:14
**communicate** [1] - 35:11
**communication** [3] - 31:18, 55:9, 64:6
**community** [1] - 112:17
**company** [4] - 54:18, 126:1, 130:4, 130:17
**compare** [1] - 116:2
**compartment** [1] - 44:12
**completed** [1] - 78:3
**completely** [1] - 68:10
**computer** [2] - 1:25, 87:19
**con** [5] - 72:22, 72:23, 73:4, 73:5, 73:8
**conceal** [1] - 44:15
**concealed** [1] - 43:11
**concerned** [4] - 10:22, 17:3, 17:22, 63:1
**concerning** [3] - 8:10, 10:6, 12:20
**concert** [1] - 32:7
**conclusion** [2] - 17:8, 35:7
**conclusions** [1] - 11:11
**conclusively** [1] - 119:3
**condition** [2] - 42:10, 130:12
**condo** [1] - 46:6

**conduct** [6] - 17:2, 32:14, 32:16, 34:1, 34:5, 127:14
**conducted** [6] - 26:17, 26:22, 26:25, 27:5, 27:11, 27:17
**confessed** [1] - 72:4
**confesses** [2] - 52:11, 73:6
**confessing** [1] - 59:21
**confident** [1] - 66:11
**confidential** [7] - 15:5, 91:6, 102:17, 109:3, 120:4, 120:12, 120:15
**confine** [1] - 31:8
**confirm** [1] - 71:1
**confirmed** [2] - 98:25, 100:22
**confounding** [1] - 125:21
**confronted** [1] - 91:14
**confused** [2] - 87:6, 87:7
**connect** [1] - 60:25
**connected** [3] - 103:2, 115:23, 128:1
**connection** [5] - 31:9, 62:17, 62:22, 62:23, 68:9
**connections** [1] - 67:10
**conned** [1] - 72:23
**cons** [1] - 73:4
**consensual** [1] - 105:13
**consent** [4] - 30:24, 31:9, 82:24, 83:1
**consequences** [2] - 6:20, 72:16
**consider** [22] - 9:11, 10:3, 10:4, 11:5, 11:15, 13:2, 13:24, 14:2, 14:7, 14:17, 14:25, 15:2, 46:8, 65:8, 126:12, 126:15, 126:18, 126:19, 126:21, 126:23, 127:16, 133:3
**consideration** [5] - 5:25, 8:12, 17:23, 34:14, 128:15
**considerations** [1] - 12:12
**considered** [3] - 14:12, 14:22, 17:17
**considering** [2] - 11:7, 123:8
**consisted** [1] - 86:5
**consistent** [2] - 13:5, 116:4
**consists** [1] - 35:22
**conspiracies** [4] - 89:6, 89:7, 89:10, 90:19
**conspiracy** [67] - 8:21, 8:25, 18:5, 18:13, 19:1, 19:11, 19:17, 21:4, 21:8, 21:14, 21:25, 22:7, 22:8, 22:10, 22:11, 22:13, 22:15, 22:16, 22:19, 22:22, 23:15, 23:17, 28:14, 28:19, 28:25, 29:11, 29:18, 29:19, 29:21, 29:23, 29:25, 30:2, 30:3, 30:6, 35:25, 36:18, 37:3, 38:7, 38:24, 51:22, 58:13, 79:25, 80:1, 80:5, 80:10, 80:11, 80:15, 81:3, 83:7, 83:13, 83:25, 84:1, 84:3, 84:5, 84:6, 84:8, 89:4, 89:24, 93:22, 93:23, 94:4, 94:9, 96:13, 99:21, 104:21
**conspirator** [3] - 22:10, 29:22, 57:14
**conspirators** [15] - 21:10, 21:18, 21:25, 23:14, 24:21, 25:1, 25:15, 25:18, 25:21, 26:3, 28:21, 29:4, 29:11, 81:3, 84:17
**conspire** [2] - 18:7, 22:25
**conspired** [2] - 89:1, 89:8

**conspiring** [6] - 18:11, 89:15, 94:3, 100:15, 100:16, 106:3
**constituting** [1] - 32:4
**constructive** [5] - 20:3, 20:10, 20:13, 20:15, 20:18
**consult** [1] - 34:11
**consuming** [1] - 129:23
**contact** [1] - 65:22
**contacted** [2] - 103:9, 103:19
**contacts** [1] - 62:6
**containers** [1] - 104:18
**containing** [4] - 19:13, 19:14, 19:19, 19:20
**contempt** [1] - 148:17
**content** [1] - 13:2
**contents** [1] - 13:1
**continue** [4] - 77:20, 77:21, 84:4, 121:5
**continued** [1] - 8:23
**continues** [4] - 41:22, 62:11, 84:5, 120:14
**contract** [1] - 105:11
**contractual** [2] - 15:22, 116:19
**contrary** [2] - 16:11, 30:20
**control** [4] - 17:19, 20:5, 20:9, 64:1
**controlled** [13] - 8:22, 18:8, 18:11, 18:14, 18:16, 18:18, 18:23, 19:24, 36:1, 36:9, 36:14, 36:16, 96:2
**controls** [1] - 9:21
**convenience** [1] - 35:5
**convenient** [1] - 74:7
**conversation** [1] - 124:19
**convict** [8] - 15:18, 16:15, 21:13, 28:24, 56:22, 126:14, 128:7, 129:3
**convicted** [9] - 14:24, 44:20, 86:15, 89:6, 128:21, 128:22, 128:24, 128:25, 133:4
**conviction** [2] - 14:24, 86:16
**convictions** [1] - 88:1
**convince** [4] - 65:7, 73:6, 73:9, 79:23
**convinced** [4] - 23:3, 30:17, 33:11, 34:17
**convincing** [2] - 8:15, 128:17
**cooperate** [1] - 114:24
**cooperating** [4] - 134:23, 137:6, 139:13, 139:19
**cooperator** [4] - 57:14, 57:18, 135:18, 140:5
**cooperators** [2] - 57:10, 140:13
**coordinate** [1] - 40:18
**coordinates** [1] - 67:4
**coordinating** [1] - 91:10
**cop** [2] - 58:24, 59:4
**cope** [1] - 69:24
**cops** [3] - 54:25, 55:1, 58:7
**copy** [1] - 5:20
**Cordoba** [4] - 24:12, 26:17, 26:20, 100:23
**Corona** [1] - 100:25

**correct** [3] - 92:16, 140:25, 155:6
**corrected** [2] - 90:3, 126:25
**Corrections** [1] - 47:9
**correctly** [2] - 119:25, 146:18
**correctness** [1] - 6:16
**corroborate** [3] - 57:25, 59:16, 95:6
**corroborated** [2] - 44:18, 59:18
**corroborates** [1] - 55:11
**cost** [2] - 46:3, 142:16
**could** [42] - 44:15, 53:8, 54:13, 54:14, 54:25, 57:2, 62:5, 67:2, 68:24, 73:17, 80:5, 80:6, 86:24, 87:10, 88:9, 88:10, 103:6, 106:9, 106:21, 107:7, 107:8, 111:23, 114:17, 114:18, 114:25, 120:25, 121:5, 124:23, 126:7, 127:2, 129:10, 135:2, 135:11, 138:1, 138:3, 138:4, 140:4, 146:13, 149:11
**couldn't** [13] - 94:14, 95:1, 97:8, 98:21, 103:5, 104:2, 104:4, 104:25, 123:12, 123:13, 123:14, 133:10, 141:22
**counsel** [3] - 37:20, 37:24, 143:16
**Count** [35] - 4:7, 8:4, 8:21, 8:25, 9:3, 18:3, 18:4, 22:20, 22:21, 23:19, 23:23, 28:4, 28:14, 30:7, 30:8, 32:2, 35:24, 35:25, 36:4, 36:6, 36:7, 36:10, 36:13, 36:18, 37:1, 37:2, 37:6, 37:10, 51:19, 80:20, 81:18, 81:22, 83:6
**count** [9] - 17:15, 17:16, 34:8, 35:6, 35:17, 83:6, 83:7, 84:23, 151:3
**country** [6] - 31:21, 70:3, 96:11, 115:17, 134:16, 136:13
**counts** [2] - 46:14, 89:5
**couple** [6] - 73:23, 101:23, 101:24, 118:10, 135:4, 137:24
**course** [6] - 32:22, 81:3, 82:12, 90:4, 102:14, 119:19
**court** [17] - 5:2, 5:4, 35:13, 35:14, 94:14, 148:5, 149:24, 151:11, 151:12, 151:16, 151:17, 154:5, 154:6, 154:7, 154:9, 154:13, 154:16
**COURT** [50] - 1:1, 4:4, 4:11, 4:16, 5:8, 5:13, 37:23, 84:25, 85:6, 85:12, 129:16, 133:21, 133:25, 143:13, 144:7, 144:12, 144:14, 144:16, 145:16, 145:18, 146:5, 146:9, 146:11, 146:21, 147:13, 147:16, 147:24, 148:3, 148:7, 148:12, 148:19, 148:23, 148:25, 150:16, 150:20, 152:6, 152:12, 152:17, 152:19, 152:24, 153:4, 153:7, 153:10, 153:16, 153:20, 153:23, 154:2, 154:13, 154:18, 154:22
**Court** [17] - 2:4, 2:4, 2:5, 5:7, 35:9, 35:16, 37:24, 85:9, 115:21, 116:23, 146:10, 148:2, 148:21, 153:19, 155:5, 155:9
**COURTROOM** [7] - 5:11, 85:4, 85:10, 144:5, 148:22, 150:18, 152:4
**courtroom** [10] - 4:21, 5:12, 35:3, 61:11, 85:5, 85:11, 88:19, 144:6, 150:19, 152:5
**courtrooms** [1] - 4:22

**cousin** [2] - 53:18, 72:6
**cousin's** [1] - 139:17
**cover** [1] - 113:14
**covered** [1] - 74:1
**crawling** [1] - 4:19
**created** [1] - 130:24
**credibility** [6] - 11:19, 12:15, 13:6, 74:6, 78:14, 137:11
**credible** [5] - 57:25, 91:3, 93:19, 95:23, 137:4
**cried** [1] - 103:18
**crime** [44] - 14:10, 17:15, 18:7, 18:15, 19:1, 21:6, 22:3, 22:24, 23:3, 23:6, 28:17, 29:14, 30:11, 30:15, 30:16, 32:13, 32:20, 32:21, 32:22, 32:23, 32:25, 33:11, 34:2, 52:2, 56:17, 57:3, 80:2, 80:10, 81:24, 82:1, 82:2, 82:13, 100:6, 111:3, 111:17, 134:17, 134:19, 135:1, 135:24, 136:11, 136:17, 137:7, 138:11
**crimes** [9] - 9:5, 9:8, 17:1, 17:18, 51:23, 56:12, 84:14, 136:2, 136:18
**criminal** [16] - 7:5, 7:6, 17:12, 33:15, 33:18, 33:21, 33:22, 33:24, 33:25, 57:1, 87:25, 99:25, 100:10, 100:12, 112:12, 127:12
**criminally** [1] - 32:17
**criticism** [1] - 118:1
**cross** [10] - 39:20, 54:15, 61:17, 61:24, 62:3, 62:9, 63:11, 100:9, 120:7
**cross-examination** [1] - 39:20
**crossed** [2] - 38:20, 68:2, 84:9
**crossers** [2] - 66:25, 67:10
**crossing** [1] - 66:25
**CRR** [2] - 2:4, 155:5
**Cruz** [1] - 100:19
**CSR** [2] - 2:4, 155:5
**Cuatro** [2] - 90:10, 90:17
**cum** [1] - 107:1
**cup** [2] - 44:14, 44:15
**currently** [1] - 111:15
**curve** [2] - 108:7, 108:8
**custody** [8] - 52:9, 52:16, 93:9, 95:19, 98:10, 102:14, 105:18, 111:16
**cut** [3] - 100:11, 113:22, 132:20
**cutting** [1] - 127:8

# D

**D** [1] - 4:1
**damaging** [1] - 76:8
**danger** [1] - 103:4
**dangerous** [6] - 90:11, 90:15, 112:16, 120:24, 129:23
**Daniel** [2] - 77:17, 77:19
**dare** [1] - 148:18
**data** [4] - 93:5, 126:1, 126:7, 131:20
**date** [4] - 9:8, 35:8, 39:21, 74:25
**dates** [4] - 8:20, 9:6, 9:8, 37:11
**dating** [3] - 39:16, 39:17, 39:18

**Davila** [6] - 26:9, 26:11, 27:21, 59:6, 102:22, 123:22

**DAY** [1] - 1:10

**day** [39] - 50:9, 50:10, 51:5, 55:2, 55:5, 58:17, 59:3, 74:10, 74:21, 75:23, 76:2, 76:5, 76:6, 76:13, 76:24, 77:9, 79:6, 80:11, 82:9, 82:10, 84:12, 101:8, 117:3, 118:10, 129:19, 132:1, 132:6, 132:24, 133:1, 145:4, 150:2, 150:23

**Day** [10] - 51:6, 55:7, 73:10, 74:4, 74:9, 74:13, 74:15, 74:21, 75:13, 78:16

**day-to-day** [4] - 129:19, 132:1, 132:6, 133:1

**daylight** [3] - 50:10, 53:23, 58:8

**days** [5] - 4:21, 53:16, 69:24, 118:10, 122:23

**De** [1] - 101:16

**DEA** [1] - 93:19

**dead** [2] - 99:7, 114:8, 121:16, 121:18, 121:20

**deal** [8] - 83:22, 99:7, 115:2, 120:11, 134:13, 144:17, 149:8, 150:3

**dealing** [4] - 40:12, 92:24, 105:9, 137:18

**deals** [3] - 68:2, 149:3, 149:7

**dealt** [2] - 60:6, 84:2, 121:14

**death** [8] - 38:11, 89:9, 89:10, 102:19, 102:20, 105:1

**December** [1] - 65:20

**decide** [21] - 5:24, 11:13, 11:23, 12:17, 15:2, 15:10, 16:24, 17:21, 34:13, 34:23, 38:25, 45:2, 69:4, 69:13, 69:23, 77:4, 78:11, 80:14, 81:10, 119:18, 149:20

**decided** [5] - 60:13, 71:8, 77:24, 78:6, 131:7

**deciding** [5] - 13:25, 14:25, 69:7, 126:13, 130:1

**decision** [3] - 6:24, 12:1, 128:10

**decisions** [7] - 6:12, 17:7, 129:19, 131:10, 132:1, 132:6, 133:1

**deductions** [1] - 11:10

**deeper** [1] - 130:7

**DEFENDANT** [1] - 1:18

**defendant** [238] - 7:5, 7:11, 7:12, 7:13, 7:15, 7:18, 7:20, 7:21, 7:23, 7:24, 8:1, 9:7, 11:14, 12:14, 13:13, 13:22, 13:25, 14:6, 14:9, 14:15, 14:18, 15:5, 15:13, 15:18, 16:8, 16:15, 16:25, 17:1, 17:5, 17:12, 17:18, 17:20, 18:5, 18:10, 20:18, 21:11, 21:14, 21:15, 22:12, 22:16, 22:17, 22:18, 28:22, 28:25, 29:1, 29:24, 30:3, 30:4, 30:5, 32:3, 32:12, 32:14, 32:15, 32:17, 32:24, 33:1, 33:3, 33:5, 33:7, 33:10, 33:15, 33:17, 33:19, 33:22, 33:23, 34:1, 34:24, 35:25, 36:3, 36:6, 36:10, 36:17, 37:7, 38:5, 38:10, 39:1, 39:9, 39:13, 39:14, 39:18, 39:20, 39:24, 40:2, 40:8, 40:12, 40:14, 40:21, 41:5, 41:10, 41:13, 41:16, 41:22, 42:2, 42:4, 42:8, 42:11, 42:19, 43:9, 43:19, 43:20, 43:24, 45:4, 45:7, 45:17, 45:19, 46:16, 47:2, 47:7, 48:3, 48:7, 48:19, 48:24, 49:2, 49:4, 49:18, 50:14, 50:20, 52:8, 53:3, 54:4, 54:7, 54:23, 54:24, 55:7, 55:14, 55:16, 55:21, 55:23, 56:2, 56:11, 56:12, 57:1, 57:15, 57:19, 57:22, 58:14, 59:1, 59:10, 59:14, 59:21, 59:24, 59:25, 60:8, 60:16, 60:20, 60:25, 61:6, 61:15, 62:16, 62:21, 63:1, 63:7, 63:10, 63:12, 63:14, 63:20, 64:2, 64:7, 64:16, 64:20, 64:22, 64:25, 65:3, 65:6, 65:19, 65:21, 65:23, 65:25, 66:1, 66:16, 66:21, 67:14, 67:17, 68:12, 68:14, 68:18, 68:20, 68:25, 69:1, 69:5, 69:8, 69:10, 70:7, 70:11, 70:12, 70:15, 70:18, 70:20, 71:3, 71:5, 71:13, 71:17, 71:22, 71:25, 72:1, 72:3, 72:5, 72:7, 72:9, 72:10, 72:12, 72:13, 72:20, 72:22, 73:12, 73:14, 74:2, 74:19, 75:20, 76:7, 79:16, 79:25, 80:14, 81:11, 81:17, 81:22, 82:4, 82:13, 83:11, 83:19, 84:20, 94:22, 111:24, 112:4, 116:10, 135:12, 136:24, 138:1, 141:15, 142:19

**defendant's** [20] - 8:7, 8:10, 13:20, 13:22, 38:9, 38:21, 39:11, 40:23, 41:4, 42:25, 43:8, 43:16, 59:18, 59:20, 61:12, 64:1, 67:13, 71:1, 94:23, 134:6

**defendants** [5] - 15:24, 57:10, 116:21, 137:6

**defense** [15] - 12:6, 37:25, 57:5, 58:2, 58:8, 65:9, 72:20, 76:9, 85:3, 112:22, 116:15, 127:23, 129:8, 137:2, 140:23

**defies** [1] - 74:25

**defined** [1] - 33:6

**definitely** [1] - 105:20

**definition** [1] - 37:17

**definitions** [1] - 144:1

**definitively** [1] - 74:10

**degree** [1] - 78:4

**del** [1] - 90:6

**deliberate** [2] - 5:19, 34:12

**deliberately** [2] - 32:19, 72:5

**Deliberates.................................** [1] - 3:8

**deliberations** [11] - 6:9, 7:16, 34:5, 34:9, 34:16, 35:2, 35:8, 35:12, 143:17, 143:24, 144:22

**deliver** [1] - 19:23

**delivered** [3] - 60:22, 105:5, 145:7

**delivers** [1] - 43:12

**dentist** [1] - 120:10

**denying** [1] - 146:5

**Department** [2] - 47:8, 125:5

**departure** [3] - 115:21, 121:9, 124:1

**depending** [1] - 151:22

**deposit** [1] - 142:3

**describe** [1] - 108:24

**described** [4] - 13:15, 13:17, 13:19, 13:21

**describes** [1] - 55:23

**deserve** [1] - 16:23

**deserves** [2] - 13:11, 14:3

**designed** [1] - 34:1

**despite** [2] - 111:11, 113:16

**details** [8] - 21:9, 21:19, 21:22, 28:20, 29:6, 29:8, 41:6, 63:17

**detain** [1] - 31:8

**detectable** [4] - 19:13, 19:15, 19:19, 19:21

**detected** [1] - 54:19

**detention** [1] - 31:10

**determination** [1] - 128:4

**determine** [10] - 9:11, 12:13, 13:4, 14:9, 14:18, 22:11, 29:23, 126:21, 130:12, 149:5

**determining** [1] - 6:11

**developed** [1] - 139:11

**DeWalt** [1] - 104:12

**diagnosed** [1] - 129:22

**diagnosis** [1] - 131:11

**did** [87] - 10:14, 12:2, 12:3, 12:4, 12:5, 12:6, 12:7, 12:8, 12:10, 12:21, 14:15, 22:12, 22:13, 29:24, 29:25, 31:25, 32:3, 39:20, 39:22, 44:25, 47:8, 48:22, 56:17, 57:22, 58:25, 65:4, 67:14, 68:15, 69:21, 71:6, 75:17, 77:20, 78:20, 82:4, 82:11, 82:15, 86:7, 86:18, 88:7, 90:14, 90:24, 91:2, 92:3, 95:15, 96:18, 96:21, 97:4, 98:16, 99:19, 99:22, 100:4, 101:9, 101:13, 101:25, 103:15, 104:16, 106:10, 108:11, 110:13, 111:8, 112:23, 114:9, 114:10, 116:4, 116:12, 116:13, 116:14, 117:15, 118:22, 118:23, 119:8, 119:16, 119:18, 120:10, 123:10, 124:8, 127:25, 131:1, 131:3, 133:3, 135:2, 135:9, 136:1, 136:22, 139:23

**didn't** [75] - 42:20, 51:1, 53:14, 55:17, 56:6, 58:15, 59:2, 59:3, 59:9, 65:23, 69:12, 69:18, 74:16, 77:3, 78:11, 78:20, 83:1, 85:18, 86:25, 87:1, 88:8, 88:19, 88:22, 91:17, 92:9, 92:24, 96:16, 96:24, 97:3, 97:4, 97:5, 98:13, 98:23, 98:24, 99:8, 101:14, 101:25, 103:10, 105:8, 105:18, 105:20, 107:13, 110:13, 110:14, 110:17, 110:19, 110:22, 110:25, 111:3, 112:15, 117:6, 118:1, 121:20, 122:20, 123:23, 123:24, 125:3, 127:1, 129:3, 129:6, 129:9, 131:5, 131:24, 133:17, 134:21, 140:24, 141:22, 142:1, 146:20, 148:6, 148:15

**died** [5] - 42:9, 87:8, 87:9, 90:9, 103:16

**dies** [5] - 84:4, 90:10, 90:17, 90:20, 102:24

**differ** [1] - 12:11

**difference** [2] - 124:9, 131:18

**different** [18] - 16:9, 52:21, 58:20, 58:21, 89:6, 89:12, 99:5, 100:7, 108:2, 134:7, 137:3, 137:18, 142:21, 147:18, 149:24, 150:3, 151:16, 154:6

**differently** [1] - 100:14

**difficult** [1] - 134:20
**difficulty** [1] - 147:23
**dime** [1] - 118:2
**Dionicio** [19] - 42:23, 43:2, 43:5, 43:7, 43:12, 43:13, 43:21, 43:23, 43:25, 44:3, 44:9, 44:18, 68:21, 83:23, 104:23, 105:25, 149:7
**dire** [1] - 133:4
**direct** [4] - 10:23, 11:4, 20:4
**directed** [1] - 32:24
**direction** [6] - 32:6, 32:8, 32:11, 73:17, 141:1, 141:7
**directly** [7] - 12:10, 19:3, 20:9, 21:19, 23:5, 29:5, 36:7
**dirty** [6] - 38:4, 43:20, 45:14, 45:16, 73:1, 104:12
**disagree** [1] - 89:3
**disagrees** [1] - 58:9
**discharge** [1] - 115:4
**discount** [2] - 119:13, 140:17
**discover** [1] - 130:2
**discredited** [2] - 12:19, 13:9
**discrepancies** [1] - 133:8
**discuss** [1] - 148:12
**discussed** [3] - 22:5, 29:16, 148:10
**discussion** [3] - 17:23, 148:20, 152:21
**disease** [1] - 130:3
**disingenuous** [1] - 94:2
**dismantlement** [1] - 112:11
**disobey** [3] - 21:3, 28:12, 31:16
**dispense** [1] - 36:1
**disprove** [1] - 88:22
**dispute** [12] - 58:3, 75:24, 83:15, 90:3, 93:16, 102:25, 104:19, 122:11, 122:13, 146:19, 147:7
**disregard** [6] - 6:14, 9:24, 10:9, 21:3, 28:13, 31:16
**distance** [1] - 45:15
**distinction** [1] - 11:3
**distribute** [15] - 8:22, 18:5, 18:11, 18:14, 18:16, 18:22, 19:5, 19:22, 36:1, 43:6, 89:1, 100:16, 103:12, 103:17, 106:4
**distributed** [2] - 42:20, 84:10
**distributing** [6] - 93:24, 94:5, 99:17, 101:21, 102:2, 106:15
**distribution** [3] - 95:21, 96:2, 102:23
**District** [4] - 2:5, 2:5, 155:5
**DISTRICT** [3] - 1:1, 1:1, 1:11
**divided** [1] - 36:19
**DIVISION** [1] - 1:2
**DMV** [1] - 131:20
**do** [130] - 6:22, 7:24, 9:24, 10:3, 10:5, 12:21, 17:6, 17:8, 21:2, 28:11, 31:15, 32:5, 34:12, 34:16, 34:18, 35:1, 39:16, 41:9, 42:14, 42:23, 44:13, 45:16, 47:3, 47:16, 48:10, 49:11, 52:20, 53:14, 53:15, 53:25, 54:1, 54:14, 59:16, 60:1, 60:5, 66:21, 66:22, 69:24, 71:20, 71:23, 74:11, 75:12, 76:18, 77:6, 80:4, 83:9,

84:7, 85:7, 85:20, 86:2, 86:7, 87:10, 87:15, 89:15, 89:16, 89:23, 91:13, 92:12, 92:13, 93:5, 93:21, 94:8, 95:5, 96:21, 97:4, 101:12, 101:13, 101:14, 104:17, 109:1, 109:2, 109:9, 109:13, 109:16, 109:18, 109:23, 110:8, 110:9, 111:3, 120:9, 120:17, 121:3, 121:4, 121:5, 121:22, 123:7, 124:2, 124:3, 124:18, 125:4, 125:9, 125:10, 125:12, 126:9, 127:16, 129:9, 129:10, 129:15, 130:2, 130:5, 130:16, 130:21, 131:9, 131:11, 131:12, 131:16, 131:23, 131:24, 132:20, 134:4, 135:1, 136:8, 136:12, 142:11, 142:12, 144:20, 145:1, 146:18, 146:20, 148:2, 148:12, 148:15, 148:16, 150:25, 151:15, 153:4, 155:6
**Do** [1] - 41:16
**Doctor** [2] - 130:19, 131:13
**doctor** [4] - 85:21, 117:25, 118:4, 131:16
**doctor's** [2] - 76:15, 118:2
**doctors** [7] - 129:22, 129:25, 130:2, 130:9, 130:13, 130:14
**document** [1] - 112:8
**documentation** [1] - 112:1
**documented** [1] - 96:24
**documents** [2] - 7:4, 119:11
**does** [39] - 9:5, 11:17, 22:6, 22:10, 29:17, 29:21, 41:7, 41:13, 43:15, 46:3, 54:7, 60:18, 60:19, 67:7, 67:16, 72:25, 73:4, 74:11, 79:14, 82:2, 95:9, 95:10, 95:11, 100:11, 106:17, 107:10, 108:19, 108:25, 116:8, 120:9, 123:10, 126:10, 126:11, 129:13, 129:18, 137:23, 139:5, 143:7, 154:5
**doesn't** [39] - 40:1, 48:7, 49:5, 49:18, 52:16, 58:2, 63:14, 64:25, 65:22, 68:1, 68:12, 69:1, 70:16, 70:23, 77:15, 79:23, 80:12, 81:11, 81:17, 82:8, 94:17, 95:8, 99:13, 102:5, 106:1, 107:10, 109:3, 109:20, 110:1, 118:13, 121:11, 121:12, 121:16, 122:6, 123:10, 132:17, 135:17, 151:14
**doing** [31] - 9:11, 9:18, 11:15, 49:1, 51:23, 53:9, 54:23, 55:8, 65:14, 68:22, 76:5, 80:10, 84:19, 90:14, 98:12, 106:12, 107:17, 108:1, 111:6, 113:14, 119:5, 119:16, 120:11, 121:6, 126:16, 128:11, 129:12, 135:20, 143:21, 150:9, 154:22
**dollar** [1] - 42:15
**dollars** [7] - 40:7, 40:9, 42:13, 46:4, 68:5, 142:1, 142:17
**dominion** [1] - 20:9
**don't** [96] - 4:19, 5:18, 44:6, 44:7, 44:8, 45:14, 49:20, 52:13, 57:20, 57:21, 58:1, 59:10, 59:13, 59:17, 61:20, 66:8, 66:9, 72:17, 72:24, 73:2, 73:16, 73:18, 73:19, 79:19, 80:9, 81:10, 81:16, 81:25, 82:4, 82:5, 82:9, 83:8, 84:7, 85:1, 86:20,

87:6, 87:12, 87:13, 87:20, 87:23, 87:24, 88:11, 89:18, 93:16, 94:2, 96:5, 97:3, 98:18, 99:6, 101:2, 101:12, 102:13, 103:10, 104:11, 105:19, 105:21, 109:10, 110:14, 110:24, 111:1, 111:25, 112:1, 112:18, 117:18, 117:21, 118:9, 118:17, 119:14, 125:9, 126:2, 127:20, 128:11, 130:6, 130:19, 131:14, 131:18, 133:5, 135:20, 135:21, 138:4, 138:5, 138:10, 144:19, 144:20, 145:6, 147:3, 147:11, 147:13, 148:18, 151:9
**done** [19] - 10:5, 20:22, 28:6, 31:4, 60:18, 68:25, 84:19, 93:19, 107:8, 113:22, 113:23, 124:23, 125:8, 129:8, 130:7, 131:23, 132:9, 133:16, 134:19
**door** [2] - 4:23, 149:11
**dope** [7] - 63:11, 63:16, 84:9, 120:2, 120:16, 121:7, 121:14
**dots** [1] - 120:6
**doubt** [52] - 7:18, 7:20, 7:23, 8:8, 8:10, 8:11, 8:14, 9:7, 11:15, 14:5, 14:14, 15:20, 16:17, 16:25, 19:2, 20:17, 23:4, 30:18, 33:1, 33:4, 33:5, 33:12, 34:24, 36:4, 36:10, 40:22, 57:15, 80:24, 80:25, 81:2, 82:16, 82:19, 83:16, 84:14, 88:6, 89:13, 89:14, 89:20, 100:15, 103:14, 106:22, 119:4, 126:21, 127:17, 127:22, 128:5, 128:13, 128:16, 129:12, 136:25
**down** [15] - 56:14, 68:5, 86:14, 97:4, 104:25, 110:14, 111:4, 112:20, 115:14, 119:19, 134:7, 136:5, 137:13, 140:4, 151:11
**downward** [3] - 115:21, 121:9, 124:1
**draft** [1] - 152:25
**draw** [2] - 11:8, 11:11
**dressed** [2] - 58:23, 122:17
**drive** [5] - 50:5, 50:17, 111:6, 119:16, 119:18
**drive-bys** [1] - 111:6
**driven** [2] - 38:19, 135:23
**driver** [2] - 43:6, 95:14
**driver's** [1] - 78:25
**drives** [1] - 49:14
**driving** [5] - 46:2, 114:4, 118:18, 118:19, 142:13
**drop** [1] - 97:20
**dropout** [2] - 141:17, 142:22
**drops** [1] - 40:8
**drove** [1] - 26:6
**drug** [25] - 38:4, 39:8, 40:2, 43:13, 44:2, 45:7, 46:10, 59:22, 60:22, 63:18, 67:6, 67:7, 68:22, 72:25, 73:7, 83:6, 114:24, 120:10, 123:1, 123:2, 124:18, 142:21, 142:25, 143:1
**drugs** [19] - 41:23, 44:23, 61:19, 61:24, 66:24, 67:7, 83:11, 84:5, 101:21, 102:2, 102:7, 103:17, 106:16, 113:12, 114:25, 136:9, 138:23, 138:25
**Drugs** [1] - 136:9
**DTOs** [1] - 105:17

**duct** [1] - 25:21
**duffel** [1] - 42:14
**dug** [1] - 64:15
**duration** [1] - 93:11
**during** [38] - 9:12, 9:23, 10:6, 10:9, 10:11, 23:15, 26:17, 26:22, 26:25, 27:5, 27:11, 27:17, 34:16, 35:11, 48:6, 48:17, 54:11, 61:7, 66:11, 67:16, 71:17, 75:5, 81:3, 82:12, 85:17, 97:9, 101:21, 101:25, 102:21, 102:23, 107:14, 114:7, 117:22, 137:6, 141:11, 142:22, 144:22, 151:17
**duty** [12] - 5:23, 6:1, 6:12, 6:19, 6:21, 9:10, 17:13, 17:21, 34:11, 34:23, 152:8

# E

**E** [3] - 4:1, 4:2
**each** [40] - 5:20, 10:19, 10:20, 11:19, 11:24, 12:13, 12:16, 12:18, 17:15, 17:16, 19:2, 21:6, 22:4, 23:4, 28:18, 29:15, 30:17, 33:12, 34:8, 34:13, 35:6, 36:14, 36:20, 39:24, 40:16, 40:22, 52:25, 57:25, 58:1, 59:17, 64:18, 84:1, 84:21, 84:23, 114:13, 114:17, 114:24, 116:4, 118:23
**earlier** [7] - 9:10, 12:24, 13:2, 13:3, 13:4, 134:2
**early** [7] - 23:24, 24:3, 24:7, 24:11, 24:14, 24:17, 24:20
**earned** [1] - 141:18
**easel** [2] - 5:1
**easier** [2] - 80:16, 134:13
**easily** [1] - 83:5
**Easter** [1] - 74:14
**easy** [3] - 45:13, 45:16, 46:12
**eat** [1] - 76:25
**Edgar** [1] - 101:3
**Edinburg** [6] - 75:10, 75:19, 78:21, 79:7, 79:8, 79:16
**EDWIN** [1] - 1:18
**effect** [2] - 5:22, 34:19
**efficiently** [1] - 127:3
**effort** [4] - 32:8, 34:12, 38:23, 79:22
**Eight** [1] - 24:23
**eight** [4] - 4:21, 16:2, 56:10, 129:25
**either** [24] - 11:4, 12:6, 15:14, 20:9, 20:18, 21:3, 28:12, 31:16, 32:24, 35:7, 35:13, 66:9, 79:10, 79:12, 96:9, 96:23, 97:3, 98:11, 98:23, 101:13, 112:3, 123:23, 147:14
**El** [5] - 101:19, 104:12, 105:17, 105:23
**el** [2] - 105:19, 105:21
**element** [5] - 20:16, 33:6, 33:23, 81:13, 83:15
**elements** [8] - 18:15, 80:18, 80:19, 80:20, 80:21, 82:18, 83:5, 84:14
**Eliud** [1] - 91:25
**eloquently** [1] - 39:3
**else** [12] - 15:3, 18:8, 47:15, 48:3,

58:12, 72:22, 82:1, 97:20, 105:12, 109:4, 116:8, 123:25
**else's** [2] - 102:10, 138:25
**emotion** [1] - 126:14
**emphasize** [1] - 151:24
**employer** [1] - 45:4
**end** [8] - 6:1, 37:11, 50:10, 70:6, 70:25, 84:12, 140:14, 140:19
**ended** [1] - 140:21
**ending** [2] - 153:18, 153:23
**ends** [2] - 77:18, 152:22
**enforcement** [6] - 56:21, 91:4, 105:10, 120:1, 140:14, 143:11
**engaged** [2] - 32:16, 34:1
**engaging** [1] - 127:14
**English** [3] - 151:12, 151:20
**enough** [7] - 57:14, 74:1, 96:6, 97:21, 103:23, 115:4, 122:20
**enter** [1] - 17:22
**entered** [10] - 5:12, 15:22, 16:9, 16:18, 21:18, 29:4, 85:11, 98:9, 116:19, 150:19
**enterprise** [2] - 32:9, 100:11
**entire** [6] - 7:25, 76:13, 78:8, 106:3, 109:24
**entitled** [4] - 10:18, 128:11, 128:13, 155:7
**entry** [2] - 13:23, 71:21
**equally** [1] - 113:4
**equals** [4] - 137:13, 137:22, 139:4, 139:9
**equation** [1] - 137:25
**escape** [3] - 9:19, 111:9, 111:10
**especially** [3] - 90:10, 117:20, 137:17
**essential** [1] - 31:10
**establish** [4] - 22:6, 29:17, 32:24, 38:22
**established** [5] - 11:12, 33:23, 38:13, 38:15, 38:16
**Estrada** [4] - 13:16, 13:19, 14:14, 45:19
**evaluated** [1] - 12:15
**even** [42] - 5:3, 21:14, 21:15, 22:2, 22:14, 22:17, 28:25, 29:1, 29:13, 30:1, 30:5, 35:16, 59:17, 60:5, 71:12, 81:24, 87:5, 87:12, 92:4, 93:2, 97:8, 98:16, 98:17, 99:2, 99:13, 99:24, 100:6, 101:17, 103:5, 103:15, 104:1, 104:3, 106:1, 106:19, 106:22, 107:22, 111:3, 123:13, 123:24, 140:1, 142:1, 148:6
**evening** [1] - 50:12
**event** [3] - 22:2, 29:13, 123:2
**events** [1] - 11:1
**eventually** [2] - 50:19, 120:14
**ever** [11] - 39:21, 68:16, 75:13, 91:4, 96:18, 98:7, 98:16, 104:9, 122:21, 125:6, 151:14
**every** [20] - 6:4, 21:7, 28:18, 32:3, 33:6, 58:15, 58:17, 71:6, 81:25, 82:5, 84:23, 113:13, 117:3, 128:9, 129:2,

129:3, 140:4, 140:12, 140:15
**everybody** [9] - 91:5, 101:16, 109:23, 113:13, 123:24, 123:25, 124:4, 149:18, 151:4
**everyone** [10] - 58:3, 58:6, 65:4, 78:8, 83:25, 97:19, 103:4, 104:7, 104:14, 111:11
**everything** [21] - 55:11, 58:10, 58:12, 91:20, 91:21, 96:4, 97:13, 97:16, 106:21, 110:24, 111:20, 128:12, 136:23, 140:17, 140:24, 141:6, 143:19, 144:1, 146:1
**evidence** [125] - 5:24, 6:22, 7:11, 8:13, 9:12, 9:15, 9:21, 10:3, 10:13, 10:23, 10:25, 11:4, 11:5, 11:7, 11:12, 11:16, 11:18, 12:20, 12:25, 13:12, 13:24, 14:2, 14:5, 14:7, 14:12, 14:15, 14:17, 14:22, 15:3, 15:4, 16:19, 16:22, 17:14, 17:16, 34:14, 34:19, 37:18, 38:13, 38:15, 38:16, 38:22, 39:2, 39:4, 39:5, 39:8, 39:10, 41:21, 45:17, 45:18, 46:8, 46:9, 56:13, 56:17, 57:7, 59:19, 65:2, 65:5, 65:7, 70:20, 73:15, 73:16, 75:8, 75:18, 76:1, 78:10, 83:10, 87:20, 89:11, 90:25, 93:15, 93:17, 93:18, 93:21, 95:5, 97:1, 98:9, 104:20, 104:22, 106:17, 111:10, 113:25, 114:1, 114:3, 116:3, 118:16, 124:13, 124:15, 125:8, 125:18, 125:19, 126:18, 126:19, 126:20, 127:19, 128:3, 128:4, 128:6, 128:13, 128:15, 130:10, 130:20, 130:21, 130:22, 131:17, 131:20, 132:25, 133:12, 133:14, 134:8, 134:12, 134:14, 134:24, 135:20, 136:23, 137:1, 138:17, 139:1, 139:7, 139:10, 140:25, 147:18
**eviscerates** [1] - 103:1
**ex** [1] - 62:6
**ex-military** [1] - 62:6
**exact** [3] - 9:6, 74:25, 98:9
**exam** [1] - 107:2
**EXAMINATION** [1] - 3:1
**examination** [1] - 39:20
**examined** [1] - 15:7
**example** [9] - 6:4, 58:22, 59:6, 63:19, 64:20, 71:13, 75:22, 77:22, 138:8
**examples** [6] - 61:8, 61:12, 69:13, 75:5, 108:4, 137:24
**except** [6] - 10:8, 58:11, 58:12, 97:16, 132:14, 140:25
**exceptions** [1] - 103:3
**excerpt** [1] - 153:12
**exchange** [2] - 116:25, 123:19
**exciting** [1] - 5:15
**exclude** [1] - 8:10
**exclusive** [1] - 13:9
**exculpatory** [1] - 97:1
**excuse** [6] - 29:3, 40:18, 79:2, 86:16, 90:8, 143:22
**excused** [1] - 145:12
**exercise** [1] - 20:9

exhibit [3] - 118:16, 119:4, 119:16
Exhibit [2] - 71:2, 147:11
exhibits [11] - 9:14, 11:8, 71:2, 93:20, 118:16, 143:25, 145:20, 145:21, 145:23, 146:1, 146:7
exist [8] - 22:13, 30:1, 87:14, 95:8, 95:9, 95:10, 95:11, 135:20
existed [7] - 22:12, 22:15, 29:24, 30:2, 98:17, 101:7, 104:21
existence [3] - 22:6, 23:15, 29:17
exists [1] - 98:16
exited [3] - 85:5, 144:6, 152:5
expand [1] - 117:14
expect [2] - 7:2, 136:8
expected [1] - 122:21
expecting [1] - 140:13
expects [1] - 124:3
expensive [2] - 129:24, 143:2
experience [2] - 11:9, 109:20
experiences [2] - 69:20, 109:23
explain [8] - 6:2, 6:8, 6:13, 6:19, 34:9, 72:13, 74:4, 75:19
explaining [1] - 87:25
explanation [2] - 138:12, 138:19
exposure [1] - 113:23
express [1] - 10:21
expressly [2] - 16:7, 57:11
extensive [1] - 95:20
extent [2] - 4:18, 151:21
extra [2] - 97:19, 103:3
extraneous [1] - 145:23
eyes [1] - 82:3
eyewitness [1] - 10:25
eyewitnesses [1] - 135:24
Ezequiel [3] - 13:15, 13:17, 14:4

# F

f'ing [1] - 61:23
Fabiola [3] - 70:1, 70:5, 70:13
face [2] - 49:4, 94:24
faces [1] - 124:8
facilities [1] - 114:16
facing [1] - 72:15
fact [18] - 4:22, 10:24, 11:2, 16:18, 17:17, 18:19, 22:3, 29:14, 57:13, 74:8, 85:24, 91:14, 113:16, 124:5, 126:16, 129:9, 132:11, 132:13
factor [1] - 14:24
facts [10] - 6:10, 6:12, 9:11, 9:19, 10:10, 10:21, 11:12, 34:23, 52:18, 135:21
failed [1] - 12:21
fails [2] - 7:23, 123:1
fair [2] - 112:16, 112:17
fake [1] - 104:6
false [1] - 70:16
falsely [1] - 12:19
falutin' [1] - 132:2

families [1] - 133:5
family [14] - 72:21, 72:23, 73:5, 78:2, 78:8, 84:16, 100:8, 115:6, 115:12, 126:16, 127:11, 128:8, 129:21, 139:17
family's [1] - 70:4
far [2] - 67:7, 131:25
father [5] - 75:3, 117:18, 126:16, 126:17, 127:10
fathers [1] - 85:24
favorable [1] - 16:5
FBI [38] - 65:13, 65:20, 65:22, 66:16, 67:14, 67:15, 67:17, 67:18, 68:6, 68:13, 68:16, 68:17, 68:23, 69:8, 70:14, 71:3, 72:23, 73:4, 78:13, 86:25, 87:6, 95:25, 96:18, 104:18, 105:8, 109:10, 111:14, 111:19, 111:20, 121:15, 122:1, 124:18, 125:4, 126:7, 134:18, 136:10
FBI's [1] - 105:2
FDC [1] - 93:11
February [1] - 8:24
federal [5] - 52:9, 71:19, 102:14, 111:16, 123:1
feel [5] - 6:23, 11:9, 115:13, 128:8, 128:9
feeling [1] - 100:14
feels [1] - 128:4
Felipe [20] - 9:1, 22:22, 23:7, 25:12, 25:24, 26:1, 37:4, 38:14, 51:14, 52:19, 52:24, 53:10, 53:17, 54:22, 55:13, 56:4, 59:8, 68:16, 80:24, 101:5
fellow [2] - 34:15, 34:20
felon [1] - 44:20
felonies [1] - 14:24
felt [1] - 75:15
Fernandez [1] - 91:6
Fernando [8] - 23:25, 24:4, 24:8, 24:18, 24:21, 76:7, 122:24, 132:14
few [7] - 12:2, 12:12, 71:7, 73:24, 85:23, 97:17, 103:2
fifth [1] - 19:16
figure [4] - 48:12, 49:3, 49:25, 63:15
figured [1] - 154:18
file [3] - 95:25, 111:25, 115:20
filed [4] - 7:11, 77:11, 123:19
fills [1] - 79:5
final [2] - 9:20, 37:19
finally [4] - 6:8, 86:24, 112:21, 121:24
finances [1] - 88:18
financial [5] - 19:25, 88:17, 110:7, 110:10, 130:2
financially [1] - 15:14
find [58] - 7:21, 14:5, 14:14, 17:18, 18:25, 19:1, 20:16, 20:17, 22:13, 22:14, 22:15, 22:17, 23:2, 29:25, 30:2, 30:3, 30:4, 30:16, 32:1, 32:3, 32:25, 33:3, 33:4, 33:5, 33:10, 35:24, 36:3, 36:6, 36:16, 37:2, 37:7, 45:19, 47:19, 57:14, 57:19, 65:8, 67:5, 81:4, 81:14, 82:15, 83:13, 83:20, 103:13, 103:25, 104:14, 104:16, 109:12, 110:13, 120:11, 125:6,

131:16, 134:25, 136:24, 151:16, 151:19
finding [1] - 84:22
findings [1] - 10:10
fine [4] - 5:1, 62:14, 116:22, 154:24
finisher [1] - 134:2
fire [1] - 100:9
firearm [6] - 26:8, 26:20, 27:3, 27:8, 27:15, 27:20
firearms [2] - 24:24, 25:18
Firm [1] - 1:22
first [39] - 6:3, 16:2, 18:17, 19:3, 23:5, 25:8, 27:9, 27:14, 27:16, 27:19, 30:19, 33:13, 34:25, 47:3, 52:6, 52:7, 54:22, 68:16, 70:5, 74:5, 83:22, 87:15, 90:22, 92:1, 92:8, 97:12, 107:11, 109:13, 110:21, 115:12, 119:24, 137:5, 139:12, 149:10, 149:17, 151:8, 151:15, 152:22
firsthand [1] - 137:7
Fiscal [13] - 46:23, 49:1, 49:16, 50:21, 50:23, 52:12, 55:15, 56:7, 68:11, 100:23, 104:6, 121:1, 132:16
Fiscal's [1] - 120:25
fishing [1] - 124:22
fit [1] - 139:5
Fitness [1] - 40:9
fitness [2] - 94:11, 99:15
Five [1] - 24:14
five [2] - 35:23, 89:12
FNU [1] - 25:8
focus [1] - 135:20
folks [5] - 114:2, 123:4, 124:10, 132:7, 133:11
follow [5] - 6:2, 6:9, 6:12, 6:17, 52:21
followed [1] - 128:9
following [7] - 8:4, 19:2, 23:4, 30:18, 33:12, 36:4, 66:22
food [6] - 78:24, 87:17, 118:3, 119:2, 119:6, 131:22
for [206] - 5:5, 5:11, 5:16, 5:24, 6:4, 7:21, 10:8, 14:3, 14:11, 14:21, 15:5, 15:6, 16:4, 16:5, 16:7, 17:1, 17:10, 18:7, 18:25, 21:14, 22:24, 23:2, 28:25, 30:11, 30:13, 30:15, 30:22, 32:1, 32:3, 32:5, 32:14, 32:18, 33:10, 34:13, 34:20, 35:3, 35:4, 35:6, 36:2, 36:9, 36:11, 36:14, 36:16, 36:20, 36:22, 37:4, 37:9, 37:19, 37:20, 37:24, 38:7, 38:11, 38:14, 38:16, 38:25, 40:23, 46:12, 47:11, 47:12, 47:16, 49:15, 50:23, 51:10, 51:18, 52:17, 52:18, 54:20, 55:15, 56:3, 56:24, 57:11, 57:14, 58:12, 60:23, 60:24, 61:11, 62:2, 63:8, 63:21, 67:8, 67:12, 67:15, 68:4, 68:5, 68:17, 69:2, 69:24, 71:10, 71:11, 72:17, 72:24, 73:23, 73:24, 74:15, 75:15, 76:16, 77:8, 77:20, 80:19, 80:20, 82:21, 84:6, 84:18, 84:20, 84:21, 85:4, 85:10, 85:23, 86:16, 87:9, 89:12, 93:11, 94:5, 94:6, 94:7, 94:25, 95:2, 96:1, 96:2, 97:1, 99:21, 101:21, 102:2, 102:9, 103:10, 103:12,

segment7-170

103:17, 104:13, 104:24, 105:14,
105:17, 106:2, 107:2, 108:2, 108:10,
110:3, 110:24, 111:1, 111:11, 112:8,
112:19, 112:21, 113:11, 114:15,
114:20, 115:2, 115:20, 118:16, 119:10,
119:12, 119:19, 121:6, 121:9, 122:15,
122:25, 123:2, 123:4, 123:11, 123:19,
124:2, 125:10, 126:13, 132:10, 132:14,
133:15, 133:18, 133:22, 136:14, 138:1,
139:7, 143:16, 143:18, 144:1, 144:3,
144:5, 144:8, 144:10, 145:2, 145:19,
146:12, 147:7, 147:10, 147:21, 149:12,
149:19, 149:21, 149:23, 150:1, 150:18,
150:23, 151:5, 151:18, 152:4, 152:8,
152:15, 153:12, 153:17, 153:18

**FOR** [2] - 1:14, 1:18
**forbids** [3] - 21:2, 28:12, 31:15
**force** [1] - 112:9
**Ford** [2] - 26:6, 26:12
**foregoing** [1] - 155:6
**foreign** [5] - 30:12, 31:2, 31:19, 31:25, 83:3
**forensic** [1] - 110:6
**foreperson** [5] - 35:2, 35:5, 35:8, 35:12, 37:11
**foresee** [1] - 37:18
**forgiven** [2] - 120:12, 121:10
**forgiveness** [1] - 121:4
**forgot** [3] - 122:1, 122:2, 139:8
**form** [7] - 8:3, 10:21, 35:4, 35:20, 35:22, 37:11
**formal** [2] - 21:18, 29:5
**former** [1] - 60:12
**forth** [2] - 75:12, 75:14
**fought** [1] - 66:3
**found** [9] - 17:20, 36:9, 99:11, 104:13, 107:14, 120:1, 129:1, 135:5, 140:8
**four** [5] - 24:11, 40:15, 65:15, 119:17, 133:9
**fourth** [3] - 19:11, 23:14, 30:25
**frame** [1] - 58:14
**Francisco** [5] - 24:9, 24:19, 25:4, 117:3, 117:6
**free** [3] - 45:12, 144:3, 152:1
**freedom** [5] - 86:22, 113:19, 115:5, 115:9, 116:25
**Friday** [1] - 74:12
**friend** [10] - 43:2, 45:3, 47:4, 49:3, 61:17, 62:3, 62:15, 79:19, 119:15, 122:24
**friends** [8] - 42:24, 60:3, 62:22, 63:3, 72:23, 73:5, 100:8, 107:22
**from** [122] - 10:5, 11:8, 11:11, 12:11, 13:18, 13:24, 14:5, 14:14, 15:6, 15:15, 16:10, 20:21, 20:24, 24:1, 28:5, 28:10, 31:3, 31:12, 38:12, 39:12, 39:13, 39:25, 40:15, 40:18, 40:19, 40:20, 41:8, 41:23, 42:1, 42:23, 44:19, 44:24, 45:18, 45:21, 46:15, 46:19, 47:7, 47:8, 48:12, 48:16, 48:19, 49:13, 52:5, 52:6, 55:10, 56:21,

60:17, 61:24, 63:3, 64:6, 65:19, 66:5,
67:23, 67:25, 68:6, 76:19, 77:10, 77:17,
80:8, 83:4, 84:9, 84:16, 85:2, 85:18,
86:13, 92:25, 93:20, 94:11, 95:17,
95:21, 95:24, 96:18, 97:6, 97:12, 98:21,
99:11, 101:20, 102:7, 103:11, 104:11,
105:13, 105:18, 105:20, 106:10, 107:2,
107:9, 109:13, 109:19, 109:24, 112:6,
113:23, 117:5, 118:14, 118:19, 119:17,
122:10, 122:25, 126:1, 126:5, 126:16,
128:2, 128:8, 128:20, 128:22, 128:23,
129:12, 132:7, 136:4, 136:9, 137:1,
138:16, 139:17, 141:19, 142:4, 142:8,
149:4, 149:7, 150:14, 151:10, 155:7
**front** [5] - 42:10, 42:12, 64:10, 64:11, 144:8
**full** [3] - 92:9, 93:19, 99:1
**fully** [1] - 46:21
**fun** [1] - 94:25
**function** [1] - 9:16
**funding** [1] - 112:8
**further** [2] - 19:9, 23:12
**future** [2] - 137:22, 140:3

# G

**G** [2] - 4:1, 4:2
**Gabriel** [5] - 24:15, 24:18, 25:6, 25:12, 26:21
**gagged** [1] - 82:25
**game** [1] - 63:18
**Garcia** [12] - 42:24, 43:6, 43:8, 68:20, 77:17, 77:19, 100:21, 104:24, 105:17, 105:24, 106:15, 106:23
**Garza** [11] - 24:23, 25:23, 26:24, 27:2, 27:25, 52:6, 54:3, 101:20, 119:23, 140:6
**Garza's** [1] - 119:24
**Garza-Ochoa** [1] - 27:25
**gas** [1] - 99:6
**gave** [16] - 12:23, 25:13, 44:4, 48:23, 49:7, 51:10, 54:12, 64:23, 68:4, 83:21, 83:23, 105:15, 140:9, 140:14, 151:7
**gear** [1] - 59:4
**gears** [1] - 53:20
**general** [2] - 6:4, 17:24
**gentlemen** [5] - 5:13, 85:1, 85:12, 143:14, 150:20
**Geographic** [1] - 44:25
**GERALD** [1] - 1:18
**Gerardo** [26] - 9:1, 22:23, 23:7, 25:13, 26:5, 26:6, 26:7, 26:13, 37:4, 38:15, 51:14, 53:18, 58:22, 80:24, 102:4, 122:8, 122:9, 122:15, 134:23, 135:3, 135:13, 139:12, 139:16, 139:19, 139:25, 140:5
**Gerry** [1] - 112:25
**get** [110] - 5:10, 5:15, 38:6, 40:7, 41:14, 42:4, 42:6, 42:12, 45:14, 46:9, 47:14, 47:23, 48:22, 49:6, 49:23, 49:24, 50:1,

50:4, 51:1, 51:4, 51:13, 52:16, 53:11,
53:17, 54:1, 57:4, 59:5, 59:7, 60:11,
60:18, 61:18, 61:22, 61:23, 62:7, 62:8,
62:11, 62:14, 62:23, 62:24, 63:12,
63:22, 63:23, 64:2, 64:6, 64:8, 64:9,
67:1, 67:6, 68:1, 68:4, 70:2, 70:9,
70:21, 73:21, 79:6, 82:22, 84:7, 87:14,
87:16, 87:17, 90:1, 90:2, 92:9, 99:14,
103:20, 105:13, 107:13, 111:3, 111:8,
111:16, 112:8, 117:4, 117:14, 117:15,
118:3, 118:15, 118:22, 120:8, 121:11,
122:6, 123:23, 125:14, 125:25, 126:1,
131:14, 131:19, 131:20, 133:12,
133:23, 134:1, 135:9, 135:15, 136:13,
136:16, 138:21, 138:22, 139:13, 140:1,
140:17, 141:24, 144:14, 145:5, 145:11,
146:6, 152:24
**Get** [1] - 51:3
**gets** [25] - 41:7, 41:23, 42:1, 42:17,
42:19, 43:13, 43:19, 43:22, 43:23, 46:1,
49:22, 50:17, 50:18, 51:7, 64:11, 67:23,
75:23, 78:4, 84:9, 91:9, 93:25, 139:13,
142:15, 142:25
**getting** [17] - 43:20, 47:15, 50:11,
51:25, 57:7, 63:13, 91:10, 104:10,
116:25, 119:1, 124:1, 125:21, 128:2,
132:10, 138:3, 140:13
**give** [35] - 5:18, 6:3, 6:7, 6:14, 10:12,
11:4, 13:9, 16:22, 34:4, 34:18, 35:12,
40:6, 41:6, 42:9, 50:7, 50:21, 51:12,
62:3, 66:13, 69:14, 83:1, 91:17, 120:19,
120:23, 122:7, 122:9, 131:17, 136:23,
137:23, 145:1, 145:10, 145:24, 146:16,
149:25
**given** [6] - 11:20, 20:5, 20:8, 137:12,
144:21, 144:25
**gives** [5] - 43:17, 48:8, 49:14, 106:8,
113:17
**giving** [3] - 14:2, 93:14, 105:6
**glued** [1] - 76:13
**Go** [1] - 59:5
**go** [72] - 5:9, 5:19, 34:25, 36:7, 37:1,
37:6, 37:10, 40:7, 41:12, 41:14, 43:21,
47:18, 48:6, 48:7, 48:8, 48:15, 48:16,
48:19, 49:18, 50:5, 50:20, 50:24, 51:25,
52:3, 52:25, 53:9, 53:12, 53:16, 53:22,
54:14, 59:3, 61:8, 62:19, 69:25, 71:6,
76:25, 77:25, 80:16, 81:14, 84:3, 87:13,
93:11, 97:18, 99:4, 103:5, 103:7,
105:14, 107:10, 118:3, 120:12, 125:5,
126:19, 127:6, 130:9, 131:16, 131:19,
131:20, 135:15, 139:7, 140:4, 145:10,
149:14, 149:15, 149:16, 150:5, 150:6,
150:8, 150:10, 152:1, 152:19, 154:23
**goal** [4] - 38:23, 50:1, 66:20, 94:7
**goes** [20] - 36:13, 41:24, 43:8, 46:25,
47:6, 48:19, 48:20, 48:25, 49:2, 49:22,
51:2, 76:19, 77:22, 125:17, 140:25,
142:5, 142:8, 150:2
**going** [109] - 4:23, 5:1, 5:5, 5:18, 5:19,

34:4, 37:15, 37:20, 39:10, 40:6, 42:10, 42:22, 49:1, 49:8, 50:3, 50:25, 51:25, 56:13, 56:16, 56:18, 56:22, 61:4, 61:7, 61:17, 63:2, 63:3, 63:5, 70:13, 71:21, 73:17, 73:18, 74:15, 75:3, 80:20, 81:7, 81:14, 87:22, 96:20, 103:24, 103:25, 107:2, 107:13, 107:18, 113:3, 114:11, 114:17, 114:18, 118:13, 118:14, 118:24, 119:19, 120:7, 120:10, 120:21, 120:23, 121:1, 121:9, 121:11, 122:6, 122:7, 122:8, 127:18, 129:5, 129:23, 131:2, 131:9, 131:11, 131:12, 131:13, 132:11, 132:12, 132:17, 132:20, 132:21, 133:7, 134:16, 134:25, 135:1, 136:5, 140:17, 141:7, 141:25, 142:2, 142:14, 143:19, 143:22, 144:18, 144:23, 145:21, 145:22, 145:25, 146:9, 146:22, 148:14, 148:15, 148:16, 149:10, 149:12, 149:23, 149:25, 150:5, 150:7, 150:10, 151:1, 151:3, 153:1, 154:14

**Golfo** [1] - 90:6
**gone** [2] - 125:23, 130:24
**Gonzales** [5] - 23:25, 47:5, 47:10, 47:24, 48:1
**Gonzalez** [10] - 24:4, 24:8, 24:18, 47:6, 47:16, 95:24, 96:18, 100:2, 101:15, 122:24
**Gonzalez's** [3] - 24:22, 24:24, 25:2
**good** [20] - 5:14, 12:7, 38:1, 41:14, 47:13, 50:25, 62:15, 78:5, 96:6, 97:1, 97:21, 103:23, 110:9, 113:2, 128:8, 131:4, 132:19, 136:2, 144:10, 144:16
**got** [35] - 41:13, 49:15, 50:22, 56:4, 64:23, 67:25, 71:21, 73:14, 75:24, 76:13, 87:5, 87:7, 88:16, 92:25, 93:4, 94:11, 94:17, 95:17, 99:10, 115:5, 120:6, 120:19, 122:3, 124:2, 128:25, 129:25, 131:21, 131:22, 132:15, 133:15, 135:3, 135:8, 139:2, 146:1, 149:22
**gotten** [2] - 94:18, 126:8
**GOVERNMENT** [1] - 1:14
**government** [67] - 4:8, 7:17, 7:22, 7:25, 9:5, 9:6, 11:14, 12:6, 15:21, 15:22, 16:10, 16:24, 19:1, 21:17, 21:21, 23:3, 29:3, 29:4, 29:7, 30:17, 31:23, 33:11, 34:23, 37:21, 57:24, 58:10, 59:12, 79:20, 80:17, 87:17, 95:15, 107:8, 109:7, 112:23, 114:14, 114:15, 114:22, 115:20, 116:15, 116:18, 116:19, 118:3, 119:2, 119:3, 120:7, 121:6, 121:8, 122:7, 124:3, 126:15, 127:6, 127:17, 128:1, 128:2, 128:12, 129:7, 129:9, 129:13, 131:21, 131:23, 133:14, 135:25, 139:14, 144:17, 147:10, 150:14
**government's** [11] - 8:6, 8:9, 59:16, 84:13, 86:1, 107:11, 109:25, 113:7, 122:10, 134:9, 137:2

**Government's** [1] - 147:11
**grab** [6] - 51:25, 52:4, 52:23, 53:22, 53:24, 144:23
**grabbed** [3] - 58:8, 58:23, 82:5
**graduated** [1] - 107:1
**grams** [2] - 36:21
**grand** [1] - 7:7
**Grande** [12] - 13:20, 27:23, 28:1, 39:13, 40:6, 47:7, 68:22, 71:4, 78:2, 106:1, 142:5, 142:8
**grazed** [1] - 50:18
**great** [5] - 15:16, 16:15, 78:4, 110:11, 117:14
**greater** [2] - 10:18, 15:8
**greed** [3] - 38:4, 45:10, 46:13
**grew** [1] - 110:3
**Gringo** [60] - 38:9, 39:10, 40:3, 40:4, 40:11, 40:24, 40:25, 41:3, 41:19, 41:21, 42:8, 46:18, 47:4, 47:7, 47:10, 48:14, 48:23, 50:24, 51:3, 62:19, 63:8, 63:9, 64:6, 64:7, 70:2, 70:9, 82:22, 84:4, 84:6, 89:8, 89:9, 89:10, 90:17, 90:20, 93:23, 95:22, 96:3, 97:14, 97:16, 99:24, 101:17, 101:18, 101:21, 102:3, 102:7, 102:9, 102:11, 102:18, 102:19, 102:20, 102:24, 103:2, 111:15, 121:16, 121:18, 121:23, 122:24
**Gringo's** [2] - 55:16, 56:8
**group** [7] - 38:10, 38:22, 46:24, 50:14, 51:22, 82:7, 94:6
**grow** [1] - 126:17
**Guadalupe** [3] - 24:24, 25:2, 27:24
**Guero** [2] - 105:21, 105:23
**Guerra** [12] - 9:1, 22:22, 23:7, 25:12, 25:24, 26:1, 37:4, 38:14, 51:14, 52:19, 54:22, 55:13
**Guerrero** [26] - 9:4, 24:9, 24:19, 25:4, 26:10, 26:12, 26:14, 26:18, 26:23, 27:1, 27:6, 27:12, 27:18, 27:22, 27:25, 30:10, 30:20, 30:22, 30:24, 31:1, 31:24, 37:9, 38:17, 55:6, 84:16, 140:21
**guess** [9] - 42:11, 48:15, 49:5, 71:5, 123:22, 137:25, 147:10, 147:18, 153:17
**guide** [1] - 35:2
**guilt** [9] - 7:11, 8:7, 8:10, 11:14, 16:19, 17:3, 61:13, 65:7, 126:24
**guilty** [51] - 7:18, 7:20, 7:21, 7:23, 16:13, 16:19, 16:25, 17:18, 17:20, 18:25, 22:14, 22:17, 23:2, 30:1, 30:5, 30:16, 32:1, 33:4, 33:5, 33:10, 34:6, 34:7, 34:24, 35:7, 36:2, 36:3, 36:6, 36:10, 37:4, 37:5, 37:8, 37:9, 57:15, 57:19, 80:5, 80:9, 80:10, 80:11, 81:22, 81:24, 82:2, 84:22, 128:23, 128:24, 129:2, 136:24
**Gulf** [14] - 38:12, 45:13, 48:10, 48:13, 60:13, 73:1, 89:2, 90:5, 97:10, 100:6, 110:4, 112:10, 120:2, 142:23
**gunpoint** [1] - 83:1
**guns** [1] - 52:4

**Gutierrez** [3] - 42:23, 68:21, 149:7
**guy** [35] - 41:2, 42:1, 42:24, 43:17, 44:3, 44:10, 46:23, 47:5, 47:22, 49:7, 51:1, 52:12, 52:13, 54:1, 54:2, 55:21, 58:22, 59:5, 60:4, 60:17, 62:13, 63:2, 64:1, 64:3, 66:13, 67:24, 68:3, 68:7, 97:25, 122:17, 122:23, 127:2, 127:3
**guys** [22] - 46:19, 51:4, 51:12, 51:15, 51:18, 51:23, 51:24, 52:2, 52:3, 52:5, 53:13, 55:12, 59:11, 63:3, 68:21, 81:1, 89:12, 96:8, 121:22, 149:11, 153:2

## H

**had** [83] - 11:24, 12:18, 13:21, 14:9, 14:18, 20:18, 21:14, 28:25, 32:15, 33:23, 42:8, 42:16, 45:8, 50:24, 53:4, 53:5, 54:17, 54:24, 55:23, 55:24, 58:20, 58:24, 59:4, 60:1, 60:4, 60:21, 60:22, 60:23, 64:17, 66:6, 67:4, 68:23, 69:16, 70:10, 72:4, 75:13, 76:14, 77:6, 78:12, 78:18, 85:13, 86:9, 86:16, 89:15, 91:13, 93:10, 97:18, 97:19, 98:1, 98:3, 98:25, 99:1, 99:2, 99:16, 101:8, 102:12, 102:15, 102:20, 105:10, 105:14, 106:13, 107:24, 109:15, 110:6, 110:18, 110:22, 111:8, 117:7, 117:23, 118:24, 119:25, 121:23, 122:25, 123:24, 124:4, 124:25, 128:10, 132:7, 133:11, 134:24, 135:13, 141:25, 151:16
**hadn't** [1] - 87:8
**hairs** [1] - 120:7
**half** [3] - 52:19, 67:13, 119:18
**half-truths** [1] - 67:13
**halfway** [1] - 61:14
**hand** [3] - 88:16, 88:19, 110:19
**handcuffed** [2] - 26:10, 38:18
**handed** [1] - 52:1
**handgun** [1] - 55:25
**handling** [1] - 65:3
**hands** [7] - 43:9, 43:20, 45:14, 47:14, 55:12, 70:9, 106:2
**HANEN** [1] - 1:10
**happen** [6] - 42:20, 96:24, 99:20, 110:13, 140:24, 144:22
**happened** [26] - 6:11, 42:21, 58:7, 60:20, 64:5, 65:18, 69:3, 82:20, 89:10, 89:22, 92:16, 92:18, 92:20, 104:9, 105:12, 110:13, 114:13, 129:5, 134:21, 134:22, 136:5, 136:19, 136:22, 137:8, 140:24, 145:8
**happening** [3] - 66:18, 96:25, 107:4
**happens** [11] - 22:9, 29:20, 42:24, 43:17, 45:11, 46:18, 51:3, 54:17, 57:12, 60:12, 133:4
**hard** [33] - 72:21, 73:14, 73:16, 75:11, 75:22, 76:9, 78:9, 93:15, 93:17, 93:18, 93:20, 95:5, 104:21, 113:25, 124:13, 125:19, 127:19, 128:13, 130:10, 130:20, 130:21, 130:22, 131:17,

133:14, 134:8, 134:12, 134:14, 135:20, 137:1, 143:16, 147:21, 150:23

**hard-working** [1] - 72:21

**harder** [2] - 87:11, 147:24

**has** [90] - 4:8, 4:22, 5:2, 5:3, 5:23, 7:8, 7:17, 7:22, 11:14, 13:8, 14:25, 15:11, 15:13, 15:22, 16:6, 16:9, 16:18, 16:22, 16:24, 19:1, 20:4, 20:8, 20:13, 20:20, 22:8, 23:3, 28:9, 29:19, 30:17, 33:11, 34:24, 35:4, 35:9, 36:20, 38:13, 38:15, 38:16, 39:2, 43:3, 43:20, 48:10, 50:3, 54:16, 54:19, 62:6, 65:7, 65:8, 66:6, 66:16, 68:16, 71:18, 74:8, 75:4, 78:3, 78:4, 81:16, 84:1, 84:20, 85:14, 86:25, 88:23, 90:25, 94:24, 95:15, 98:7, 98:9, 102:14, 102:17, 104:1, 106:10, 107:4, 107:21, 109:11, 109:23, 110:3, 112:19, 115:7, 115:24, 116:19, 119:3, 121:8, 124:18, 125:4, 127:14, 129:13, 130:12, 134:17, 135:1, 143:3, 150:4

**have** [264] - 4:6, 4:9, 5:2, 5:20, 6:14, 7:1, 7:3, 9:5, 9:25, 10:4, 10:5, 10:6, 10:9, 10:20, 11:12, 12:3, 12:4, 12:5, 12:7, 12:9, 12:17, 13:12, 14:23, 18:2, 21:24, 22:4, 22:5, 22:18, 29:10, 29:15, 29:16, 30:5, 34:9, 35:18, 36:17, 37:14, 37:16, 39:6, 41:11, 42:24, 45:14, 47:14, 47:19, 48:15, 50:7, 50:25, 51:23, 53:2, 53:24, 54:17, 57:6, 57:20, 57:21, 60:8, 61:1, 61:4, 61:5, 62:8, 62:12, 62:16, 62:21, 62:22, 65:2, 65:5, 66:2, 67:9, 67:10, 68:17, 68:24, 70:20, 70:24, 71:9, 71:23, 71:24, 72:1, 72:20, 73:17, 73:21, 74:24, 75:9, 75:24, 76:9, 76:10, 78:5, 78:9, 80:9, 80:16, 80:17, 81:10, 81:11, 81:12, 81:15, 81:17, 82:4, 82:5, 82:6, 82:8, 82:9, 83:12, 83:20, 84:13, 84:18, 85:6, 85:20, 86:2, 86:7, 86:19, 86:20, 87:13, 87:14, 87:20, 87:23, 87:24, 88:18, 88:25, 89:14, 89:15, 89:18, 89:23, 90:20, 92:14, 92:22, 93:21, 94:8, 94:25, 95:5, 96:21, 96:25, 100:4, 100:7, 100:12, 101:12, 102:22, 103:3, 103:8, 103:13, 104:8, 105:5, 105:8, 105:9, 105:11, 106:12, 106:15, 106:17, 106:18, 106:19, 107:7, 107:8, 107:23, 107:24, 107:25, 108:1, 108:25, 109:14, 109:20, 109:25, 110:6, 110:10, 110:25, 111:16, 111:23, 111:25, 112:1, 112:15, 112:23, 113:18, 113:23, 114:2, 115:8, 115:10, 115:16, 116:12, 116:13, 116:14, 116:20, 117:6, 117:19, 117:20, 118:6, 118:7, 119:9, 119:14, 122:11, 122:13, 123:1, 123:10, 124:11, 124:23, 124:24, 125:8, 125:9, 125:10, 125:12, 126:2, 126:8, 127:20, 127:23, 128:12, 129:8, 129:15, 129:16, 130:2, 131:18, 131:23, 135:25, 137:7, 137:12, 137:15, 138:14, 138:23, 139:17, 140:2, 141:11, 141:22, 143:14, 144:10, 144:12, 144:17, 145:7, 145:14, 146:11, 146:13,

146:24, 147:1, 147:11, 147:13, 148:4, 148:9, 148:13, 148:23, 148:24, 148:25, 149:12, 149:17, 149:24, 150:11, 150:22, 150:23, 150:25, 151:1, 151:9, 151:15, 151:16, 151:17, 151:19, 152:25, 153:15, 153:24, 154:6, 154:13

**haven't** [5] - 106:24, 107:18, 115:18, 131:24, 147:20

**having** [8] - 55:25, 65:23, 107:3, 109:25, 124:18, 126:9, 147:22, 152:1

**He** [2] - 58:25, 62:11

**he** [491] - 12:8, 13:17, 13:21, 24:5, 31:24, 31:25, 38:21, 39:2, 39:13, 39:14, 39:15, 39:22, 40:3, 41:4, 41:7, 41:8, 41:13, 41:18, 41:23, 41:24, 42:1, 42:7, 42:9, 42:13, 42:16, 42:17, 42:18, 43:3, 43:6, 43:7, 43:8, 43:13, 43:15, 43:16, 43:17, 43:21, 44:10, 44:14, 44:19, 44:20, 44:21, 44:22, 44:24, 44:25, 45:3, 45:8, 45:11, 45:22, 46:1, 46:9, 46:19, 46:23, 46:25, 47:21, 48:4, 48:7, 48:9, 48:25, 49:4, 49:13, 49:14, 49:16, 49:20, 49:22, 50:3, 50:17, 50:18, 50:22, 50:24, 51:2, 51:7, 51:9, 51:10, 52:8, 52:11, 52:12, 52:15, 52:16, 52:17, 53:3, 53:4, 53:9, 54:8, 54:9, 54:12, 54:13, 54:16, 54:23, 55:3, 55:7, 55:10, 55:11, 55:12, 55:14, 55:15, 55:16, 55:20, 55:23, 55:25, 56:2, 56:3, 56:6, 58:9, 58:16, 58:17, 58:25, 59:2, 59:3, 59:4, 59:6, 59:8, 60:1, 60:22, 60:23, 61:16, 62:3, 62:6, 62:23, 63:9, 63:12, 63:13, 63:20, 64:3, 64:7, 64:11, 64:17, 64:18, 64:24, 65:3, 65:7, 65:8, 66:4, 66:5, 66:6, 66:10, 66:11, 66:12, 66:21, 66:22, 66:23, 66:24, 67:1, 67:5, 67:8, 67:18, 67:19, 67:22, 67:23, 67:24, 68:3, 68:7, 68:10, 68:14, 68:15, 69:2, 69:10, 69:11, 69:12, 69:22, 70:8, 70:13, 70:16, 70:17, 70:23, 70:24, 71:6, 71:11, 71:12, 71:15, 71:17, 71:18, 72:1, 72:4, 72:9, 72:11, 72:13, 72:14, 72:18, 72:19, 72:22, 72:23, 72:25, 73:4, 73:6, 73:9, 73:12, 73:13, 73:17, 73:19, 73:24, 74:4, 76:2, 80:11, 80:22, 81:22, 82:5, 82:6, 82:10, 82:14, 82:15, 82:21, 82:24, 82:25, 83:1, 83:2, 83:4, 83:18, 83:21, 83:23, 84:21, 84:22, 86:11, 86:23, 86:24, 87:3, 87:8, 89:8, 89:15, 90:19, 91:1, 91:9, 91:12, 91:14, 91:15, 91:17, 91:23, 92:1, 92:12, 92:16, 92:19, 92:20, 92:21, 92:24, 92:25, 93:3, 93:8, 93:9, 93:20, 94:3, 94:11, 94:16, 94:17, 94:22, 94:25, 95:3, 95:13, 96:6, 96:7, 97:7, 97:8, 97:16, 97:17, 97:21, 97:25, 98:1, 98:4, 98:6, 98:7, 98:11, 98:12, 98:13, 98:18, 98:23, 98:24, 99:6, 99:13, 99:14, 99:16, 99:17, 99:23, 100:12, 100:15, 100:18, 100:19, 100:20, 100:23, 101:3, 101:14, 101:20, 101:22, 102:1, 102:6, 102:9, 102:10, 102:11, 102:14, 102:15, 102:20, 103:1,

103:9, 103:15, 103:17, 103:18, 103:21, 104:2, 104:4, 104:14, 104:18, 104:24, 105:16, 105:21, 105:22, 105:23, 106:1, 106:4, 106:5, 106:7, 106:10, 106:11, 106:12, 106:14, 107:4, 107:22, 108:2, 108:3, 108:11, 108:18, 108:19, 108:25, 110:1, 110:21, 110:22, 112:9, 112:13, 114:5, 114:6, 114:23, 115:2, 115:24, 115:25, 116:1, 116:16, 117:1, 117:6, 117:7, 117:13, 117:16, 117:22, 117:25, 118:10, 118:13, 118:14, 118:19, 118:20, 119:16, 119:18, 119:19, 119:24, 119:25, 120:1, 120:7, 120:9, 120:11, 120:14, 120:15, 120:16, 120:19, 120:23, 120:24, 121:5, 121:6, 121:8, 121:11, 121:12, 121:16, 121:17, 121:20, 121:24, 122:5, 122:16, 122:17, 122:19, 123:3, 123:4, 123:5, 123:12, 123:13, 123:14, 123:16, 123:22, 123:23, 124:2, 124:5, 124:8, 124:12, 125:2, 125:3, 125:6, 127:3, 127:14, 134:23, 135:4, 135:7, 136:1, 138:3, 138:6, 138:7, 138:8, 138:9, 139:2, 139:13, 139:15, 139:18, 139:20, 139:23, 140:9, 141:18, 141:20, 142:4, 142:7, 142:12, 142:15, 143:1, 143:2, 143:7, 143:10, 149:4

**he'll** [1] - 41:6

**he's** [122] - 5:9, 40:3, 40:5, 40:6, 41:18, 42:23, 43:20, 44:1, 44:20, 45:21, 45:22, 45:24, 46:1, 46:2, 46:5, 46:6, 46:24, 47:5, 47:7, 47:22, 48:21, 49:2, 49:15, 49:20, 50:13, 50:16, 50:17, 52:7, 52:8, 52:9, 52:16, 53:18, 54:11, 54:12, 54:15, 54:22, 55:24, 58:23, 60:9, 61:16, 62:13, 62:14, 63:2, 63:15, 63:23, 65:23, 66:1, 66:12, 66:13, 66:21, 67:3, 67:8, 68:8, 71:3, 71:14, 71:21, 72:15, 72:18, 72:22, 72:25, 73:5, 73:6, 80:13, 94:14, 98:1, 100:6, 101:6, 103:25, 104:18, 105:4, 105:16, 105:21, 106:3, 107:25, 108:22, 108:23, 110:4, 115:3, 115:5, 117:2, 117:3, 117:10, 118:8, 118:9, 120:5, 120:6, 120:7, 120:16, 120:19, 120:25, 121:1, 121:11, 121:14, 121:15, 122:6, 122:20, 123:17, 123:18, 124:1, 124:2, 124:17, 127:15, 128:23, 135:17, 139:19, 140:1, 142:11, 142:13, 142:14, 142:16

**He's** [1] - 118:9

**head** [2] - 53:10, 62:20

**heads** [2] - 90:12, 151:3

**hear** [26] - 5:2, 5:3, 12:8, 42:22, 47:11, 54:25, 64:16, 75:15, 85:2, 95:15, 98:16, 99:3, 99:9, 99:10, 103:6, 103:11, 104:11, 105:18, 105:20, 106:10, 107:9, 107:20, 114:18

**HEARD** [1] - 1:10

**heard** [60] - 7:3, 12:17, 13:12, 39:5, 39:8, 39:12, 40:20, 41:21, 41:23, 44:19,

44:24, 45:18, 45:20, 46:18, 46:24,
48:24, 49:13, 52:4, 52:6, 55:1, 55:10,
59:20, 62:17, 66:5, 68:17, 75:9, 77:17,
83:10, 85:17, 86:13, 90:12, 90:22,
90:23, 93:6, 93:20, 95:24, 96:17, 97:6,
97:11, 99:16, 101:20, 104:6, 105:2,
107:11, 109:13, 112:6, 112:13, 115:3,
116:7, 118:25, 120:20, 121:21, 125:24,
128:25, 133:16, 143:14, 143:15, 148:7,
154:18
   **hearing** [3] - 38:7, 46:21, 124:6
   **heavy** [1] - 8:6
   **heck** [2] - 119:15, 119:19
   **Hector** [10] - 24:15, 24:18, 25:6, 25:12,
26:21, 46:25, 54:5, 114:22, 114:23,
149:3
   **Hector's** [2] - 93:1, 93:3
   **held** [3] - 32:17, 82:21, 82:22
   **help** [22] - 12:13, 40:25, 43:4, 62:5,
62:7, 63:13, 67:6, 68:8, 70:1, 70:6,
74:3, 75:4, 75:20, 79:18, 80:2, 80:4,
80:7, 82:1, 82:14, 108:18, 132:21
   **helped** [7] - 54:4, 54:8, 55:3, 59:7,
64:21, 82:7, 124:24
   **helpful** [2] - 9:17, 54:24
   **helping** [6] - 54:12, 99:14, 108:24,
115:16, 117:10, 118:9
   **helps** [2] - 43:6, 55:13
   **her** [43] - 32:7, 70:1, 70:2, 70:5, 70:6,
72:6, 74:7, 75:3, 75:5, 75:13, 76:13,
77:2, 77:10, 78:2, 78:4, 78:19, 78:20,
78:23, 78:24, 79:17, 79:19, 88:15,
88:20, 93:14, 100:11, 110:19, 114:10,
114:11, 118:24, 118:25, 119:14,
119:15, 119:18, 119:19, 126:25,
145:10, 145:24, 148:14
   **here** [78] - 4:17, 5:9, 16:24, 35:3,
58:16, 61:11, 61:18, 61:22, 62:3, 62:14,
62:16, 62:21, 62:24, 63:3, 63:22, 65:15,
67:4, 67:5, 67:10, 72:24, 80:22, 82:3,
83:3, 86:9, 86:20, 87:5, 87:25, 89:17,
90:1, 90:14, 92:23, 93:14, 96:1, 97:23,
99:23, 107:4, 108:20, 109:1, 110:18,
111:8, 112:24, 113:9, 115:8, 115:24,
123:16, 123:18, 124:11, 126:16,
126:25, 127:15, 128:3, 130:14, 131:15,
131:18, 132:8, 135:13, 136:7, 137:23,
138:6, 139:5, 139:10, 141:11, 144:8,
144:9, 145:18, 146:24, 149:12, 149:15,
150:4, 151:4, 152:6, 152:7, 154:6,
154:7, 154:10, 154:23
   **Here** [1] - 54:18
   **here's** [3] - 67:10, 67:11, 121:2
   **hereby** [1] - 155:6
   **hereto** [1] - 23:19
   **Hermandad** [2] - 96:1, 110:17
   **Hernandez** [21] - 12:25, 24:15, 24:18,
25:7, 25:12, 26:22, 27:4, 27:7, 46:25,
54:6, 55:10, 91:19, 91:25, 102:2,
114:22, 116:12, 117:1, 121:13, 140:6,

140:7
   **Hernandez's** [2] - 27:22, 149:3
   **hers** [1] - 70:5
   **hesitate** [6] - 34:16, 103:16, 132:11,
132:12, 132:23, 132:24
   **hesitation** [8] - 8:16, 103:14, 128:18,
132:5, 132:8, 132:17, 133:14
   **hey** [8] - 44:1, 62:4, 62:21, 63:20,
67:25, 69:16, 71:8, 130:13
   **Hey** [3] - 47:4, 60:11, 61:16
   **Hi** [1] - 93:1
   **Hidalgo** [1] - 13:23
   **hidden** [1] - 70:10
   **hide** [1] - 44:22
   **high** [18] - 40:21, 45:13, 56:19, 56:20,
59:24, 59:25, 60:5, 60:11, 60:15, 60:17,
86:16, 97:7, 132:2, 133:2, 133:5,
141:16, 142:22
   **high-falutin'** [1] - 132:2
   **high-level** [2] - 56:20, 60:15
   **high-ranking** [2] - 45:13, 60:11
   **higher** [2] - 52:2, 53:13
   **higher-level** [2] - 52:2, 53:13
   **highest** [1] - 112:10
   **highest-ranking** [1] - 112:10
   **him** [154] - 21:14, 24:4, 25:13, 28:25,
32:6, 39:15, 41:16, 42:2, 43:4, 43:9,
44:4, 44:11, 47:23, 49:5, 49:9, 49:15,
49:24, 49:25, 50:3, 50:15, 50:18, 50:19,
50:21, 50:22, 51:9, 51:10, 52:10, 52:11,
53:11, 53:22, 55:16, 55:18, 55:19,
55:25, 56:7, 57:3, 58:8, 59:4, 60:1,
60:5, 60:6, 60:14, 60:23, 62:14, 62:19,
62:22, 64:3, 64:12, 64:23, 65:4, 66:17,
67:8, 67:25, 68:1, 68:2, 68:15, 68:25,
69:16, 70:14, 72:4, 72:24, 73:20, 74:3,
75:4, 76:13, 81:23, 83:21, 83:23, 84:17,
84:22, 86:25, 87:1, 87:2, 92:8, 92:10,
92:13, 92:15, 93:3, 94:12, 94:20, 94:21,
94:25, 96:6, 98:1, 99:2, 100:9, 101:3,
101:23, 101:24, 101:25, 103:11, 104:3,
104:4, 104:5, 105:18, 105:20, 105:22,
106:2, 108:24, 111:11, 115:5, 115:7,
117:4, 117:5, 117:7, 117:9, 117:12,
117:14, 117:15, 118:9, 120:3, 120:4,
120:5, 120:6, 120:15, 120:17, 120:25,
121:4, 121:5, 122:7, 122:9, 122:13,
122:21, 123:24, 124:3, 125:7, 125:14,
126:19, 128:7, 132:16, 134:6, 135:18,
139:2, 139:20, 139:21, 142:9, 143:1,
143:2
   **himself** [12] - 32:5, 32:19, 39:1, 40:3,
50:13, 55:8, 60:11, 66:5, 67:6, 69:2,
74:19, 81:11
   **his** [129] - 12:14, 30:24, 31:8, 31:9,
32:7, 38:17, 40:21, 43:2, 43:20, 45:3,
45:20, 46:16, 46:19, 49:2, 49:4, 49:15,
50:3, 50:16, 51:10, 54:16, 55:17, 55:25,
56:6, 56:7, 59:4, 59:21, 60:2, 60:3,
60:23, 63:22, 64:7, 64:16, 65:3, 65:5,

65:7, 65:8, 66:8, 68:16, 69:14, 70:9,
70:14, 72:5, 72:6, 72:11, 72:23, 73:4,
73:8, 73:12, 74:5, 79:16, 82:24, 84:16,
84:18, 84:21, 86:25, 87:1, 87:2, 87:10,
87:11, 87:21, 87:22, 88:16, 88:18,
89:24, 90:17, 93:24, 94:3, 94:5, 94:6,
94:7, 94:23, 94:24, 95:12, 96:5, 96:8,
97:24, 97:25, 98:4, 99:2, 99:11, 100:8,
100:12, 103:12, 103:16, 103:17,
103:18, 104:10, 105:1, 106:5, 106:13,
107:3, 107:21, 107:22, 108:1, 109:1,
109:21, 110:6, 110:21, 111:10, 112:8,
112:10, 112:19, 115:6, 115:21, 115:22,
119:15, 119:25, 121:1, 121:9, 121:10,
125:17, 126:16, 127:11, 127:13, 128:8,
138:7, 139:2, 139:17, 141:1, 141:7,
141:16, 141:20, 141:24, 142:7, 142:9,
142:23
   **historical** [5] - 56:15, 103:23, 134:16,
134:17, 135:23
   **History** [1] - 45:1
   **history** [3] - 86:19, 87:5, 127:12
   **hit** [4] - 38:10, 38:20, 46:20, 64:21
   **hold** [5] - 31:7, 64:18, 124:14, 129:6,
148:16
   **holder** [2] - 44:14, 44:15
   **holds** [1] - 32:13
   **hole** [1] - 64:18
   **holes** [2] - 64:16, 64:17
   **holiday** [1] - 74:21
   **Hollywood** [3] - 46:5, 77:25, 78:7
   **home** [5] - 145:3, 149:14, 149:16,
150:5, 150:6
   **honest** [3] - 12:3, 34:18, 58:12
   **honestly** [2] - 111:18
   **honesty** [1] - 98:21
   **Honor** [15] - 4:9, 37:22, 129:15,
133:23, 134:3, 145:14, 146:3, 147:11,
148:10, 150:14, 152:14, 153:9, 153:15,
154:25, 155:1
   **HONORABLE** [1] - 1:10
   **hook** [1] - 47:4
   **Hooters** [1] - 39:16
   **hopefully** [3] - 85:14, 134:4, 150:10
   **horrible** [2] - 136:6, 141:4
   **horses** [1] - 99:7
   **hour** [2] - 38:19, 75:25
   **hours** [7] - 50:5, 73:23, 73:25, 76:16,
119:17, 119:18, 145:2
   **house** [28] - 24:1, 43:8, 45:22, 45:23,
45:24, 45:25, 48:16, 48:17, 48:18,
48:21, 49:24, 50:20, 50:21, 53:1, 53:12,
54:12, 55:21, 59:3, 77:7, 77:12, 77:13,
77:18, 78:18, 88:13, 139:17, 142:15
   **houses** [1] - 64:17
   **HOUSTON** [2] - 1:2, 1:5
   **Houston** [11] - 1:17, 2:7, 40:13, 40:16,
40:18, 40:19, 41:8, 94:12, 95:18, 95:22,
99:10
   **how** [59] - 6:5, 11:24, 12:17, 25:18,

25:21, 34:4, 35:16, 38:5, 45:6, 46:3, 48:11, 52:18, 52:20, 58:7, 65:1, 68:2, 69:19, 71:9, 71:15, 71:22, 72:19, 74:24, 76:18, 84:7, 89:21, 94:17, 96:14, 97:9, 105:21, 107:17, 109:10, 111:8, 115:7, 117:22, 118:2, 119:8, 119:9, 121:3, 121:4, 125:25, 126:10, 126:20, 127:16, 129:11, 129:15, 130:6, 131:21, 136:22, 137:18, 137:19, 138:3, 139:10, 139:11, 141:22, 146:18

**however** [4] - 9:20, 11:17, 14:1, 17:11
**HPD** [1] - 134:18
**human** [1] - 137:18
**hundred** [7] - 36:24, 36:25, 40:7, 40:8, 42:15, 42:18, 74:20
**hung** [1] - 55:22
**Husak** [1] - 69:6
**husband** [5] - 75:3, 76:12, 77:2, 117:21, 117:24
**hyperbolic** [1] - 88:1
**hypothetical** [1] - 129:20

## I

**I** [368] - 4:1, 4:2, 4:16, 4:17, 4:19, 4:25, 5:2, 5:17, 6:3, 6:7, 6:13, 6:16, 6:19, 9:10, 9:23, 10:4, 10:5, 10:6, 10:9, 11:13, 12:1, 16:2, 17:25, 35:13, 37:14, 37:22, 38:3, 39:4, 39:7, 39:20, 40:4, 40:12, 40:25, 41:4, 41:12, 41:16, 41:18, 42:6, 44:4, 44:9, 44:11, 44:25, 47:23, 51:9, 52:13, 55:15, 55:16, 55:17, 55:18, 55:19, 55:20, 58:16, 58:25, 59:9, 59:10, 59:23, 61:12, 61:16, 61:17, 61:22, 61:23, 62:9, 62:11, 62:14, 62:16, 62:21, 62:22, 63:3, 64:3, 64:6, 64:9, 64:13, 64:22, 64:23, 65:10, 65:12, 65:14, 66:8, 67:9, 67:10, 67:24, 67:25, 68:4, 68:10, 69:12, 69:16, 69:18, 69:22, 69:23, 69:25, 70:2, 70:4, 70:5, 70:24, 71:25, 72:7, 72:12, 72:14, 74:1, 74:15, 74:16, 75:13, 75:16, 76:19, 76:20, 77:6, 77:10, 77:12, 77:20, 78:16, 78:19, 79:8, 80:7, 80:15, 85:7, 85:17, 86:4, 86:6, 86:10, 86:12, 86:14, 86:15, 87:5, 87:6, 87:7, 87:9, 88:6, 88:11, 88:13, 89:3, 90:3, 91:17, 92:1, 92:10, 92:13, 92:15, 92:18, 92:20, 93:15, 94:1, 94:2, 94:16, 94:19, 95:3, 95:6, 96:5, 96:17, 96:20, 97:3, 97:7, 97:8, 97:9, 97:13, 98:18, 98:20, 98:21, 99:4, 99:5, 99:7, 99:8, 100:4, 100:7, 100:11, 101:2, 101:3, 101:12, 101:22, 102:10, 102:13, 102:15, 103:8, 103:10, 104:5, 105:8, 105:19, 105:21, 106:15, 106:16, 106:18, 106:19, 107:13, 107:14, 107:18, 108:4, 108:15, 108:21, 109:1, 109:2, 109:3, 109:9, 109:10, 109:12, 109:13, 109:18, 110:14, 110:16, 110:18, 110:20, 113:6, 113:24, 115:7, 115:18, 116:3, 116:5,

117:11, 117:12, 117:14, 118:9, 118:22, 118:24, 119:3, 119:17, 119:25, 120:10, 120:17, 121:17, 121:20, 122:1, 122:2, 122:3, 122:4, 123:22, 123:23, 124:3, 124:8, 124:25, 127:1, 127:3, 127:4, 128:7, 129:15, 130:6, 130:11, 130:19, 130:24, 131:3, 131:13, 131:14, 132:7, 133:18, 133:23, 133:24, 134:1, 134:2, 134:4, 134:12, 135:2, 135:3, 136:3, 137:2, 137:5, 137:21, 137:23, 137:25, 138:4, 138:10, 138:15, 138:16, 138:21, 138:23, 139:8, 139:20, 140:4, 141:2, 141:5, 141:10, 141:13, 141:21, 141:22, 141:25, 142:1, 142:2, 142:16, 143:5, 143:23, 144:9, 145:1, 145:19, 145:20, 145:25, 146:3, 146:6, 146:14, 146:18, 146:22, 147:9, 147:10, 147:17, 148:6, 148:7, 148:9, 148:14, 148:15, 148:18, 149:10, 149:15, 149:17, 149:18, 150:4, 150:7, 150:22, 150:24, 150:25, 151:6, 151:8, 151:24, 152:7, 152:8, 152:18, 152:19, 153:3, 153:5, 153:17, 154:18, 155:5

**I'd** [5] - 60:13, 69:9, 130:10, 130:19
**I'll** [19] - 6:8, 41:11, 42:9, 42:12, 47:16, 49:6, 50:4, 51:12, 61:24, 64:9, 80:8, 124:7, 129:2, 129:19, 146:24, 148:25, 150:25, 154:13
**I'm** [54] - 4:22, 4:23, 5:1, 5:5, 5:22, 34:4, 42:10, 50:3, 61:7, 63:22, 63:23, 65:12, 67:9, 69:25, 70:6, 72:14, 85:13, 87:6, 90:16, 90:24, 92:16, 93:1, 93:3, 107:9, 113:2, 120:10, 124:3, 129:5, 131:13, 132:11, 132:12, 132:17, 133:7, 139:7, 141:4, 143:22, 144:18, 144:23, 146:4, 146:5, 146:9, 146:12, 146:14, 146:24, 147:4, 148:15, 148:16, 149:25, 150:5, 150:9, 151:1, 151:3, 154:9, 154:22
**I've** [13] - 41:13, 74:1, 86:15, 86:16, 88:16, 91:4, 94:18, 130:11, 144:21, 144:25, 145:21, 149:22, 153:18
**I-35** [1] - 119:19
**idea** [11] - 70:24, 104:1, 104:8, 106:18, 106:20, 109:18, 109:22, 137:11, 139:18, 140:1, 140:16
**identified** [4] - 91:24, 101:10, 122:21, 124:19
**identify** [15] - 46:21, 49:5, 57:21, 92:3, 94:14, 95:1, 104:3, 104:4, 106:9, 123:12, 123:13, 123:15, 133:10, 146:19, 147:6
**identifying** [1] - 93:2
**identities** [2] - 21:10, 28:20
**if** [126] - 4:18, 7:23, 9:25, 10:10, 10:14, 13:8, 13:25, 14:5, 14:14, 17:20, 20:12, 20:14, 20:17, 21:10, 22:12, 22:13, 22:15, 24:4, 28:22, 29:24, 29:25, 30:2, 32:11, 32:12, 33:23, 34:12, 34:17, 35:11, 36:3, 36:6, 37:16, 47:11, 47:19,

47:22, 54:25, 55:1, 57:18, 58:13, 59:12, 61:9, 62:1, 62:4, 62:7, 62:23, 66:12, 66:21, 68:1, 71:14, 74:11, 80:3, 80:7, 80:13, 82:1, 82:15, 87:22, 88:5, 89:7, 94:2, 95:11, 96:5, 96:6, 98:7, 98:16, 98:21, 99:1, 99:2, 99:19, 100:3, 100:4, 100:6, 100:10, 101:25, 103:15, 104:1, 104:8, 104:14, 105:9, 106:15, 106:22, 108:15, 110:10, 112:1, 112:14, 112:18, 114:7, 114:12, 114:18, 115:13, 117:20, 117:23, 117:25, 118:5, 118:17, 119:9, 119:14, 119:25, 120:5, 122:11, 124:24, 125:4, 125:6, 125:15, 125:17, 127:17, 128:24, 130:7, 132:25, 133:4, 135:12, 137:11, 138:6, 144:22, 145:5, 146:23, 147:1, 147:5, 148:16, 152:6
**Ignite** [2] - 106:14, 149:9
**ignore** [1] - 129:9
**illegal** [2] - 66:18, 66:23
**illness** [1] - 129:22
**illustrate** [1] - 61:12
**illustrates** [1] - 77:15
**imagine** [1] - 120:6
**immunity** [1] - 15:6
**immunized** [1] - 15:14
**impartial** [3] - 8:12, 34:14, 128:14
**implicate** [3] - 52:7, 98:13, 124:20
**implicated** [2] - 93:7, 99:16, 139:24
**implicating** [1] - 110:14
**implore** [1] - 116:3
**important** [18] - 5:3, 8:17, 11:21, 11:24, 81:21, 89:20, 96:6, 116:5, 119:6, 119:10, 126:20, 127:21, 128:18, 129:18, 131:10, 132:1, 132:5, 132:25
**importantly** [1] - 117:11
**imposes** [1] - 17:12
**impossible** [2] - 110:2, 111:11
**impress** [2] - 12:2, 60:19
**impression** [1] - 10:19
**improperly** [1] - 128:21
**in** [545] - 4:19, 5:2, 5:7, 5:21, 5:22, 6:3, 6:4, 6:9, 6:11, 6:24, 7:15, 8:13, 8:16, 8:19, 9:8, 9:11, 9:18, 9:20, 9:22, 10:7, 10:10, 11:7, 11:9, 11:10, 11:15, 11:22, 12:1, 12:4, 12:15, 12:25, 13:9, 13:14, 13:18, 13:20, 13:23, 13:25, 14:1, 14:5, 14:6, 14:10, 14:15, 14:16, 14:20, 14:25, 15:12, 15:15, 15:21, 15:24, 16:7, 16:8, 16:13, 16:21, 17:2, 17:5, 17:6, 17:11, 17:12, 17:15, 17:22, 17:25, 18:10, 18:19, 19:8, 19:25, 20:1, 20:5, 20:7, 20:10, 20:21, 20:25, 21:6, 21:12, 21:22, 22:1, 22:9, 22:11, 22:16, 23:11, 23:16, 23:18, 23:23, 24:1, 25:15, 26:4, 26:15, 27:22, 28:3, 28:6, 28:14, 28:17, 28:23, 29:8, 29:12, 29:20, 29:24, 30:4, 30:12, 30:15, 31:1, 31:4, 31:9, 31:13, 31:24, 32:7, 32:8, 32:16, 32:19, 32:20, 33:3, 33:6, 33:8, 33:13, 33:17, 33:25, 34:1, 34:12, 35:3, 35:5, 35:9, 35:13, 35:14,

35:15, 36:18, 37:17, 38:6, 39:10, 40:2, 40:3, 40:5, 40:6, 40:7, 40:9, 40:12, 40:24, 41:22, 42:13, 42:14, 43:17, 43:23, 43:24, 43:25, 44:2, 44:6, 44:14, 45:7, 45:12, 45:15, 45:20, 45:23, 45:24, 46:1, 46:5, 46:6, 46:9, 47:8, 50:25, 51:9, 51:19, 51:21, 52:3, 52:7, 52:8, 52:9, 52:10, 52:16, 52:21, 53:8, 54:3, 54:9, 54:22, 54:25, 55:1, 55:8, 55:12, 55:13, 55:15, 55:16, 55:25, 56:13, 56:22, 57:10, 57:20, 58:8, 58:16, 59:2, 59:5, 59:9, 59:19, 59:22, 60:5, 60:6, 60:7, 60:21, 61:3, 61:4, 61:21, 62:18, 63:9, 63:10, 63:18, 64:15, 64:17, 64:18, 65:18, 65:22, 66:6, 66:18, 68:12, 68:15, 68:18, 68:22, 68:25, 69:16, 69:17, 69:22, 69:23, 69:24, 70:2, 70:6, 70:7, 70:10, 70:12, 70:18, 70:19, 71:4, 71:12, 71:18, 71:21, 72:6, 72:24, 72:25, 73:1, 73:7, 73:9, 73:13, 73:19, 75:8, 75:9, 75:18, 75:19, 76:1, 77:7, 77:8, 77:11, 77:19, 77:20, 78:1, 78:2, 78:3, 78:16, 78:17, 78:18, 78:19, 78:21, 78:23, 79:1, 79:7, 79:8, 79:10, 79:15, 79:16, 80:5, 80:9, 80:13, 82:12, 82:13, 83:10, 83:15, 83:23, 84:1, 84:3, 84:8, 84:18, 84:21, 85:9, 85:24, 86:9, 86:13, 86:16, 86:21, 87:15, 87:18, 87:24, 88:5, 88:11, 88:13, 88:15, 88:19, 88:23, 89:9, 89:20, 89:24, 90:5, 90:8, 90:9, 90:14, 90:16, 90:20, 90:23, 91:1, 91:4, 91:6, 93:7, 93:8, 93:9, 93:10, 93:17, 93:18, 93:22, 94:9, 94:10, 94:14, 94:23, 95:14, 95:19, 95:25, 96:9, 96:13, 96:21, 97:7, 97:23, 98:10, 98:19, 98:20, 99:2, 99:13, 99:17, 99:20, 99:23, 100:6, 100:8, 100:9, 100:20, 100:21, 101:9, 101:23, 101:24, 102:14, 102:23, 103:1, 103:4, 103:15, 104:12, 104:19, 105:2, 105:8, 105:10, 105:14, 105:18, 105:25, 106:3, 106:4, 106:5, 106:12, 107:4, 107:11, 107:20, 108:2, 108:15, 109:1, 109:15, 110:3, 110:4, 110:17, 110:18, 110:20, 111:4, 111:10, 111:15, 111:22, 112:7, 112:9, 112:13, 113:10, 113:13, 113:20, 113:21, 113:22, 114:5, 114:6, 114:16, 114:23, 115:2, 115:3, 115:16, 115:22, 115:24, 116:14, 116:17, 116:18, 116:25, 117:2, 117:11, 118:7, 118:16, 119:6, 119:15, 119:18, 120:7, 120:20, 120:21, 121:13, 121:15, 121:21, 121:22, 121:24, 121:25, 122:17, 123:2, 123:3, 123:14, 123:16, 123:18, 123:19, 123:20, 123:23, 124:11, 124:12, 124:19, 124:20, 125:13, 125:20, 125:22, 126:16, 126:24, 127:6, 127:9, 127:14, 128:11, 128:15, 128:18, 130:1, 130:3, 130:4, 130:7, 130:16, 131:8, 131:9, 131:10, 132:5, 132:6, 132:14, 132:21, 132:24, 133:7, 133:8, 133:11, 133:17, 134:4, 134:15, 134:16, 135:4,

135:12, 135:16, 136:7, 136:10, 136:16, 136:19, 137:10, 137:22, 138:3, 138:8, 138:10, 138:17, 138:22, 139:20, 140:3, 140:9, 140:14, 140:19, 140:25, 141:7, 141:18, 141:22, 142:2, 142:3, 142:14, 142:23, 142:25, 143:9, 143:10, 143:20, 143:25, 144:8, 145:3, 145:17, 145:20, 145:22, 146:10, 146:13, 146:19, 146:22, 146:25, 147:7, 147:16, 148:11, 148:16, 148:21, 149:25, 150:5, 150:10, 150:17, 150:24, 151:3, 151:12, 152:2, 152:11, 153:14, 154:4, 154:21, 154:23, 155:7
**In** [2] - 4:22, 57:13
**incarcerated** [1] - 122:25
**incentive** [1] - 133:11
**included** [1] - 89:9
**includes** [1] - 31:17
**including** [6] - 8:3, 9:12, 16:9, 31:20, 31:21, 71:19
**income** [1] - 77:10
**inconsistent** [2] - 12:22, 13:5
**independent** [3] - 10:13, 10:15, 144:21
**INDEX** [1] - 3:1
**Indiana** [3] - 43:12, 104:23, 106:6
**indicate** [1] - 127:13
**indicating** [1] - 11:1
**indication** [2] - 117:7, 117:8
**Indictment** [1] - 23:23
**indictment** [33] - 7:6, 7:7, 7:9, 7:10, 7:11, 8:18, 9:9, 13:14, 14:1, 14:7, 14:11, 14:16, 14:21, 17:3, 17:16, 18:4, 21:22, 22:11, 22:17, 22:21, 23:16, 23:19, 29:8, 29:24, 30:4, 30:8, 34:8, 35:7, 35:18, 51:20, 99:21, 121:25
**indictments** [2] - 7:3, 7:4
**indirectly** [2] - 19:4, 23:6
**indisputable** [1] - 130:23
**individual** [3] - 18:17, 18:21, 112:22
**individuals** [3] - 13:25, 119:5, 139:23
**inferences** [2] - 9:19, 11:8
**infighting** [1] - 90:8
**inflections** [1] - 108:16
**influence** [2] - 6:24, 130:6
**influenced** [1] - 10:16
**inform** [1] - 35:9
**informant** [7] - 15:5, 102:17, 109:4, 111:20, 120:4, 120:13, 120:15
**informants** [1] - 91:6
**information** [20] - 47:19, 66:17, 67:1, 67:8, 68:18, 77:14, 79:4, 103:20, 103:23, 105:13, 107:13, 107:25, 117:4, 121:4, 121:5, 125:21, 135:9, 139:15, 140:10, 140:15
**informed** [1] - 150:22
**initially** [1] - 141:21
**injects** [1] - 66:5
**injuries** [1] - 51:11
**innocence** [3] - 7:13, 17:4, 126:24
**innocent** [3] - 7:12, 7:16, 129:4

**insanely** [1] - 95:13
**inside** [5] - 26:12, 43:11, 44:16, 48:21, 59:3
**inspected** [1] - 13:22
**instead** [1] - 67:3
**institution** [1] - 132:15
**instruct** [1] - 150:6
**instructed** [2] - 47:18, 66:16
**instruction** [2] - 6:15, 37:16
**instructions** [28] - 5:17, 6:4, 6:5, 10:8, 18:1, 20:2, 20:21, 20:25, 28:6, 31:4, 31:13, 33:6, 34:3, 34:4, 35:19, 37:13, 57:17, 66:22, 143:15, 144:1, 144:19, 144:21, 144:24, 145:9, 146:23, 149:4, 152:2, 154:19
**instrumental** [2] - 114:23, 117:11
**insulate** [1] - 56:21
**intended** [2] - 51:13, 102:6
**intent** [22] - 8:22, 14:10, 14:19, 18:5, 18:11, 18:14, 18:16, 18:22, 19:4, 19:9, 19:22, 19:23, 21:1, 23:12, 28:11, 31:14, 32:13, 32:20, 33:8, 33:22, 89:1, 89:15
**intention** [2] - 20:8, 127:14
**intentionally** [5] - 20:22, 21:12, 28:7, 28:23, 31:5
**interaction** [2] - 13:21, 92:14
**interest** [5] - 12:4, 15:12, 19:25, 116:14, 130:3
**interested** [4] - 68:1, 105:2, 120:20, 120:21
**interests** [2] - 22:6, 29:16
**interim** [1] - 110:21
**international** [1] - 83:4
**internet** [2] - 130:11, 131:4
**interpret** [1] - 151:17
**interpretation** [1] - 9:21
**interrogate** [2] - 48:15, 49:25
**interrogated** [3] - 38:18, 48:21, 82:22
**interrogation** [3] - 48:18, 48:25, 49:1
**interrogatories** [4] - 4:6, 8:4, 36:5, 36:8
**Interrogatory** [1] - 36:15
**interrogatory** [1] - 4:6
**interstate** [4] - 30:12, 31:2, 31:25, 83:3
**interviewed** [10] - 79:1, 95:19, 98:11, 98:12, 121:15, 121:25, 122:19, 123:5, 123:13, 123:18
**into** [36] - 15:22, 16:9, 16:22, 21:18, 29:5, 36:19, 38:19, 38:20, 41:23, 48:6, 48:7, 48:8, 48:25, 49:2, 54:16, 55:18, 61:11, 61:24, 63:13, 66:5, 88:18, 89:4, 90:1, 90:2, 93:25, 98:9, 114:25, 116:19, 117:3, 126:2, 126:3, 136:9, 136:13, 151:19, 154:11
**introduced** [2] - 24:18, 105:22
**invested** [1] - 96:9
**investigate** [4] - 24:13, 24:16, 46:19, 52:2, 54:8, 80:12
**investigates** [1] - 58:4
**investigating** [3] - 56:15, 123:8,

134:19

**investigation** [10] - 76:3, 91:2, 93:19, 95:22, 96:2, 109:11, 109:24, 140:13, 140:19, 140:20

**investigations** [1] - 135:23

**investigative** [1] - 93:6

**involuntariness** [1] - 31:9

**involved** [50] - 19:12, 19:18, 36:18, 38:6, 39:1, 40:2, 43:25, 44:2, 45:7, 46:9, 52:10, 52:11, 58:6, 58:9, 63:18, 66:6, 68:11, 70:20, 72:25, 73:1, 73:3, 73:7, 80:14, 83:13, 102:8, 102:23, 105:2, 106:12, 106:23, 107:23, 109:15, 110:17, 113:10, 114:5, 120:2, 121:14, 122:4, 122:17, 123:20, 124:12, 125:3, 125:22, 126:14, 136:16, 138:10, 138:21, 138:22, 139:2, 141:9, 142:25

**involvement** [3] - 58:12, 59:22, 60:1

**involving** [2] - 13:13, 18:1

**irony** [5] - 79:22, 79:23, 80:13, 114:8, 114:14

**irrelevant** [1] - 94:19

**IRS** [4] - 77:10, 77:11, 77:14, 110:16

**is** [475] - 4:23, 5:7, 5:15, 5:22, 5:23, 5:24, 6:1, 6:11, 6:12, 6:18, 6:21, 7:6, 7:7, 7:11, 7:12, 7:15, 7:20, 8:6, 8:9, 8:11, 8:14, 9:10, 9:16, 9:20, 9:22, 10:23, 10:25, 11:1, 11:13, 12:16, 12:22, 13:3, 13:9, 14:24, 15:3, 15:16, 16:6, 16:7, 16:10, 16:14, 16:19, 16:25, 17:1, 17:15, 17:20, 18:10, 18:12, 19:9, 20:1, 20:5, 20:10, 20:14, 20:15, 20:16, 20:24, 21:2, 21:4, 21:6, 21:13, 22:3, 23:12, 23:19, 25:8, 25:9, 27:13, 28:5, 28:12, 28:14, 28:17, 28:24, 29:14, 31:3, 31:10, 31:12, 31:15, 32:2, 32:10, 32:11, 32:18, 32:23, 34:6, 34:11, 34:23, 35:1, 35:19, 35:21, 36:14, 37:20, 38:4, 38:25, 39:13, 40:2, 40:21, 41:2, 41:21, 42:2, 42:22, 43:1, 43:5, 43:11, 43:24, 43:25, 44:17, 44:18, 45:19, 46:13, 46:23, 47:7, 47:13, 47:18, 48:20, 48:22, 48:24, 48:25, 49:3, 49:16, 49:17, 49:18, 49:20, 50:14, 50:20, 51:11, 52:6, 53:18, 54:2, 55:6, 56:7, 56:13, 56:20, 57:1, 57:10, 57:13, 57:14, 57:16, 58:13, 59:20, 59:21, 60:7, 60:10, 60:25, 61:3, 61:15, 62:1, 62:4, 62:6, 62:16, 62:21, 62:22, 63:1, 63:2, 63:5, 63:7, 64:1, 64:21, 64:22, 64:25, 65:1, 65:6, 65:8, 65:21, 65:25, 66:20, 66:23, 66:24, 67:4, 67:10, 69:23, 70:1, 70:8, 70:13, 70:19, 70:25, 71:3, 71:17, 72:8, 72:10, 72:21, 72:22, 73:8, 73:16, 73:19, 73:23, 74:5, 74:14, 75:1, 76:9, 77:11, 77:15, 77:16, 78:1, 78:2, 78:15, 78:22, 79:4, 79:9, 79:18, 79:23, 79:25, 80:1, 80:22, 80:24, 81:5, 81:6, 81:13, 81:18, 81:22, 82:14, 83:6, 83:7, 83:15, 84:9, 84:22, 85:9, 87:10, 88:10, 89:3, 89:19, 90:2, 90:6, 90:10, 90:19, 90:23,

91:3, 91:5, 91:10, 91:20, 91:21, 91:25, 92:21, 93:7, 93:9, 93:13, 93:17, 93:23, 93:24, 95:9, 95:10, 95:12, 95:13, 95:18, 96:1, 96:6, 96:25, 97:3, 98:10, 98:12, 99:8, 99:13, 99:14, 99:17, 99:24, 99:25, 100:14, 100:15, 101:3, 101:6, 101:16, 101:17, 102:14, 102:15, 103:1, 103:10, 103:23, 104:2, 104:8, 104:10, 104:13, 104:21, 104:25, 105:2, 105:4, 105:19, 106:11, 106:15, 107:2, 107:12, 107:16, 107:17, 107:23, 108:4, 108:5, 108:7, 108:11, 108:15, 108:18, 109:5, 109:8, 109:9, 109:10, 109:22, 110:11, 110:12, 110:16, 110:22, 110:25, 111:9, 111:15, 111:20, 112:1, 112:5, 112:9, 113:3, 113:9, 113:18, 113:25, 114:8, 114:10, 114:14, 114:15, 115:6, 115:12, 115:22, 115:23, 116:3, 116:5, 117:8, 117:10, 117:13, 117:17, 118:1, 118:8, 118:16, 118:17, 119:4, 119:6, 119:15, 119:17, 119:21, 120:12, 120:15, 120:23, 121:9, 121:10, 121:13, 121:16, 121:18, 121:25, 122:5, 122:6, 122:7, 122:9, 122:11, 122:13, 122:15, 123:3, 123:4, 123:5, 124:5, 124:13, 125:7, 125:20, 125:22, 126:5, 126:7, 126:10, 126:15, 126:16, 126:19, 126:20, 126:24, 127:6, 127:22, 127:24, 128:6, 128:13, 128:16, 129:12, 129:18, 129:21, 130:21, 131:10, 131:18, 131:25, 132:19, 132:21, 132:22, 133:4, 134:5, 134:8, 134:9, 134:18, 134:19, 134:20, 134:25, 135:22, 136:12, 137:11, 137:23, 137:25, 138:1, 138:2, 138:13, 138:17, 139:1, 139:3, 139:4, 139:6, 139:16, 139:25, 140:3, 140:18, 140:25, 141:6, 141:8, 141:9, 141:17, 141:18, 142:9, 142:22, 142:23, 143:7, 143:8, 143:9, 143:10, 143:11, 143:23, 145:1, 145:6, 146:10, 146:16, 146:24, 147:5, 147:11, 147:12, 147:17, 148:4, 148:14, 148:21, 149:6, 149:10, 149:15, 149:18, 149:20, 149:23, 150:4, 150:23, 150:25, 151:4, 151:23, 152:7, 153:2, 153:12, 153:21, 154:7, 154:10, 154:11, 155:6

**isn't** [6] - 63:5, 66:24, 67:1, 69:17, 100:6, 150:8

**Issue** [1] - 4:7

**issue** [5] - 38:25, 80:22, 147:10, 148:9, 148:12

**issued** [1] - 7:6

**issues** [1] - 10:7

**IT** [1] - 85:14

**it** [303] - 4:12, 5:18, 5:23, 6:1, 6:12, 6:18, 6:19, 6:21, 7:23, 7:25, 8:6, 8:9, 8:16, 9:10, 9:20, 11:13, 13:9, 13:10, 14:2, 14:25, 15:2, 15:3, 16:2, 16:6, 17:17, 17:20, 17:22, 18:7, 18:22, 20:6, 20:11, 21:6, 21:23, 22:12, 22:13, 22:24, 28:14, 28:17, 29:9, 29:24, 29:25, 30:11,

30:14, 32:2, 32:18, 32:20, 34:6, 34:11, 35:13, 37:14, 37:24, 38:2, 40:7, 40:10, 41:7, 41:8, 41:10, 41:11, 42:14, 42:16, 42:17, 42:19, 43:4, 43:12, 43:16, 43:17, 43:20, 43:21, 44:8, 44:13, 44:14, 44:16, 44:17, 45:17, 46:2, 47:14, 48:10, 49:7, 54:16, 54:19, 55:2, 56:15, 56:16, 57:11, 58:7, 59:8, 61:18, 61:22, 61:23, 61:24, 62:3, 62:8, 62:9, 62:11, 62:12, 62:19, 62:23, 62:24, 65:8, 67:5, 68:2, 68:19, 69:1, 69:17, 70:16, 71:9, 71:12, 71:23, 71:24, 72:5, 73:2, 74:16, 74:22, 75:15, 75:19, 77:6, 77:15, 77:20, 77:21, 79:23, 80:12, 80:13, 80:22, 81:12, 81:16, 81:17, 84:9, 84:22, 85:18, 85:19, 86:4, 86:15, 87:8, 87:23, 88:3, 88:6, 88:7, 88:8, 88:20, 90:15, 91:13, 91:15, 91:16, 92:18, 92:19, 93:5, 93:25, 94:12, 95:18, 96:15, 96:24, 97:3, 97:4, 97:5, 97:14, 97:15, 97:16, 97:19, 97:25, 98:16, 98:17, 98:23, 98:24, 99:1, 99:2, 99:3, 99:6, 99:11, 100:4, 101:13, 101:14, 101:18, 101:19, 103:6, 103:14, 103:16, 104:5, 105:15, 106:4, 106:5, 106:8, 107:10, 107:17, 108:7, 109:3, 109:4, 109:8, 110:1, 110:12, 110:13, 110:14, 111:25, 112:15, 112:24, 114:8, 115:18, 116:2, 116:8, 116:9, 116:11, 118:13, 118:17, 118:18, 119:19, 120:10, 120:11, 122:6, 123:10, 124:3, 125:1, 125:3, 125:7, 125:9, 125:14, 125:15, 126:10, 126:19, 128:8, 128:18, 129:5, 129:11, 130:12, 131:7, 131:23, 131:24, 132:3, 132:24, 132:25, 134:6, 135:5, 135:17, 136:1, 136:7, 136:22, 137:18, 138:16, 138:17, 139:10, 139:11, 139:22, 141:7, 141:22, 142:1, 142:2, 142:3, 144:20, 145:11, 146:5, 146:18, 147:19, 147:21, 148:16, 149:18, 149:21, 150:2, 151:1, 151:11, 151:14, 151:19, 152:16, 152:19, 152:22, 153:5, 154:5, 154:7, 154:8, 154:12, 154:13, 154:15, 154:17

**It** [1] - 94:17

**it's** [107] - 5:9, 5:10, 36:19, 36:23, 37:3, 37:19, 39:23, 41:14, 41:15, 43:12, 43:13, 45:10, 45:11, 46:3, 47:13, 47:25, 48:13, 50:10, 50:11, 50:25, 59:20, 61:2, 61:3, 64:15, 65:17, 66:4, 71:7, 71:9, 73:13, 83:8, 84:5, 84:8, 84:15, 85:25, 86:1, 87:11, 87:12, 88:6, 90:6, 94:6, 96:5, 96:6, 96:8, 96:25, 100:7, 102:24, 103:19, 105:1, 108:9, 109:6, 109:10, 109:15, 109:18, 110:2, 110:4, 111:11, 112:14, 112:16, 112:17, 114:1, 116:22, 126:20, 127:16, 127:17, 132:1, 132:2, 132:20, 134:13, 134:14, 134:19, 135:19, 136:3, 136:5, 136:14, 140:5, 140:6, 141:3, 142:6, 142:13, 142:14, 142:15, 143:16, 145:2, 147:16, 147:18, 150:1, 150:3, 151:11, 151:12, 152:7,

152:8, 152:15, 153:20
**its** [6] - 19:9, 23:12, 31:20, 31:21, 33:8, 47:12
**itself** [1] - 67:12

# J

**J** [1] - 1:14
**Jack** [1] - 51:9
**jail** [1] - 115:4
**janitor** [2] - 109:20, 110:3
**January** [3] - 90:9, 90:16
**Jesus** [18] - 23:25, 24:4, 24:8, 24:17, 24:21, 47:5, 47:6, 47:10, 47:16, 47:18, 47:21, 47:24, 48:1, 59:6, 76:7, 100:21, 122:24, 122:25
**Joanna** [2] - 78:14, 114:8
**Joanna's** [1] - 119:13
**job** [11] - 11:13, 11:21, 12:16, 78:5, 80:15, 90:2, 96:8, 98:12, 99:8, 126:20, 128:11
**Joe** [1] - 40:2
**Joey** [4] - 39:24, 40:9, 40:14, 40:16
**John** [1] - 143:6
**join** [3] - 21:5, 28:15, 150:16
**joined** [2] - 19:8, 23:11
**joins** [3] - 21:12, 28:23, 32:12
**joint** [3] - 20:12, 20:15, 32:8
**jointly** [1] - 20:19
**Jose** [11] - 26:9, 26:11, 27:21, 27:24, 39:12, 39:13, 40:1, 40:11, 94:9, 123:22
**jose** [1] - 83:18
**Juan** [14] - 41:24, 42:24, 43:2, 43:6, 43:8, 68:20, 100:25, 104:24, 105:17, 105:24, 105:25, 106:4, 106:15, 106:23
**Juana** [1] - 92:2
**Juarez** [1] - 70:6
**JUDGE** [1] - 1:11
**Judge** [12] - 4:13, 46:8, 56:24, 57:5, 57:9, 72:17, 81:6, 81:24, 85:16, 143:18, 148:2, 154:1
**judge** [2] - 6:5, 122:12
**judges** [6] - 5:22, 6:10, 11:19, 34:22
**judgments** [1] - 11:22
**Judy** [3] - 78:25, 79:7, 100:25
**JUNE** [1] - 1:7
**June** [4] - 4:3, 71:11, 78:11, 135:4
**jurisdiction** [1] - 68:23
**juror** [4] - 5:9, 10:19, 129:2, 129:3
**JUROR** [4] - 144:11, 144:13, 144:15, 145:13
**jurors** [8] - 6:10, 7:1, 10:16, 10:17, 34:15, 34:20, 144:23, 145:7
**jury** [36] - 4:8, 4:9, 4:19, 5:3, 5:11, 5:12, 5:21, 5:23, 7:7, 7:17, 15:7, 15:10, 34:25, 35:16, 35:24, 37:2, 37:7, 38:1, 57:17, 61:4, 71:10, 85:4, 85:5, 85:10, 85:11, 118:15, 127:24, 143:14, 143:23, 144:5, 144:6, 150:18, 150:19, 152:4, 152:5

**Jury** [3] - 3:3, 3:8, 143:20
**JURY** [1] - 1:9
**just** [102] - 4:16, 17:9, 28:14, 32:15, 42:8, 42:20, 42:24, 45:3, 45:12, 52:18, 52:21, 54:1, 56:3, 56:24, 57:5, 57:8, 57:9, 57:13, 57:15, 57:16, 57:18, 57:20, 57:21, 58:13, 58:14, 59:14, 60:9, 60:17, 60:24, 61:8, 64:10, 65:10, 65:12, 65:25, 66:13, 66:22, 69:12, 70:6, 70:16, 71:8, 71:13, 74:25, 77:15, 77:23, 78:3, 78:6, 78:11, 80:16, 81:10, 81:15, 81:16, 82:6, 82:18, 83:3, 83:7, 83:8, 83:21, 83:22, 84:6, 88:7, 89:11, 92:15, 92:18, 92:19, 104:4, 106:2, 108:16, 115:10, 117:2, 118:2, 119:13, 119:18, 122:1, 122:2, 122:20, 124:3, 125:9, 125:20, 126:3, 126:13, 126:23, 129:20, 131:2, 132:2, 134:5, 135:17, 135:19, 137:5, 138:2, 138:13, 142:8, 144:9, 145:22, 146:6, 152:9, 152:24, 154:14, 154:23
**justified** [1] - 11:9

# K

**Kathy** [1] - 149:22
**keep** [8] - 4:20, 5:1, 15:15, 16:13, 31:8, 50:6, 115:10, 144:18
**kept** [1] - 76:16
**key** [1] - 46:23
**kid** [2] - 49:15, 110:2
**kidnap** [13] - 8:25, 22:22, 25:24, 26:1, 30:12, 31:7, 37:3, 38:7, 54:5, 80:24, 100:16, 136:14, 138:22
**kidnapped** [6] - 30:20, 30:21, 30:24, 38:17, 82:16, 82:17
**kidnapping** [54] - 9:3, 22:25, 23:7, 26:18, 26:22, 26:25, 27:5, 27:11, 27:18, 30:9, 30:10, 32:2, 37:8, 38:6, 38:11, 38:14, 38:16, 46:13, 51:18, 52:10, 55:19, 56:15, 68:12, 68:13, 70:19, 70:24, 73:24, 77:9, 79:5, 80:8, 81:19, 82:9, 82:18, 84:18, 102:6, 113:1, 113:3, 113:5, 113:10, 114:6, 115:23, 115:25, 122:3, 122:5, 122:16, 122:17, 122:22, 123:20, 124:20, 125:15, 126:10, 135:5, 135:25, 143:2
**kidnappings** [3] - 25:19, 25:22, 64:22
**kids** [1] - 113:12
**kill** [10] - 50:19, 86:14, 113:11, 120:25, 127:1, 127:4, 136:14, 141:3, 141:5
**killed** [16] - 39:11, 41:22, 47:15, 63:9, 64:6, 86:10, 86:11, 86:12, 90:13, 93:24, 97:16, 102:19, 103:9, 107:16, 121:23, 127:1
**killing** [2] - 90:14, 90:15
**kilogram** [1] - 25:4
**kilograms** [19] - 19:12, 19:14, 19:18, 19:20, 24:1, 24:5, 24:9, 25:6, 25:13, 36:20, 36:21, 36:24, 36:25, 40:17, 46:15, 67:23, 83:13, 83:21

**kilos** [18] - 41:5, 41:7, 42:18, 43:9, 44:4, 49:12, 49:14, 49:16, 49:22, 58:4, 60:22, 67:25, 68:5, 83:17, 83:19, 83:21, 83:22, 83:23
**kind** [18] - 21:6, 28:17, 46:24, 52:21, 55:22, 61:14, 98:22, 98:23, 98:24, 98:25, 99:5, 116:3, 122:2, 125:18, 134:5, 134:12, 135:19
**kinds** [1] - 20:2
**knew** [14] - 19:6, 19:16, 23:9, 31:24, 36:17, 55:16, 72:4, 72:11, 78:22, 81:2, 118:4, 121:23, 138:6, 140:21
**know** [134] - 4:20, 35:20, 37:14, 39:4, 39:24, 40:1, 40:22, 41:16, 41:18, 44:1, 44:6, 44:8, 45:16, 47:11, 49:20, 52:13, 55:15, 55:17, 56:6, 56:10, 58:1, 58:16, 59:9, 59:17, 61:14, 63:17, 64:5, 64:22, 64:23, 64:25, 65:22, 67:24, 68:15, 69:18, 69:19, 69:21, 71:8, 72:22, 72:25, 74:15, 75:11, 75:17, 76:12, 78:8, 78:9, 78:20, 80:23, 81:15, 82:19, 83:22, 84:1, 84:7, 86:4, 87:6, 87:18, 88:5, 92:24, 95:9, 95:10, 95:11, 95:20, 96:5, 96:7, 96:17, 97:3, 97:11, 98:18, 99:1, 101:2, 102:13, 103:10, 103:23, 104:13, 105:1, 105:9, 105:19, 105:21, 106:16, 107:7, 107:20, 109:2, 109:3, 109:10, 109:12, 109:13, 109:18, 110:1, 110:15, 110:16, 110:18, 110:20, 111:21, 112:3, 114:3, 118:17, 121:11, 121:12, 121:20, 122:6, 122:19, 122:21, 123:12, 124:21, 127:3, 130:11, 132:7, 132:9, 132:10, 134:9, 135:1, 136:3, 138:2, 138:4, 138:5, 138:10, 138:21, 141:2, 141:21, 141:22, 141:25, 142:1, 142:12, 144:17, 144:19, 145:24, 149:22, 149:23, 150:2, 150:6
**knowing** [4] - 21:9, 28:19, 33:1, 68:10
**knowingly** [11] - 18:17, 20:4, 20:8, 20:20, 21:12, 23:15, 28:5, 28:23, 30:19, 31:3, 80:3
**knowledge** [12] - 10:24, 14:9, 14:19, 22:3, 22:8, 29:14, 29:19, 32:23, 33:24, 107:4, 107:21, 107:24, 137:8
**known** [5] - 19:17, 27:10, 36:17, 111:13, 120:1
**knows** [17] - 39:12, 39:24, 44:22, 60:17, 63:12, 65:6, 66:12, 67:22, 75:8, 75:18, 76:1, 86:1, 93:9, 120:7, 120:17, 120:19, 125:13

# L

**La** [1] - 101:16
**ladies** [5] - 5:13, 85:1, 85:12, 143:14, 150:20
**Lake** [1] - 1:23
**language** [1] - 132:2
**Lanie** [4] - 2:4, 149:22, 155:5, 155:9
**large** [1] - 57:1
**Las** [1] - 45:23

**last** [18] - 4:21, 25:9, 27:10, 27:14, 27:17, 27:20, 38:7, 59:2, 59:9, 61:2, 79:11, 83:6, 112:21, 114:10, 117:15, 118:10, 127:23, 143:19

**lastly** [1] - 139:6

**late** [1] - 143:6

**Late** - 71:2

**later** [13] - 41:15, 43:11, 46:1, 50:4, 60:8, 76:12, 88:4, 129:1, 134:22, 137:16, 139:24, 141:24, 142:6

**laud** [1] - 107:1

**launder** [1] - 113:12

**laundering** [1] - 110:11

**Laura** [2] - 39:18, 39:21

**law** [42] - 6:2, 6:7, 6:13, 6:18, 6:19, 7:12, 10:8, 11:3, 16:7, 17:12, 18:24, 21:2, 21:3, 28:12, 28:13, 30:20, 31:15, 31:16, 32:4, 32:13, 33:9, 37:13, 38:24, 56:21, 56:24, 57:11, 57:17, 71:23, 79:24, 81:4, 82:3, 88:5, 91:3, 94:2, 105:10, 107:2, 120:1, 128:9, 140:14, 143:11

**Law** [3] - 1:19, 1:22, 2:1

**lawful** [1] - 16:6

**laws** [2] - 18:9, 22:25

**lawyer** [3] - 39:3, 114:15, 132:16

**lawyers** [9] - 9:15, 9:16, 9:22, 87:1, 87:18, 94:23, 122:11, 146:15, 147:3

**lay** [1] - 141:13

**lead** [2] - 11:11, 37:20

**leader** [3] - 100:20, 100:21, 121:3

**leads** [4] - 46:13, 46:24, 143:1, 143:2

**learn** [2] - 52:22, 134:22

**learned** [10] - 4:21, 24:5, 90:3, 97:15, 98:3, 101:5, 101:9, 104:18, 114:7, 117:12

**lease** [6] - 46:3, 71:9, 71:11, 78:10, 142:12

**leasing** [1] - 46:2

**least** [8] - 19:12, 19:18, 23:14, 23:16, 76:16, 81:4, 92:7, 126:13

**leave** [5] - 78:8, 92:11, 98:19, 143:5, 144:14

**leaves** [3] - 67:22, 68:7, 68:10

**leaving** [1] - 99:14

**led** [1] - 38:5

**LEE** [1] - 1:7

**Lee** [171] - 18:25, 19:6, 19:8, 19:16, 22:22, 23:2, 23:9, 23:11, 24:21, 25:1, 25:14, 25:17, 25:20, 26:2, 30:9, 30:16, 30:19, 30:21, 30:23, 30:25, 31:24, 32:1, 35:25, 37:3, 37:8, 38:6, 41:3, 41:9, 41:10, 41:14, 43:3, 44:4, 44:7, 52:14, 52:16, 53:3, 53:4, 53:5, 53:7, 54:17, 56:8, 57:1, 58:11, 58:12, 58:16, 62:4, 65:13, 69:6, 85:21, 86:5, 86:7, 86:18, 86:23, 87:9, 89:1, 89:14, 89:23, 91:1, 91:13, 93:7, 93:21, 93:24, 94:8, 94:10, 94:12, 94:14, 94:15, 94:17, 94:19, 95:1, 95:7, 95:17, 95:18, 96:19, 96:21, 97:1,

97:5, 97:23, 98:7, 98:13, 98:19, 98:25, 99:1, 99:4, 99:11, 99:22, 99:25, 100:8, 101:8, 101:11, 101:17, 101:22, 102:3, 102:5, 102:8, 102:20, 103:4, 103:12, 103:20, 104:2, 104:13, 105:2, 105:22, 106:2, 106:11, 106:13, 106:16, 106:25, 107:12, 107:21, 108:4, 108:7, 108:9, 108:15, 108:18, 109:4, 109:6, 109:7, 109:8, 109:25, 110:14, 111:9, 111:18, 112:5, 112:7, 112:9, 112:19, 113:10, 113:16, 113:17, 114:4, 117:2, 117:8, 117:10, 117:13, 117:15, 117:16, 119:12, 119:14, 119:24, 121:2, 121:16, 121:17, 121:18, 122:1, 122:4, 122:22, 123:4, 123:6, 123:14, 123:17, 124:8, 124:12, 124:20, 125:1, 125:6, 125:13, 125:15, 125:22, 126:8, 127:10, 128:22, 132:21, 133:10, 133:11, 135:14, 138:21, 141:13, 143:3, 143:9, 149:8

**left** [8] - 38:25, 67:18, 67:21, 97:1, 97:13, 98:20, 99:23, 115:22

**leg** [1] - 50:18

**legal** [2] - 116:23, 132:2

**legally** [2] - 10:2, 54:16

**legibly** [1] - 117:13

**legitimately** [1] - 125:2

**less** [8] - 7:2, 36:21, 36:24, 36:25, 47:12, 108:6, 134:4

**lessen** [1] - 121:9

**Let** [1] - 47:10

**let** [20] - 4:17, 6:22, 23:21, 45:15, 75:11, 116:1, 126:19, 131:2, 137:1, 139:7, 145:19, 145:24, 146:24, 148:3, 148:25, 149:16, 150:10, 151:5, 153:13, 154:2

**let's** [31] - 39:4, 39:9, 53:21, 53:22, 57:23, 63:19, 66:13, 67:13, 67:20, 71:8, 74:2, 74:6, 74:14, 77:25, 78:14, 81:18, 88:23, 90:1, 107:10, 114:21, 119:12, 119:13, 124:22, 126:19, 129:21, 130:12, 135:12, 141:15, 149:16

**letter** [1] - 94:16

**letting** [1] - 127:6

**level** [10] - 51:22, 52:2, 52:3, 52:5, 53:13, 55:12, 55:18, 56:19, 56:20, 60:15

**liability** [1] - 112:5

**liar** [1] - 79:12

**liars** [1] - 134:10

**Licea** [3] - 24:9, 24:19, 25:4

**Licea-Guerrero** [2] - 24:9, 24:19

**license** [2] - 78:25, 107:3

**lie** [9] - 72:14, 75:1, 105:13, 113:15, 120:14, 137:13, 137:22, 139:4, 139:9

**lied** [10] - 72:1, 72:9, 72:12, 72:14, 79:10, 79:11, 79:18, 79:19, 113:13, 113:14

**lies** [3] - 72:18, 120:9, 140:2

**life** [9] - 69:20, 70:4, 86:25, 88:14, 109:23, 112:19, 113:14, 127:13

**lifestyle** [1] - 143:2

**light** [1] - 11:9

**lightly** [1] - 133:6

**like** [44] - 28:14, 42:16, 42:17, 43:21, 52:22, 53:21, 56:13, 56:25, 58:24, 60:14, 63:2, 66:12, 69:9, 74:14, 88:5, 104:2, 108:15, 108:18, 108:19, 109:15, 114:3, 116:10, 116:11, 118:22, 119:6, 122:18, 124:21, 128:5, 128:7, 128:9, 130:5, 130:10, 130:20, 137:5, 149:2, 150:8, 151:12, 151:13, 151:14, 152:16, 154:6, 154:7

**likes** [3] - 45:17, 108:17, 142:13

**limited** [3] - 14:3, 14:11, 14:21

**Lin** [1] - 102:6

**line** [4] - 112:21, 119:22, 137:13, 140:4

**Line** [7] - 152:16, 153:1, 153:7, 153:18, 153:20, 153:23

**linguist** [1] - 108:1

**list** [3] - 23:18, 81:8, 100:17

**List** [1] - 23:22

**listed** [2] - 28:3, 51:19

**listen** [5] - 5:16, 53:7, 61:9, 70:20, 80:8, 87:1, 98:1, 119:13, 128:3

**listened** [5] - 86:25, 97:23, 101:10, 129:7, 147:19

**listening** [1] - 143:11

**little** [12] - 5:18, 42:7, 53:2, 90:1, 99:8, 108:21, 120:6, 126:17, 130:7, 134:20, 136:4, 153:13

**live** [3] - 77:21, 79:8, 136:7

**lived** [3] - 70:2, 75:8, 77:7

**living** [15] - 45:24, 46:5, 75:9, 75:19, 77:8, 77:11, 77:12, 77:18, 78:17, 79:1, 79:15, 112:10, 113:12

**LNU** [1] - 25:9

**lo** [2] - 44:17, 48:13

**load** [1] - 40:16

**loads** [2] - 13:17, 40:15

**located** [3] - 25:15, 26:3, 26:14

**location** [1] - 49:14

**lock** [1] - 104:25

**long** [7] - 9:6, 84:16, 85:13, 106:3, 115:4, 118:14, 118:19

**longer** [2] - 145:9, 153:13

**look** [22] - 61:17, 63:2, 63:19, 95:12, 108:19, 110:10, 116:4, 116:17, 116:23, 125:10, 130:7, 130:24, 134:8, 135:7, 135:21, 137:21, 139:10, 145:20, 150:8, 151:14, 152:6, 152:10

**looked** [2] - 76:20, 88:18

**looking** [5] - 123:11, 136:14, 149:19, 149:23, 151:18

**looks** [4] - 104:2, 108:17, 151:13, 152:16

**Lopez** [13] - 40:20, 40:22, 41:3, 41:7, 41:12, 59:24, 60:4, 60:10, 60:21, 60:24, 67:22, 141:4

**Lorenzo** [6] - 26:9, 26:11, 27:21, 59:6, 123:22

**lot** [23] - 51:10, 59:9, 61:6, 64:18, 69:11, 75:15, 76:5, 80:16, 86:14, 88:12, 88:13, 89:17, 90:24, 93:6, 93:15, 111:1, 113:3, 113:4, 121:14, 129:23, 141:21, 142:11
**lots** [4] - 54:18, 97:8, 142:24, 143:1
**loud** [2] - 108:23, 154:12
**Louisiana** [1] - 1:16
**love** [2] - 100:11, 135:25
**loved** [1] - 73:2
**loves** [5] - 75:3, 77:2, 87:3, 98:1
**low** [4] - 51:22, 55:12, 55:18, 110:25
**low-level** [2] - 51:22, 55:12
**lower** [2] - 52:3, 52:5
**lower-level** [2] - 52:3, 52:5
**loyal** [1] - 111:14
**loyalty** [4] - 97:18, 97:20, 98:4, 103:3
**lucky** [1] - 50:17
**Luis** [11] - 12:24, 91:19, 92:6, 92:23, 92:25, 107:24, 108:7, 108:13, 108:18, 108:23
**Luis'** [1] - 93:4
**Luis's** [1] - 91:25
**lump** [1] - 89:12
**lumped** [1] - 89:4
**lunch** [4] - 143:23, 145:11, 145:19, 146:1
**luxury** [1] - 46:6
**lying** [13] - 58:19, 59:12, 72:8, 113:16, 120:16, 137:2, 137:16, 138:2, 138:13, 138:18, 138:20, 139:6

# M

**M** [4] - 2:4, 4:2, 155:5, 155:9
**M-3** [2] - 87:6, 87:8
**M-4** [2] - 87:6, 87:8
**M-90** [1] - 103:10
**ma'am** [2] - 86:11, 103:8
**MacDonald** [11] - 37:23, 84:25, 85:6, 86:1, 89:3, 90:24, 93:13, 94:20, 98:8, 100:2, 110:18
**MACDONALD** [10] - 1:15, 37:22, 37:24, 85:7, 153:15, 153:17, 153:22, 154:11, 154:16, 155:1
**MacDonald............................** [1] - 3:5
**made** [14] - 6:25, 9:15, 16:2, 38:1, 60:7, 65:21, 68:24, 72:10, 91:15, 100:7, 104:3, 104:6, 108:3, 115:18
**magic** [1] - 132:1
**magically** [5] - 76:11, 76:14, 111:9, 111:10, 142:7
**magna** [1] - 107:1
**mail** [1] - 119:6
**mailing** [1] - 119:10
**main** [2] - 37:15, 101:1
**major** [2] - 62:18, 71:16
**majority** [1] - 134:15
**make** [36] - 4:16, 11:10, 17:7, 33:19, 46:7, 48:9, 52:24, 53:1, 62:1, 62:9,

66:18, 67:2, 67:11, 69:2, 80:17, 87:23, 92:16, 92:18, 92:19, 92:21, 100:12, 110:1, 111:11, 119:1, 124:2, 127:18, 127:25, 128:4, 128:10, 137:23, 141:20, 145:20, 146:4, 148:15, 151:3, 151:18
**makes** [8] - 11:3, 18:7, 22:24, 30:11, 30:14, 61:7, 61:16, 143:1
**making** [9] - 11:21, 12:1, 17:6, 88:1, 94:25, 117:12, 126:2, 134:11, 142:24
**MALDONADO** [1] - 2:1
**Malibu** [3] - 124:25, 125:1, 125:7
**man** [9] - 64:21, 72:21, 72:22, 93:1, 93:3, 108:13, 112:16, 141:12, 143:7
**manager** [1] - 107:1
**MANAGER** [2] - 146:8, 148:24
**manner** [1] - 13:9
**many** [5] - 97:9, 113:21, 119:8, 119:9, 149:10
**Mar** [1] - 78:21
**March** [2] - 41:22, 90:20
**marched** [1] - 87:24
**marijuana** [40] - 13:17, 18:6, 18:12, 18:20, 18:23, 19:5, 19:15, 19:21, 36:12, 36:19, 36:23, 40:13, 40:15, 40:17, 40:18, 41:5, 41:8, 41:9, 41:13, 41:14, 60:23, 61:21, 67:23, 83:8, 83:12, 83:14, 83:17, 84:2, 89:2, 93:25, 94:5, 94:7, 94:11, 95:17, 95:21, 98:6, 98:15, 98:19, 99:10, 100:18
**Mario** [1] - 101:15
**mark** [4] - 48:10, 117:7, 152:18, 152:19
**marked** [1] - 153:18
**Mars** [1] - 80:6
**mask** [1] - 103:7
**masks** [3] - 59:11, 123:24, 124:4
**mass** [2] - 86:8, 104:9
**mastermind** [1] - 99:25
**Mata** [3] - 13:15, 13:17, 14:4
**match** [3] - 88:11, 99:13, 119:1
**matched** [1] - 99:3
**matching** [1] - 59:13
**material** [1] - 12:20
**matter** [7] - 12:20, 77:15, 79:24, 80:13, 94:17, 139:8, 155:7
**Max** [1] - 40:9
**May** [55] - 9:2, 9:4, 23:24, 24:3, 24:7, 24:11, 24:14, 24:17, 24:20, 24:23, 24:25, 25:3, 25:5, 25:8, 25:11, 25:14, 25:17, 25:20, 25:23, 25:25, 26:2, 26:5, 26:7, 26:9, 26:11, 26:13, 26:16, 26:19, 26:21, 26:24, 27:2, 27:4, 27:7, 27:9, 27:13, 27:14, 27:16, 27:19, 27:21, 27:24, 55:6, 59:3, 70:18, 70:25, 71:2, 73:14, 73:23, 75:23, 76:2, 79:1, 79:6, 79:11, 82:10, 114:5
**may** [49] - 6:16, 6:23, 10:4, 10:5, 10:9, 10:20, 11:4, 11:10, 12:18, 13:1, 13:3, 13:13, 14:1, 14:7, 14:12, 14:16, 14:22, 14:24, 15:1, 16:12, 17:17, 20:2, 20:12,

20:16, 21:8, 22:4, 22:5, 22:14, 22:18, 28:18, 29:3, 29:15, 30:5, 32:5, 32:17, 33:3, 33:4, 37:24, 72:21, 100:7, 116:17, 123:1, 145:14, 148:13, 148:19, 149:21, 151:22, 152:18
**maybe** [21] - 68:25, 74:13, 99:4, 99:5, 99:6, 100:13, 101:23, 101:24, 103:6, 110:20, 122:20, 124:21, 137:25, 138:15, 138:16, 138:20, 140:22, 151:13, 152:19
**McAllen** [8] - 45:23, 77:7, 118:14, 118:19, 119:17, 126:5, 142:5, 142:8
**me** [64] - 4:17, 5:4, 5:16, 23:21, 29:3, 35:11, 35:16, 37:13, 39:22, 40:18, 41:9, 42:5, 43:2, 47:10, 49:7, 51:4, 51:12, 51:15, 57:16, 60:11, 62:5, 63:4, 64:4, 64:7, 64:8, 65:13, 68:14, 69:12, 76:12, 76:21, 77:19, 79:2, 85:18, 85:23, 86:4, 86:16, 90:9, 92:16, 92:20, 92:21, 93:2, 100:12, 108:18, 116:1, 122:3, 122:4, 123:2, 124:14, 127:4, 129:20, 132:17, 137:1, 138:5, 138:15, 139:7, 141:11, 148:3, 151:5, 153:13, 154:2, 154:6, 154:18, 154:19
**mean** [11] - 11:17, 74:16, 108:16, 109:3, 129:14, 129:18, 135:2, 135:3, 136:3, 145:25, 149:10
**meaning** [3] - 18:24, 42:5, 61:24
**meanings** [1] - 108:2
**means** [19] - 7:13, 19:23, 20:21, 20:25, 28:6, 28:10, 31:4, 31:7, 31:13, 31:19, 33:21, 33:25, 83:3, 97:15, 97:16, 109:2, 126:22, 132:22, 137:16
**mechanic** [4] - 24:22, 106:11, 109:20, 141:19
**mechanical** [1] - 1:24
**meet** [6] - 47:2, 47:18, 50:9, 53:1, 62:19, 129:13
**meeting** [6] - 53:2, 60:12, 60:18, 61:15, 65:3, 65:23
**meetings** [2] - 53:4, 61:1
**meets** [1] - 51:7
**Mellado** [1] - 100:19
**member** [16] - 21:7, 21:8, 22:12, 22:16, 22:18, 28:18, 28:19, 29:25, 30:3, 30:5, 46:23, 80:15, 112:10, 129:21
**members** [4] - 5:21, 21:24, 29:10, 38:1
**memo** [1] - 123:23
**Memorial** [9] - 55:7, 73:10, 74:4, 74:9, 74:13, 74:15, 74:21, 75:13, 78:16
**memory** [9] - 10:12, 10:19, 12:7, 74:7, 74:8, 96:5, 122:2, 123:1, 151:25
**men** [8] - 38:10, 38:11, 38:12, 38:20, 46:20, 48:4, 68:11, 82:7, 94:12, 95:17, 95:18, 121:1
**Mendez** [3] - 105:17, 105:18, 105:24
**mention** [1] - 102:5
**mentioned** [9] - 68:3, 68:19, 68:20, 95:25, 99:22, 101:17, 102:8, 105:22, 119:24

**mentions** [3] - 67:22, 68:7, 102:16
**mere** [6] - 22:2, 22:3, 29:13, 29:14, 32:22, 34:20
**merely** [1] - 7:7
**mess** [1] - 53:22
**message** [3] - 35:12, 35:14, 104:5
**messages** [1] - 71:2
**met** [17] - 24:21, 25:1, 25:15, 26:3, 51:9, 68:15, 76:3, 76:4, 80:21, 81:13, 83:5, 91:5, 105:23, 108:3, 123:14, 138:7, 138:8
**Metro** [3] - 90:9, 90:10, 90:17
**Mexican** [3] - 60:12, 62:5, 68:9
**Mexico** [31] - 40:4, 40:24, 45:12, 46:20, 50:24, 51:2, 54:16, 54:17, 55:15, 61:24, 62:18, 63:10, 68:15, 69:25, 70:2, 70:5, 70:8, 70:10, 70:11, 70:12, 72:12, 80:6, 80:9, 83:4, 84:9, 101:24, 103:5, 120:21, 123:14, 141:25
**Michael** [1] - 149:4
**Michigan** [1] - 13:18
**mid** [11] - 24:23, 24:25, 25:3, 25:5, 25:8, 25:11, 25:14, 25:17, 25:20, 25:23, 25:25
**mid-May** [11] - 24:23, 24:25, 25:3, 25:5, 25:8, 25:11, 25:14, 25:17, 25:20, 25:23, 25:25
**middle** [1] - 130:1
**middleman** [1] - 41:2
**might** [8] - 9:19, 45:6, 75:9, 106:12, 124:22, 134:2, 153:15
**Miguel** [8] - 12:24, 23:25, 24:4, 24:8, 24:12, 24:15, 44:19, 100:20
**Mike** [39] - 38:9, 39:10, 40:3, 40:11, 40:24, 41:3, 41:19, 41:21, 44:10, 44:17, 44:19, 46:18, 51:3, 70:9, 82:22, 84:4, 89:8, 90:17, 90:20, 93:23, 95:22, 97:14, 97:16, 99:24, 101:21, 102:7, 102:9, 102:11, 102:18, 102:24, 103:2, 106:19, 106:20, 106:23, 111:15, 121:16, 121:18, 121:23
**Mike's** [11] - 48:23, 70:9, 89:9, 89:10, 96:3, 101:17, 101:18, 102:3, 102:19, 102:20, 122:24
**miles** [1] - 126:5
**military** [6] - 60:13, 62:5, 62:6, 62:7, 63:14, 68:9
**mill** [1] - 121:21
**million** [6] - 42:13, 42:18, 64:19, 68:4, 70:10, 142:17
**mind** [9] - 5:2, 14:10, 14:19, 15:15, 16:13, 17:6, 17:11, 34:17, 35:15
**minimal** [1] - 89:11
**minimize** [1] - 87:2
**minimum** [1] - 89:7
**minor** [2] - 21:16, 29:2
**minute** [10] - 59:10, 117:3, 119:12, 134:1, 137:5, 141:6, 144:8, 148:7, 151:5, 153:2
**minutes** [14] - 5:6, 5:16, 48:5, 48:6,

56:3, 59:21, 61:3, 61:7, 66:1, 85:6, 129:16, 133:23, 134:1, 134:5
**miraculous** [1] - 74:8
**MIRO** [2] - 2:1, 154:25
**Miro** [1] - 2:1
**missed** [1] - 148:13
**Mission** [1] - 24:2
**mistake** [3] - 20:23, 28:8, 31:6
**mixture** [4] - 19:12, 19:14, 19:18, 19:20
**Mocho** [9] - 41:2, 41:17, 41:18, 68:7, 68:8, 98:6, 98:7, 98:8, 98:10
**mom** [1] - 110:3
**mom's** [1] - 88:13
**moment** [5] - 49:16, 49:19, 104:4, 132:8, 145:14
**Monday** [2] - 74:16, 74:21
**money** [49] - 42:10, 42:12, 44:15, 44:23, 45:10, 45:13, 45:16, 45:17, 46:13, 50:4, 50:7, 50:8, 51:10, 62:9, 62:23, 63:15, 64:10, 64:11, 64:13, 64:17, 64:23, 67:4, 67:6, 67:11, 69:2, 70:8, 70:9, 71:23, 72:4, 91:10, 92:9, 94:10, 99:11, 104:12, 104:14, 106:7, 109:10, 109:25, 110:3, 110:11, 111:12, 113:13, 133:15, 138:16, 141:21, 142:24, 143:1
**monitor** [1] - 95:21
**month** [1] - 46:6
**months** [8] - 66:17, 67:15, 67:16, 71:7, 77:8, 134:22, 135:4, 154:5
**Moody** [5] - 69:6, 103:21, 110:8, 110:20, 123:5
**more** [36] - 5:3, 17:7, 17:9, 19:3, 19:13, 19:19, 20:14, 21:5, 22:24, 23:5, 28:15, 36:20, 36:23, 36:24, 49:12, 51:21, 51:22, 55:12, 83:13, 83:20, 88:7, 107:24, 108:6, 108:21, 112:8, 113:21, 114:25, 121:3, 127:3, 132:11, 134:20, 142:16, 149:21, 152:15
**morning** [9] - 5:14, 38:1, 113:2, 150:2, 150:11, 150:24, 152:2, 153:10, 154:23
**Morris** [3] - 4:11, 124:14, 133:21
**MORRIS** [17] - 1:18, 4:14, 113:2, 129:17, 145:14, 146:3, 146:18, 147:5, 148:9, 148:13, 150:15, 152:14, 152:18, 152:22, 153:3, 153:5, 154:9
**Morris**.............................. [1] - 3:6
**most** [22] - 5:15, 8:16, 9:17, 45:11, 72:23, 81:15, 89:20, 91:3, 95:23, 99:25, 113:18, 117:11, 127:21, 128:18, 129:18, 131:10, 132:1, 132:5, 132:25, 138:7, 142:11
**mother's** [1] - 78:21
**motion** [3] - 115:20, 146:4
**motive** [5] - 14:19, 46:9, 46:12, 46:13
**Motor** [1] - 125:5
**Motorsports** [1] - 149:9
**mouth** [2] - 109:1, 140:2
**move** [14] - 4:18, 40:15, 77:24, 77:25,

78:7, 78:12, 83:11, 88:19, 94:7, 114:25, 118:8, 121:6, 121:9
**moved** [3] - 75:14, 83:18, 88:12
**movement** [1] - 40:18
**moves** [2] - 71:6, 142:4
**movies** [1] - 91:21
**moving** [9] - 40:12, 66:24, 75:12, 83:16, 120:2, 120:16, 126:9, 136:9, 142:23
**Mr** [25] - 3:6, 3:7, 4:11, 37:20, 50:13, 51:14, 94:13, 95:16, 97:12, 98:10, 102:22, 103:8, 116:12, 117:1, 124:14, 133:21, 133:22, 140:21, 141:8, 142:22, 142:25, 143:13, 144:7, 144:8, 150:1
**MR** [28] - 1:14, 1:18, 4:8, 4:14, 85:8, 113:2, 129:17, 133:23, 134:1, 145:14, 146:3, 146:18, 147:5, 147:10, 147:15, 147:17, 148:1, 148:9, 148:13, 150:14, 150:15, 152:14, 152:18, 152:22, 153:3, 153:5, 153:9, 154:9
**Ms** [37] - 3:5, 3:6, 4:11, 37:23, 72:7, 74:18, 74:22, 75:1, 75:7, 75:9, 75:12, 75:14, 75:18, 76:11, 77:22, 78:17, 78:25, 79:15, 79:18, 84:25, 85:6, 85:15, 85:20, 86:1, 89:3, 90:24, 93:13, 94:20, 98:8, 100:2, 110:18, 113:2, 124:17, 126:25, 127:23, 144:7, 153:24
**MS** [15] - 1:15, 1:22, 2:1, 4:13, 4:15, 37:22, 37:24, 85:7, 85:16, 148:6, 148:18, 153:15, 153:17, 153:22, 154:1, 154:11, 154:16, 154:24, 155:1
**much** [20] - 12:17, 46:3, 69:18, 71:22, 89:3, 91:5, 94:1, 94:13, 94:17, 109:10, 115:7, 116:5, 117:12, 121:3, 121:4, 121:13, 122:16, 126:10, 129:15
**multiagency** [2] - 110:16, 112:8
**multiple** [9] - 89:5, 89:6, 106:14, 108:2, 109:24, 113:15, 122:19, 122:23, 132:16
**multitude** [1] - 87:25
**murder** [5] - 51:18, 86:17, 97:7, 100:16, 138:22
**murdered** [6] - 46:24, 54:2, 69:23, 86:14, 97:8, 97:9
**murderer** [1] - 104:10
**murderers** [3] - 86:8, 103:13, 103:17
**must** [30] - 6:2, 6:17, 7:24, 9:11, 9:24, 10:2, 10:20, 11:15, 11:17, 13:24, 15:7, 15:10, 19:1, 21:23, 22:11, 22:14, 22:17, 23:3, 29:9, 29:23, 30:1, 30:4, 30:16, 33:11, 34:7, 34:13, 132:18, 132:19, 138:20
**my** [53] - 5:23, 6:1, 16:2, 17:20, 40:5, 40:12, 41:1, 41:19, 47:4, 47:23, 50:4, 51:4, 61:17, 61:22, 62:3, 62:15, 62:22, 63:3, 67:3, 69:23, 70:1, 70:4, 76:12, 77:20, 80:8, 88:12, 90:2, 91:17, 94:18, 98:21, 99:8, 99:12, 100:10, 100:11, 115:12, 120:18, 122:2, 122:9, 122:15, 139:3, 142:2, 143:15, 145:9, 146:4,

146:14, 147:5, 152:2, 155:6

# N

**N** [4] - 4:1, 4:2
**name** [29] - 25:9, 27:9, 27:10, 27:14, 27:16, 27:17, 27:19, 27:20, 41:2, 44:3, 55:17, 56:6, 56:7, 68:16, 68:17, 70:1, 77:20, 92:1, 96:12, 99:2, 104:6, 108:13, 120:24, 121:1, 121:16, 125:6, 133:11
**named** [13] - 39:18, 39:21, 42:1, 44:10, 46:23, 47:22, 52:12, 52:13, 63:2, 68:3, 68:7, 91:24, 97:17
**names** [5] - 51:7, 51:13, 52:12, 67:24, 124:7
**National** [1] - 44:25
**nature** [5] - 21:11, 28:22, 137:20, 138:8
**near** [1] - 9:8
**necessarily** [3] - 22:6, 29:17, 32:2
**necessary** [5] - 8:7, 14:10, 14:20, 32:3, 32:18
**need** [36] - 4:20, 21:17, 21:21, 29:4, 29:7, 31:23, 35:11, 37:16, 40:25, 42:10, 49:8, 56:16, 56:22, 64:10, 66:9, 75:15, 81:16, 83:8, 103:23, 110:24, 111:1, 111:2, 127:18, 127:19, 130:6, 131:14, 133:24, 136:24, 145:6, 146:3, 146:6, 149:20, 150:9, 150:24, 151:25
**needs** [2] - 63:13, 145:5
**negative** [1] - 87:11
**neither** [2] - 7:10, 17:3
**nervous** [1] - 42:7
**never** [37] - 8:1, 15:18, 16:15, 17:12, 34:9, 38:21, 46:20, 49:3, 57:4, 58:25, 60:6, 67:24, 68:3, 68:6, 68:18, 68:20, 72:7, 77:18, 86:15, 86:16, 91:13, 93:7, 95:7, 98:25, 99:10, 102:3, 102:7, 102:15, 102:20, 104:13, 110:12, 112:1, 114:14, 122:21, 122:22, 124:8, 146:3
**new** [7] - 46:2, 53:21, 67:10, 67:11, 84:5, 99:14, 100:19
**news** [3] - 144:10, 144:16
**next** [18] - 4:23, 41:20, 42:25, 45:5, 46:11, 46:17, 53:17, 56:9, 62:10, 62:25, 65:11, 73:11, 79:21, 81:20, 84:11, 94:23, 145:2, 150:2
**nice** [1] - 68:17
**nickname** [3] - 41:24, 47:1, 96:12
**nicknames** [1] - 46:22
**NICOLE** [1] - 1:15
**night** [2] - 50:23, 53:22
**Nine** [1] - 24:25
**nine** [3] - 4:21, 57:21, 67:15
**Nissan** [1] - 44:13
**No** [1] - 42:11
**no** [75] - 4:9, 6:14, 11:3, 22:8, 29:19, 33:23, 39:3, 40:22, 60:1, 63:17, 65:22, 70:24, 74:22, 75:24, 76:21, 76:22, 80:24, 80:25, 81:2, 82:16, 82:19, 83:16,

89:8, 90:25, 91:18, 94:22, 95:2, 96:20, 96:23, 98:7, 98:14, 101:19, 103:7, 103:8, 104:1, 104:3, 104:8, 104:21, 106:10, 106:15, 106:18, 106:19, 107:4, 108:22, 110:12, 112:15, 115:10, 115:15, 117:7, 118:12, 119:1, 123:18, 123:19, 123:20, 131:5, 134:8, 134:12, 134:14, 134:21, 135:11, 135:20, 138:23, 139:18, 140:20, 143:8, 145:9, 145:22, 146:16, 150:15, 153:5, 154:16
**NO** [1] - 3:1
**nobody** [6] - 86:25, 106:8, 106:17, 107:22, 109:12, 121:22
**nonbinding** [1] - 16:4
**none** [5] - 93:17, 93:22, 95:24, 106:16, 117:5
**nor** [5] - 7:10, 21:18, 21:23, 29:5, 29:9
**normal** [2] - 89:19, 154:4
**north** [2] - 73:18, 136:4
**North** [1] - 136:4
**not** [231] - 6:17, 6:22, 7:21, 8:7, 9:5, 9:15, 9:22, 9:24, 10:3, 10:5, 10:12, 10:14, 10:16, 10:18, 10:20, 10:22, 11:1, 11:17, 12:3, 12:25, 13:1, 13:24, 15:3, 16:10, 16:19, 17:1, 17:2, 17:4, 17:7, 17:8, 17:18, 17:19, 17:21, 17:22, 20:7, 20:22, 21:14, 21:17, 21:21, 22:6, 22:10, 22:13, 22:14, 22:16, 22:17, 28:7, 28:25, 29:3, 29:4, 29:7, 29:17, 29:21, 30:1, 30:3, 30:4, 31:5, 31:23, 32:2, 32:23, 33:1, 33:3, 33:4, 34:6, 34:16, 34:18, 35:7, 35:15, 35:16, 36:2, 36:6, 37:5, 37:8, 37:9, 39:1, 43:20, 45:2, 46:3, 46:6, 49:18, 50:3, 50:14, 50:25, 52:8, 52:9, 52:16, 53:8, 53:10, 53:21, 54:7, 54:14, 55:3, 57:7, 57:8, 57:16, 58:19, 59:16, 60:20, 61:2, 61:4, 61:5, 62:8, 65:7, 65:15, 65:25, 66:4, 66:23, 67:8, 69:7, 69:14, 71:8, 71:9, 71:14, 71:25, 72:25, 73:4, 74:14, 76:10, 77:14, 77:16, 78:9, 79:15, 79:16, 79:17, 80:20, 83:15, 83:25, 84:5, 85:24, 85:25, 86:2, 86:18, 86:21, 86:22, 87:6, 90:11, 90:24, 92:3, 92:11, 92:12, 92:13, 92:18, 93:2, 94:15, 95:3, 98:11, 98:12, 100:14, 101:12, 101:17, 102:13, 103:23, 106:11, 107:9, 108:22, 109:2, 109:6, 109:15, 109:21, 109:23, 111:14, 111:17, 112:2, 112:5, 112:16, 112:17, 112:23, 114:8, 114:20, 116:13, 117:21, 119:13, 119:23, 120:3, 120:5, 121:1, 121:18, 122:20, 123:25, 124:17, 124:22, 126:13, 126:18, 127:7, 127:24, 128:1, 128:2, 128:23, 128:24, 129:20, 131:1, 131:2, 131:7, 132:1, 132:2, 132:11, 132:12, 132:20, 132:23, 136:2, 137:19, 137:23, 138:2, 138:6, 138:13, 138:17, 139:5, 139:23, 140:3, 140:18, 141:9, 142:2, 143:11, 144:17, 146:23, 148:24, 150:14, 151:11, 151:15, 154:19

**note** [7] - 61:10, 122:12, 146:11, 146:14, 149:6, 151:5, 151:18
**Note** [3] - 149:19, 149:23, 153:12
**notes** [13] - 10:11, 10:12, 10:14, 10:16, 10:18, 10:20, 98:21, 148:23, 148:25, 149:13, 151:6, 152:6
**nothing** [12] - 7:2, 60:4, 67:19, 70:23, 70:25, 101:19, 107:12, 109:15, 124:19, 127:13, 140:20
**notice** [1] - 9:19
**notion** [1] - 6:17
**now** [49] - 5:9, 5:15, 17:25, 21:4, 22:2, 23:18, 23:21, 34:4, 34:25, 37:19, 40:2, 43:23, 44:24, 49:9, 49:15, 50:9, 51:5, 61:3, 61:19, 66:25, 68:1, 72:18, 81:18, 84:15, 84:20, 85:14, 87:12, 91:12, 92:2, 99:4, 99:8, 100:2, 101:5, 103:24, 103:25, 112:25, 115:4, 121:8, 122:4, 123:22, 125:23, 129:13, 131:19, 131:24, 143:19, 143:20, 148:15, 149:17, 154:2
**nowhere** [1] - 116:8
**Number** [7] - 36:15, 59:6, 63:19, 64:20, 65:17, 69:16, 75:7
**number** [17] - 35:1, 41:4, 61:14, 63:22, 66:15, 69:22, 91:13, 91:16, 91:18, 135:7, 135:13, 135:14, 135:16, 139:11, 145:2, 145:10
**numbered** [1] - 155:7
**numbers** [2] - 42:2, 135:6
**numerically** [1] - 35:17
**nuns** [1] - 135:25
**nurse** [1] - 78:4

# O

**O** [3] - 4:1, 4:2
**oath** [2] - 6:25, 79:11
**object** [2] - 18:13, 23:17
**objection** [5] - 4:9, 150:5, 150:13, 150:15, 154:16
**objections** [2] - 9:15, 9:23
**objectives** [2] - 22:1, 29:12
**obvious** [1] - 75:2
**obviously** [10] - 72:15, 72:18, 83:1, 94:15, 135:24, 138:10, 140:23, 141:8, 147:17, 148:2
**occasion** [2] - 21:13, 28:24
**occasions** [3] - 13:15, 14:8, 14:18
**occurred** [4] - 9:4, 56:16, 66:6, 66:7
**occurring** [1] - 95:20
**OCDETF** [1] - 112:8
**Ochoa** [1] - 27:25
**OF** [3] - 1:1, 1:4, 1:9
**of** [713] - 2:1, 2:5, 5:15, 5:17, 5:20, 5:21, 5:22, 6:1, 6:2, 6:5, 6:6, 6:7, 6:10, 6:13, 6:16, 6:19, 7:8, 7:11, 7:13, 7:22, 7:24, 8:2, 8:5, 8:6, 8:12, 8:15, 8:17, 9:3, 9:13, 9:16, 9:18, 9:21, 10:7, 10:13, 10:15, 10:16, 10:19, 10:20, 10:21,

10:24, 10:25, 11:5, 11:9, 11:14, 11:15, 11:18, 11:19, 11:21, 11:22, 11:24, 12:5, 12:11, 12:12, 12:13, 12:14, 12:16, 12:17, 12:18, 12:24, 13:2, 13:5, 13:6, 13:10, 13:12, 13:23, 13:24, 14:4, 14:7, 14:9, 14:12, 14:13, 14:17, 14:19, 14:22, 14:24, 15:3, 15:4, 15:8, 15:12, 15:14, 15:19, 16:11, 16:12, 16:13, 16:16, 16:18, 16:19, 17:1, 17:4, 17:13, 17:15, 17:18, 18:4, 18:8, 18:9, 18:13, 18:15, 18:24, 18:25, 19:1, 19:2, 19:6, 19:7, 19:11, 19:12, 19:13, 19:14, 19:15, 19:17, 19:18, 19:19, 19:20, 19:21, 19:24, 20:2, 20:5, 20:11, 20:13, 20:15, 20:16, 20:22, 21:6, 21:7, 21:8, 21:9, 21:10, 21:11, 21:19, 21:22, 21:24, 22:2, 22:6, 22:7, 22:8, 22:9, 22:12, 22:16, 22:18, 22:21, 22:25, 23:1, 23:2, 23:4, 23:6, 23:9, 23:10, 23:14, 23:15, 23:17, 23:18, 23:22, 24:1, 24:5, 24:9, 24:13, 24:16, 25:4, 25:6, 25:13, 26:18, 26:23, 26:25, 27:5, 27:11, 27:18, 27:25, 28:7, 28:17, 28:18, 28:19, 28:20, 28:22, 29:6, 29:8, 29:10, 29:13, 29:17, 29:19, 29:21, 29:25, 30:3, 30:5, 30:8, 30:10, 30:16, 30:17, 31:5, 31:10, 31:20, 32:1, 32:6, 32:8, 32:11, 32:14, 32:18, 32:22, 33:6, 33:10, 33:12, 33:22, 33:24, 34:2, 34:7, 34:8, 34:13, 34:14, 34:19, 34:20, 34:23, 35:1, 35:6, 35:7, 35:17, 35:22, 36:15, 36:18, 37:8, 37:11, 37:19, 38:1, 38:3, 38:4, 38:10, 38:19, 38:20, 39:9, 40:9, 40:15, 40:17, 40:18, 41:5, 41:7, 41:19, 41:22, 42:18, 43:9, 43:14, 43:15, 44:5, 45:11, 45:13, 45:17, 46:9, 46:15, 46:19, 46:20, 46:24, 47:5, 47:8, 47:24, 48:10, 49:10, 49:12, 49:14, 49:22, 50:2, 50:10, 51:8, 51:13, 51:19, 52:5, 52:15, 52:21, 53:4, 53:5, 53:18, 54:5, 54:18, 55:6, 55:11, 55:12, 55:22, 55:24, 56:14, 56:21, 57:1, 57:2, 57:6, 57:9, 57:13, 57:17, 57:18, 58:4, 59:7, 59:9, 59:19, 59:23, 60:2, 60:3, 60:22, 61:6, 61:14, 62:15, 62:17, 62:20, 63:9, 63:13, 63:23, 65:7, 65:18, 66:15, 67:1, 67:9, 67:19, 67:20, 67:21, 67:23, 67:25, 68:1, 68:5, 68:9, 69:5, 69:6, 69:8, 69:9, 69:10, 69:11, 70:2, 70:3, 70:9, 70:18, 70:25, 71:3, 71:13, 71:17, 71:20, 71:21, 72:24, 73:8, 73:9, 73:22, 73:23, 73:24, 74:6, 74:10, 74:24, 75:3, 75:5, 75:22, 76:5, 76:11, 77:9, 77:24, 78:7, 78:14, 78:23, 79:1, 79:4, 79:9, 79:11, 79:20, 79:22, 79:23, 80:5, 80:10, 80:11, 80:13, 80:15, 80:18, 80:22, 81:2, 81:3, 81:7, 81:8, 81:12, 81:15, 81:19, 81:22, 81:24, 82:3, 82:7, 82:9, 82:18, 82:23, 83:5, 83:8, 83:11, 83:14, 83:16, 83:17, 84:3, 84:12, 84:14, 84:21, 84:23, 85:19, 85:25, 86:1, 86:5, 86:8, 86:11, 86:14, 86:15, 86:20, 87:19, 87:25, 88:9, 88:13, 88:14, 88:22,

88:23, 88:25, 89:5, 89:6, 89:9, 89:11, 89:13, 89:17, 89:20, 89:25, 90:4, 90:9, 90:12, 90:16, 90:17, 90:21, 90:23, 90:24, 91:3, 91:7, 91:15, 91:21, 91:22, 91:25, 92:1, 92:4, 92:9, 93:5, 93:10, 93:11, 93:15, 93:18, 93:20, 93:22, 94:6, 94:9, 94:11, 94:12, 94:15, 94:18, 94:23, 94:25, 95:14, 95:17, 95:19, 95:20, 95:21, 95:24, 96:2, 96:3, 96:8, 96:11, 96:16, 96:23, 97:1, 97:8, 97:18, 97:22, 98:8, 98:14, 98:17, 98:22, 98:23, 98:24, 98:25, 99:3, 99:5, 99:15, 99:17, 99:21, 99:22, 99:24, 99:25, 100:9, 100:17, 101:22, 101:23, 101:24, 102:13, 102:21, 102:23, 102:24, 103:2, 103:15, 104:4, 104:10, 104:20, 105:4, 105:5, 105:10, 106:2, 106:12, 106:16, 106:17, 107:3, 107:4, 107:14, 107:21, 108:13, 109:13, 110:16, 111:1, 111:2, 111:3, 111:4, 111:12, 111:15, 111:19, 111:22, 112:1, 112:11, 112:15, 112:21, 112:22, 113:3, 113:4, 113:7, 113:13, 113:17, 114:1, 114:4, 114:9, 114:19, 114:21, 116:2, 116:3, 116:9, 116:14, 116:24, 117:3, 117:5, 117:8, 117:18, 117:19, 118:7, 118:10, 118:18, 119:8, 119:9, 119:19, 119:21, 120:6, 120:7, 120:25, 121:1, 121:2, 121:11, 121:14, 121:15, 122:2, 122:10, 122:16, 122:21, 122:22, 123:5, 123:9, 124:6, 124:10, 124:11, 124:15, 124:17, 124:21, 124:23, 125:5, 125:18, 126:6, 126:13, 127:10, 127:11, 127:14, 127:21, 128:6, 128:15, 128:17, 128:19, 128:25, 129:7, 129:19, 129:20, 129:21, 129:22, 129:23, 130:1, 130:2, 130:3, 130:14, 130:16, 130:22, 131:6, 131:10, 132:12, 132:25, 133:3, 133:8, 133:9, 133:10, 133:12, 134:5, 134:12, 134:15, 135:4, 135:19, 135:21, 136:9, 136:16, 137:3, 137:5, 137:7, 137:10, 137:11, 137:17, 137:20, 137:24, 138:7, 138:8, 138:13, 138:14, 139:11, 140:2, 140:11, 140:12, 140:15, 140:19, 141:11, 141:12, 141:18, 141:19, 141:21, 142:1, 142:4, 142:7, 142:11, 142:12, 142:21, 142:24, 143:1, 143:7, 143:14, 143:15, 143:16, 143:21, 144:8, 144:23, 145:5, 147:2, 147:5, 147:6, 147:13, 147:18, 147:19, 147:20, 147:22, 148:8, 149:2, 149:7, 149:8, 149:10, 150:9, 151:8, 151:24, 151:25, 152:9, 153:21, 154:4, 155:6, 155:6, 155:7

off [21] - 5:5, 37:20, 40:8, 47:14, 50:18, 55:2, 64:23, 71:5, 78:22, 87:19, 91:13, 94:18, 100:11, 104:10, 111:16, 115:24, 121:11, 146:9, 146:14, 151:4

Off [2] - 148:20, 152:21

Off-the [1] - 152:21

Off-the-record [1] - 148:20

offend [2] - 130:19, 131:14

offended [2] - 112:15, 112:19

offense [7] - 16:19, 17:2, 22:25, 31:11, 32:4, 33:6, 33:13

offenses [3] - 8:19, 123:1, 123:2

offensive [2] - 109:22, 112:14

office [3] - 48:7, 48:8

Office [3] - 1:15, 2:1, 109:11

Officer [1] - 45:18

OFFICER [7] - 5:11, 85:4, 85:10, 144:5, 148:22, 150:18, 152:4

officer [3] - 35:13, 60:13, 122:18

officers [2] - 53:21, 53:23

Official [4] - 2:4, 2:4, 155:5, 155:9

Oh [2] - 85:7, 108:9

oh [6] - 71:6, 76:20, 99:23, 101:9, 103:7, 153:22

okay [23] - 4:12, 4:17, 5:8, 75:25, 76:18, 78:19, 81:13, 81:23, 82:3, 119:12, 137:21, 144:11, 144:13, 144:15, 145:18, 146:5, 150:23, 152:12, 152:24, 153:1, 153:7, 153:16, 154:2

Okay [3] - 49:8, 62:16, 120:12

old [8] - 45:19, 45:20, 45:22, 45:24, 51:24, 69:17, 108:13, 142:16

Olivarez [8] - 9:1, 22:23, 23:7, 25:13, 37:4, 38:15, 51:14, 53:18

Olivarez's [1] - 26:6

on [234] - 5:10, 8:3, 8:19, 8:22, 8:23, 9:1, 9:2, 9:4, 9:6, 9:8, 10:2, 10:8, 10:14, 13:14, 13:19, 14:8, 14:17, 16:11, 17:1, 17:4, 17:8, 17:10, 21:13, 23:24, 24:3, 24:7, 24:11, 24:14, 24:17, 24:20, 24:23, 24:25, 25:3, 25:5, 25:8, 25:11, 25:14, 25:15, 25:17, 25:20, 25:23, 25:25, 26:2, 26:3, 26:5, 26:7, 26:9, 26:11, 26:13, 26:14, 26:16, 26:19, 26:21, 26:24, 27:2, 27:4, 27:7, 27:9, 27:13, 27:16, 27:19, 27:21, 27:24, 28:24, 34:8, 35:17, 36:4, 36:6, 36:10, 36:14, 36:23, 39:10, 39:20, 40:14, 42:2, 42:22, 44:11, 44:21, 45:23, 49:1, 51:5, 55:2, 55:5, 55:6, 55:12, 56:16, 57:2, 57:17, 59:2, 59:3, 59:4, 59:7, 59:11, 61:21, 62:11, 64:21, 66:10, 67:18, 67:20, 68:8, 70:9, 72:7, 72:10, 73:14, 73:21, 73:23, 74:4, 74:8, 74:12, 74:20, 74:25, 76:1, 76:22, 78:8, 78:23, 78:24, 79:6, 80:6, 80:19, 81:7, 81:11, 81:16, 82:10, 83:21, 84:2, 89:3, 90:3, 90:12, 90:24, 91:5, 92:6, 94:24, 95:19, 96:10, 96:14, 96:21, 98:9, 99:24, 100:19, 100:20, 100:22, 100:24, 101:3, 101:6, 101:7, 101:11, 101:16, 102:3, 103:5, 103:18, 103:24, 103:25, 104:15, 105:9, 106:13, 107:12, 107:25, 109:11, 112:13, 113:21, 113:24, 114:4, 114:8, 114:9, 115:8, 115:19, 116:6, 117:7, 117:13, 117:14, 117:15, 117:18, 117:24, 118:2, 118:8, 118:14, 118:19, 119:16, 120:6, 120:21, 123:24, 124:4,

124:17, 124:19, 125:16, 126:24, 127:5, 127:20, 127:22, 129:3, 130:11, 131:3, 132:7, 133:4, 133:16, 133:18, 134:12, 134:25, 135:20, 136:5, 136:8, 137:16, 139:24, 142:18, 143:18, 143:20, 146:7, 148:9, 149:18, 150:1, 150:2, 150:12, 151:22, 151:25, 152:12, 152:16, 152:18, 152:19, 152:24, 152:25, 153:1, 153:20, 153:23

**once** [8] - 37:6, 55:3, 55:16, 62:8, 80:14, 93:25, 101:9, 143:6

**one** [124] - 4:19, 5:22, 6:15, 6:23, 10:24, 15:4, 16:9, 17:8, 17:10, 17:18, 20:12, 21:8, 21:13, 23:14, 23:16, 23:24, 25:4, 28:18, 28:24, 34:11, 35:1, 40:21, 40:25, 42:20, 44:11, 45:11, 48:25, 49:2, 52:25, 53:3, 53:4, 53:5, 54:21, 55:11, 55:24, 57:13, 57:15, 57:18, 57:20, 58:22, 58:23, 59:7, 59:19, 60:3, 63:8, 63:17, 67:1, 70:8, 76:21, 76:22, 77:6, 81:2, 81:4, 81:5, 81:10, 81:11, 81:12, 81:16, 83:24, 84:8, 85:17, 85:18, 85:25, 89:2, 89:4, 90:22, 90:23, 91:3, 91:25, 92:8, 94:4, 94:11, 94:22, 95:4, 95:17, 96:8, 97:3, 103:2, 104:13, 104:25, 105:10, 106:4, 107:7, 107:24, 109:3, 109:9, 110:16, 111:19, 113:17, 114:1, 114:7, 115:23, 120:6, 120:25, 121:1, 121:11, 123:1, 125:20, 129:19, 129:20, 131:5, 131:6, 131:10, 132:12, 132:25, 134:8, 134:13, 134:20, 136:1, 136:14, 139:7, 139:8, 139:12, 140:21, 143:8, 144:23, 148:7, 149:2, 150:11, 150:12, 153:13, 154:2

**one-third** [1] - 121:11

**ones** [3] - 51:15, 63:4, 73:2

**ongoing** [1] - 82:13

**only** [42] - 8:9, 9:11, 10:11, 13:3, 15:1, 16:23, 21:15, 29:1, 31:25, 34:13, 38:25, 50:17, 54:7, 56:17, 58:8, 58:19, 59:16, 62:25, 63:1, 63:5, 69:17, 71:25, 73:2, 73:4, 73:22, 73:25, 74:3, 80:22, 86:10, 92:3, 100:3, 106:3, 111:2, 115:2, 115:4, 115:22, 132:21, 136:12, 139:23, 140:2, 145:21, 151:15

**open** [2] - 69:19, 147:4

**opened** [1] - 149:11

**opening** [3] - 93:14, 113:24, 146:22

**opens** [3] - 48:9, 142:5, 142:8

**operate** [1] - 143:20

**operating** [3] - 62:18, 68:22, 143:18

**operation** [2] - 96:1, 102:3

**opinion** [5] - 6:18, 10:6, 10:21, 34:20, 131:15

**opinions** [1] - 34:17

**opportunity** [7] - 12:9, 14:19, 111:16, 112:5, 131:19, 133:12, 148:13

**or** [262] - 4:21, 6:14, 6:15, 6:17, 6:18, 6:22, 6:23, 6:24, 8:6, 8:19, 8:22, 8:23, 9:1, 9:2, 9:4, 9:15, 9:17, 9:19, 10:6,

10:19, 10:20, 10:23, 11:1, 11:4, 11:18, 11:19, 11:23, 12:6, 12:7, 12:8, 12:20, 12:21, 13:5, 14:10, 14:19, 15:6, 15:13, 15:14, 15:23, 15:24, 16:8, 16:21, 17:2, 17:3, 17:4, 17:13, 17:18, 17:23, 17:25, 18:20, 19:3, 19:5, 19:12, 19:13, 19:14, 19:16, 19:18, 19:19, 19:20, 19:23, 19:24, 20:2, 20:9, 20:10, 20:12, 20:13, 20:14, 20:18, 20:19, 20:23, 21:3, 21:4, 21:9, 21:12, 21:13, 21:23, 21:25, 22:3, 22:24, 23:5, 23:7, 23:17, 23:24, 24:3, 24:7, 24:11, 24:14, 24:17, 24:20, 24:23, 24:25, 25:3, 25:5, 25:8, 25:11, 25:14, 25:17, 25:20, 25:23, 25:25, 26:2, 26:5, 26:7, 26:9, 26:11, 26:13, 26:16, 26:19, 26:21, 26:24, 27:2, 27:4, 27:7, 27:9, 27:13, 27:16, 27:19, 27:21, 27:24, 28:7, 28:13, 28:15, 28:20, 28:23, 28:24, 29:9, 29:11, 29:14, 30:9, 30:12, 30:13, 30:22, 30:23, 31:2, 31:5, 31:8, 31:9, 31:16, 31:19, 31:25, 32:7, 32:8, 32:12, 32:15, 32:24, 33:7, 34:2, 34:6, 34:19, 34:20, 35:7, 35:14, 35:17, 36:2, 36:17, 37:4, 37:8, 37:9, 39:1, 41:24, 45:1, 45:2, 45:3, 47:15, 51:6, 53:7, 57:14, 61:21, 68:20, 69:7, 69:14, 74:12, 74:14, 79:11, 82:21, 83:3, 83:8, 84:19, 86:15, 93:14, 96:5, 96:6, 96:21, 96:25, 97:4, 98:12, 98:24, 99:2, 99:17, 100:16, 101:13, 101:14, 103:9, 104:8, 105:2, 105:24, 106:1, 106:17, 107:8, 107:10, 107:16, 107:17, 108:6, 108:22, 109:16, 110:13, 110:21, 111:23, 111:25, 112:3, 114:9, 116:15, 116:20, 117:21, 118:6, 119:5, 119:8, 119:17, 125:6, 125:8, 126:14, 126:24, 128:2, 128:21, 129:25, 134:18, 135:4, 136:10, 137:2, 137:11, 137:19, 140:11, 140:13, 142:12, 145:21, 147:2, 147:21, 152:19

**oral** [1] - 147:25

**orange** [1] - 98:9

**order** [4] - 23:17, 56:22, 127:9, 148:16

**ordinarily** [1] - 32:5

**ordinary** [2] - 15:8, 57:11

**organization** [2] - 57:2, 112:12

**original** [1] - 7:8

**Orlando** [9] - 27:4, 27:7, 27:22, 55:10, 102:2, 121:13, 140:6, 140:7

**Oscar** [1] - 101:16

**other** [89] - 5:22, 6:24, 7:15, 10:17, 11:10, 12:11, 12:15, 12:20, 13:15, 14:3, 14:5, 14:8, 14:15, 14:18, 15:25, 16:20, 17:4, 17:8, 17:19, 21:7, 21:10, 22:4, 22:15, 22:18, 28:18, 28:21, 29:15, 30:2, 30:6, 31:21, 32:14, 33:3, 39:25, 40:22, 43:21, 45:15, 48:4, 48:16, 52:13, 54:3, 57:25, 58:1, 59:17, 71:18, 72:6, 74:3, 74:18, 77:3, 82:2, 83:11, 84:1, 85:21, 85:23, 86:7, 89:24, 91:15, 91:18, 93:22, 93:23, 95:2, 95:23, 99:3, 99:11, 104:20,

107:8, 111:6, 114:13, 114:17, 114:25, 116:4, 116:10, 116:17, 117:5, 117:6, 118:23, 120:16, 123:3, 126:23, 133:17, 134:9, 139:23, 145:7, 145:22, 148:9, 148:12, 151:6, 154:3

**others** [5] - 20:19, 30:15, 32:18, 91:23, 116:2

**otherwise** [3] - 9:19, 35:17, 139:1

**ought** [1] - 6:18

**our** [15] - 46:13, 51:13, 85:19, 85:25, 88:22, 96:11, 97:12, 114:19, 118:16, 127:25, 144:12, 148:1, 148:13, 152:8, 152:25

**out** [69] - 9:16, 21:23, 29:9, 40:25, 42:4, 44:17, 47:19, 48:12, 49:3, 49:25, 50:15, 52:15, 52:25, 53:9, 53:10, 54:5, 54:14, 55:3, 55:7, 55:13, 55:22, 56:3, 56:7, 59:7, 61:10, 62:5, 63:15, 64:21, 64:23, 67:23, 68:7, 68:10, 70:3, 78:7, 79:5, 79:18, 79:23, 84:3, 88:6, 88:7, 88:8, 94:21, 96:2, 97:1, 97:18, 99:17, 99:23, 100:12, 103:25, 105:5, 106:16, 108:23, 109:12, 114:24, 120:1, 120:11, 123:17, 125:6, 129:1, 129:3, 130:24, 131:16, 140:2, 140:15, 141:13, 144:23, 152:15, 154:12

**outcome** [3] - 12:5, 15:12, 116:14

**outside** [6] - 40:9, 73:24, 94:11, 98:20, 99:15, 125:16

**over** [44] - 4:21, 4:23, 5:24, 10:12, 20:5, 20:9, 40:5, 42:18, 43:8, 46:25, 47:3, 48:17, 49:4, 49:16, 58:3, 61:8, 61:18, 61:22, 62:9, 63:4, 63:21, 63:22, 63:25, 64:21, 69:5, 69:8, 76:2, 84:6, 87:3, 87:4, 90:3, 107:18, 110:10, 117:4, 117:9, 120:25, 134:19, 139:11, 144:8, 145:7, 151:1

**overall** [1] - 19:11

**overboard** [1] - 117:2

**overlap** [1] - 113:4

**overriding** [1] - 113:7

**Overt** [1] - 23:22

**overt** [8] - 4:5, 23:16, 23:18, 28:2, 28:3, 81:4, 81:5, 81:9

**overwhelming** [3] - 65:6, 133:10, 133:12

**Ovidio** [31] - 9:4, 26:10, 26:12, 26:14, 26:18, 26:23, 27:1, 27:6, 27:12, 27:18, 27:22, 27:25, 30:10, 30:20, 30:22, 30:24, 31:1, 31:24, 37:9, 38:17, 55:6, 58:18, 58:23, 73:24, 81:19, 82:6, 82:10, 82:16, 82:17, 82:19, 84:16

**own** [17] - 5:20, 6:17, 8:17, 9:20, 10:10, 10:15, 10:21, 34:17, 54:16, 59:18, 71:1, 90:25, 103:15, 128:19, 130:4, 130:16, 131:10

**owned** [4] - 95:7, 95:16, 98:17, 125:7

**owner** [2] - 98:17, 140:11

**owns** [2] - 43:3, 47:24

# P

**P** [1] - 4:1
**pace** [1] - 77:25
**Paco** [11] - 47:22, 48:1, 48:6, 48:8, 48:15, 48:20, 49:5, 49:6, 49:11, 76:3
**paddle** [1] - 53:13
**paddled** [1] - 56:5
**paddles** [1] - 53:14
**PAGE** [1] - 3:1
**Page** [10] - 57:17, 81:7, 152:16, 153:1, 153:7, 153:18, 153:21, 153:23
**pages** [2] - 16:2, 107:15
**pains** [1] - 117:14
**Palmas** [1] - 45:23
**Panama** [8] - 68:6, 90:23, 90:24, 91:1, 91:7, 93:19, 99:14, 115:2
**Panochas** [18] - 41:24, 42:6, 42:7, 42:13, 42:14, 42:20, 43:19, 63:21, 63:24, 63:25, 64:5, 64:9, 64:13, 67:24, 83:21, 84:6, 107:17
**panochas** [1] - 64:1
**Panochitas** [11] - 41:25, 97:12, 102:9, 103:8, 103:19, 103:22, 104:1, 104:9, 104:21, 107:16, 141:2
**pardon** [1] - 133:25
**parent's** [1] - 119:7
**parking** [1] - 51:10
**part** [18] - 11:21, 11:24, 21:16, 31:10, 31:20, 57:1, 65:10, 65:25, 66:13, 73:6, 80:22, 84:21, 122:22, 127:21, 127:22, 137:10, 147:6, 153:1
**participant** [1] - 33:1
**participate** [1] - 33:25
**participated** [10] - 21:15, 29:1, 32:20, 33:8, 33:17, 89:23, 90:20, 93:21, 94:8, 136:22
**participates** [1] - 54:9
**participating** [1] - 91:1
**particular** [7] - 6:8, 12:3, 17:9, 116:12, 122:12, 125:20, 147:6
**parties** [5] - 7:1, 9:13, 39:14, 65:17, 152:25
**partnership** [2] - 21:6, 28:17
**parts** [1] - 146:19
**partying** [1] - 102:1
**passed** [1] - 91:12
**passengers** [1] - 72:6
**passes** [1] - 41:3
**past** [1] - 71:19
**PATRICE** [1] - 1:22
**pattern** [1] - 81:7
**pause** [6] - 145:17, 148:11, 150:17, 152:11, 153:14, 154:21
**pay** [4] - 15:5, 62:8, 63:14, 77:20
**Payaso** [15] - 27:17, 27:20, 46:22, 48:4, 48:20, 49:17, 52:13, 55:21, 64:21, 64:23, 68:11, 68:15, 101:5, 101:6
**paying** [3] - 46:6, 62:12, 62:24

**payment** [1] - 68:5
**payments** [1] - 46:7
**PD** [1] - 136:10
**Pecuaka** [1] - 104:7
**Pedro** [4] - 13:16, 13:19, 14:14, 45:19
**Pelon** [6] - 97:21, 102:12, 102:14, 102:15, 103:1, 111:15
**penalty** [2] - 79:3, 79:8
**pending** [2] - 121:10, 122:5
**penitentiary** [1] - 129:1
**people** [103] - 29:15, 38:23, 41:11, 43:21, 45:16, 46:19, 47:12, 47:13, 47:19, 50:19, 51:8, 51:21, 51:22, 52:13, 54:5, 54:9, 56:17, 56:25, 57:3, 57:4, 58:5, 59:9, 60:16, 66:19, 67:18, 67:20, 71:18, 72:24, 73:1, 73:2, 80:12, 80:24, 80:25, 83:11, 84:1, 84:2, 84:3, 84:17, 86:10, 86:11, 86:14, 88:2, 88:13, 89:6, 90:13, 90:14, 93:8, 94:6, 94:25, 96:16, 97:8, 97:9, 97:17, 97:24, 99:21, 99:23, 100:18, 102:22, 103:9, 106:16, 111:13, 112:2, 112:3, 112:6, 113:11, 114:16, 114:20, 120:25, 121:15, 124:6, 124:7, 124:24, 126:4, 126:24, 127:1, 127:5, 127:7, 127:8, 127:20, 128:1, 128:25, 133:9, 135:10, 136:3, 136:8, 136:13, 136:14, 136:16, 136:17, 136:18, 136:23, 138:4, 138:9, 140:22, 141:3, 141:5, 143:20
**people's** [2] - 124:7, 124:8
**percent** [1] - 74:20
**perfectly** [1] - 59:13
**performed** [1] - 13:19
**performs** [1] - 32:12
**perhaps** [2] - 126:23, 127:21
**period** [5] - 101:21, 101:25, 102:21, 102:24, 106:3
**perjury** [3] - 79:4, 79:9, 79:10
**permanent** [1] - 88:12
**permitted** [2] - 9:25, 11:7
**person** [40] - 11:24, 12:2, 16:20, 17:4, 19:24, 20:4, 20:7, 20:10, 20:12, 22:8, 24:5, 29:19, 30:12, 31:7, 31:8, 32:5, 32:6, 32:8, 32:11, 32:12, 33:7, 33:14, 35:16, 52:6, 66:5, 74:19, 81:5, 81:12, 82:2, 83:23, 93:9, 93:10, 95:3, 104:8, 115:8, 123:9, 123:10, 129:4, 141:4, 143:10
**personal** [5] - 12:4, 15:6, 100:3, 106:5, 116:13
**personally** [6] - 32:3, 43:9, 54:4, 56:10, 81:25, 83:18
**persons** [15] - 17:4, 19:3, 20:10, 20:14, 21:5, 21:24, 22:4, 22:24, 23:5, 24:1, 28:15, 29:10, 32:8, 32:15, 33:7
**pertain** [1] - 17:24
**pertaining** [1] - 17:16
**pestering** [1] - 50:6
**Peter** [2] - 108:15, 108:18
**pharmaceutical** [1] - 130:4

**phase** [1] - 113:13
**phases** [1] - 88:13
**phone** [29] - 40:15, 41:4, 60:9, 60:18, 91:16, 91:17, 91:18, 93:4, 96:15, 125:24, 125:25, 126:1, 126:2, 131:19, 135:3, 135:6, 135:7, 135:11, 135:13, 135:17, 145:2, 145:3, 145:4, 145:10, 145:25
**phones** [3] - 53:5, 55:24, 135:10
**photographed** [1] - 85:24
**physical** [1] - 20:4
**physically** [1] - 52:4
**pick** [14] - 41:11, 52:24, 53:10, 54:9, 54:22, 55:13, 56:4, 60:9, 60:18, 61:7, 80:25, 94:10, 99:4, 138:22
**picked** [5] - 55:5, 58:18, 69:12, 139:16, 140:21
**picking** [1] - 140:9
**picks** [1] - 40:9
**picture** [8] - 98:8, 104:4, 117:18, 123:5, 123:9, 123:12, 123:13, 123:15
**pictures** [2] - 91:21, 92:4
**piece** [2] - 67:1, 124:15
**pieces** [1] - 59:19
**pinging** [2] - 126:2, 126:3
**pinpoint** [1] - 147:21
**piso** [1] - 100:25
**place** [2] - 7:8, 87:15
**places** [1] - 126:9
**plan** [13] - 21:12, 21:13, 28:23, 28:24, 51:17, 53:21, 55:19, 67:10, 68:8, 92:5, 117:10, 118:9, 150:13
**planet** [1] - 80:6
**planned** [3] - 78:12, 92:19
**planning** [1] - 117:11
**plant** [2] - 65:13, 66:22
**plates** [3] - 54:13, 54:17, 54:19
**play** [2] - 61:11, 148:3
**played** [4] - 21:15, 29:1, 84:17, 84:21
**player** [1] - 89:8
**players** [2] - 52:12, 87:7
**playing** [5] - 65:10, 65:12, 65:25, 66:13, 73:6
**plaza** [3] - 45:14, 60:11, 96:3
**plea** [7] - 15:23, 16:5, 16:9, 16:18, 57:9, 116:19, 116:22
**please** [9] - 36:8, 36:15, 37:24, 39:6, 41:20, 46:11, 46:17, 56:9, 65:11
**pleased** [1] - 35:20
**pledge** [1] - 97:20
**plus** [3] - 137:22, 139:4, 139:8
**point** [9] - 9:16, 17:9, 17:10, 40:1, 40:25, 48:25, 49:2, 51:6, 51:11, 53:20, 54:21, 74:9, 82:6, 82:12, 82:13, 91:12, 94:20, 94:21, 103:5, 120:8, 123:17, 127:13, 132:14, 138:15, 139:20, 140:18, 145:8
**pointed** [2] - 56:7, 152:15
**points** [1] - 73:13

**pole** [6] - 95:12, 99:19, 111:5, 125:16, 134:25
**police** [12] - 52:8, 53:6, 53:8, 53:21, 53:23, 54:24, 55:25, 80:8, 105:6, 105:14, 113:15, 122:18
**Porsche** [2] - 46:2, 142:14
**port** [2] - 13:23, 71:21
**portion** [8] - 138:14, 147:1, 147:22, 149:2, 149:6, 149:17, 149:19, 149:25
**portions** [3] - 149:17, 152:13, 152:14
**portrait** [4] - 141:15, 142:19, 142:20, 142:21
**portraits** [3] - 141:12, 141:14
**portray** [1] - 141:16
**posed** [1] - 58:7
**position** [4] - 100:8, 119:25, 120:18, 136:19
**positive** [1] - 87:12
**possess** [7] - 8:21, 18:5, 18:11, 18:13, 19:4, 19:22, 19:23
**possessed** [8] - 18:17, 18:21, 26:8, 26:20, 27:3, 27:8, 27:15, 27:20
**possession** [15] - 18:15, 19:23, 20:1, 20:2, 20:3, 20:5, 20:7, 20:11, 20:12, 20:13, 20:14, 20:15, 20:16, 20:18
**possibility** [2] - 107:3, 111:2
**possible** [8] - 8:8, 39:23, 103:19, 123:8, 137:25, 138:1, 138:12, 138:19
**potential** [7] - 111:20, 111:21, 137:12, 137:15, 137:22, 139:4, 139:8
**potentially** [1] - 128:7
**power** [9] - 20:8, 87:13, 87:20, 101:13, 102:12, 102:15, 103:1, 112:22, 112:23
**powerful** [3] - 45:12, 121:18, 121:19
**practitioner** [1] - 78:4
**precedence** [1] - 10:12
**precious** [1] - 113:18
**pregnancy** [1] - 117:24
**prejudice** [3] - 6:22, 6:23, 15:12
**prepared** [1] - 35:4
**presence** [3] - 22:2, 29:13, 32:22
**present** [3] - 20:17, 136:20, 137:6
**presented** [3] - 9:12, 11:6, 143:3
**preside** [1] - 5:23
**presumably** [1] - 103:22
**presumed** [2] - 7:12, 7:15
**presumption** [2] - 7:13, 7:20
**pretend** [1] - 53:21
**pretty** [4] - 76:8, 91:5, 100:7, 121:13
**price** [2] - 24:6, 24:10
**primarily** [1] - 17:25
**principal** [2] - 33:22, 34:2
**principal's** [1] - 33:24
**principle** [1] - 113:7
**print** [1] - 87:19
**prior** [5] - 59:7, 66:17, 76:14, 87:1, 153:21
**priorities** [1] - 115:11
**priority** [1] - 115:12

**prison** [4] - 86:21, 121:22, 121:23, 122:25
**prize** [1] - 121:2
**probable** [2] - 110:23, 110:24
**probably** [1] - 149:20
**problem** [6] - 42:11, 73:16, 85:14, 139:1, 148:4, 149:24
**problems** [1] - 117:23
**procedure** [1] - 154:11
**procedures** [1] - 6:9
**proceeding** [1] - 151:1
**Proceedings** [1] - 1:24
**PROCEEDINGS** [1] - 1:9
**proceedings** [10] - 7:5, 10:15, 145:17, 148:11, 150:17, 152:11, 153:14, 154:21, 155:2, 155:7
**proceeds** [1] - 43:13
**process** [1] - 150:9
**prodigy** [1] - 141:17
**produced** [1] - 1:25
**producing** [1] - 17:13
**profitable** [1] - 142:9
**profits** [1] - 141:19
**progressed** [1] - 139:11
**prohibited** [1] - 16:10
**Project** [1] - 110:17
**promise** [1] - 6:25
**promptly** [1] - 150:25
**proof** [41] - 6:5, 7:24, 8:2, 8:5, 8:6, 8:9, 8:14, 8:15, 10:25, 22:6, 29:17, 85:20, 85:25, 86:2, 86:6, 86:20, 88:23, 88:25, 89:13, 89:19, 89:23, 93:21, 94:8, 100:15, 103:14, 106:24, 107:21, 107:24, 107:25, 108:1, 112:15, 118:7, 126:21, 127:17, 127:22, 128:5, 128:16, 128:17, 129:7, 129:12
**proper** [2] - 5:24, 16:7
**properly** [1] - 112:24
**property** [1] - 77:20
**proposal** [2] - 61:16, 67:11
**propose** [1] - 148:14
**prosecute** [3] - 56:25, 127:10, 134:16
**prosecuted** [2] - 115:2, 121:8
**prosecuting** [1] - 140:22
**prosecution** [4] - 15:15, 112:11, 113:20, 113:21
**prosecutor** [1] - 111:22
**prosecutors** [3] - 109:14, 121:25, 134:15
**protect** [2] - 45:3, 96:10
**protects** [6] - 128:20, 128:21, 128:22, 128:23, 129:11
**prove** [30] - 9:5, 12:25, 13:2, 21:17, 21:21, 21:23, 29:4, 29:7, 29:9, 31:23, 82:4, 82:5, 82:6, 82:9, 86:19, 87:11, 87:21, 88:25, 89:14, 89:15, 89:18, 89:21, 97:19, 98:4, 103:3, 107:10, 111:14, 112:20, 135:17
**proved** [9] - 8:7, 16:25, 19:2, 23:3, 30:17, 33:11, 34:24, 88:16, 107:7

**proven** [9] - 7:17, 11:14, 39:2, 79:12, 80:17, 81:15, 84:13, 89:7, 119:4
**proves** [2] - 9:7, 135:17
**provide** [2] - 16:2, 16:4
**provided** [3] - 16:7, 35:6, 57:11
**provides** [2] - 15:4, 16:1
**proving** [1] - 7:22
**pseudo** [1] - 58:7
**pull** [1] - 44:15
**punishment** [3] - 15:6, 17:21, 17:22
**purchases** [1] - 45:22
**purpose** [18] - 19:7, 19:10, 21:3, 21:6, 22:9, 23:10, 23:13, 23:17, 28:12, 28:16, 29:21, 30:13, 30:22, 31:16, 34:20, 82:21, 126:13, 136:14
**purposely** [4] - 21:1, 28:11, 31:14, 33:17
**purposes** [3] - 14:3, 14:11, 14:21
**purse** [1] - 142:2
**put** [16] - 26:11, 70:4, 70:5, 77:19, 86:21, 93:14, 98:8, 99:19, 100:8, 109:1, 115:24, 119:18, 125:16, 127:2, 132:21
**puts** [3] - 49:4, 106:4, 117:13
**putting** [2] - 99:17, 117:2

## Q

**quarter** [1] - 142:17
**question** [15] - 6:15, 8:4, 10:1, 33:13, 36:13, 83:12, 85:19, 126:24, 147:1, 147:2, 151:23, 152:9, 153:2, 153:21, 154:14
**questions** [12] - 8:3, 9:14, 9:24, 12:2, 12:10, 18:2, 35:23, 71:22, 98:18, 108:17, 114:15
**quick** [1] - 46:12
**quickly** [4] - 47:15, 87:16, 88:9, 131:21
**Quince** [8] - 63:2, 63:5, 63:7, 63:12, 63:14, 104:12
**Quince's** [1] - 63:16
**quit** [1] - 150:1
**quote** [1] - 143:5
**quotes** [3] - 93:15, 93:16, 107:14

## R

**R** [2] - 4:1, 4:2
**R&H** [2] - 105:11, 142:6
**radio** [1] - 55:9
**radios** [3] - 42:3, 53:5, 55:24
**Rahas** [1] - 101:18
**raised** [1] - 78:1
**Ramon** [9] - 13:16, 13:21, 14:13, 45:21, 71:20, 72:2, 72:3, 72:8, 100:21
**ranch** [3] - 108:11, 108:14, 139:21
**ranches** [3] - 61:23, 107:22, 107:23
**ranking** [3] - 45:13, 60:11, 112:10
**ranks** [1] - 142:23
**ratchet** [1] - 149:21
**Raul** [1] - 24:23

**Rayo** [1] - 100:25
**re** [1] - 154:22
**re-arraignments** [1] - 154:22
**reach** [6] - 11:10, 17:8, 34:6, 34:12, 42:2, 144:23
**reached** [5] - 19:4, 23:6, 35:10, 35:18, 153:25
**reaches** [1] - 42:4
**reaching** [2] - 6:11, 17:6
**react** [1] - 137:18
**read** [17] - 5:16, 23:21, 37:14, 116:7, 116:8, 122:14, 131:3, 144:20, 147:8, 154:5, 154:7, 154:8, 154:12, 154:13, 154:14, 154:19
**reading** [6] - 81:6, 152:12, 152:13, 152:25, 154:10, 154:17
**ready** [2] - 5:9, 154:23
**real** [7] - 88:2, 88:3, 96:12, 141:10, 143:9, 149:23, 151:12
**realizes** [1] - 54:9
**really** [25] - 45:3, 47:11, 47:22, 55:17, 61:12, 69:18, 75:11, 75:22, 76:9, 79:12, 83:15, 85:18, 98:3, 101:2, 102:11, 107:9, 109:6, 117:1, 120:24, 121:22, 122:2, 131:4, 134:21, 141:22
**reappear** [1] - 148:19
**reason** [20] - 4:25, 8:11, 11:11, 12:3, 59:15, 65:24, 70:12, 71:16, 95:2, 110:21, 114:20, 116:13, 123:4, 124:2, 127:23, 128:14, 138:2, 138:13, 138:18, 140:7
**reasonable** [45] - 7:18, 7:19, 7:23, 8:10, 8:11, 8:14, 9:7, 11:8, 11:15, 14:5, 14:14, 15:20, 16:17, 16:25, 19:2, 20:17, 23:4, 30:18, 32:25, 33:4, 33:5, 33:12, 34:24, 36:4, 36:10, 57:15, 84:13, 88:6, 89:13, 89:14, 89:20, 100:15, 103:14, 106:22, 119:4, 126:21, 127:17, 127:22, 128:5, 128:13, 128:16, 129:12, 136:24, 140:3, 140:18
**reasonably** [3] - 9:8, 19:17, 36:17
**reasons** [6] - 65:15, 70:7, 74:1, 85:23, 124:11, 133:19
**recall** [1] - 119:25
**recalls** [1] - 55:25
**received** [7] - 13:18, 15:14, 15:16, 16:14, 16:22, 73:19, 149:4
**receives** [1] - 42:19
**receiving** [1] - 119:6
**recently** [3] - 94:18, 107:2, 107:19
**recess** [4] - 5:7, 85:9, 146:10, 148:21
**reckless** [1] - 95:14
**recognized** [1] - 55:19
**recognizes** [1] - 32:4
**recollection** [6] - 9:21, 10:13, 10:15, 74:24, 122:10, 122:15
**recommend** [1] - 115:21
**recommendations** [1] - 16:5
**reconfigure** [1] - 55:2
**record** [12] - 75:25, 76:23, 95:7, 95:12,
96:23, 98:14, 104:3, 148:20, 152:21, 152:25, 153:17, 155:7
**recorded** [9] - 1:24, 59:20, 61:2, 91:10, 91:15, 91:20, 92:23, 100:4
**recording** [19] - 60:7, 61:3, 61:10, 61:15, 65:18, 65:21, 66:10, 66:11, 66:16, 72:10, 103:6, 104:15, 107:12, 107:20, 143:10, 147:2, 147:12, 147:19, 147:22
**recordings** [1] - 61:21
**records** [16] - 76:20, 76:21, 87:13, 87:16, 88:10, 88:17, 97:2, 110:6, 118:2, 118:3, 118:5, 118:12, 118:14, 135:9, 135:15
**recreate** [1] - 87:13
**red** [2] - 52:1, 120:6
**red-handed** [1] - 52:1
**reduce** [1] - 115:21
**reducing** [1] - 127:9
**reexamine** [1] - 34:17
**referenced** [1] - 96:14
**references** [1] - 7:3
**referred** [2] - 32:10, 90:7
**refreshed** [1] - 122:2
**regard** [1] - 151:9
**regarding** [4] - 8:2, 8:4, 23:19, 139:6
**Regarding** [1] - 23:23
**regardless** [2] - 6:19, 123:9
**registered** [1] - 125:2
**registrations** [1] - 95:9
**regular** [1] - 142:18
**related** [5] - 45:11, 56:20, 97:14, 97:16, 105:21
**relationship** [3] - 12:5, 87:2, 116:15
**relentless** [1] - 118:8
**relevant** [3] - 152:13, 152:14, 152:25
**rely** [8] - 8:16, 10:14, 56:16, 57:2, 73:21, 127:20, 128:18, 151:25
**relying** [1] - 107:25
**remember** [55] - 9:14, 34:22, 39:17, 42:14, 42:16, 42:23, 44:9, 44:10, 44:11, 44:13, 47:6, 48:10, 49:12, 52:20, 54:15, 55:20, 60:2, 61:19, 62:6, 64:13, 64:25, 70:23, 71:20, 71:22, 74:11, 74:13, 74:15, 75:12, 76:18, 76:19, 76:20, 77:6, 77:7, 81:9, 81:21, 88:3, 92:2, 96:11, 96:12, 96:13, 96:14, 98:21, 98:23, 108:5, 117:20, 117:22, 117:25, 118:9, 122:4, 133:8, 151:8, 152:1
**remembered** [1] - 96:4
**remembers** [9] - 39:15, 43:17, 53:4, 55:14, 76:2, 76:11, 76:14, 76:15
**remind** [2] - 11:13, 88:23
**Rene** [1] - 95:24
**renewing** [1] - 146:4
**rental** [1] - 54:18
**Renteria** [1] - 101:15
**reply** [2] - 35:13, 146:14
**report** [7] - 50:24, 71:23, 71:24, 77:10, 110:12, 110:21, 136:11
**reporter** [9] - 5:2, 5:4, 151:12, 151:16, 154:5, 154:7, 154:9, 154:13, 154:16
**Reporter** [4] - 2:4, 2:4, 155:5, 155:9
**REPORTER'S** [1] - 155:4
**reporters** [5] - 148:5, 149:24, 151:11, 151:17, 154:6
**reports** [3] - 77:11, 77:14, 111:4
**request** [1] - 149:6
**require** [1] - 129:23
**required** [1] - 8:9
**requires** [3] - 37:13, 71:23, 81:4
**research** [1] - 144:21
**residence** [9] - 13:20, 24:24, 25:2, 25:15, 26:3, 26:6, 26:14, 27:22, 139:21
**resolve** [1] - 122:11
**resolved** [1] - 85:14
**resource** [1] - 128:10
**resources** [1] - 133:15
**respect** [2] - 14:4, 14:13
**responsibility** [1] - 84:18
**responsible** [2] - 32:14, 32:18
**responsive** [2] - 75:16, 149:18
**rest** [1] - 117:24
**restaurant** [4] - 41:11, 98:16, 98:18, 98:20
**restrained** [1] - 38:18
**rests** [1] - 7:25
**result** [2] - 15:14, 130:23
**resulted** [1] - 99:20
**results** [1] - 130:10
**retire** [3] - 143:22, 144:4, 150:22
**return** [3] - 22:14, 30:1, 131:22
**returning** [1] - 34:21
**returns** [3] - 88:15, 110:18, 111:10
**reunited** [1] - 115:6
**reveal** [1] - 35:15
**revealed** [2] - 143:7, 143:10
**reviewed** [1] - 4:8
**reviewing** [1] - 39:5
**reward** [2] - 30:13, 30:22
**Reynosa** [5] - 55:16, 62:11, 62:12, 69:23, 115:13
**Rhino** [15] - 42:25, 43:3, 43:16, 44:4, 44:7, 44:18, 44:21, 83:24, 99:17, 105:5, 105:11, 106:9, 106:16, 107:5, 142:6
**Rhonda** [6] - 145:1, 145:7, 145:19, 145:24, 146:6, 148:23
**Ric** [1] - 78:21
**Ricardo** [3] - 13:16, 13:21, 14:13
**ride** [1] - 108:11
**ridiculous** [3] - 109:18, 109:21, 109:22
**right** [88] - 4:4, 4:11, 4:16, 5:5, 5:13, 6:14, 7:1, 13:9, 17:24, 23:21, 28:2, 28:4, 34:3, 35:22, 37:19, 37:23, 42:25, 45:9, 46:5, 49:9, 49:21, 51:6, 52:15, 53:25, 56:17, 58:3, 60:6, 61:19, 61:21, 65:19, 65:22, 66:10, 67:15, 67:20, 68:1, 72:18, 73:14, 73:17, 75:4, 75:8, 75:21, 75:24, 75:25, 76:6, 76:8, 77:5, 77:16,

77:18, 78:15, 78:22, 78:24, 79:4, 79:24, 81:1, 82:6, 82:11, 84:1, 85:12, 92:2, 97:15, 98:17, 99:8, 104:22, 108:5, 115:11, 119:23, 130:7, 136:3, 144:9, 146:8, 146:11, 146:12, 146:21, 147:15, 148:3, 148:25, 150:1, 150:16, 150:20, 151:18, 152:22, 153:6, 153:10, 153:12, 154:2, 154:18, 154:20, 154:22

**ring** [6] - 60:19, 69:12, 70:16, 74:11, 74:16, 77:3

**rings** [1] - 70:16

**Rio** [12] - 13:20, 27:23, 28:1, 39:13, 40:6, 47:7, 68:22, 71:4, 78:2, 106:1, 142:5, 142:8

**rise** [7] - 5:11, 85:4, 85:10, 144:5, 148:22, 150:18, 152:4

**risk** [5] - 45:9, 47:15, 51:25, 52:3, 107:3

**rivals** [1] - 63:9

**River** [1] - 28:1

**river** [4] - 38:19, 38:20, 136:4

**Rivers** [2] - 118:17, 118:18

**RMR** [2] - 2:4, 155:5

**road** [2] - 62:7, 78:21, 108:9

**Road** [4] - 25:15, 26:4, 26:15, 126:5

**roads** [2] - 66:2, 90:12

**Roel** [12] - 25:23, 26:24, 27:2, 52:6, 53:17, 54:3, 101:20, 119:23, 119:24, 132:15, 140:6

**role** [7] - 29:2, 65:12, 84:18, 84:19, 84:21, 89:24, 96:13

**roles** [1] - 58:21

**Rolexes** [1] - 142:17

**Roma** [1] - 106:1

**Romero** [1] - 25:25

**Romo** [9] - 39:12, 39:13, 40:1, 40:2, 40:11, 83:18, 94:9, 94:13

**room** [10] - 34:25, 48:25, 49:2, 61:4, 71:10, 87:18, 117:4, 118:15, 143:23, 154:12

**Room** [1] - 2:6

**roommates** [1] - 93:12

**rough** [1] - 100:8

**round** [1] - 99:22

**route** [1] - 138:9

**routine** [1] - 52:22

**ROY** [1] - 1:7

**Roy** [158] - 18:25, 19:6, 19:8, 19:16, 22:22, 23:2, 23:9, 23:11, 24:21, 25:1, 25:14, 25:17, 25:20, 26:2, 30:9, 30:16, 30:19, 30:21, 30:23, 30:25, 31:24, 32:1, 35:25, 37:3, 37:8, 38:6, 41:3, 41:9, 41:10, 41:14, 43:3, 44:4, 44:7, 52:14, 52:16, 53:3, 53:4, 53:5, 53:7, 54:17, 56:8, 57:1, 58:11, 58:16, 62:4, 85:21, 86:5, 86:7, 87:9, 89:1, 89:14, 89:23, 91:1, 91:13, 93:7, 93:21, 93:24, 94:8, 94:10, 94:14, 94:15, 94:17, 94:19, 95:1, 95:7, 96:19, 96:21, 97:1, 97:5, 97:23, 98:13, 98:19, 98:25, 99:1, 99:4, 99:11,

99:22, 99:25, 100:8, 101:8, 101:11, 101:17, 101:22, 102:3, 102:5, 102:8, 102:20, 103:4, 103:12, 103:20, 104:2, 104:13, 105:2, 105:22, 106:2, 106:11, 106:13, 106:25, 107:12, 107:21, 108:4, 108:7, 108:9, 108:18, 109:4, 109:6, 109:7, 109:8, 109:25, 110:14, 111:9, 112:5, 112:9, 112:19, 113:10, 113:16, 113:17, 114:4, 117:2, 117:8, 117:10, 117:13, 117:15, 117:16, 119:12, 119:14, 119:24, 121:2, 121:16, 121:17, 121:18, 122:1, 122:4, 122:22, 123:4, 123:6, 123:14, 123:17, 124:8, 124:12, 124:20, 125:1, 125:6, 125:13, 125:15, 125:22, 126:8, 127:10, 128:22, 132:21, 133:10, 133:11, 135:14, 138:21, 141:13, 143:3, 143:9, 149:8

**Roy's** [7] - 58:12, 86:18, 86:23, 94:12, 95:17, 95:18, 106:16

**rule** [5] - 6:16, 88:6, 88:7, 88:8, 147:5

**Rule** [2] - 146:4

**ruled** [1] - 145:22

**rules** [6] - 6:2, 6:7, 6:13, 8:2, 17:24, 144:25

**rumor** [2] - 107:16, 121:21

**rumors** [1] - 114:18

**run** [7] - 93:5, 125:5, 130:11, 131:1, 131:3, 131:5, 131:7

**running** [3] - 100:10, 111:5, 131:6

**Rusk** [1] - 2:6

## S

**S** [5] - 1:10, 4:1, 4:2

**Saenz** [4] - 41:24, 97:12, 98:10, 141:2

**Saenz-Tamez** [4] - 41:24, 97:12, 98:10, 141:2

**safe** [1] - 45:20

**safely** [1] - 70:3

**said** [90] - 5:17, 9:25, 10:6, 10:9, 12:13, 12:21, 42:16, 44:14, 44:25, 48:14, 49:8, 50:11, 51:9, 53:3, 55:15, 56:2, 56:6, 56:7, 57:5, 58:25, 59:5, 59:8, 68:10, 69:11, 69:12, 70:15, 70:16, 71:25, 72:4, 72:7, 72:14, 75:14, 77:3, 77:7, 77:12, 83:21, 83:23, 86:10, 86:14, 91:12, 91:14, 91:17, 92:8, 92:15, 93:1, 93:20, 94:10, 94:17, 94:20, 96:21, 97:7, 97:8, 97:13, 98:21, 99:6, 99:12, 101:2, 101:22, 101:23, 102:11, 102:20, 104:5, 105:22, 109:17, 110:8, 110:20, 113:2, 113:4, 115:25, 116:1, 116:2, 117:6, 118:22, 121:17, 123:23, 124:17, 126:25, 127:23, 128:7, 139:24, 143:6, 146:15, 148:15, 151:8, 152:1, 152:7, 153:3, 153:5

**Salad** [2] - 41:11, 41:12

**Salinas** [8] - 74:6, 74:7, 74:22, 75:1, 76:11, 77:22, 78:17, 85:20

**same** [32] - 12:15, 42:22, 46:12, 46:13,

50:9, 50:14, 56:2, 58:2, 58:5, 63:4, 74:18, 78:23, 78:24, 78:25, 79:3, 84:8, 91:16, 98:9, 99:5, 99:7, 114:14, 114:16, 121:14, 122:8, 125:10, 127:16, 132:15, 139:24, 144:18, 145:4, 147:16

**San** [2] - 91:23, 92:2

**Sanchez** [13] - 91:3, 91:5, 91:8, 91:11, 91:19, 91:24, 92:5, 92:6, 92:7, 92:8, 92:15, 92:22, 92:25

**Sandalio** [2] - 98:7, 98:15

**satisfied** [2] - 7:17, 7:19

**Saturday** [4] - 55:6, 74:12, 74:22, 74:23

**save** [1] - 63:15

**saves** [1] - 49:15

**saw** [27] - 39:14, 44:11, 45:17, 48:17, 55:16, 55:19, 58:20, 58:25, 65:4, 75:5, 90:13, 101:22, 101:23, 101:24, 106:11, 117:6, 117:16, 118:2, 126:24, 131:21, 135:25, 136:7, 136:17, 136:21, 147:19

**say** [70] - 4:25, 9:22, 11:24, 12:18, 12:21, 21:2, 28:12, 31:15, 39:3, 44:25, 53:23, 58:11, 58:15, 58:16, 58:19, 59:14, 60:11, 61:20, 68:12, 69:1, 70:20, 70:23, 71:6, 71:14, 74:14, 75:4, 80:7, 86:6, 88:5, 90:11, 97:5, 99:23, 101:9, 102:14, 105:8, 105:11, 106:1, 107:14, 108:23, 110:19, 112:3, 114:18, 115:8, 118:13, 119:3, 119:12, 120:12, 120:20, 124:14, 125:21, 126:18, 130:9, 130:13, 131:13, 132:6, 132:8, 135:12, 136:10, 137:21, 138:1, 138:3, 139:23, 140:17, 140:24, 146:22, 146:24, 148:8, 148:15, 154:14

**saying** [17] - 57:16, 62:4, 62:16, 72:11, 79:8, 88:16, 89:17, 95:7, 103:22, 105:4, 111:23, 130:1, 130:25, 132:10, 137:5, 137:14

**says** [84] - 40:4, 40:12, 40:16, 40:25, 41:4, 41:10, 41:18, 42:1, 42:4, 42:6, 42:7, 42:9, 42:11, 42:20, 43:2, 43:7, 44:3, 44:9, 47:10, 47:16, 47:21, 49:6, 49:13, 50:3, 51:3, 51:11, 51:15, 52:15, 54:18, 54:21, 55:5, 55:20, 57:17, 57:18, 64:9, 64:18, 67:19, 67:24, 70:17, 70:23, 70:25, 71:15, 72:3, 72:19, 74:22, 76:6, 76:7, 76:24, 77:5, 77:19, 78:17, 79:13, 92:10, 92:20, 93:3, 94:22, 98:6, 98:7, 98:19, 99:4, 103:9, 104:23, 105:16, 106:7, 108:9, 109:4, 117:8, 121:20, 122:1, 123:14, 124:8, 124:25, 132:3, 135:13, 135:18, 139:20, 141:2, 141:4, 141:18, 141:21, 141:25, 144:25

**scanner** [2] - 53:6, 54:24, 55:25

**scanners** [1] - 80:8

**scared** [9] - 51:11, 72:14, 72:18, 93:8, 94:15, 111:15, 121:17

**Scarface** [1] - 101:19

**scars** [1] - 94:24

**scary** [1] - 93:13

**scene** [3] - 22:2, 29:13, 32:22
**scheme** [13] - 21:9, 21:12, 21:13, 21:20, 21:22, 28:20, 28:23, 28:24, 29:6, 29:8, 63:16, 154:4
**Schertz** [2] - 118:19, 119:17
**school** [14] - 40:21, 59:25, 60:1, 60:5, 60:17, 78:3, 86:16, 88:5, 97:8, 107:2, 138:8, 141:17, 142:22
**schools** [1] - 66:2
**scope** [3] - 19:11, 19:17, 36:17
**screen** [7] - 45:23, 47:5, 47:25, 67:19, 67:20, 67:21, 80:19
**screenshot** [1] - 87:19
**screw** [1] - 63:21
**scripting** [1] - 58:14
**scrutiny** [1] - 56:21
**search** [2] - 13:19, 110:22
**searches** [1] - 111:6
**seat** [1] - 44:14
**seated** [5] - 5:8, 5:14, 85:13, 144:9, 150:21
**second** [18] - 18:19, 19:6, 23:8, 23:9, 30:21, 36:13, 65:24, 70:12, 92:5, 92:14, 131:14, 137:10, 138:12, 139:7, 149:6, 150:12, 152:23
**secondly** [1] - 149:13
**secret** [2] - 34:9, 44:12
**Section** [4] - 18:7, 22:24, 30:11, 30:14
**section** [1] - 147:7
**security** [1] - 35:13
**SECURITY** [7] - 5:11, 85:4, 85:10, 144:5, 148:22, 150:18, 152:4
**see** [31] - 4:4, 4:25, 12:7, 39:13, 41:13, 45:23, 53:7, 81:18, 84:22, 95:11, 99:19, 101:25, 119:15, 119:16, 123:24, 124:8, 125:15, 125:17, 126:1, 130:6, 130:7, 130:10, 130:12, 130:20, 131:2, 142:20, 148:4, 149:1, 149:2, 149:25
**seed** [1] - 66:23
**seeds** [1] - 65:13
**seeing** [3] - 39:15, 124:7
**seem** [1] - 12:7
**seemed** [1] - 109:12
**seems** [1] - 113:6
**seen** [6] - 38:21, 102:20, 146:11, 147:20, 148:23, 151:14
**seized** [1] - 82:19
**seizures** [1] - 83:8
**select** [1] - 35:1
**selected** [1] - 127:25
**sell** [7] - 43:4, 43:20, 43:21, 47:12, 47:23, 113:12, 114:25
**selling** [6] - 24:5, 24:9, 47:11, 47:19, 47:22, 102:7
**send** [5] - 61:10, 64:4, 105:10, 122:12, 125:13
**sends** [4] - 42:13, 42:18, 46:19
**sense** [12] - 8:12, 11:11, 70:17, 75:1, 75:2, 79:14, 110:1, 128:3, 128:14, 134:14, 135:12, 137:23

**sent** [12] - 24:12, 24:15, 38:9, 58:3, 62:19, 68:25, 93:2, 93:3, 132:16, 149:4, 151:6
**sentence** [9] - 16:5, 104:10, 111:17, 115:4, 115:22, 121:10, 127:8, 137:15
**sentences** [3] - 94:18, 108:16, 108:17
**sentencing** [3] - 115:23, 121:10, 122:5
**separate** [2] - 17:15, 94:1
**separately** [1] - 17:17
**serious** [3] - 72:15, 113:22, 129:22
**serve** [1] - 7:4
**set** [1] - 129:3
**sets** [2] - 48:1, 49:11
**setting** [1] - 4:25
**seven** [3] - 129:25, 130:14, 130:16
**Seven** [1] - 24:20
**several** [3] - 15:21, 116:18
**Shanta** [4] - 74:6, 74:7, 88:15, 114:9
**Shanta's** [1] - 87:19
**share** [1] - 20:14
**shared** [1] - 33:22
**she** [69] - 12:8, 70:13, 74:8, 74:9, 74:10, 75:1, 75:2, 75:4, 75:7, 75:8, 75:11, 75:14, 75:15, 75:17, 75:18, 75:20, 75:22, 75:23, 75:24, 76:1, 76:11, 76:13, 76:14, 76:15, 76:19, 76:24, 77:2, 77:3, 77:5, 77:7, 77:8, 77:11, 77:12, 77:14, 77:23, 78:3, 78:4, 78:10, 78:16, 78:17, 78:20, 78:22, 78:25, 79:1, 79:3, 79:5, 79:10, 79:11, 79:13, 79:15, 79:18, 93:14, 94:21, 110:19, 113:4, 118:24, 145:4, 145:5, 148:18, 148:19
**she's** [10] - 75:2, 75:3, 75:19, 76:13, 76:16, 77:1, 78:2, 79:7, 79:12, 154:14
**sheer** [1] - 126:13
**shift** [2] - 53:17, 53:20
**shifts** [3] - 8:1, 51:17, 143:19
**shipped** [1] - 100:18
**shit** [1] - 107:18
**shocked** [3] - 85:18, 85:23, 86:4
**shooting** [2] - 50:15, 50:16
**shootings** [1] - 50:25
**shop** [2] - 24:22, 141:19
**short** [2] - 5:8, 108:22
**shot** [3] - 25:10, 50:17, 50:22
**should** [40] - 6:9, 10:9, 10:11, 10:12, 10:14, 10:16, 10:22, 11:5, 11:23, 12:14, 15:15, 15:18, 16:13, 16:15, 16:22, 17:17, 17:19, 17:21, 17:22, 19:17, 35:1, 35:8, 35:12, 36:17, 57:23, 65:15, 93:16, 96:25, 100:12, 110:9, 112:14, 112:18, 113:11, 114:13, 129:8, 131:23, 134:6, 140:16, 151:1
**shouldn't** [2] - 146:15, 152:20
**show** [13] - 44:25, 73:17, 73:18, 73:19, 73:22, 73:25, 77:10, 97:18, 114:3, 118:14, 123:7, 151:13, 153:13
**showed** [3] - 25:18, 25:21, 142:20
**showing** [1] - 12:19
**shown** [1] - 123:5

**shows** [9] - 48:2, 48:3, 48:4, 55:20, 118:16, 118:17, 118:18, 126:8, 135:16
**shut** [1] - 100:12
**si** [1] - 109:2
**sicarios** [2] - 38:10, 46:20
**side** [12] - 6:24, 9:17, 17:8, 17:10, 36:23, 48:14, 67:19, 67:20, 67:21, 84:2, 84:3, 90:12
**sided** [1] - 62:13
**sides** [6] - 80:21, 141:11, 146:11, 146:12, 146:13, 153:8
**sign** [2] - 35:8, 47:13
**signed** [4] - 71:11, 71:12, 78:10
**significance** [1] - 119:21
**significant** [1] - 9:17
**signs** [2] - 37:11, 112:7
**similar** [5] - 13:13, 14:8, 14:12, 14:17, 14:22
**similarly** [2] - 21:21, 29:7
**simple** [3] - 45:10, 134:9, 137:17
**simplistic** [1] - 139:4
**simply** [6] - 17:7, 19:22, 132:2, 133:13, 140:3, 140:18
**simultaneous** [1] - 96:1
**since** [8] - 51:23, 84:15, 87:8, 102:18, 109:12, 109:15, 146:1
**single** [6] - 58:16, 58:17, 81:25, 114:1, 114:12, 140:4
**sister** [2] - 100:10, 100:11
**sit** [1] - 45:15
**site** [2] - 135:9, 135:15
**sitting** [2] - 94:22, 97:23
**situation** [1] - 95:14
**six** [5] - 24:17, 67:16, 69:24, 119:17
**skeptical** [1] - 116:9
**skepticism** [1] - 116:24
**slate** [1] - 7:14
**Slide** [1] - 39:6
**slide** [13] - 41:20, 45:5, 46:11, 46:17, 56:9, 62:10, 62:25, 65:11, 73:11, 79:21, 81:20, 81:21, 84:11
**slides** [1] - 109:24
**smaller** [1] - 108:21
**smart** [1] - 122:20
**smelled** [2] - 42:16, 64:13
**Smith** [2] - 2:4, 155:5, 155:9
**so** [153] - 4:6, 5:9, 5:10, 5:19, 7:24, 9:6, 9:11, 9:18, 11:15, 34:13, 39:4, 41:7, 42:9, 47:18, 48:1, 48:11, 48:14, 48:16, 49:11, 49:24, 50:9, 51:2, 51:5, 51:21, 53:7, 53:17, 54:13, 54:17, 54:24, 56:10, 58:10, 60:8, 60:25, 62:2, 62:7, 63:15, 63:21, 64:3, 65:7, 65:8, 65:13, 66:18, 69:4, 70:4, 73:4, 74:2, 75:11, 75:17, 76:9, 76:24, 77:1, 77:14, 77:20, 77:25, 79:10, 80:19, 81:4, 81:9, 81:15, 82:3, 82:9, 82:18, 83:4, 84:7, 85:13, 86:24, 87:7, 88:12, 90:1, 90:2, 90:15, 90:19, 92:20, 93:21, 96:23, 98:4, 98:6, 98:11, 98:23, 101:3, 101:13, 103:8, 103:25,

104:20, 107:11, 107:14, 108:4, 109:15, 110:14, 111:8, 114:25, 115:4, 116:5, 117:1, 117:12, 118:8, 119:21, 120:4, 120:9, 120:23, 121:1, 121:5, 121:11, 121:24, 124:8, 124:10, 125:5, 127:2, 127:16, 127:19, 129:11, 130:9, 133:5, 134:24, 135:8, 135:19, 136:7, 136:13, 138:9, 138:10, 138:17, 139:3, 139:25, 140:1, 140:12, 140:16, 140:23, 142:7, 143:20, 143:22, 144:14, 144:24, 145:1, 145:4, 145:11, 146:13, 147:21, 148:15, 149:21, 150:4, 150:24, 151:15, 151:21, 151:24, 152:24, 153:7, 153:20, 154:11, 154:23

**so-and-so** [2] - 135:8

**so..** [1] - 146:2

**sold** [8] - 25:4, 41:15, 43:13, 43:22, 49:25, 51:12, 51:15

**soldiers** [1] - 62:2

**sole** [3] - 11:18, 20:12, 20:14

**solely** [3] - 6:21, 10:2, 34:19

**solve** [1] - 56:15

**some** [73] - 5:17, 6:3, 12:20, 21:5, 22:9, 22:15, 22:18, 23:17, 28:16, 29:20, 30:2, 30:6, 30:13, 30:22, 32:19, 33:7, 33:14, 34:1, 34:4, 42:5, 42:6, 43:3, 47:23, 48:4, 49:10, 51:10, 52:5, 59:11, 62:9, 64:8, 65:13, 69:10, 69:11, 69:24, 82:6, 82:21, 84:1, 84:2, 91:8, 99:5, 99:11, 100:17, 107:21, 108:4, 113:20, 114:19, 114:21, 116:2, 120:8, 123:4, 124:2, 124:23, 126:6, 126:12, 129:22, 130:10, 130:20, 130:22, 131:1, 132:13, 132:14, 133:3, 134:24, 135:6, 135:10, 138:15, 139:20, 140:18, 141:19, 145:22, 148:9, 151:22

**somebody** [17] - 93:2, 102:10, 103:19, 106:8, 110:11, 120:24, 125:13, 127:4, 127:11, 127:12, 130:6, 138:23, 138:25, 150:4, 154:4

**somebody's** [1] - 125:25

**somehow** [1] - 106:23

**someone** [21] - 4:25, 18:8, 56:19, 66:4, 66:12, 77:15, 78:1, 80:2, 81:24, 82:1, 82:16, 82:19, 87:17, 91:24, 120:2, 123:7, 123:20, 127:12, 128:7, 130:12, 133:4

**someone's** [3] - 66:10, 95:10, 140:2

**something** [30] - 11:1, 12:21, 12:22, 21:2, 28:11, 31:15, 66:4, 68:25, 71:13, 71:14, 80:4, 82:11, 89:13, 89:22, 105:12, 109:4, 118:5, 118:6, 119:5, 119:6, 120:19, 124:22, 127:19, 129:8, 130:5, 130:23, 138:14, 144:22, 154:5

**sometimes** [3] - 32:10, 84:3, 108:16

**somewhere** [7] - 99:12, 105:25, 106:1, 118:14, 129:25, 130:1, 137:12

**son** [1] - 50:3

**sonogram** [2] - 117:17, 117:19

**soon** [3] - 4:23, 59:3, 70:16

**sorry** [6] - 50:22, 85:13, 90:16, 124:3, 131:13, 139:7

**sort** [2] - 124:21, 130:22

**sought** [1] - 33:19

**sounds** [4] - 66:10, 66:11, 66:12, 104:2

**source** [4] - 62:17, 65:1, 65:19, 67:9

**South** [5] - 13:18, 40:16, 40:19, 41:8, 73:18

**south** [2] - 62:18, 141:25

**Southern** [1] - 155:5

**SOUTHERN** [1] - 1:1

**southern** [1] - 2:5

**space** [1] - 35:6

**Spanish** [6] - 61:4, 66:8, 66:9, 108:2, 108:16, 109:2

**speak** [4] - 35:2, 39:3, 66:8, 66:9, 109:2

**speaks** [1] - 67:12

**Special** [1] - 36:14

**special** [7] - 4:5, 4:6, 6:14, 8:3, 36:5, 36:8, 83:12

**specific** [9] - 6:7, 21:1, 28:11, 31:14, 34:3, 74:24, 92:7, 147:1, 147:22

**specifically** [3] - 18:1, 76:15, 95:21

**specified** [1] - 8:19

**spectator** [1] - 33:2

**speculate** [1] - 9:25

**speeding** [3] - 73:13, 73:14, 79:6

**spend** [2] - 90:24, 96:10

**spending** [1] - 116:5

**spent** [3] - 89:17, 109:11, 117:11

**split** [1] - 72:5

**spoke** [1] - 114:12

**stacked** [1] - 42:15

**stakes** [2] - 133:2, 133:5

**stamp** [6] - 48:11, 78:24, 87:17, 118:3, 119:2, 131:22

**stamps** [1] - 119:7

**stand** [6] - 72:7, 86:6, 86:24, 103:18, 114:9

**standard** [2] - 129:6, 129:13

**stands** [1] - 35:16

**staring** [1] - 94:24

**start** [22] - 5:6, 39:4, 39:7, 39:9, 40:5, 40:12, 50:15, 50:16, 51:21, 52:19, 55:2, 67:20, 82:8, 113:6, 125:21, 130:5, 139:12, 146:14, 150:25, 151:4, 152:22, 153:10

**started** [1] - 122:4

**starting** [1] - 152:17

**starts** [8] - 7:13, 40:14, 90:5, 90:8, 140:20, 141:7, 152:16, 153:1

**stash** [1] - 24:1

**stashed** [1] - 64:17

**State** [1] - 78:23

**state** [4] - 6:16, 14:9, 14:19, 123:1

**stated** [3] - 9:8, 21:19, 29:5

**statement** [4] - 13:3, 13:4, 59:20,

113:24

**statements** [7] - 9:14, 12:24, 13:1, 13:2, 13:4, 48:1, 88:1, 133:13

**States** [24] - 2:5, 18:6, 18:9, 22:23, 23:1, 24:13, 24:16, 30:10, 30:14, 31:20, 40:6, 47:3, 51:1, 61:25, 66:18, 68:23, 91:9, 93:25, 109:5, 109:7, 109:8, 115:1, 120:22, 155:5

**STATES** [3] - 1:1, 1:4, 1:11

**station** [1] - 99:6

**stay** [4] - 69:24, 71:8, 78:11, 115:16

**stayed** [3] - 70:7, 70:12, 70:13

**staying** [2] - 74:19, 78:15

**stays** [1] - 48:7

**stealing** [1] - 102:7

**stenography** [1] - 1:24

**step** [5] - 5:5, 140:12, 140:15, 144:7, 146:9

**stick** [1] - 54:14

**still** [15] - 50:10, 62:6, 71:4, 84:4, 84:5, 87:3, 98:16, 100:6, 102:11, 121:10, 122:5, 125:22, 132:12, 135:17, 144:24

**stipulated** [1] - 65:18

**stipulation** [1] - 9:13

**stock** [2] - 130:4, 130:16

**stole** [10] - 24:1, 38:12, 50:2, 51:4, 54:8, 54:9, 80:12, 99:11, 138:15, 138:16, 138:23, 149:5

**stolen** [7] - 46:15, 47:13, 47:14, 47:20, 48:22, 82:23, 136:9

**stomach** [1] - 50:18

**stop** [2] - 90:18, 132:23

**stopped** [2] - 46:1, 141:25

**stops** [2] - 141:8, 153:6

**store** [6] - 47:23, 47:24, 47:25, 48:2, 48:16, 48:19

**stored** [1] - 24:24

**stories** [3] - 59:13, 88:3, 119:1

**story** [9] - 52:17, 65:16, 86:18, 86:23, 87:10, 87:22, 87:23, 88:23, 123:25

**straight** [1] - 53:23

**street** [2] - 93:11, 115:14

**Street** [3] - 1:16, 1:19, 2:2

**stretch** [1] - 85:2

**strict** [1] - 8:6

**struck** [1] - 141:11

**stuck** [1] - 114:16

**studying** [1] - 107:2

**stuff** [9] - 42:5, 62:2, 62:13, 64:4, 100:3, 100:6, 120:16, 132:15, 136:5, 145:11

**stuffed** [1] - 38:18

**submit** [1] - 124:7

**subpoena** [1] - 126:8

**substance** [14] - 18:12, 18:14, 18:16, 18:18, 18:19, 18:22, 19:12, 19:14, 19:18, 19:20, 19:24, 36:14, 36:16, 66:15

**substances** [6] - 8:22, 18:9, 18:23, 36:1, 36:9, 96:2

**substantial** [1] - 124:6
**substitute** [1] - 6:17
**succeeded** [2] - 22:1, 29:12
**successful** [8] - 33:20, 53:11, 56:4, 59:8, 80:5, 110:4, 112:10, 127:10
**such** [16] - 7:16, 8:15, 10:24, 11:8, 15:15, 15:19, 16:5, 16:11, 16:13, 21:25, 29:11, 31:1, 32:14, 32:16, 116:22, 128:17
**sufficient** [6] - 7:21, 16:12, 21:13, 28:24, 32:24
**suggest** [8] - 12:1, 44:7, 80:16, 129:2, 129:5, 133:7, 149:15
**suggestions** [3] - 146:21, 147:4, 152:12
**Suite** [2] - 1:16, 1:20
**summarize** [2] - 134:5
**summary** [1] - 16:21
**summer** [1] - 71:6
**Sunday** [1] - 74:16
**Superseding** [1] - 23:23
**superseding** [23] - 7:4, 7:7, 7:10, 8:18, 9:9, 13:14, 14:1, 14:7, 14:11, 14:16, 14:20, 17:2, 17:16, 18:4, 21:22, 22:21, 23:16, 23:19, 29:8, 30:8, 34:8, 35:6, 35:17
**supervision** [1] - 102:10
**suppliers** [1] - 99:14
**supply** [2] - 62:17, 67:9
**support** [2] - 73:12, 114:1
**supports** [1] - 130:25
**supposed** [3] - 53:15, 92:12, 104:7
**supposedly** [2] - 114:5, 131:4
**sure** [21] - 4:16, 45:7, 48:10, 74:16, 74:20, 80:17, 92:16, 92:18, 92:19, 92:21, 103:10, 104:13, 107:10, 109:3, 110:25, 114:20, 127:25, 145:20, 146:3, 151:3, 151:18
**surveillance** [17] - 26:17, 26:22, 26:25, 27:5, 27:11, 27:17, 52:20, 54:14, 54:23, 55:8, 65:4, 87:14, 105:5, 105:6, 105:9, 111:5, 134:25
**surveilled** [1] - 91:20
**suspect** [3] - 70:19, 111:21, 123:9
**suspects** [1] - 134:21
**sustain** [1] - 16:13
**sustained** [1] - 9:23
**sworn** [2] - 6:12, 9:12
**sympathy** [4] - 6:22, 6:23, 126:14, 133:3
**system** [1] - 127:24

## T

**table** [1] - 94:23
**tactic** [1] - 111:22
**take** [21] - 10:14, 41:9, 43:15, 45:8, 52:3, 64:23, 70:5, 85:1, 86:22, 116:8, 117:18, 122:20, 126:10, 126:11, 128:7, 132:23, 133:5, 138:9, 145:11, 151:11,

152:9
**Take** [1] - 41:10
**taken** [12] - 38:19, 48:20, 53:19, 82:10, 82:22, 83:4, 84:16, 84:18, 91:21, 117:17, 139:17, 139:18
**takes** [6] - 7:8, 43:16, 50:18, 71:5, 84:6, 127:11
**taking** [4] - 74:13, 117:3, 119:15, 126:16
**Talivan** [1] - 101:19
**talk** [38] - 17:25, 48:11, 49:9, 57:22, 57:23, 58:11, 59:23, 60:14, 61:21, 64:3, 64:7, 67:13, 70:14, 74:3, 74:6, 75:23, 78:14, 97:24, 103:6, 112:25, 113:3, 114:10, 114:11, 114:17, 114:21, 116:1, 118:23, 124:23, 125:15, 137:1, 137:3, 141:10, 141:15, 144:19, 149:16, 150:7, 151:5
**talked** [10] - 52:18, 62:19, 96:15, 99:3, 111:13, 114:10, 114:12, 115:16, 123:3, 133:3
**talking** [29] - 39:7, 40:14, 50:11, 52:9, 61:15, 61:19, 64:16, 66:4, 66:12, 67:3, 67:15, 70:24, 71:3, 79:7, 93:16, 96:7, 100:3, 100:5, 103:18, 103:22, 104:18, 113:24, 122:4, 123:4, 124:6, 125:14, 125:18, 131:25, 132:15
**talks** [5] - 47:21, 52:8, 64:18, 64:20, 67:18
**tall** [1] - 108:22
**Tamez** [4] - 41:24, 97:12, 98:10, 141:2
**tape** [6] - 25:21, 59:24, 64:18, 67:12, 134:25, 143:10
**target** [5] - 38:10, 51:18, 53:18, 102:6, 102:19
**targeted** [3] - 38:14, 38:16, 58:5
**targeting** [1] - 56:19
**task** [1] - 112:8
**tax** [7] - 62:8, 63:14, 77:10, 88:15, 110:18, 111:10, 131:22
**team** [2] - 46:19, 129:22
**techniques** [1] - 111:19
**tell** [39] - 12:3, 39:22, 44:1, 48:23, 49:6, 49:9, 53:23, 54:4, 54:7, 58:25, 61:20, 65:23, 67:8, 67:17, 68:1, 70:21, 73:2, 74:9, 79:15, 86:24, 87:10, 98:24, 113:9, 116:8, 116:13, 118:24, 123:10, 124:11, 126:20, 136:19, 136:21, 137:8, 145:8, 147:21, 150:6, 150:8
**telling** [19] - 44:1, 58:2, 58:15, 61:16, 62:21, 63:23, 64:22, 66:1, 67:9, 71:13, 72:25, 111:20, 115:10, 122:13, 124:24, 132:18, 132:19, 139:25, 147:24
**tells** [31] - 41:12, 43:2, 47:4, 50:24, 51:2, 52:17, 53:9, 53:17, 54:11, 54:15, 54:23, 55:3, 55:11, 55:14, 63:20, 67:25, 68:3, 68:6, 69:22, 70:17, 74:2, 75:2, 77:23, 90:17, 92:15, 116:9, 120:9, 123:25, 135:7, 139:15, 139:20
**Templarios** [2] - 62:14, 62:17

**tempted** [2] - 146:14, 146:24
**Ten** [1] - 25:3
**ten** [2] - 104:10, 135:25
**term** [7] - 20:1, 20:20, 20:24, 28:5, 28:9, 31:3, 31:12
**terminated** [1] - 65:19
**terms** [2] - 137:10, 140:19
**terrible** [2] - 4:22, 97:25
**territorial** [2] - 31:20, 31:21
**test** [3] - 130:10, 130:22, 131:3
**testified** [13] - 11:22, 12:8, 12:19, 44:20, 59:25, 72:13, 75:7, 78:16, 101:9, 114:19, 114:23, 123:5, 140:7
**testifies** [2] - 115:25, 123:16
**testify** [14] - 72:24, 93:8, 94:14, 94:16, 94:19, 96:7, 107:4, 110:18, 116:4, 117:15, 118:25, 136:1, 136:17, 137:19
**testifying** [3] - 16:11, 17:10, 137:15
**testimony** [92] - 9:13, 10:3, 10:4, 10:19, 10:24, 11:8, 11:20, 11:22, 11:25, 12:11, 12:14, 12:16, 12:18, 12:22, 13:5, 13:10, 14:4, 14:13, 15:3, 15:4, 15:8, 15:11, 15:15, 15:19, 15:20, 16:11, 16:14, 16:16, 16:17, 44:13, 48:11, 48:24, 56:14, 56:22, 57:2, 57:13, 57:18, 60:2, 60:19, 62:18, 69:5, 69:8, 69:9, 69:14, 71:17, 71:20, 73:21, 75:6, 76:11, 77:17, 84:12, 85:17, 85:22, 86:6, 86:7, 89:25, 93:22, 94:9, 104:20, 114:11, 116:6, 116:24, 119:13, 119:25, 122:10, 122:12, 122:14, 123:19, 125:24, 126:6, 133:9, 137:12, 137:22, 138:14, 139:3, 139:8, 141:11, 147:6, 147:13, 147:17, 147:20, 147:25, 149:3, 150:1, 151:10, 151:25, 152:7
**tests** [2] - 130:11, 131:1
**Tetin** [49] - 47:1, 47:18, 47:21, 48:2, 48:6, 48:9, 48:14, 48:20, 49:1, 49:17, 49:22, 50:21, 50:24, 51:2, 51:5, 51:6, 52:12, 54:5, 54:7, 54:11, 54:12, 54:15, 54:20, 54:21, 55:3, 55:5, 55:11, 62:19, 68:3, 68:4, 76:2, 76:6, 91:6, 91:9, 91:10, 91:12, 92:5, 92:8, 92:10, 92:15, 93:9, 93:22, 100:18, 101:2, 114:23, 117:8, 118:8, 119:21, 124:25
**Texan** [1] - 78:2
**TEXAS** [2] - 1:1, 1:5
**Texas** [32] - 1:17, 1:20, 1:23, 2:2, 2:5, 2:7, 13:18, 24:2, 25:16, 26:4, 26:15, 40:16, 40:19, 41:8, 47:8, 54:13, 54:19, 71:4, 73:9, 73:18, 78:2, 78:3, 78:21, 78:23, 79:7, 79:8, 80:9, 83:4, 96:3, 102:4, 155:6
**text** [2] - 71:2, 104:5
**texting** [1] - 104:8
**texts** [1] - 104:9
**than** [33] - 5:3, 10:18, 15:8, 17:8, 19:13, 19:19, 36:20, 36:21, 36:23, 36:24, 36:25, 47:12, 83:13, 83:20, 85:21, 85:23, 86:7, 87:11, 88:7, 89:25,

93:22, 95:2, 104:20, 108:21, 132:11, 134:4, 142:16, 149:21, 152:8, 152:15

**thank** [15] - 4:15, 84:24, 84:25, 85:16, 112:21, 129:17, 133:20, 133:21, 134:3, 143:12, 143:13, 144:3, 145:13, 152:3, 153:22

**that** [821] - 4:4, 4:25, 5:2, 6:2, 6:11, 6:23, 6:24, 7:4, 7:8, 7:13, 7:17, 7:20, 8:7, 8:9, 8:15, 8:18, 8:25, 9:3, 9:5, 9:7, 9:14, 9:17, 9:19, 9:21, 10:4, 10:6, 11:1, 11:5, 11:11, 11:17, 11:24, 12:1, 12:12, 12:19, 12:20, 13:1, 13:2, 13:7, 13:8, 13:10, 13:19, 14:6, 14:15, 14:23, 14:25, 15:13, 15:15, 16:13, 16:17, 16:18, 16:25, 17:10, 17:11, 17:17, 18:12, 18:17, 18:19, 18:21, 19:1, 19:3, 19:6, 19:8, 19:9, 19:11, 19:16, 19:17, 20:1, 20:16, 20:17, 20:20, 20:21, 20:24, 20:25, 21:2, 21:12, 21:13, 21:17, 21:18, 21:21, 21:24, 21:25, 22:4, 22:9, 22:13, 22:15, 23:3, 23:5, 23:11, 23:14, 23:25, 24:8, 25:12, 28:5, 28:6, 28:9, 28:10, 28:11, 28:12, 28:23, 28:24, 29:4, 29:5, 29:7, 29:10, 29:11, 29:14, 29:15, 29:20, 29:25, 30:2, 30:3, 30:17, 30:19, 30:21, 30:23, 30:25, 31:3, 31:12, 31:13, 31:15, 31:23, 31:25, 32:4, 32:18, 32:23, 33:1, 33:5, 33:7, 33:11, 33:13, 33:15, 33:17, 33:19, 33:22, 33:25, 35:9, 35:15, 36:13, 36:17, 38:3, 38:7, 38:13, 38:15, 38:16, 38:22, 38:24, 39:3, 39:5, 39:16, 39:17, 40:1, 40:11, 40:21, 41:21, 42:1, 42:8, 42:10, 42:19, 42:20, 42:21, 42:22, 42:24, 43:2, 43:11, 43:15, 43:17, 44:10, 44:13, 44:18, 44:21, 44:24, 45:3, 45:7, 45:9, 45:16, 45:17, 45:22, 45:23, 45:24, 46:3, 46:13, 46:18, 47:13, 47:16, 48:6, 48:10, 48:14, 48:17, 48:21, 49:2, 49:3, 49:7, 49:10, 49:16, 50:9, 50:19, 50:25, 51:4, 51:12, 51:19, 51:23, 51:24, 52:17, 52:18, 53:5, 53:8, 53:19, 53:20, 54:2, 54:4, 54:7, 54:13, 54:20, 55:5, 55:21, 55:24, 56:7, 56:24, 57:9, 57:16, 57:24, 58:3, 58:4, 58:6, 58:9, 58:10, 58:23, 58:24, 59:5, 59:20, 59:25, 60:2, 60:9, 60:16, 60:18, 60:19, 61:11, 62:7, 62:8, 62:9, 62:13, 62:22, 63:5, 63:10, 63:17, 64:1, 64:3, 64:5, 64:17, 64:18, 64:25, 65:6, 65:16, 65:18, 65:24, 66:11, 67:1, 67:11, 68:5, 68:6, 68:8, 68:14, 68:17, 68:18, 69:12, 70:2, 70:13, 70:15, 70:17, 71:15, 71:18, 72:1, 72:3, 72:8, 72:9, 72:11, 72:12, 72:14, 72:17, 72:24, 73:6, 73:9, 73:12, 73:22, 73:23, 74:4, 74:11, 74:20, 75:5, 75:7, 75:8, 75:9, 75:11, 75:12, 75:15, 75:17, 75:18, 75:20, 75:22, 75:25, 76:1, 76:2, 76:5, 76:6, 76:11, 76:13, 76:14, 76:18, 77:3, 77:4, 77:6, 77:12, 77:18, 78:4, 78:6, 78:10, 78:16, 78:22, 79:3, 79:4, 79:17, 80:4, 80:12, 80:14, 80:17, 80:21, 80:23, 81:2,

81:4, 81:10, 81:13, 81:14, 81:22, 82:2, 82:4, 82:5, 82:6, 82:7, 82:9, 82:10, 82:15, 82:19, 82:21, 82:24, 83:3, 83:9, 83:10, 83:13, 83:15, 83:22, 83:24, 84:17, 84:22, 85:13, 85:18, 85:19, 85:20, 85:21, 85:24, 86:1, 86:5, 86:7, 86:10, 86:11, 86:24, 87:3, 87:9, 87:13, 87:14, 87:18, 87:20, 88:2, 88:19, 88:25, 89:3, 89:8, 89:10, 89:12, 89:15, 89:18, 89:23, 90:3, 90:11, 90:14, 90:15, 90:23, 90:25, 91:12, 91:14, 91:15, 91:24, 91:25, 92:1, 92:4, 92:7, 92:12, 92:13, 92:23, 92:24, 92:25, 93:6, 93:9, 93:10, 93:16, 93:19, 93:21, 93:22, 93:24, 94:2, 94:3, 94:4, 94:8, 94:10, 94:11, 94:24, 95:2, 95:3, 95:8, 95:14, 95:20, 95:22, 95:23, 95:24, 95:25, 96:4, 96:6, 96:9, 96:11, 96:23, 96:24, 96:25, 97:1, 97:14, 97:17, 97:21, 97:24, 98:1, 98:2, 98:3, 98:4, 98:8, 98:9, 98:14, 98:22, 98:25, 99:1, 99:8, 99:9, 99:12, 99:16, 99:20, 100:8, 100:11, 100:14, 100:15, 100:18, 100:19, 101:10, 101:12, 101:13, 101:20, 101:22, 101:25, 102:3, 102:8, 102:14, 102:15, 102:16, 102:21, 102:22, 103:4, 103:5, 103:10, 103:17, 103:19, 103:21, 104:1, 104:6, 104:7, 104:13, 104:15, 104:18, 104:21, 104:23, 105:2, 105:4, 105:11, 105:14, 105:19, 105:23, 106:3, 106:8, 106:12, 106:17, 106:23, 106:24, 107:8, 107:12, 107:14, 107:16, 107:17, 107:21, 107:22, 107:24, 107:25, 108:1, 108:23, 109:9, 109:10, 109:12, 109:14, 109:16, 109:18, 109:19, 109:22, 109:23, 110:2, 110:3, 110:8, 110:9, 110:12, 110:17, 110:18, 110:20, 110:21, 110:25, 111:1, 111:11, 111:12, 111:19, 111:20, 112:6, 112:9, 112:13, 112:15, 112:20, 113:9, 113:16, 113:17, 113:23, 114:1, 114:4, 114:6, 114:8, 114:13, 114:14, 114:15, 114:16, 114:21, 114:23, 114:25, 115:3, 115:4, 115:5, 115:19, 115:21, 115:22, 115:23, 116:3, 116:17, 117:6, 117:7, 117:19, 117:23, 118:6, 118:10, 118:16, 119:4, 119:5, 119:7, 119:8, 119:9, 119:21, 120:11, 120:16, 120:25, 121:3, 121:4, 121:5, 121:22, 121:23, 122:11, 122:12, 122:14, 122:15, 122:22, 123:7, 123:9, 123:10, 123:20, 124:10, 124:11, 124:19, 124:23, 125:2, 125:8, 125:10, 125:13, 125:20, 125:22, 126:7, 126:8, 126:10, 126:11, 126:12, 126:15, 126:23, 127:2, 127:5, 127:7, 127:8, 127:13, 127:14, 127:16, 127:18, 127:19, 127:20, 127:25, 128:1, 128:6, 128:10, 128:12, 128:13, 128:17, 129:2, 129:8, 129:9, 129:13, 129:18, 129:21, 130:2, 130:5, 130:6, 130:11, 130:23, 130:24, 131:3, 131:5, 131:6, 131:9, 131:10, 131:11, 131:16, 131:17,

131:18, 131:19, 131:23, 132:7, 132:8, 132:11, 132:13, 132:16, 132:22, 133:7, 133:8, 133:9, 133:11, 133:13, 133:14, 133:15, 133:16, 134:11, 134:15, 134:24, 135:11, 135:13, 135:16, 135:17, 135:18, 135:19, 135:20, 135:21, 136:1, 136:12, 136:16, 136:17, 136:18, 136:24, 137:3, 137:4, 137:11, 137:13, 137:16, 137:20, 137:21, 137:23, 137:25, 138:2, 138:4, 138:8, 138:9, 138:13, 138:17, 138:23, 138:25, 139:1, 139:4, 139:6, 139:15, 139:16, 139:22, 139:23, 140:2, 140:7, 140:8, 140:15, 140:16, 141:6, 141:7, 141:15, 141:18, 142:1, 142:2, 142:9, 142:11, 142:13, 142:15, 142:16, 142:19, 142:20, 142:23, 143:1, 143:2, 143:3, 143:9, 143:10, 144:25, 145:8, 145:21, 146:20, 146:23, 147:2, 147:6, 147:7, 147:9, 147:11, 147:22, 147:24, 148:6, 148:7, 148:9, 148:12, 149:3, 149:7, 149:18, 150:1, 150:6, 150:13, 150:22, 151:13, 151:25, 152:1, 152:10, 153:8, 153:11, 153:13, 155:6

**that's** [111] - 5:10, 37:15, 45:12, 51:13, 51:17, 53:25, 56:8, 56:17, 56:18, 57:5, 57:7, 57:8, 58:13, 58:22, 60:20, 62:13, 65:1, 65:5, 65:14, 66:20, 66:21, 69:3, 70:1, 70:10, 71:8, 71:14, 72:17, 73:25, 75:1, 75:23, 76:2, 76:3, 76:8, 76:10, 77:14, 78:9, 80:13, 82:3, 83:6, 84:16, 86:11, 86:19, 86:20, 87:20, 88:13, 89:9, 90:2, 90:11, 90:25, 92:16, 93:13, 94:4, 94:18, 95:3, 95:16, 95:23, 96:24, 101:5, 103:13, 104:19, 108:8, 108:11, 109:21, 109:22, 113:18, 114:20, 120:24, 122:23, 123:25, 124:21, 125:18, 126:14, 126:18, 128:20, 128:21, 128:22, 128:23, 129:11, 129:20, 129:23, 130:23, 131:4, 131:25, 132:21, 133:24, 135:14, 135:21, 136:5, 136:23, 137:7, 137:8, 137:14, 137:17, 138:6, 139:2, 141:5, 141:7, 141:16, 142:19, 142:21, 143:3, 144:16, 145:4, 148:1, 149:17, 151:24, 153:24

**THE** [62] - 1:10, 1:14, 1:18, 4:4, 4:11, 4:16, 5:8, 5:13, 37:23, 84:25, 85:6, 85:10, 85:12, 129:16, 133:21, 133:25, 143:13, 144:5, 144:7, 144:11, 144:12, 144:13, 144:14, 144:15, 144:16, 145:13, 145:16, 145:18, 146:5, 146:8, 146:9, 146:11, 146:21, 147:13, 147:16, 147:24, 148:3, 148:7, 148:12, 148:19, 148:23, 148:24, 148:25, 150:16, 150:18, 150:20, 152:4, 152:6, 152:12, 152:17, 152:19, 152:24, 153:4, 153:7, 153:10, 153:16, 153:20, 153:23, 154:2, 154:13, 154:18, 154:22

**the** [1863] - 4:4, 4:8, 4:9, 4:19, 4:21, 4:23, 4:25, 5:1, 5:2, 5:3, 5:11, 5:12, 5:15, 5:21, 5:22, 5:23, 5:24, 6:1, 6:2,

6:5, 6:6, 6:9, 6:10, 6:12, 6:13, 6:15,
6:18, 6:19, 6:22, 6:24, 6:25, 7:1, 7:5,
7:8, 7:11, 7:12, 7:13, 7:15, 7:17, 7:20,
7:21, 7:22, 7:24, 7:25, 8:1, 8:2, 8:3, 8:4,
8:5, 8:7, 8:9, 8:10, 8:12, 8:13, 8:16,
8:18, 8:21, 8:25, 9:3, 9:4, 9:5, 9:6, 9:7,
9:8, 9:11, 9:12, 9:13, 9:14, 9:15, 9:16,
9:18, 9:20, 9:21, 9:22, 9:23, 9:25, 10:1,
10:2, 10:6, 10:7, 10:8, 10:9, 10:10,
10:11, 10:13, 10:15, 10:16, 10:19,
10:21, 10:22, 10:23, 11:3, 11:5, 11:7,
11:8, 11:9, 11:12, 11:13, 11:14, 11:15,
11:18, 11:19, 11:20, 11:22, 12:2, 12:3,
12:4, 12:5, 12:6, 12:7, 12:8, 12:9,
12:10, 12:11, 12:12, 12:13, 12:14,
12:15, 12:16, 12:18, 12:19, 12:21,
12:22, 12:23, 12:24, 12:25, 13:1, 13:2,
13:3, 13:4, 13:5, 13:6, 13:10, 13:13,
13:14, 13:19, 13:21, 13:22, 13:24,
13:25, 14:1, 14:2, 14:4, 14:6, 14:9,
14:10, 14:11, 14:13, 14:15, 14:16,
14:18, 14:20, 14:21, 15:2, 15:4, 15:7,
15:8, 15:10, 15:11, 15:12, 15:13, 15:18,
15:20, 15:21, 15:22, 16:1, 16:4, 16:7,
16:9, 16:10, 16:11, 16:15, 16:18, 16:19,
16:23, 16:24, 16:25, 17:1, 17:2, 17:3,
17:8, 17:11, 17:12, 17:15, 17:16, 17:17,
17:18, 17:20, 17:21, 18:1, 18:4, 18:9,
18:10, 18:13, 18:15, 18:19, 18:21,
18:22, 18:24, 18:25, 19:1, 19:2, 19:6,
19:7, 19:8, 19:9, 19:11, 19:17, 19:25,
20:1, 20:8, 20:16, 20:17, 20:20, 20:21,
20:24, 20:25, 21:1, 21:2, 21:3, 21:7,
21:9, 21:10, 21:11, 21:14, 21:15, 21:17,
21:19, 21:21, 21:22, 21:24, 21:25, 22:2,
22:3, 22:6, 22:10, 22:11, 22:12, 22:13,
22:15, 22:16, 22:17, 22:18, 22:21,
22:25, 23:1, 23:2, 23:3, 23:4, 23:6,
23:9, 23:10, 23:11, 23:12, 23:14, 23:15,
23:16, 23:17, 23:18, 23:23, 24:1, 24:12,
24:13, 24:15, 24:16, 24:21, 25:1, 25:13,
25:18, 25:21, 26:3, 26:4, 26:12, 26:14,
26:15, 26:17, 26:22, 26:25, 27:5, 27:11,
27:18, 27:25, 28:2, 28:5, 28:6, 28:9,
28:10, 28:11, 28:13, 28:14, 28:17,
28:18, 28:19, 28:20, 28:22, 28:25, 29:1,
29:3, 29:4, 29:6, 29:7, 29:8, 29:10,
29:11, 29:13, 29:14, 29:17, 29:21,
29:23, 29:24, 29:25, 30:3, 30:4, 30:5,
30:8, 30:9, 30:17, 30:20, 31:3, 31:4,
31:8, 31:10, 31:12, 31:13, 31:14, 31:15,
31:16, 31:20, 31:23, 32:3, 32:4, 32:6,
32:7, 32:11, 32:12, 32:13, 32:14, 32:15,
32:18, 32:19, 32:20, 32:22, 32:24,
32:25, 33:1, 33:3, 33:4, 33:6, 33:7,
33:8, 33:9, 33:10, 33:11, 33:12, 33:13,
33:15, 33:17, 33:19, 33:20, 33:21,
33:22, 33:23, 33:24, 33:25, 34:1, 34:2,
34:3, 34:8, 34:13, 34:14, 34:19, 34:20,
34:23, 34:24, 34:25, 35:1, 35:3, 35:5,
35:6, 35:7, 35:8, 35:9, 35:12, 35:13,
35:14, 35:16, 35:17, 35:19, 35:20,
35:22, 35:24, 36:3, 36:4, 36:6, 36:8,
36:9, 36:10, 36:13, 36:15, 36:16, 36:17,
36:18, 36:22, 36:23, 37:2, 37:7, 37:11,
37:12, 37:13, 37:15, 37:17, 37:20,
37:24, 38:1, 38:3, 38:4, 38:7, 38:9,
38:10, 38:12, 38:13, 38:14, 38:16,
38:19, 38:20, 38:22, 38:24, 38:25, 39:1,
39:4, 39:5, 39:7, 39:8, 39:9, 39:11,
39:12, 39:14, 39:17, 39:20, 39:24, 40:1,
40:5, 40:8, 40:14, 40:15, 40:17, 40:18,
40:21, 40:23, 41:2, 41:3, 41:5, 41:6,
41:10, 41:13, 41:14, 41:16, 41:22,
41:24, 42:2, 42:4, 42:8, 42:9, 42:11,
42:12, 42:17, 42:19, 42:22, 42:24,
42:25, 43:7, 43:8, 43:9, 43:11, 43:13,
43:16, 43:19, 43:24, 43:25, 44:11,
44:14, 44:15, 44:22, 45:1, 45:4, 45:5,
45:7, 45:11, 45:12, 45:13, 45:15, 45:16,
45:17, 45:19, 45:23, 46:8, 46:11, 46:12,
46:13, 46:15, 46:16, 46:20, 46:24,
46:25, 47:2, 47:3, 47:5, 47:7, 47:24,
48:2, 48:3, 48:7, 48:8, 48:9, 48:10,
48:11, 48:12, 48:13, 48:14, 48:16,
48:17, 48:18, 48:19, 48:23, 48:24,
48:25, 49:1, 49:2, 49:4, 49:6, 49:7,
49:14, 49:16, 49:17, 49:18, 49:22,
49:24, 50:1, 50:2, 50:7, 50:10, 50:14,
50:17, 50:19, 50:20, 50:21, 50:23, 51:1,
51:4, 51:7, 51:8, 51:9, 51:12, 51:13,
51:15, 51:17, 51:19, 51:21, 51:22,
51:23, 51:24, 51:25, 52:2, 52:3, 52:4,
52:6, 52:7, 52:12, 52:15, 52:17, 52:21,
52:23, 53:1, 53:3, 53:5, 53:6, 53:8,
53:12, 53:14, 53:16, 53:17, 53:18,
53:24, 54:1, 54:3, 54:4, 54:7, 54:8,
54:9, 54:10, 54:12, 54:16, 54:22, 54:23,
54:24, 54:25, 55:1, 55:5, 55:6, 55:7,
55:11, 55:14, 55:15, 55:20, 55:21,
55:23, 55:24, 56:2, 56:11, 56:12, 56:13,
56:14, 56:16, 56:17, 56:21, 56:24,
56:25, 57:2, 57:3, 57:5, 57:6, 57:9,
57:11, 57:12, 57:13, 57:14, 57:17,
57:18, 57:19, 57:21, 57:22, 57:24, 58:1,
58:2, 58:4, 58:8, 58:10, 58:14, 58:17,
58:22, 58:23, 58:24, 58:25, 59:2, 59:3,
59:5, 59:7, 59:10, 59:12, 59:14, 59:15,
59:18, 59:19, 59:20, 59:21, 59:23,
59:24, 59:25, 60:8, 60:9, 60:13, 60:16,
60:18, 60:25, 61:2, 61:3, 61:4, 61:5,
61:6, 61:9, 61:11, 61:12, 61:13, 61:14,
61:15, 61:20, 61:23, 61:24, 62:2, 62:5,
62:7, 62:12, 62:13, 62:16, 62:20, 62:21,
62:23, 62:25, 63:1, 63:4, 63:5, 63:7,
63:8, 63:9, 63:10, 63:11, 63:12, 63:13,
63:14, 63:16, 63:18, 63:20, 63:25, 64:1,
64:2, 64:4, 64:6, 64:9, 64:10, 64:11,
64:13, 64:16, 64:20, 64:22, 64:25, 65:3,
65:6, 65:13, 65:17, 65:19, 65:21, 65:22,
65:23, 65:24, 66:1, 66:2, 66:3, 66:13,
66:15, 66:16, 66:18, 66:20, 66:25, 67:1,
67:4, 67:5, 67:6, 67:9, 67:10, 67:12,
67:13, 67:14, 67:16, 67:18, 67:19,
67:20, 67:21, 68:6, 68:8, 68:9, 68:11,
68:12, 68:13, 68:14, 68:16, 68:17,
68:18, 68:20, 68:21, 68:23, 68:24, 69:1,
69:4, 69:5, 69:8, 69:9, 69:10, 69:11,
70:1, 70:3, 70:7, 70:10, 70:12, 70:14,
70:15, 70:18, 70:19, 70:25, 71:1, 71:2,
71:3, 71:5, 71:10, 71:13, 71:16, 71:17,
71:19, 71:20, 71:21, 71:22, 71:23,
71:25, 72:1, 72:3, 72:4, 72:5, 72:6,
72:7, 72:9, 72:10, 72:11, 72:12, 72:13,
72:17, 72:20, 72:22, 72:23, 72:24, 73:1,
73:4, 73:8, 73:9, 73:12, 73:13, 73:16,
73:18, 73:19, 73:22, 73:23, 73:25, 74:1,
74:2, 74:3, 74:5, 74:6, 74:7, 74:9,
74:10, 74:18, 74:19, 74:20, 74:21,
74:25, 75:3, 75:15, 75:18, 75:20, 75:23,
75:24, 75:25, 76:1, 76:2, 76:3, 76:6,
76:7, 76:9, 76:10, 76:12, 76:14, 76:20,
76:21, 76:23, 76:25, 77:7, 77:9, 77:11,
77:12, 77:14, 77:23, 78:7, 78:10, 78:13,
78:14, 78:22, 78:23, 78:24, 78:25, 79:3,
79:5, 79:6, 79:14, 79:16, 79:20, 79:22,
79:23, 79:24, 79:25, 80:3, 80:10, 80:11,
80:12, 80:13, 80:14, 80:17, 80:18,
80:19, 80:20, 80:21, 80:22, 81:2, 81:3,
81:4, 81:6, 81:9, 81:11, 81:17, 81:18,
81:21, 81:22, 81:24, 82:2, 82:3, 82:4,
82:7, 82:8, 82:9, 82:10, 82:12, 82:13,
82:18, 82:23, 83:3, 83:6, 83:10, 83:13,
83:19, 83:20, 83:23, 83:25, 84:2, 84:5,
84:8, 84:9, 84:12, 84:14, 84:17, 84:20,
84:21, 85:2, 85:4, 85:5, 85:10, 85:11,
85:24, 86:1, 86:4, 86:7, 86:11, 86:19,
86:25, 87:2, 87:6, 87:7, 87:13, 87:14,
87:15, 87:16, 87:18, 88:10, 88:22,
88:23, 88:25, 89:1, 89:2, 89:9, 89:15,
89:20, 89:25, 90:1, 90:2, 90:3, 90:5,
90:8, 90:12, 90:13, 90:19, 90:22, 91:3,
91:9, 91:10, 91:12, 91:14, 91:15, 91:16,
92:1, 92:6, 92:8, 92:9, 92:14, 92:22,
93:6, 93:9, 93:10, 93:11, 93:15, 93:18,
93:19, 93:22, 93:23, 93:24, 93:25, 94:2,
94:7, 94:9, 94:22, 94:23, 95:3, 95:14,
95:15, 95:19, 95:21, 95:23, 95:25, 96:2,
96:3, 96:8, 96:10, 96:12, 96:13, 96:14,
96:18, 96:20, 97:1, 97:9, 97:10, 98:6,
98:8, 98:9, 98:15, 98:17, 98:19, 98:20,
98:23, 98:24, 99:3, 99:5, 99:6, 99:10,
99:20, 99:21, 99:25, 100:6, 100:8,
100:17, 100:19, 100:20, 100:22,
100:24, 101:3, 101:6, 101:7, 101:11,
101:16, 101:23, 102:4, 102:6, 102:12,
102:15, 102:23, 103:2, 103:5, 103:15,
103:18, 103:20, 103:21, 104:3, 104:5,
104:9, 104:14, 104:15, 104:18, 105:2,
105:8, 105:10, 106:2, 106:3, 106:7,
106:12, 106:13, 106:15, 107:1, 107:2,
107:8, 107:11, 107:12, 107:14, 107:17,
107:20, 107:24, 108:1, 108:3, 108:7,

108:8, 108:11, 108:13, 108:25, 109:5, 109:6, 109:8, 109:10, 109:11, 109:14, 109:18, 109:19, 109:22, 109:23, 109:24, 110:3, 110:4, 110:16, 110:21, 111:2, 111:14, 111:19, 111:20, 111:21, 111:22, 112:9, 112:11, 112:17, 112:21, 112:22, 112:25, 113:3, 113:4, 113:5, 113:6, 113:7, 113:10, 113:15, 113:16, 113:17, 113:18, 113:21, 113:22, 113:23, 113:25, 114:4, 114:5, 114:8, 114:9, 114:10, 114:14, 114:15, 114:16, 114:18, 114:19, 114:21, 114:22, 115:1, 115:2, 115:4, 115:8, 115:14, 115:17, 115:20, 115:21, 115:22, 115:25, 116:2, 116:3, 116:9, 116:12, 116:13, 116:14, 116:15, 116:17, 116:18, 116:19, 116:23, 117:4, 117:5, 117:6, 117:10, 117:13, 117:15, 117:17, 117:18, 117:25, 118:1, 118:2, 118:3, 118:4, 118:7, 118:11, 118:12, 118:13, 118:15, 118:17, 118:18, 118:19, 119:2, 119:3, 119:6, 119:15, 119:16, 119:19, 119:21, 120:2, 120:7, 120:10, 120:20, 120:21, 121:2, 121:5, 121:6, 121:8, 121:13, 121:15, 121:21, 121:25, 122:1, 122:6, 122:9, 122:10, 122:11, 122:12, 122:13, 122:14, 122:16, 122:17, 122:20, 123:9, 123:12, 123:13, 123:15, 123:17, 123:20, 123:23, 123:25, 124:2, 124:5, 124:8, 124:13, 124:17, 124:18, 124:23, 124:24, 125:4, 125:5, 125:10, 125:12, 125:18, 125:23, 125:24, 126:1, 126:6, 126:7, 126:9, 126:13, 126:14, 126:15, 126:24, 127:2, 127:3, 127:5, 127:6, 127:7, 127:8, 127:10, 127:14, 127:16, 127:19, 127:21, 127:22, 127:23, 128:1, 128:2, 128:9, 128:12, 128:15, 128:18, 129:1, 129:6, 129:8, 129:9, 129:12, 129:13, 129:18, 130:1, 130:3, 130:4, 130:7, 130:10, 130:11, 130:13, 131:4, 131:7, 131:18, 131:20, 131:21, 131:22, 131:23, 132:7, 132:11, 132:13, 132:14, 132:18, 132:19, 132:20, 133:2, 133:3, 133:5, 133:8, 133:10, 133:12, 133:14, 133:15, 133:16, 134:5, 134:9, 134:11, 134:13, 134:15, 134:17, 134:18, 134:19, 134:24, 135:1, 135:5, 135:8, 135:15, 135:16, 135:18, 135:19, 135:21, 135:24, 135:25, 136:1, 136:3, 136:4, 136:5, 136:9, 136:10, 136:11, 136:12, 136:17, 136:18, 136:19, 136:23, 137:1, 137:2, 137:6, 137:7, 137:12, 137:13, 137:22, 138:1, 138:2, 138:3, 138:6, 138:12, 138:13, 138:14, 138:17, 138:25, 139:1, 139:5, 139:6, 139:7, 139:10, 139:12, 139:14, 139:15, 139:16, 139:24, 139:25, 140:3, 140:4, 140:7, 140:8, 140:9, 140:10, 140:12, 140:14, 140:15, 140:19, 140:23, 140:25, 141:3, 141:5, 141:6, 141:11, 141:15, 141:16, 141:17, 141:19, 142:3,

142:4, 142:14, 142:19, 142:20, 142:21, 142:23, 143:2, 143:3, 143:5, 143:9, 143:14, 143:15, 143:16, 143:19, 143:20, 143:22, 143:25, 144:5, 144:6, 144:16, 144:18, 144:19, 144:21, 144:22, 144:23, 145:1, 145:2, 145:4, 145:6, 145:7, 145:14, 145:17, 145:20, 145:21, 146:1, 146:14, 146:15, 146:16, 146:19, 146:22, 147:2, 147:3, 147:5, 147:10, 147:12, 147:13, 147:16, 147:17, 147:18, 147:20, 148:2, 148:4, 148:7, 148:11, 148:14, 148:20, 148:23, 149:2, 149:3, 149:5, 149:6, 149:7, 149:8, 149:10, 149:11, 149:17, 149:19, 149:25, 150:2, 150:9, 150:11, 150:12, 150:14, 150:17, 150:18, 150:19, 150:23, 150:24, 151:5, 151:6, 151:8, 151:10, 151:11, 151:13, 151:16, 151:17, 151:18, 151:21, 151:22, 151:24, 151:25, 152:2, 152:4, 152:5, 152:6, 152:7, 152:9, 152:11, 152:12, 152:21, 152:22, 152:23, 152:24, 152:25, 153:4, 153:14, 153:17, 153:19, 153:21, 153:23, 154:4, 154:5, 154:7, 154:9, 154:11, 154:12, 154:13, 154:16, 154:21, 154:23, 155:6, 155:6, 155:7
**The** [10] - 5:12, 47:3, 60:20, 85:5, 85:11, 143:7, 144:6, 150:19, 152:5, 155:2
**theft** [2] - 24:13, 24:16
**their** [46] - 9:17, 22:1, 29:12, 42:3, 46:21, 47:14, 52:22, 59:13, 61:15, 66:20, 73:2, 77:17, 78:7, 84:18, 84:19, 87:25, 88:3, 88:14, 88:16, 88:19, 90:25, 96:13, 96:15, 97:18, 97:20, 109:8, 111:4, 111:17, 113:13, 116:25, 119:1, 119:7, 119:10, 126:2, 127:8, 129:7, 132:20, 133:5, 133:12, 133:15, 137:10, 137:15, 145:7
**them** [100] - 5:19, 5:20, 6:13, 12:10, 16:22, 37:14, 39:14, 46:21, 47:4, 52:17, 52:23, 53:8, 53:13, 53:24, 56:23, 58:15, 63:3, 63:21, 65:23, 68:4, 69:2, 72:25, 74:24, 76:21, 76:22, 78:13, 81:8, 81:14, 81:15, 88:18, 88:23, 89:21, 90:23, 91:24, 92:3, 92:4, 96:8, 96:11, 97:21, 97:22, 99:23, 99:25, 102:7, 103:6, 104:19, 105:6, 105:10, 110:19, 111:4, 112:1, 113:11, 113:17, 114:14, 115:10, 115:16, 118:6, 118:7, 120:9, 120:10, 120:14, 120:19, 120:23, 120:24, 132:12, 132:20, 132:21, 135:7, 136:10, 136:15, 138:5, 138:7, 138:8, 138:10, 138:15, 138:16, 139:20, 141:8, 146:6, 146:13, 146:17, 146:18, 147:21, 147:25, 149:1, 149:11, 149:16, 150:5, 150:6, 150:7, 150:8, 150:10, 150:16, 152:7, 153:18
**theme** [1] - 113:7
**themselves** [7] - 21:19, 29:6, 55:22,

56:21, 62:2, 107:7, 109:14
**then** [89] - 4:5, 6:7, 6:8, 14:7, 14:16, 22:13, 22:17, 30:1, 30:4, 32:13, 35:19, 35:25, 36:3, 36:4, 36:7, 36:13, 36:19, 36:20, 36:25, 37:1, 37:3, 37:10, 40:14, 50:5, 51:21, 52:3, 53:16, 53:17, 54:19, 62:3, 62:9, 63:8, 64:20, 66:13, 67:19, 69:25, 70:6, 71:5, 72:3, 72:13, 76:24, 76:25, 83:22, 84:9, 92:14, 92:22, 93:4, 94:20, 97:6, 98:19, 99:10, 102:10, 102:11, 102:24, 104:23, 105:22, 105:25, 106:7, 107:9, 108:9, 108:20, 108:25, 109:1, 111:8, 111:22, 112:7, 114:13, 116:1, 118:8, 119:23, 127:18, 129:1, 131:23, 135:15, 142:6, 145:24, 147:24, 149:16, 149:20, 149:22, 150:9, 150:10, 151:4, 151:15, 151:17, 151:19, 153:12
**theory** [1] - 82:3
**there** [107] - 5:21, 17:7, 17:9, 35:19, 40:4, 40:5, 41:13, 44:10, 44:17, 48:5, 48:24, 49:16, 49:17, 49:18, 50:14, 50:20, 51:3, 52:4, 52:14, 53:8, 54:25, 55:1, 55:7, 55:8, 56:3, 58:17, 59:8, 59:9, 59:10, 59:14, 61:6, 62:1, 69:11, 70:7, 71:10, 72:10, 72:16, 76:7, 76:8, 76:16, 76:17, 76:24, 77:8, 77:19, 77:21, 78:12, 80:23, 80:24, 87:8, 93:17, 93:18, 93:20, 94:17, 95:11, 97:5, 100:24, 101:14, 103:7, 104:3, 104:17, 104:21, 106:14, 107:18, 113:3, 114:6, 117:2, 117:9, 117:13, 117:21, 118:5, 118:9, 118:10, 118:16, 118:25, 122:2, 122:15, 122:23, 123:24, 124:5, 125:13, 125:18, 126:12, 130:14, 133:10, 134:21, 135:11, 135:17, 136:5, 136:20, 138:17, 143:23, 151:22, 152:17
**there's** [39] - 36:1, 36:11, 37:7, 40:22, 42:9, 44:3, 47:21, 54:21, 75:5, 75:8, 75:18, 76:1, 81:2, 81:8, 82:16, 83:12, 83:16, 89:8, 91:8, 91:18, 91:19, 91:21, 95:2, 95:11, 96:23, 98:14, 104:17, 107:12, 108:2, 108:20, 110:12, 110:25, 121:24, 125:17, 127:12, 132:11, 134:8, 134:14, 144:16
**thereafter** [1] - 8:23
**thereby** [2] - 22:10, 29:21
**therefore** [3] - 8:14, 13:6, 128:16
**These** [1] - 51:15
**these** [75] - 5:17, 8:2, 12:12, 13:15, 13:25, 14:7, 14:11, 14:12, 14:17, 14:21, 14:22, 15:11, 20:21, 20:25, 33:6, 37:15, 37:16, 37:17, 46:7, 51:18, 51:19, 51:22, 51:23, 51:24, 52:5, 54:5, 58:14, 63:3, 63:17, 64:22, 68:21, 69:13, 80:19, 80:24, 80:25, 81:6, 91:9, 94:1, 94:4, 97:24, 101:22, 102:22, 104:9, 104:17, 105:17, 107:23, 109:14, 112:6, 114:1, 114:16, 116:23, 120:24, 121:22, 123:3, 124:10, 124:11, 124:24, 126:9, 127:20,

130:2, 132:7, 133:9, 133:11, 136:2, 136:8, 136:18, 137:6, 138:4, 138:9, 141:13, 144:24, 149:13, 151:9

**they** [340] - 7:1, 13:6, 16:23, 21:18, 29:5, 38:11, 39:3, 39:16, 39:17, 39:24, 40:15, 40:22, 41:14, 42:2, 44:7, 45:19, 46:25, 47:2, 47:3, 47:8, 47:14, 47:15, 48:8, 48:11, 48:12, 48:15, 48:16, 48:19, 49:6, 49:8, 49:12, 49:23, 49:24, 50:5, 50:9, 50:15, 50:16, 50:20, 50:23, 51:1, 51:17, 51:21, 51:24, 52:10, 52:11, 52:18, 52:19, 52:20, 52:21, 52:24, 52:25, 53:1, 53:9, 53:10, 53:11, 53:12, 53:13, 53:14, 53:16, 53:17, 53:20, 53:25, 54:1, 54:21, 55:1, 55:5, 55:8, 55:22, 57:25, 58:7, 58:11, 58:19, 58:20, 59:4, 59:7, 59:14, 59:16, 59:17, 60:21, 61:1, 61:20, 61:21, 62:2, 63:21, 65:3, 65:4, 66:16, 66:25, 67:15, 68:2, 68:24, 70:19, 72:24, 73:2, 73:16, 73:18, 73:19, 74:19, 74:20, 76:3, 76:4, 77:19, 77:20, 77:21, 78:5, 78:6, 78:8, 78:11, 78:12, 78:15, 79:6, 79:17, 79:19, 79:23, 81:25, 83:2, 84:4, 86:10, 87:2, 88:3, 88:7, 88:9, 88:10, 88:15, 88:16, 88:18, 88:19, 88:20, 88:22, 88:25, 89:5, 89:7, 89:13, 89:15, 89:17, 89:23, 89:24, 90:11, 91:1, 91:24, 92:3, 92:14, 93:4, 95:5, 95:18, 95:19, 96:14, 96:15, 96:20, 96:21, 97:3, 97:4, 97:19, 98:21, 98:25, 99:22, 100:3, 100:4, 101:6, 101:13, 101:14, 101:23, 101:24, 101:25, 103:21, 103:22, 104:16, 105:5, 105:6, 105:10, 105:14, 105:15, 106:24, 107:13, 109:1, 109:15, 110:6, 110:13, 110:14, 110:17, 110:22, 110:25, 111:1, 111:3, 111:8, 111:13, 111:16, 111:19, 111:21, 111:25, 112:1, 112:2, 112:3, 112:15, 112:20, 112:23, 113:11, 113:12, 113:15, 113:23, 114:12, 114:17, 114:18, 114:25, 116:4, 117:18, 118:6, 118:7, 119:7, 120:3, 120:4, 120:11, 120:15, 124:23, 125:4, 125:8, 125:9, 125:12, 125:21, 125:23, 125:25, 126:2, 126:3, 127:2, 129:1, 129:6, 129:7, 129:10, 130:4, 131:21, 131:22, 131:23, 131:24, 132:9, 132:10, 132:13, 132:17, 133:15, 134:21, 134:24, 135:2, 135:3, 135:5, 135:8, 135:9, 135:13, 135:15, 136:10, 136:12, 136:13, 136:19, 136:20, 136:21, 136:22, 137:7, 137:15, 137:19, 138:5, 138:14, 138:20, 139:17, 140:2, 140:8, 140:17, 140:23, 141:24, 146:6, 146:13, 146:19, 147:5, 147:7, 147:11, 147:13, 147:19, 147:20, 148:23, 148:24, 149:11, 149:13, 149:21, 150:5, 150:6, 150:8, 150:10, 151:19, 152:8, 152:9, 154:11

**they'll** [1] - 48:11

**they're** [49] - 37:17, 48:5, 49:23, 51:15, 53:10, 57:7, 58:1, 58:11, 58:19, 59:17,

61:1, 74:25, 76:5, 80:10, 81:6, 83:16, 84:8, 84:19, 111:14, 113:14, 116:24, 116:25, 122:8, 125:23, 127:7, 127:8, 127:9, 132:10, 134:10, 134:11, 135:19, 137:4, 137:9, 137:14, 137:16, 137:19, 138:2, 138:3, 138:13, 138:18, 138:19, 139:15, 140:17, 145:25, 147:7, 147:22, 149:19

**they've** [11] - 84:19, 88:18, 89:7, 113:13, 113:14, 113:22, 113:23, 130:7, 132:9, 133:16, 146:1

**they..** [1] - 145:16

**thing** [50] - 20:5, 20:9, 20:13, 20:15, 35:1, 37:15, 44:9, 47:3, 56:2, 58:2, 58:8, 62:25, 63:1, 63:5, 70:15, 73:22, 73:25, 77:6, 77:23, 81:21, 83:25, 85:17, 89:2, 96:25, 104:13, 104:25, 109:3, 109:9, 113:17, 113:18, 114:7, 115:5, 117:10, 122:8, 122:9, 124:14, 125:18, 125:20, 127:17, 129:12, 130:7, 132:21, 134:8, 135:19, 136:12, 137:20, 139:24, 151:18, 152:13, 154:3

**things** [38] - 9:17, 12:8, 38:5, 50:25, 58:20, 63:21, 69:10, 69:11, 69:12, 72:21, 77:3, 81:9, 90:10, 92:7, 99:17, 103:16, 105:3, 106:12, 110:10, 111:1, 112:2, 113:4, 113:22, 113:23, 116:17, 121:6, 124:23, 126:12, 126:23, 131:17, 133:16, 134:7, 135:20, 137:19, 138:8, 142:11, 154:4

**think** [48] - 12:16, 13:4, 13:10, 14:2, 16:23, 44:25, 51:9, 59:10, 61:12, 66:15, 69:9, 69:13, 69:20, 74:1, 87:23, 87:24, 88:6, 88:11, 88:13, 97:9, 100:7, 101:22, 102:10, 104:17, 106:17, 107:13, 110:10, 110:22, 121:3, 121:4, 125:4, 125:9, 125:12, 129:19, 129:20, 130:14, 130:21, 131:14, 132:24, 134:12, 135:12, 142:16, 143:23, 148:6, 148:18, 149:17, 152:7, 152:8

**thinking** [2] - 111:11, 130:5

**thinks** [3] - 75:20, 106:11, 111:21

**third** [8] - 18:21, 19:8, 23:11, 30:23, 70:15, 121:11, 122:7, 150:11

**this** [220] - 4:21, 4:23, 6:8, 11:17, 11:23, 13:9, 14:6, 14:15, 15:21, 15:24, 16:21, 17:5, 18:10, 23:12, 27:13, 30:15, 30:16, 32:10, 33:10, 33:23, 38:3, 38:5, 38:21, 38:22, 39:18, 40:1, 41:9, 41:23, 42:22, 43:5, 43:17, 46:8, 46:12, 48:14, 48:17, 48:22, 49:18, 49:25, 50:9, 50:13, 50:15, 51:6, 51:11, 52:7, 53:9, 54:18, 55:19, 56:13, 57:16, 57:20, 58:13, 59:19, 59:24, 60:6, 60:7, 60:10, 60:17, 61:15, 61:16, 63:2, 65:2, 65:6, 65:18, 65:21, 65:23, 65:25, 70:25, 71:1, 71:7, 77:1, 77:15, 77:19, 77:22, 78:1, 78:15, 78:22, 79:4, 79:5, 79:9, 79:11, 79:22, 80:15, 81:21, 82:12, 83:10, 85:23, 87:18, 88:19, 88:20, 88:24, 89:3, 89:18,

90:4, 90:10, 91:4, 91:22, 93:7, 93:8, 93:10, 93:11, 93:17, 94:9, 94:14, 94:23, 95:6, 98:12, 98:13, 98:15, 98:17, 98:20, 99:13, 99:21, 101:21, 102:24, 104:8, 104:21, 105:4, 106:4, 108:4, 108:5, 108:7, 108:15, 108:17, 108:20, 109:5, 109:9, 109:11, 109:15, 109:16, 109:24, 110:2, 112:14, 112:18, 112:20, 114:7, 114:10, 115:6, 115:23, 116:3, 116:5, 116:6, 116:7, 116:18, 117:2, 117:19, 119:21, 121:25, 122:1, 122:3, 124:12, 124:13, 124:15, 124:20, 127:6, 127:13, 128:3, 128:4, 128:6, 128:11, 129:6, 129:11, 130:1, 130:3, 130:8, 130:12, 130:16, 131:3, 131:25, 132:6, 132:15, 132:21, 132:22, 132:25, 133:5, 133:7, 133:16, 134:16, 134:20, 134:21, 135:7, 135:11, 135:12, 136:5, 136:13, 136:24, 137:11, 138:10, 138:17, 139:21, 140:1, 140:12, 140:16, 140:24, 142:5, 142:8, 143:5, 143:9, 145:4, 146:11, 146:12, 146:17, 148:3, 149:10, 149:18, 149:20, 149:23, 150:7, 150:8, 150:9, 152:18, 152:24, 153:12

**thorough** [2] - 91:2

**those** [60] - 9:6, 9:16, 9:24, 13:13, 17:24, 28:2, 34:3, 35:19, 37:13, 38:5, 38:11, 53:4, 54:11, 56:10, 57:4, 61:7, 62:6, 64:15, 67:16, 68:2, 68:11, 72:21, 73:22, 73:25, 76:10, 81:12, 83:5, 91:20, 95:15, 95:25, 96:16, 97:17, 99:22, 99:24, 111:3, 114:15, 114:20, 116:16, 117:19, 118:5, 118:21, 120:6, 126:3, 127:5, 127:6, 127:7, 127:8, 129:3, 130:9, 131:2, 131:12, 131:17, 133:18, 134:11, 136:17, 136:18, 140:10, 140:11, 145:22, 154:19

**though** [16] - 21:14, 21:15, 22:14, 22:18, 28:25, 29:1, 30:2, 30:5, 32:15, 81:25, 88:21, 104:3, 111:3, 123:14, 123:24, 140:1

**thought** [5] - 87:8, 95:3, 96:20, 106:16, 148:7

**thoughts** [2] - 148:1, 148:9

**thousand** [8] - 19:14, 19:20, 36:24, 36:25, 40:7, 40:8, 40:17, 46:4

**thousands** [2] - 83:16

**Three** [2] - 118:17, 118:18

**three** [23] - 24:7, 25:13, 38:11, 55:3, 58:5, 61:1, 61:7, 61:12, 69:13, 74:10, 76:16, 77:8, 91:23, 94:21, 99:24, 101:8, 107:14, 126:17, 127:10, 133:18, 135:4, 137:3

**three-day** [2] - 74:10, 101:8

**threw** [1] - 59:4

**thrilling** [1] - 37:14

**through** [19] - 5:20, 20:10, 32:6, 37:17, 61:14, 62:8, 71:21, 80:17, 81:14, 95:12, 96:3, 100:17, 105:23, 105:24, 107:10, 117:19, 135:5, 138:7, 153:1

**throughout** [5] - 7:16, 7:25, 65:25, 76:5, 76:6

**ticket** [1] - 118:13

**tickets** [9] - 73:13, 73:14, 73:19, 73:22, 73:25, 79:7, 95:12, 95:15

**Tico** [1] - 100:18

**tie** [3] - 99:2, 135:10, 135:11

**Time** [2] - 143:18, 143:20

**time** [86] - 5:10, 5:15, 7:16, 12:21, 20:5, 20:8, 20:21, 20:25, 28:6, 28:10, 31:4, 31:13, 37:19, 40:4, 41:23, 42:8, 42:21, 42:22, 43:5, 44:11, 44:20, 45:12, 47:8, 50:9, 50:13, 50:15, 52:23, 52:25, 53:3, 57:12, 60:10, 61:2, 61:9, 65:17, 65:21, 68:16, 71:7, 72:9, 73:19, 82:12, 82:13, 83:24, 84:16, 84:19, 84:20, 89:17, 90:24, 94:3, 94:18, 100:1, 102:21, 102:24, 103:20, 106:3, 106:4, 111:16, 114:10, 116:5, 117:12, 117:16, 117:23, 118:18, 118:19, 119:22, 121:3, 123:17, 124:6, 125:3, 129:15, 129:23, 130:5, 131:7, 132:20, 134:18, 134:24, 139:16, 142:23, 143:16

**time-consuming** [1] - 129:23

**timeline** [1] - 77:1

**timely** [1] - 87:12

**times** [13] - 34:22, 42:21, 55:4, 61:1, 94:21, 101:23, 101:24, 106:14, 113:15, 122:19, 123:2, 132:16, 151:22

**Tio** [2] - 105:17, 105:19

**Title** [3] - 18:6, 30:10, 30:14

**title** [1] - 22:23

**to** [1058] - 4:9, 4:16, 4:17, 4:20, 5:1, 5:2, 5:3, 5:5, 5:9, 5:16, 5:18, 5:19, 5:20, 5:23, 5:24, 6:1, 6:2, 6:5, 6:8, 6:12, 6:13, 6:14, 6:15, 6:16, 6:18, 6:19, 6:21, 7:1, 7:3, 7:12, 7:16, 7:21, 7:23, 8:1, 8:3, 8:16, 8:21, 8:22, 8:23, 8:25, 9:2, 9:5, 9:10, 9:16, 9:17, 9:18, 9:23, 9:25, 10:1, 10:8, 10:10, 10:18, 10:19, 10:21, 11:4, 11:6, 11:7, 11:11, 11:13, 11:20, 11:24, 12:3, 12:7, 12:9, 12:13, 12:16, 12:18, 12:21, 12:25, 13:2, 13:4, 13:9, 13:13, 13:18, 14:4, 14:8, 14:10, 14:13, 14:18, 14:20, 14:25, 15:1, 15:16, 15:23, 16:12, 16:14, 16:19, 16:24, 17:17, 17:18, 17:19, 17:21, 17:25, 18:1, 18:2, 18:5, 18:7, 18:8, 18:11, 18:13, 18:14, 18:16, 18:22, 18:25, 19:4, 19:9, 19:22, 19:23, 19:24, 20:9, 20:21, 20:25, 21:1, 21:2, 21:3, 21:5, 21:13, 21:24, 22:9, 22:22, 22:24, 22:25, 23:2, 23:6, 23:12, 23:17, 23:21, 24:4, 24:12, 24:13, 24:15, 24:16, 24:19, 25:4, 25:6, 25:18, 25:21, 25:24, 26:1, 26:6, 26:14, 27:22, 27:25, 28:4, 28:6, 28:10, 28:11, 28:12, 28:15, 28:24, 29:10, 29:20, 30:11, 30:15, 30:16, 30:20, 31:4, 31:7, 31:13, 31:15, 31:16, 32:1, 32:3, 32:10, 32:13, 32:20, 32:24, 33:8, 33:10, 33:19, 33:21, 33:25, 34:1,

34:4, 34:6, 34:9, 34:10, 34:11, 34:12, 34:16, 34:18, 34:23, 34:25, 35:11, 35:13, 35:14, 35:15, 35:16, 35:20, 35:25, 36:7, 37:3, 37:14, 37:15, 37:18, 37:20, 38:6, 38:7, 38:10, 38:19, 38:21, 38:23, 38:25, 39:7, 39:13, 40:4, 40:6, 40:12, 40:13, 40:14, 40:16, 40:19, 40:21, 40:25, 41:4, 41:5, 41:8, 41:9, 41:10, 41:12, 41:14, 41:22, 42:2, 42:10, 42:24, 42:25, 43:4, 43:7, 43:8, 43:12, 43:16, 43:17, 43:19, 43:20, 43:21, 44:11, 45:3, 45:8, 45:11, 45:14, 45:24, 46:7, 46:9, 46:13, 46:19, 46:21, 47:3, 47:14, 47:21, 47:23, 48:9, 48:14, 48:15, 48:16, 48:20, 49:5, 49:8, 49:9, 49:12, 49:14, 49:23, 49:24, 49:25, 50:1, 50:7, 50:11, 50:16, 50:19, 50:20, 50:24, 50:25, 51:2, 51:17, 51:21, 51:22, 51:25, 52:7, 52:8, 52:9, 52:20, 52:22, 52:23, 52:24, 52:25, 53:7, 53:10, 53:12, 53:15, 53:17, 53:22, 54:3, 54:5, 54:9, 54:15, 54:17, 54:21, 55:13, 56:4, 56:13, 56:14, 56:15, 56:16, 56:18, 56:20, 56:22, 56:25, 57:4, 57:14, 57:22, 57:24, 58:4, 58:14, 58:15, 58:19, 59:7, 59:23, 59:24, 59:25, 60:4, 60:9, 60:12, 60:13, 60:14, 60:16, 60:19, 60:21, 60:25, 61:4, 61:7, 61:8, 61:9, 61:17, 61:23, 62:3, 62:8, 62:11, 62:12, 62:19, 63:2, 63:4, 63:5, 63:10, 63:14, 63:15, 63:16, 63:22, 63:23, 64:1, 64:3, 64:23, 65:2, 65:7, 65:8, 65:13, 66:9, 66:21, 66:22, 67:1, 67:2, 67:3, 67:6, 67:13, 67:18, 68:4, 68:8, 68:12, 68:13, 68:14, 68:17, 69:2, 69:4, 69:7, 69:9, 69:12, 69:14, 69:19, 69:20, 69:24, 69:25, 70:1, 70:2, 70:5, 70:6, 70:8, 70:9, 70:11, 70:13, 70:14, 70:21, 71:3, 71:6, 71:12, 71:14, 71:18, 71:23, 71:24, 72:1, 72:4, 72:12, 72:13, 72:19, 72:23, 72:24, 73:5, 73:6, 73:8, 73:12, 73:13, 73:18, 73:21, 74:9, 74:11, 74:15, 74:25, 75:4, 75:7, 75:11, 75:13, 75:15, 75:16, 75:17, 75:19, 75:23, 76:2, 76:9, 76:13, 76:21, 76:22, 76:25, 77:1, 77:4, 77:5, 77:6, 77:11, 77:14, 77:16, 77:19, 77:20, 77:21, 77:23, 77:24, 77:25, 78:6, 78:7, 78:11, 78:12, 78:13, 78:23, 79:7, 79:11, 79:18, 79:19, 79:22, 80:2, 80:4, 80:7, 80:8, 80:9, 80:11, 80:15, 80:16, 80:20, 80:24, 80:25, 81:6, 81:7, 81:9, 81:10, 81:11, 81:14, 81:16, 81:17, 81:21, 82:1, 82:4, 82:5, 82:6, 82:8, 82:9, 82:13, 82:22, 83:4, 83:9, 83:11, 83:13, 83:20, 84:1, 84:4, 84:13, 84:20, 84:22, 86:2, 86:5, 86:6, 86:9, 86:10, 86:14, 86:19, 86:20, 86:21, 86:22, 86:25, 87:1, 87:2, 87:3, 87:9, 87:11, 87:13, 87:14, 87:22, 88:5, 88:15, 88:19, 88:25, 89:1, 89:12, 89:14, 89:15, 89:18, 89:21, 90:2, 90:7, 90:11, 90:19, 91:9, 91:10, 91:13, 91:23, 92:8, 92:10,

92:11, 92:12, 92:13, 92:15, 92:18, 92:19, 92:20, 93:5, 93:8, 93:10, 93:11, 94:1, 94:2, 94:7, 94:10, 94:12, 94:13, 94:16, 94:19, 94:23, 95:5, 95:10, 95:15, 95:18, 95:21, 95:22, 96:6, 96:7, 96:10, 96:20, 97:9, 97:14, 97:16, 97:18, 97:19, 97:20, 97:21, 97:23, 98:1, 98:3, 98:6, 98:15, 99:2, 99:4, 99:10, 99:12, 99:19, 99:20, 99:21, 99:22, 100:5, 100:9, 100:15, 100:16, 100:18, 101:18, 101:19, 102:14, 102:19, 103:2, 103:3, 103:5, 103:12, 103:13, 103:16, 103:20, 103:23, 103:25, 104:7, 104:12, 104:14, 105:8, 105:10, 105:13, 105:22, 105:25, 106:4, 106:5, 106:8, 106:20, 107:2, 107:3, 107:13, 107:23, 108:3, 108:16, 109:12, 109:16, 109:19, 110:19, 111:2, 111:3, 111:9, 111:10, 111:11, 111:13, 111:14, 111:16, 111:25, 112:2, 112:3, 112:5, 112:8, 112:16, 112:17, 112:25, 113:3, 113:4, 113:6, 113:9, 113:12, 113:13, 113:14, 113:15, 113:20, 113:21, 113:24, 114:3, 114:4, 114:10, 114:11, 114:13, 114:17, 114:18, 114:20, 114:24, 115:4, 115:8, 115:10, 115:13, 115:16, 115:22, 115:25, 116:1, 116:2, 116:4, 116:8, 116:11, 116:13, 116:20, 116:23, 117:4, 117:14, 117:15, 117:22, 117:25, 118:15, 118:18, 118:19, 118:20, 118:24, 118:25, 119:1, 119:6, 119:14, 119:15, 119:18, 119:19, 120:1, 120:3, 120:4, 120:5, 120:7, 120:9, 120:10, 120:14, 120:17, 120:18, 120:19, 120:23, 121:1, 121:5, 121:9, 121:11, 122:3, 122:4, 122:6, 122:7, 122:9, 122:20, 123:3, 124:2, 124:3, 124:6, 124:7, 124:11, 124:18, 125:5, 125:10, 125:13, 125:14, 126:2, 126:6, 126:9, 126:13, 126:18, 126:19, 126:21, 126:22, 127:4, 127:9, 127:13, 127:18, 127:19, 127:20, 127:25, 128:3, 128:4, 128:7, 128:9, 128:10, 128:11, 128:13, 128:17, 129:1, 129:2, 129:3, 129:5, 129:7, 129:9, 129:13, 129:19, 129:23, 130:1, 130:6, 130:9, 130:10, 130:12, 130:19, 130:20, 130:24, 131:2, 131:8, 131:9, 131:11, 131:12, 131:13, 131:14, 131:24, 132:1, 132:4, 132:6, 132:11, 132:12, 132:16, 132:17, 132:20, 132:21, 132:24, 133:1, 133:7, 133:11, 133:12, 133:17, 133:18, 133:22, 134:4, 134:7, 134:12, 134:13, 134:16, 134:25, 135:1, 135:8, 135:10, 135:11, 135:18, 135:22, 135:24, 135:25, 136:13, 136:14, 136:19, 136:24, 137:3, 137:8, 137:15, 137:18, 138:19, 138:22, 139:2, 139:3, 139:13, 139:16, 139:18, 139:21, 139:22, 140:1, 140:10, 140:15, 140:17, 141:8, 141:10, 141:13, 141:16, 141:18, 141:20, 141:22, 141:25, 142:2, 142:5, 142:8, 142:9, 142:11, 142:14, 142:17,

142:20, 143:1, 143:2, 143:3, 143:5, 143:16, 143:19, 143:22, 143:23, 144:2, 144:3, 144:14, 144:18, 144:22, 144:23, 145:1, 145:2, 145:20, 145:25, 146:3, 146:6, 146:9, 146:14, 146:18, 146:19, 146:22, 146:24, 147:7, 147:19, 147:21, 148:2, 148:12, 148:14, 148:15, 148:16, 149:2, 149:4, 149:10, 149:12, 149:13, 149:18, 149:19, 149:20, 149:21, 149:23, 149:25, 150:2, 150:5, 150:7, 150:9, 150:10, 150:13, 150:16, 150:22, 150:24, 151:1, 151:3, 151:5, 151:9, 151:15, 151:16, 151:17, 151:18, 151:19, 151:21, 151:25, 152:1, 152:6, 152:9, 154:7, 154:14, 154:16, 154:19, 154:23, 155:6
  **today** [5] - 38:25, 114:11, 123:18, 139:3, 143:4
  **together** [20] - 21:5, 22:5, 28:15, 29:16, 38:23, 40:15, 40:17, 47:2, 47:8, 60:21, 61:1, 89:13, 92:4, 114:16, 118:22, 119:1, 127:2, 132:13, 132:14, 133:13
  **told** [69] - 9:10, 10:4, 14:23, 23:25, 24:4, 24:8, 25:6, 25:12, 38:3, 39:14, 42:14, 44:22, 44:24, 46:8, 48:9, 50:13, 52:20, 56:25, 57:9, 60:24, 62:4, 63:3, 64:3, 64:5, 64:13, 65:2, 65:13, 66:21, 68:15, 69:10, 70:18, 76:21, 76:22, 78:25, 79:17, 81:24, 83:18, 86:22, 86:23, 87:2, 87:22, 88:3, 92:1, 92:7, 92:8, 92:10, 92:12, 92:13, 92:16, 92:20, 92:21, 92:23, 92:25, 94:12, 95:13, 104:18, 107:22, 111:18, 114:2, 115:7, 117:5, 146:6, 146:13, 146:14, 146:18, 146:22, 147:3, 149:11
  **toll** [1] - 93:5
  **tomorrow** [1] - 153:10
  **ton** [1] - 111:1
  **tone** [2] - 66:8, 66:10
  **Tonio** [27] - 60:12, 60:15, 61:1, 61:16, 61:20, 62:4, 62:6, 62:21, 63:20, 63:23, 64:22, 64:25, 65:1, 65:2, 66:2, 66:23, 66:24, 67:3, 67:6, 67:9, 102:17, 107:9, 107:10, 107:25, 108:3, 108:6
  **tons** [1] - 136:9
  **Tony** [4] - 43:17, 49:3, 49:20, 106:8
  **Tony's** [1] - 68:9
  **too** [11] - 52:14, 55:18, 60:2, 78:10, 97:11, 98:5, 124:1, 124:19, 137:17, 139:4, 148:10
  **took** [14] - 6:25, 10:10, 10:20, 63:25, 75:25, 79:11, 84:17, 85:13, 86:24, 92:3, 117:14, 139:20, 139:21
  **tools** [1] - 93:6
  **top** [3] - 47:24, 61:12, 100:17
  **Torres** [1] - 101:16
  **touch** [1] - 134:12
  **toward** [1] - 6:23
  **towards** [1] - 50:10

  **tower** [2] - 126:7, 131:20
  **towers** [2] - 126:1, 126:3
  **town** [4] - 39:14, 39:25, 73:24, 79:23
  **track** [1] - 126:3
  **tractor** [2] - 43:5, 43:12
  **tractor-trailer** [2] - 43:5, 43:12
  **trade** [2] - 31:17, 42:2
  **trading** [1] - 4:22
  **traffic** [4] - 41:22, 84:5, 118:12, 118:13
  **trafficker** [1] - 142:22
  **trafficking** [15] - 38:4, 39:8, 39:9, 40:2, 44:2, 45:7, 46:10, 59:22, 60:22, 63:18, 67:7, 73:1, 73:7, 142:25, 143:1
  **trailer** [2] - 43:5, 43:12
  **transaction** [2] - 19:25, 149:8
  **transcript** [8] - 1:25, 61:5, 108:3, 147:2, 147:19, 147:20, 149:7, 155:6
  **TRANSCRIPT** [1] - 1:9
  **transcripts** [4] - 146:13, 146:23, 149:12, 151:9
  **transfer** [1] - 19:23
  **transferred** [1] - 82:25
  **translate** [1] - 151:19
  **transnational** [1] - 112:11
  **transport** [2] - 43:7, 62:2
  **transportation** [2] - 31:1, 31:17
  **transported** [9] - 13:18, 26:14, 27:22, 27:25, 30:23, 31:1, 82:24, 83:2, 104:24
  **transporting** [3] - 31:24, 105:16, 140:9
  **trap** [1] - 44:12
  **traps** [1] - 44:22
  **trauma** [1] - 117:8
  **travel** [2] - 31:17, 31:19
  **treat** [1] - 116:9
  **treatment** [2] - 129:24, 130:3
  **Tres** [1] - 90:9
  **trial** [33] - 4:23, 5:15, 5:21, 5:24, 6:1, 7:14, 9:12, 9:23, 10:6, 10:9, 10:11, 12:23, 17:1, 17:4, 38:3, 38:13, 38:15, 48:18, 68:14, 71:17, 72:15, 90:4, 91:4, 93:10, 93:11, 112:14, 114:7, 115:8, 145:6, 151:8, 151:13, 151:17, 151:25
  **TRIAL** [1] - 1:9
  **triangulation** [2] - 93:5, 125:25
  **tried** [6] - 50:19, 56:4, 59:7, 72:23, 109:12, 131:24
  **tries** [1] - 139:13
  **trip** [2] - 74:13, 92:5
  **trips** [2] - 142:17
  **troopers** [1] - 121:1
  **Trosper** [13] - 25:15, 26:3, 26:14, 48:17, 49:24, 50:20, 50:21, 53:1, 54:12, 55:20, 59:3, 126:5, 139:21
  **trouble** [1] - 63:13
  **truck** [6] - 26:6, 26:12, 38:19, 59:5, 139:21, 140:8
  **true** [35] - 11:18, 13:1, 13:3, 57:8, 58:13, 60:19, 68:16, 68:17, 69:12, 70:16, 71:8, 71:9, 71:14, 72:12, 72:21,

74:11, 74:17, 77:4, 77:15, 78:9, 79:4, 79:9, 86:19, 88:13, 92:21, 95:13, 102:13, 105:23, 138:4, 139:22, 140:15, 143:7, 148:1, 155:6
  **trust** [7] - 57:23, 59:15, 71:15, 71:16, 72:19, 74:2, 130:13
  **trusting** [1] - 42:8
  **truth** [15] - 12:4, 79:14, 86:25, 87:11, 106:15, 116:13, 124:24, 132:18, 132:19, 132:20, 140:1, 141:3, 141:5, 141:6, 141:7
  **truthful** [6] - 60:19, 71:25, 77:16, 79:17, 123:19, 137:19
  **truths** [1] - 67:13
  **try** [9] - 52:20, 52:25, 53:10, 53:16, 53:20, 54:21, 65:7, 80:25, 83:9
  **trying** [37] - 42:2, 45:3, 49:23, 52:19, 52:22, 53:22, 54:9, 55:13, 56:15, 63:15, 63:22, 63:23, 66:21, 66:22, 67:1, 69:25, 70:2, 70:6, 70:9, 73:5, 75:19, 77:1, 77:4, 79:18, 86:21, 86:22, 103:20, 103:25, 104:14, 107:13, 117:4, 120:17, 138:22, 140:1
  **Tu** [2] - 41:11, 41:12
  **turned** [2] - 112:19, 140:15
  **turns** [2] - 44:17, 49:16
  **TV** [1] - 44:25
  **twice** [4] - 50:17, 55:3, 121:15, 122:25
  **twisting** [1] - 86:19
  **two** [66] - 4:6, 4:18, 4:20, 5:22, 19:3, 20:2, 20:14, 21:4, 22:24, 23:5, 24:3, 25:6, 28:15, 38:5, 40:17, 42:21, 44:20, 46:20, 49:12, 49:14, 49:16, 49:22, 51:8, 51:18, 54:11, 54:20, 57:21, 61:1, 68:21, 70:7, 72:6, 73:14, 74:3, 75:5, 77:3, 81:9, 91:6, 92:7, 94:1, 94:4, 96:8, 105:17, 111:19, 114:9, 122:16, 123:2, 133:9, 134:1, 134:7, 134:11, 135:4, 141:12, 141:13, 141:24, 143:19, 148:5, 148:23, 148:25, 149:13, 149:24, 151:6, 151:16, 152:6, 154:6, 154:22
  **two-minute** [1] - 134:1
  **two-time** [1] - 44:20
  **type** [5] - 127:14, 128:6, 136:16, 147:18
  **types** [1] - 83:11
  **typo** [3] - 16:2, 16:3, 23:8

## U

  **U.S** [8] - 1:15, 54:16, 63:10, 100:19, 101:24, 109:11, 136:9, 136:10
  **UCLA** [1] - 143:6
  **ultrasound** [7] - 75:24, 76:14, 76:23, 76:25, 77:9, 85:25
  **unanimous** [3] - 34:7, 35:5, 35:18
  **unanimously** [5] - 35:24, 36:9, 36:16, 37:2, 37:7
  **under** [15] - 32:7, 32:11, 38:24, 57:11, 79:3, 79:8, 79:24, 82:3, 94:2, 102:10,

102:11, 119:24, 131:12, 144:18, 144:24
**undercover** [2] - 111:7, 125:12
**underground** [4] - 42:17, 64:15, 64:17, 104:17
**understand** [6] - 12:9, 63:5, 66:9, 77:1, 80:3, 150:9
**understanding** [2] - 147:5, 155:7
**understands** [2] - 21:11, 28:22
**undisputed** [1] - 73:13
**uniform** [1] - 106:13
**UNITED** [3] - 1:1, 1:4, 1:11
**United** [23] - 2:5, 18:6, 18:9, 22:23, 23:1, 24:13, 24:16, 30:10, 30:14, 31:20, 40:6, 51:1, 61:25, 66:18, 68:23, 91:9, 93:25, 109:5, 109:7, 109:8, 115:1, 120:22, 155:5
**unknown** [11] - 23:25, 25:9, 27:9, 27:10, 27:14, 27:16, 27:17, 27:19, 27:20
**unlawful** [13] - 19:7, 19:10, 21:5, 21:9, 21:11, 22:1, 23:9, 23:13, 28:16, 28:20, 28:22, 29:12, 30:11
**unlawfully** [3] - 31:7, 82:19, 128:21
**unless** [10] - 7:19, 15:19, 16:16, 32:25, 33:5, 57:2, 63:18, 103:2, 110:4, 150:4
**unreliable** [1] - 127:20
**unsupported** [2] - 15:19, 16:16
**until** [10] - 7:16, 35:18, 91:14, 95:14, 102:18, 109:16, 109:20, 115:24, 134:22, 145:16
**untruthful** [1] - 71:18
**up** [94] - 4:20, 5:1, 17:6, 34:18, 40:10, 41:11, 42:10, 42:12, 42:15, 43:12, 43:23, 44:15, 47:2, 47:4, 47:18, 48:1, 48:2, 48:3, 48:4, 48:9, 49:11, 51:7, 52:24, 53:1, 53:10, 53:23, 54:9, 54:22, 55:6, 55:13, 55:20, 56:4, 58:18, 58:23, 59:13, 60:9, 60:18, 63:20, 64:10, 64:11, 65:5, 70:6, 72:5, 77:18, 78:6, 80:25, 86:6, 87:5, 87:17, 87:23, 88:10, 88:15, 89:17, 92:23, 93:14, 94:10, 94:17, 95:3, 95:14, 97:13, 97:14, 97:15, 98:4, 98:8, 99:4, 99:22, 102:18, 104:6, 105:15, 110:3, 112:25, 113:14, 115:18, 117:7, 122:17, 124:2, 124:14, 125:14, 125:16, 126:17, 132:7, 136:4, 138:22, 139:17, 140:9, 140:21, 142:5, 142:8, 142:23, 145:18, 148:14, 150:8
**update** [1] - 50:21
**upon** [12] - 6:22, 8:11, 8:16, 9:22, 15:18, 16:15, 17:12, 21:23, 29:9, 128:14, 128:18, 132:24
**uproot** [1] - 78:7
**upset** [3] - 125:1, 125:2, 138:15
**upside** [1] - 112:19
**us** [29] - 43:4, 44:1, 46:13, 48:23, 54:12, 62:2, 62:23, 66:17, 68:16, 69:22, 70:22, 88:2, 100:14, 113:17, 117:5, 118:1, 118:9, 127:18, 127:19, 128:2, 128:21, 130:13, 130:14, 133:22,

142:12, 147:22, 150:9, 150:16
**use** [21] - 13:3, 25:18, 25:21, 54:13, 54:18, 57:2, 57:8, 57:9, 63:10, 67:2, 67:6, 69:2, 77:4, 104:7, 111:19, 112:24, 119:7, 120:4, 136:12, 141:23, 144:2
**used** [15] - 10:11, 20:1, 20:20, 20:24, 28:5, 28:9, 31:3, 31:12, 39:13, 44:11, 64:1, 68:24, 93:16, 119:10, 140:9
**users** [1] - 140:11
**uses** [5] - 43:21, 54:20, 66:1, 111:19, 141:20
**using** [4] - 57:10, 68:9, 128:3, 148:5
**usually** [3] - 85:24, 145:4, 154:5

## V

**vacation** [1] - 71:7
**Valdez** [2] - 78:25, 79:7
**Valley** [3] - 109:19, 110:3, 114:5
**value** [2] - 47:13, 73:22
**varies** [1] - 122:10
**vast** [1] - 134:15
**Vega** [20] - 74:18, 75:7, 75:9, 75:12, 75:14, 75:18, 78:14, 79:15, 79:18, 114:8
**vehicle** [5] - 13:22, 54:13, 71:21, 73:20, 106:5
**vehicles** [3] - 111:5, 140:10, 140:11
**Vehicles** [1] - 125:5
**Veneno** [4] - 60:10, 60:15, 86:13, 97:7
**venture** [7] - 33:16, 33:18, 33:20, 33:21, 33:24, 33:25, 34:2
**verdict** [23] - 6:3, 6:21, 8:3, 10:2, 16:13, 17:6, 17:19, 22:14, 30:1, 34:6, 34:7, 34:10, 34:21, 35:4, 35:9, 35:18, 35:20, 35:22, 37:11, 37:12, 145:7
**verified** [1] - 139:22
**verify** [1] - 139:16
**version** [1] - 88:22
**versus** [2] - 74:16, 109:5
**very** [17] - 14:3, 54:24, 59:2, 66:11, 72:15, 89:3, 91:2, 94:13, 111:18, 112:16, 117:13, 119:6, 122:16, 133:19, 142:9, 142:21
**vest** [1] - 58:24
**via** [1] - 1:25
**viciously** [1] - 69:23
**victim** [6] - 51:25, 52:4, 53:19, 53:24, 54:22, 140:9
**victims** [3] - 51:14, 51:19, 52:22
**victims's** [1] - 31:10
**Victor** [1] - 25:25
**video** [1] - 72:10
**videos** [1] - 91:21
**views** [1] - 91:7
**VILLARREAL** [1] - 1:7
**Villarreal** [75] - 18:25, 19:6, 19:8, 19:16, 22:22, 23:2, 23:9, 23:11, 23:25, 24:4, 24:8, 24:12, 24:15, 24:21, 25:1, 25:14, 25:17, 25:20, 26:2, 26:5, 26:7,

26:13, 30:9, 30:16, 30:19, 30:21, 30:23, 30:25, 31:24, 32:1, 35:25, 37:3, 37:8, 38:6, 41:3, 41:14, 44:7, 52:14, 52:16, 57:1, 58:22, 85:21, 89:1, 95:7, 95:16, 102:4, 109:6, 109:7, 112:9, 113:10, 113:16, 113:17, 114:4, 122:8, 122:22, 123:6, 124:12, 124:20, 126:8, 128:22, 134:23, 138:21, 139:12, 139:16, 139:19, 139:25, 140:5, 141:8, 141:13, 142:22, 142:25, 143:3, 143:9, 149:4, 149:8
**Villarreal's** [7] - 125:6, 135:3, 135:14
**vindication** [1] - 15:7
**violate** [1] - 33:9
**violation** [1] - 18:8
**violence** [1] - 136:12
**virtually** [1] - 5:10
**visit** [1] - 144:19
**visited** [1] - 132:15
**visiting** [1] - 79:16
**voice** [2] - 4:20, 91:16
**voir** [1] - 133:4
**voluntarily** [7] - 20:22, 21:1, 28:7, 28:10, 31:5, 31:14, 33:8
**voluntary** [1] - 111:6
**volunteered** [1] - 97:20
**VS** [1] - 1:5

## W

**waistband** [1] - 56:1
**wait** [2] - 145:16, 153:2
**waiting** [1] - 76:16
**waitresses** [1] - 39:17
**walked** [1] - 88:15
**walking** [2] - 95:10, 115:14
**want** [58] - 4:19, 17:25, 39:7, 40:4, 40:12, 41:4, 41:9, 45:8, 47:23, 49:5, 49:9, 49:24, 50:7, 58:15, 59:23, 61:9, 63:14, 64:3, 68:12, 69:4, 69:14, 70:21, 75:17, 77:5, 79:19, 80:7, 89:19, 89:21, 92:20, 94:1, 94:2, 94:16, 99:4, 105:8, 111:14, 113:6, 125:3, 130:19, 131:14, 133:22, 134:4, 134:12, 136:13, 137:2, 141:10, 141:13, 141:16, 143:5, 145:1, 145:20, 148:12, 149:13, 149:18, 149:21, 150:5, 152:6, 153:4, 154:19
**wanted** [11] - 4:16, 69:2, 77:24, 86:6, 92:15, 92:18, 92:19, 94:13, 94:19, 120:4, 127:4
**wants** [6] - 43:3, 63:10, 67:6, 103:12, 142:19, 148:2
**war** [1] - 97:9
**warehouse** [1] - 49:14
**warning** [1] - 134:2
**warrant** [1] - 53:24
**warring** [1] - 90:5
**was** [308] - 6:24, 11:5, 11:25, 13:19, 13:22, 18:13, 18:19, 20:21, 20:25, 22:12, 22:16, 24:9, 28:6, 28:10, 28:14,

29:25, 30:3, 31:1, 31:4, 31:13, 31:24, 33:1, 33:7, 33:13, 37:14, 38:14, 38:15, 38:17, 38:21, 38:22, 39:1, 39:2, 39:10, 39:11, 39:15, 39:18, 40:3, 40:16, 42:7, 42:15, 42:17, 44:10, 44:13, 44:14, 45:3, 45:7, 49:7, 50:1, 52:14, 53:3, 53:5, 53:7, 53:19, 55:7, 55:11, 55:12, 55:14, 55:16, 55:18, 56:2, 56:3, 56:6, 58:3, 58:6, 58:9, 58:16, 58:17, 58:18, 59:2, 59:9, 59:10, 59:14, 60:4, 60:6, 60:20, 61:17, 62:18, 63:8, 63:9, 64:6, 65:3, 65:10, 65:12, 65:14, 65:19, 66:6, 66:21, 66:22, 69:21, 69:22, 70:2, 70:8, 70:13, 71:25, 72:5, 72:10, 73:9, 73:12, 73:17, 73:24, 74:4, 74:8, 74:10, 74:16, 74:22, 75:12, 75:19, 76:7, 76:12, 76:15, 77:11, 78:13, 78:16, 78:17, 78:19, 79:1, 79:15, 80:11, 80:14, 80:22, 80:23, 81:10, 82:10, 82:12, 82:17, 82:21, 82:22, 82:24, 82:25, 83:2, 83:4, 84:16, 85:19, 85:20, 85:21, 86:5, 86:6, 86:10, 86:14, 86:15, 87:8, 88:11, 88:12, 88:20, 89:14, 89:24, 90:3, 90:15, 91:1, 91:14, 91:16, 92:8, 92:12, 92:16, 92:24, 93:8, 93:18, 94:3, 95:3, 95:13, 95:20, 95:22, 96:6, 96:7, 96:13, 96:15, 96:20, 97:1, 97:5, 97:7, 97:12, 97:13, 97:14, 97:23, 97:25, 98:7, 98:11, 98:12, 98:13, 98:17, 98:18, 98:22, 98:24, 99:1, 99:21, 100:10, 100:19, 100:20, 100:23, 101:21, 102:1, 102:6, 102:9, 102:10, 102:18, 102:19, 103:4, 103:9, 103:20, 103:21, 104:3, 104:5, 104:7, 104:14, 106:12, 106:14, 106:15, 106:25, 107:16, 107:17, 107:24, 108:1, 109:16, 109:19, 113:10, 114:4, 114:5, 114:6, 114:8, 114:9, 114:11, 114:23, 115:2, 117:16, 117:17, 117:21, 117:22, 117:24, 118:4, 118:5, 118:10, 118:13, 118:14, 118:19, 118:24, 118:25, 119:1, 119:19, 119:23, 119:25, 120:1, 120:2, 120:10, 120:11, 120:20, 121:6, 121:17, 121:20, 122:1, 122:4, 122:15, 122:16, 122:17, 123:13, 123:20, 124:5, 124:12, 125:1, 125:2, 126:2, 127:1, 127:3, 134:23, 135:4, 135:11, 135:16, 136:1, 136:3, 137:5, 138:16, 138:25, 139:18, 139:22, 140:10, 142:1, 142:2, 142:20, 143:6, 146:19, 148:14, 152:15, 153:5

**wasn't** [15] - 59:8, 64:24, 72:12, 75:15, 77:8, 77:12, 88:2, 91:1, 92:12, 96:24, 97:21, 101:14, 105:23, 119:15, 124:12

**watching** [1] - 143:8

**waters** [2] - 31:21, 31:22

**wave** [1] - 124:14

**way** [22] - 6:24, 12:15, 17:22, 22:9, 29:20, 32:19, 47:6, 62:1, 62:12, 65:8, 67:11, 79:12, 97:18, 97:24, 107:8, 118:13, 118:14, 118:19, 122:11, 124:20, 140:12, 140:15

**We** [2] - 66:2, 151:8

**we** [231] - 4:4, 4:5, 4:6, 4:9, 5:8, 5:9, 5:10, 35:24, 37:2, 37:7, 38:24, 39:6, 45:6, 45:16, 46:20, 49:3, 49:9, 49:20, 50:7, 50:21, 51:13, 53:24, 54:25, 55:1, 56:3, 56:4, 56:25, 57:2, 57:20, 57:21, 58:3, 58:4, 58:6, 58:15, 60:4, 60:5, 61:10, 61:11, 62:1, 62:7, 62:8, 62:9, 62:24, 64:5, 64:7, 65:5, 66:1, 66:2, 66:18, 67:11, 67:14, 70:6, 70:20, 71:6, 71:7, 71:8, 71:9, 75:5, 75:24, 76:10, 76:24, 76:25, 77:1, 77:23, 77:24, 78:9, 80:17, 80:23, 81:2, 81:5, 82:4, 82:5, 82:6, 82:9, 83:7, 84:7, 85:1, 85:13, 86:2, 86:9, 86:13, 86:18, 86:19, 86:20, 86:21, 86:22, 87:10, 87:12, 87:14, 87:16, 87:17, 87:18, 87:20, 87:22, 87:24, 88:2, 88:5, 88:6, 89:17, 89:18, 90:13, 90:22, 90:23, 92:8, 92:22, 95:20, 95:23, 95:24, 96:17, 97:11, 97:15, 98:3, 98:16, 99:3, 99:8, 99:10, 99:16, 100:17, 101:8, 101:9, 101:10, 101:20, 103:8, 103:10, 103:23, 104:8, 104:11, 104:13, 104:25, 105:1, 105:19, 106:10, 106:19, 106:20, 106:21, 107:9, 107:11, 107:20, 107:24, 107:25, 109:7, 109:13, 109:23, 110:8, 111:8, 112:1, 112:2, 113:9, 113:18, 114:3, 115:18, 118:8, 118:12, 120:20, 124:25, 125:9, 127:19, 127:23, 127:25, 129:1, 131:1, 131:5, 131:7, 131:18, 131:19, 131:20, 131:22, 132:7, 132:9, 133:3, 135:11, 137:3, 139:20, 141:11, 142:20, 143:3, 143:25, 145:6, 145:14, 146:16, 148:4, 148:10, 148:13, 148:25, 149:2, 149:6, 149:15, 149:20, 149:21, 149:24, 150:1, 150:8, 150:11, 150:25, 151:9, 151:15, 151:16, 151:17, 151:19, 151:21, 151:22, 152:24, 153:4, 153:15, 154:6, 154:12

**we'd** [1] - 57:4

**we'll** [6] - 5:6, 116:2, 150:11, 151:13, 153:10, 154:24

**we're** [28] - 5:18, 43:25, 49:8, 50:11, 51:5, 51:6, 53:21, 53:23, 58:14, 60:16, 61:19, 63:4, 65:2, 78:6, 81:23, 82:18, 95:14, 95:25, 120:21, 125:18, 129:9, 130:13, 130:14, 131:1, 131:2, 143:19, 149:12, 151:18

**we've** [14] - 38:1, 38:7, 39:5, 52:18, 90:12, 93:6, 94:24, 101:5, 104:6, 114:7, 128:25, 145:21, 148:4, 151:16

**weapons** [2] - 67:5, 97:20

**wear** [1] - 103:7

**wearing** [1] - 65:1

**weeds** [2] - 90:1, 90:2

**week** [5] - 38:8, 52:19, 79:5, 79:11, 149:12

**weekend** [10] - 55:7, 73:9, 74:4, 74:9, 74:10, 74:14, 78:16, 101:8, 114:6, 114:13

**weeks** [3] - 54:11, 54:20, 143:19

**weigh** [2] - 11:5, 146:25

**weighed** [4] - 12:14, 15:7, 15:16, 16:14

**weight** [10] - 10:18, 11:3, 11:20, 13:10, 14:2, 16:12, 16:23, 34:19, 69:14

**weird** [1] - 42:16

**Well** [3] - 44:3, 72:14, 110:8

**well** [62] - 44:17, 45:6, 45:10, 49:8, 49:25, 54:5, 65:15, 66:13, 72:15, 75:1, 77:12, 84:7, 90:22, 99:1, 99:7, 100:2, 102:11, 104:15, 111:8, 111:23, 114:9, 115:12, 115:18, 116:7, 116:16, 118:1, 118:2, 118:3, 118:12, 118:21, 118:22, 119:13, 119:14, 121:17, 121:20, 121:21, 123:17, 123:23, 124:25, 126:19, 127:16, 129:19, 130:16, 130:19, 130:21, 130:22, 131:1, 131:3, 131:6, 138:6, 138:9, 138:12, 138:20, 138:25, 141:21, 141:25, 147:13, 147:17, 148:19, 151:15, 153:3

**went** [22] - 40:21, 52:18, 56:3, 59:24, 70:8, 70:11, 71:7, 71:12, 72:11, 74:20, 76:25, 92:19, 100:17, 101:10, 102:10, 115:13, 117:1, 117:25, 118:20, 128:25, 135:5, 135:8

**Were** [1] - 52:10

**were** [82] - 5:8, 8:19, 9:5, 12:25, 13:1, 13:14, 13:15, 15:24, 17:7, 17:9, 21:23, 21:25, 29:9, 29:11, 34:18, 39:16, 39:17, 49:1, 51:24, 52:20, 53:8, 53:9, 53:14, 54:3, 54:25, 55:1, 55:8, 58:5, 59:8, 59:10, 61:6, 66:17, 67:15, 68:21, 69:11, 69:21, 74:12, 74:19, 74:20, 76:24, 78:11, 78:15, 79:16, 79:17, 79:23, 87:22, 90:13, 91:15, 92:23, 93:4, 93:10, 93:20, 95:18, 96:14, 96:15, 100:3, 103:22, 106:23, 107:13, 114:17, 117:24, 118:21, 119:8, 120:17, 121:18, 126:4, 132:13, 132:25, 133:9, 134:21, 135:9, 136:20, 137:6, 139:24, 140:8, 140:10, 140:13, 144:22, 146:19, 155:2

**weren't** [6] - 56:4, 90:11, 120:20, 125:23, 128:1, 129:2

**West** [5] - 1:19, 2:2, 46:5, 77:25, 78:7

**what** [190] - 5:24, 6:11, 6:18, 9:22, 9:25, 10:19, 11:24, 12:13, 12:17, 17:21, 39:10, 39:22, 42:11, 44:22, 44:24, 47:12, 48:15, 49:5, 51:3, 51:24, 53:14, 53:25, 56:6, 57:16, 57:22, 58:15, 58:20, 58:25, 60:20, 62:4, 65:8, 65:14, 66:5, 66:6, 66:8, 66:12, 66:20, 66:21, 67:3, 67:7, 67:16, 69:3, 69:21, 70:23, 70:24, 71:5, 71:6, 72:22, 72:25, 73:17, 75:16, 76:12, 78:19, 78:20, 79:14, 81:5, 83:2, 85:20, 86:4, 86:6, 88:16, 89:14, 89:19, 89:21, 89:23, 90:6, 90:19, 91:5, 92:16, 92:20, 92:21, 93:21, 94:8, 95:5, 95:9, 95:10, 95:11, 95:13, 96:7, 96:13, 96:17, 97:11, 97:15, 98:21, 99:13, 103:13, 104:2, 104:20, 104:25, 107:10, 107:20,

108:4, 108:11, 108:19, 109:2, 110:2,
112:4, 112:13, 113:6, 113:14, 113:25,
114:1, 114:11, 114:13, 114:17, 115:11,
115:25, 116:1, 116:2, 116:24, 117:14,
119:3, 119:15, 120:9, 120:17, 120:20,
121:11, 121:12, 122:6, 122:13, 123:10,
123:11, 124:2, 124:14, 124:15, 126:15,
126:21, 127:9, 128:20, 128:21, 128:22,
128:23, 129:13, 129:18, 130:1, 130:5,
130:21, 130:25, 131:9, 131:11, 131:25,
132:2, 132:4, 132:7, 132:9, 132:10,
132:19, 132:22, 133:4, 134:4, 134:22,
134:24, 134:25, 135:2, 135:19, 135:21,
136:8, 136:13, 136:16, 136:19, 136:21,
137:8, 137:14, 141:10, 141:21, 143:7,
143:21, 145:1, 145:8, 146:24, 147:3,
147:22, 148:14, 148:15, 149:15,
149:16, 150:4, 150:25, 151:13, 151:22,
152:8, 152:15, 153:5

**what's** [13] - 47:3, 70:15, 79:14, 90:2,
93:13, 102:13, 103:24, 103:25, 108:13,
120:21, 122:21, 123:17

**whatever** [8] - 13:10, 89:24, 111:25,
122:6, 138:16, 141:5, 148:2

**whatsoever** [6] - 60:1, 65:16, 67:19,
80:25, 117:8, 123:21

**when** [99] - 5:19, 13:22, 15:2, 16:21,
34:25, 37:17, 41:16, 45:13, 45:19,
45:22, 47:12, 51:17, 52:22, 55:18,
55:19, 56:14, 56:19, 58:11, 59:7, 65:19,
66:16, 69:7, 69:20, 69:23, 72:14, 72:18,
73:6, 76:3, 76:4, 77:4, 79:1, 79:17,
80:1, 80:9, 86:10, 87:1, 87:5, 87:12,
89:21, 90:10, 91:9, 92:8, 92:25, 93:13,
93:16, 96:7, 97:19, 109:3, 109:4,
110:21, 114:5, 114:8, 114:9, 114:10,
116:7, 116:11, 117:15, 117:17, 117:23,
117:24, 118:15, 119:8, 119:24, 122:2,
123:4, 123:13, 123:16, 123:18, 124:12,
128:23, 134:14, 134:20, 134:22, 135:4,
137:17, 137:21, 138:4, 139:10, 139:19,
140:2, 140:25, 141:2, 141:4, 142:13,
142:14, 142:16, 143:7, 143:10, 145:6,
145:19, 146:3, 149:4, 149:11, 150:1,
150:2, 150:10, 151:22, 154:4

**When** [1] - 46:18

**whenever** [1] - 109:16

**where** [52] - 38:9, 38:21, 40:4, 42:25,
43:9, 43:12, 43:15, 44:22, 47:7, 48:12,
48:22, 49:14, 49:20, 51:13, 54:21,
59:21, 63:25, 64:16, 66:25, 67:5, 68:23,
74:8, 74:9, 76:20, 102:14, 105:5, 105:6,
106:1, 106:2, 107:12, 107:21, 114:17,
114:18, 117:24, 118:17, 124:12,
124:13, 125:7, 126:3, 126:7, 126:10,
134:17, 136:4, 136:8, 139:18, 140:10,
141:7, 145:25, 153:5

**Where** [1] - 41:9

**where's** [2] - 113:25, 125:8

**whether** [40] - 10:20, 10:22, 11:13,

11:23, 13:4, 13:6, 14:9, 14:18, 14:25,
15:2, 15:10, 16:24, 22:11, 22:12, 29:23,
29:24, 34:6, 34:23, 39:1, 45:2, 53:7,
69:4, 69:7, 69:14, 77:4, 106:20, 117:20,
126:13, 128:4, 128:6, 130:12, 137:19,
140:5, 140:6, 142:12, 142:13, 142:14,
142:15, 145:2

**which** [35] - 6:4, 11:12, 12:8, 12:22,
13:13, 13:14, 14:12, 14:21, 17:24, 21:6,
25:8, 25:9, 28:17, 36:9, 36:16, 49:15,
53:18, 55:6, 77:11, 81:11, 81:16, 85:14,
85:20, 86:6, 96:1, 97:3, 98:12, 107:22,
111:19, 118:13, 121:6, 126:1, 146:18,
147:12, 150:23

**while** [9] - 8:5, 48:3, 48:25, 53:8,
120:11, 120:15, 120:16, 146:1

**white** [2] - 139:21, 140:8

**who** [124] - 10:24, 11:22, 15:4, 15:23,
15:24, 16:9, 20:4, 20:7, 22:8, 22:9,
29:19, 29:20, 35:2, 37:20, 38:23, 39:15,
41:2, 41:13, 43:3, 44:4, 47:14, 48:3,
48:23, 49:3, 49:7, 49:25, 50:2, 51:12,
51:15, 54:3, 54:8, 54:17, 56:10, 56:17,
56:20, 57:1, 57:3, 57:13, 57:21, 59:24,
59:25, 60:10, 60:12, 60:13, 60:16, 63:8,
63:9, 64:21, 66:12, 66:24, 66:25, 68:21,
73:3, 73:19, 74:3, 74:5, 77:16, 77:18,
78:1, 78:15, 82:7, 84:17, 86:13, 87:25,
88:3, 88:23, 89:21, 90:13, 92:24, 93:3,
94:9, 94:12, 94:13, 94:24, 95:18, 97:13,
98:17, 101:2, 101:20, 102:17, 103:10,
104:1, 104:8, 105:19, 106:11, 106:12,
107:7, 107:17, 109:19, 111:13, 111:14,
111:15, 116:20, 118:4, 119:5, 120:2,
120:23, 125:17, 126:25, 127:2, 127:3,
127:11, 128:25, 132:9, 135:25, 136:18,
136:22, 136:23, 139:13, 139:23,
140:10, 140:13, 140:21, 141:17, 143:6,
143:10, 149:5, 154:7, 154:10

**who's** [2] - 52:11, 66:4

**whoever** [1] - 134:18

**whole** [7] - 50:1, 52:17, 78:2, 79:22,
95:22, 150:3, 152:12

**whom** [4] - 15:22, 89:25, 116:19,
127:12

**why** [54] - 45:8, 46:9, 57:23, 58:15,
59:13, 65:5, 65:15, 65:24, 66:23, 66:24,
66:25, 69:17, 70:7, 70:10, 71:16, 72:13,
74:2, 75:1, 75:2, 75:17, 76:10, 77:1,
85:1, 86:18, 86:20, 86:23, 87:20, 92:16,
96:24, 108:15, 112:2, 116:5, 117:11,
123:7, 123:9, 124:2, 124:8, 132:19,
134:6, 137:3, 137:7, 137:8, 137:23,
138:18, 138:19, 138:21, 139:2, 147:24,
151:24

**widow** [1] - 70:1

**wife** [8] - 40:22, 60:2, 70:2, 72:6, 74:5,
79:16, 119:15, 141:24

**will** [42] - 4:4, 5:17, 6:3, 6:7, 11:21,
12:12, 17:11, 17:20, 17:21, 31:8, 34:9,

35:2, 35:5, 35:13, 35:20, 37:18, 37:22,
38:18, 38:22, 61:5, 71:10, 72:16, 75:20,
97:17, 112:11, 112:25, 115:20, 115:21,
119:16, 125:15, 131:16, 131:17, 133:8,
143:25, 145:8, 145:25, 149:25, 150:11,
151:21, 154:11

**willfully** [6] - 19:9, 20:24, 23:12, 28:9,
31:12, 80:4

**willing** [4] - 8:15, 71:14, 77:16, 128:17

**willingly** [3] - 30:25, 105:15, 107:3

**win** [1] - 115:8

**wire** [3] - 65:1, 68:25, 125:14

**wired** [1] - 65:4

**wiretap** [4] - 96:13, 96:15, 124:16,
124:18

**wiretaps** [17] - 95:20, 95:25, 99:20,
99:24, 100:19, 100:20, 100:22, 100:24,
101:4, 101:6, 101:7, 101:11, 101:16,
111:7, 111:9, 124:17

**wisdom** [1] - 6:15

**wish** [2] - 15:1, 150:22

**with** [238] - 4:12, 4:18, 5:1, 7:14, 7:25,
8:21, 12:6, 12:22, 13:5, 13:21, 14:4,
14:13, 15:8, 15:16, 15:22, 16:10, 16:14,
16:15, 17:3, 17:22, 18:5, 18:7, 18:10,
18:11, 18:13, 18:15, 18:22, 19:4, 19:9,
19:22, 19:23, 19:24, 20:19, 21:1, 21:2,
22:3, 22:4, 22:22, 23:12, 24:21, 25:1,
25:15, 26:3, 28:11, 28:12, 29:13, 29:15,
30:9, 31:10, 31:14, 31:15, 32:7, 32:13,
32:19, 32:20, 33:8, 33:15, 33:21, 34:11,
34:14, 35:11, 36:13, 37:15, 38:10, 39:9,
40:3, 40:5, 40:12, 40:21, 42:24, 43:6,
43:8, 43:9, 43:24, 45:21, 46:25, 47:2,
47:4, 47:6, 47:18, 48:4, 48:12, 49:2,
49:15, 49:20, 50:3, 50:4, 50:16, 51:7,
52:4, 52:19, 53:13, 53:22, 54:13, 54:23,
55:17, 55:21, 56:11, 56:12, 57:3, 58:9,
59:11, 59:25, 60:1, 60:5, 60:6, 60:12,
60:13, 60:23, 60:25, 61:5, 61:8, 61:17,
62:1, 62:5, 62:13, 62:14, 62:17, 62:19,
62:22, 63:4, 63:9, 65:3, 65:13, 65:22,
66:17, 67:14, 67:20, 68:8, 68:25, 70:13,
71:1, 73:16, 73:20, 74:18, 74:19, 76:12,
77:6, 77:22, 78:15, 79:16, 79:17, 79:25,
80:7, 83:11, 83:19, 83:20, 87:2, 88:10,
88:15, 89:1, 89:2, 89:3, 89:8, 90:5,
91:4, 91:6, 91:13, 91:14, 91:18, 92:24,
93:12, 94:3, 94:7, 95:4, 97:7, 100:18,
102:3, 102:4, 102:8, 102:18, 105:6,
105:11, 105:16, 106:4, 106:23, 108:3,
109:9, 109:16, 109:20, 110:3, 111:17,
112:2, 113:6, 114:24, 115:6, 115:23,
116:4, 116:15, 116:19, 116:24, 117:12,
117:23, 117:25, 118:5, 118:23, 119:4,
120:2, 121:14, 122:3, 124:18, 125:7,
125:19, 126:8, 126:9, 127:9, 127:15,
128:1, 129:20, 129:22, 133:14, 134:13,
135:20, 137:12, 137:18, 138:24,
139:12, 139:14, 140:4, 140:20, 143:5,

144:17, 145:11, 146:6, 147:23, 148:3, 149:3, 149:7, 149:8, 151:9, 152:22, 153:8, 153:11, 153:23, 154:9
**within** [1] - 18:24
**without** [21] - 6:22, 8:16, 16:2, 19:24, 21:8, 28:19, 30:24, 31:9, 62:12, 62:24, 63:13, 82:24, 126:17, 127:12, 128:18, 132:4, 132:5, 132:8, 132:17, 133:13, 133:14
**witness** [45] - 9:25, 11:19, 12:3, 12:4, 12:5, 12:6, 12:7, 12:9, 12:13, 12:15, 12:17, 12:18, 12:19, 12:21, 12:22, 12:24, 13:6, 13:7, 13:8, 13:10, 14:25, 15:13, 15:19, 16:11, 52:7, 56:22, 57:13, 57:20, 58:16, 73:21, 74:5, 87:24, 95:23, 97:12, 111:23, 112:3, 116:9, 116:10, 116:12, 116:13, 116:14, 123:8, 147:20
**witness'** [1] - 11:20
**witness's** [5] - 12:10, 15:2, 15:10, 15:12, 147:6
**witnesses** [52] - 6:6, 9:13, 11:22, 12:11, 14:23, 15:9, 15:22, 17:7, 17:9, 17:13, 54:4, 56:10, 56:14, 57:6, 57:21, 57:24, 57:25, 58:1, 58:11, 58:14, 59:12, 59:16, 61:20, 74:3, 74:18, 76:10, 79:20, 84:13, 85:19, 86:2, 86:9, 93:10, 101:23, 109:14, 113:9, 114:19, 114:21, 116:11, 116:18, 117:5, 117:6, 118:21, 134:9, 135:24, 136:8, 137:2, 137:4, 137:11, 139:6, 141:16, 142:10, 151:10
**witnesses'** [1] - 116:24
**woman** [3] - 39:18, 39:21, 78:15
**women** [2] - 39:16, 117:20
**won't** [4] - 54:19, 99:7, 99:8, 113:15
**Wooden** [1] - 143:6
**wooden** [1] - 53:14
**word** [13] - 20:20, 20:24, 28:5, 28:9, 31:3, 31:12, 42:1, 69:1, 79:13, 105:2, 106:13, 114:1, 114:12
**words** [7] - 7:15, 11:10, 33:3, 59:18, 93:15, 108:2, 109:1
**wordy** [1] - 5:18
**work** [14] - 5:20, 37:17, 44:11, 45:16, 55:17, 60:13, 63:3, 63:4, 63:16, 67:14, 68:8, 121:6, 127:2, 143:16
**worked** [11] - 38:23, 39:16, 44:10, 56:11, 63:8, 75:11, 75:22, 91:4, 102:3, 105:6, 106:8
**workers** [1] - 111:14
**working** [23] - 40:3, 40:5, 40:23, 46:6, 55:15, 60:21, 60:23, 65:1, 66:17, 68:8, 68:22, 72:21, 76:9, 94:6, 96:10, 102:4, 102:9, 102:18, 114:23, 117:4, 117:9, 150:23
**works** [5] - 44:4, 44:18, 44:21, 114:15
**world** [1] - 138:4
**worried** [3] - 63:7, 70:13, 84:7
**worry** [3] - 5:18, 72:17, 100:9
**would** [55] - 8:15, 9:25, 45:8, 46:9, 52:21, 52:22, 55:2, 57:5, 60:8, 63:17,

68:17, 72:20, 75:1, 87:23, 87:24, 87:25, 89:19, 99:3, 99:20, 100:11, 103:14, 103:16, 103:17, 112:4, 114:1, 115:13, 118:6, 119:3, 124:19, 124:23, 127:4, 127:13, 128:6, 128:8, 128:17, 130:6, 130:22, 132:4, 132:23, 132:24, 135:25, 138:12, 138:20, 138:21, 138:22, 146:23, 147:21, 147:24, 148:18, 149:2, 150:16, 154:6, 154:7, 154:19
**wouldn't** [6] - 56:25, 87:14, 89:21, 98:4, 100:3, 100:4
**wound** [1] - 51:10
**wrapping** [1] - 48:9
**write** [5] - 35:5, 35:12, 97:4, 110:14, 117:13
**writes** [2] - 112:9, 112:13
**writing** [2] - 35:9, 35:14
**written** [1] - 144:1
**wrong** [9] - 34:18, 54:1, 86:10, 87:5, 118:5, 129:12, 130:15, 147:9
**wrote** [3] - 94:16, 110:21, 111:4

## Y

**y'all** [23] - 5:8, 117:12, 143:16, 143:22, 144:1, 144:7, 144:9, 145:11, 145:18, 145:19, 146:24, 148:8, 149:1, 150:22, 150:23, 150:24, 151:4, 151:6, 152:1, 152:3, 152:9, 153:24, 154:23
**Yeah** [6] - 41:18, 42:6, 47:16, 47:21, 55:15, 56:7
**yeah** [18] - 46:2, 53:9, 59:14, 64:6, 64:9, 68:4, 76:24, 97:17, 100:23, 101:10, 108:9, 116:22, 120:5, 130:18, 131:7, 132:9, 145:18, 152:19
**year** [9] - 71:11, 77:9, 104:25
**years** [29] - 45:19, 45:20, 45:22, 45:24, 51:24, 56:16, 60:8, 60:17, 60:24, 69:17, 73:10, 74:7, 74:11, 76:11, 76:19, 84:15, 88:4, 96:10, 104:10, 104:24, 106:3, 129:1, 139:12, 141:24, 142:16
**years-long** [1] - 106:3
**yes** [23] - 4:13, 4:14, 67:14, 67:21, 67:24, 80:7, 85:8, 93:8, 108:8, 113:11, 113:12, 113:13, 113:14, 117:18, 118:24, 133:23, 153:9, 154:1, 154:13, 154:25, 155:1
**yesterday** [1] - 44:20
**yesterday's** [1] - 85:17
**yet** [2] - 58:1, 60:6
**you** [771] - 4:4, 4:12, 4:15, 4:18, 4:19, 4:20, 5:1, 5:2, 5:3, 5:15, 5:16, 5:19, 5:23, 6:2, 6:3, 6:7, 6:8, 6:9, 6:10, 6:13, 6:14, 6:16, 6:17, 6:19, 6:23, 6:25, 7:3, 7:15, 7:17, 7:19, 7:21, 7:24, 8:15, 9:10, 9:11, 9:22, 9:24, 10:4, 10:8, 10:9, 10:10, 10:12, 10:14, 10:15, 10:20, 10:22, 11:4, 11:6, 11:9, 11:10, 11:11, 11:13, 11:15, 11:17, 11:18, 11:23, 12:1, 12:2, 12:13, 12:17, 13:1, 13:3, 13:4,

13:8, 13:10, 13:12, 13:24, 14:1, 14:2, 14:5, 14:7, 14:14, 14:16, 14:23, 14:24, 15:1, 15:2, 15:10, 15:15, 15:18, 15:19, 16:13, 16:15, 16:16, 16:22, 16:23, 16:24, 17:3, 17:11, 17:17, 17:21, 18:1, 18:2, 18:25, 19:1, 20:16, 20:17, 22:10, 22:13, 22:14, 22:15, 22:17, 23:2, 23:3, 23:21, 29:23, 29:25, 30:1, 30:2, 30:4, 30:16, 32:1, 32:3, 32:25, 33:3, 33:4, 33:5, 33:10, 33:11, 34:4, 34:7, 34:9, 34:12, 34:13, 34:18, 34:22, 34:25, 35:1, 35:3, 35:11, 35:14, 35:15, 35:18, 35:20, 36:3, 36:6, 36:9, 36:14, 36:16, 37:1, 37:6, 37:10, 37:14, 37:15, 37:16, 37:17, 37:18, 38:3, 38:25, 39:7, 39:8, 39:12, 39:14, 39:17, 39:21, 40:4, 40:6, 40:12, 40:20, 40:25, 41:4, 41:6, 41:9, 41:12, 41:16, 41:21, 41:23, 42:4, 42:6, 42:9, 42:12, 42:14, 42:16, 42:22, 42:23, 44:1, 44:13, 44:15, 44:19, 44:22, 44:24, 45:2, 45:6, 45:14, 45:15, 45:17, 45:18, 45:20, 45:23, 46:8, 46:24, 47:11, 47:17, 47:19, 47:22, 47:23, 48:9, 48:10, 48:17, 48:22, 48:24, 49:6, 49:11, 49:13, 49:25, 50:4, 50:7, 50:14, 50:24, 51:12, 52:4, 52:6, 52:10, 52:20, 53:9, 53:17, 54:4, 54:7, 54:11, 54:15, 54:19, 54:23, 55:3, 55:10, 55:11, 55:14, 56:25, 57:6, 57:7, 57:9, 57:14, 57:18, 57:22, 57:23, 57:24, 58:2, 58:10, 58:19, 58:25, 59:15, 59:20, 59:23, 59:25, 60:1, 60:8, 60:11, 60:19, 60:24, 61:5, 61:8, 61:9, 61:10, 61:11, 61:14, 61:17, 61:20, 61:23, 62:4, 62:5, 62:7, 62:17, 62:19, 62:23, 63:4, 64:5, 64:8, 64:9, 64:13, 64:16, 65:7, 65:15, 65:24, 66:9, 67:5, 69:4, 69:9, 69:10, 69:13, 69:14, 69:16, 69:20, 69:21, 70:17, 70:18, 70:21, 70:24, 71:1, 71:8, 71:13, 71:15, 71:16, 71:18, 71:20, 71:23, 71:24, 72:17, 72:19, 72:20, 72:22, 73:5, 73:6, 73:9, 73:21, 73:23, 73:25, 74:2, 74:9, 74:11, 74:12, 74:13, 74:14, 75:2, 75:7, 75:9, 75:11, 75:12, 75:13, 75:15, 75:17, 75:23, 76:9, 76:12, 76:18, 76:22, 77:4, 77:17, 77:23, 79:11, 79:12, 79:15, 79:17, 79:19, 79:23, 80:1, 80:3, 80:5, 80:6, 80:7, 80:9, 80:14, 80:16, 80:21, 81:4, 81:6, 81:10, 81:14, 81:15, 81:16, 81:24, 82:1, 82:15, 82:19, 83:10, 83:12, 83:18, 83:20, 83:22, 84:13, 84:22, 84:24, 84:25, 85:6, 85:16, 85:20, 86:5, 86:7, 86:9, 86:18, 86:22, 86:23, 87:3, 87:9, 87:10, 87:11, 87:22, 87:23, 87:24, 88:2, 88:3, 88:5, 88:6, 89:11, 89:12, 89:19, 89:21, 92:1, 92:7, 92:15, 92:17, 92:21, 92:24, 92:25, 93:20, 93:21, 94:3, 94:8, 94:20, 94:21, 95:7, 95:9, 95:10, 95:11, 95:13, 95:15, 95:24, 96:8, 96:9, 96:11, 96:12, 96:13, 96:14, 96:17, 96:18, 96:21, 97:6, 97:11, 97:13, 98:1, 98:24, 98:25, 99:4, 100:3,

100:6, 103:3, 103:6, 103:7, 103:13, 103:14, 103:15, 103:16, 103:23, 104:1, 104:16, 104:17, 105:9, 105:13, 106:19, 106:20, 106:22, 106:24, 107:7, 107:20, 107:22, 110:9, 110:10, 110:19, 110:24, 111:2, 111:18, 111:23, 111:24, 112:3, 112:4, 112:6, 112:14, 112:15, 112:17, 112:18, 112:21, 112:25, 113:3, 113:10, 113:15, 113:24, 114:2, 114:3, 114:9, 114:10, 114:11, 114:13, 114:22, 115:3, 115:7, 115:8, 115:10, 115:13, 115:16, 115:25, 116:1, 116:4, 116:7, 116:8, 116:9, 116:17, 116:23, 117:19, 117:20, 117:21, 117:22, 117:23, 117:24, 117:25, 118:1, 118:2, 118:12, 118:15, 118:17, 118:18, 118:22, 118:23, 118:25, 119:2, 119:8, 119:9, 119:14, 119:16, 120:5, 120:17, 120:20, 121:3, 121:4, 121:21, 121:22, 122:3, 122:11, 122:12, 122:13, 122:19, 123:7, 123:9, 123:12, 124:7, 124:11, 124:14, 124:21, 124:22, 125:4, 125:9, 125:12, 125:24, 126:12, 126:15, 126:18, 126:19, 126:20, 126:22, 126:23, 126:24, 127:3, 127:16, 127:18, 127:19, 128:3, 128:5, 128:7, 128:8, 128:9, 128:10, 128:11, 128:12, 128:17, 128:23, 129:2, 129:5, 129:11, 129:16, 129:17, 130:2, 130:5, 130:6, 130:9, 130:11, 130:14, 130:16, 130:19, 130:21, 131:2, 131:3, 131:6, 131:9, 131:11, 131:12, 131:13, 131:14, 131:16, 131:17, 131:21, 132:4, 132:6, 132:8, 132:23, 132:24, 133:2, 133:3, 133:5, 133:7, 133:8, 133:13, 133:17, 133:18, 133:20, 133:21, 133:22, 134:3, 134:6, 134:9, 134:25, 135:1, 135:12, 135:22, 136:3, 136:7, 136:8, 136:17, 136:19, 136:21, 136:23, 136:24, 137:8, 137:12, 137:24, 138:2, 138:20, 139:3, 139:10, 139:12, 140:16, 141:2, 141:10, 141:13, 141:16, 141:21, 141:25, 142:12, 142:19, 142:20, 143:3, 143:5, 143:12, 143:13, 143:14, 143:20, 144:3, 144:7, 144:10, 144:12, 144:14, 144:17, 144:18, 144:19, 144:21, 144:23, 144:24, 144:25, 145:1, 145:2, 145:5, 145:6, 145:8, 145:10, 145:11, 145:13, 145:20, 145:25, 146:7, 146:14, 146:15, 146:19, 146:22, 146:23, 147:1, 147:3, 148:4, 148:12, 148:14, 148:15, 148:16, 149:11, 149:22, 149:23, 149:25, 150:1, 150:2, 150:6, 150:16, 151:3, 151:5, 151:6, 151:7, 151:13, 151:21, 151:25, 152:6, 152:14, 153:2, 153:13, 153:22, 154:6, 154:7, 154:18, 154:19

**you'd** [2] - 117:25, 128:8
**you'll** [1] - 37:14
**you're** [40] - 5:19, 11:7, 37:15, 45:13, 56:14, 56:16, 56:19, 56:22, 61:4, 63:18, 68:1, 69:7, 69:17, 70:17, 70:20, 70:21, 74:15, 77:4, 80:5, 80:9, 80:10, 81:14,

82:2, 96:9, 103:2, 117:23, 123:7, 123:8, 123:11, 127:18, 127:23, 127:24, 128:1, 128:2, 128:24, 130:25, 143:21, 144:3, 144:24, 145:9

**you've** [12] - 4:21, 37:6, 37:10, 46:18, 46:21, 112:13, 129:25, 130:23, 133:16, 143:15, 143:18, 151:14

**you-all** [1] - 39:8

**young** [1] - 78:3

**your** [98] - 4:20, 5:20, 5:24, 6:3, 6:9, 6:12, 6:17, 6:18, 6:21, 6:24, 7:16, 8:17, 9:10, 9:18, 9:19, 9:20, 10:2, 10:10, 10:11, 10:12, 10:13, 10:15, 10:21, 11:13, 11:21, 12:16, 13:9, 15:1, 17:6, 17:19, 17:22, 34:5, 34:7, 34:8, 34:10, 34:11, 34:14, 34:16, 34:17, 34:18, 34:20, 34:23, 35:1, 35:2, 35:4, 35:8, 35:11, 35:14, 45:14, 50:7, 57:17, 69:20, 75:2, 78:19, 79:14, 80:15, 81:7, 85:22, 89:20, 96:9, 98:12, 100:5, 103:3, 103:15, 105:9, 113:12, 115:8, 115:11, 117:21, 117:23, 117:24, 119:9, 119:10, 126:20, 128:3, 128:19, 129:19, 131:8, 131:10, 132:1, 132:5, 132:25, 143:23, 144:3, 145:3, 145:10, 145:11, 145:24, 151:18, 151:25

**Your** [15] - 4:9, 37:22, 129:15, 133:23, 134:3, 145:14, 146:3, 147:11, 148:10, 150:14, 152:14, 153:9, 153:15, 154:25, 155:1

**yours** [1] - 129:21
**yourself** [5] - 12:2, 34:13, 45:6, 63:18, 119:14

# Z

**Zetas** [3] - 66:3, 90:6, 97:10