1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF TEXAS
2                          HOUSTON DIVISION

3      ********************************************************

4      UNITED STATES OF AMERICA        4:15-CR-00566-1

5
       VS.                             HOUSTON, TEXAS
6

7      LEE ROY VILLARREAL              JUNE 23, 2022

8
       ********************************************************
9
            TRANSCRIPT OF JURY TRIAL PROCEEDINGS - DAY 8
10        HEARD BEFORE THE HONORABLE ANDREW S. HANEN
                  UNITED STATES DISTRICT JUDGE
11
       ********************************************************
12
       APPEARANCES:
13

14     FOR THE GOVERNMENT:             MR. ANIBAL J. ALANIZ
                                       MS. CASEY NICOLE MACDONALD
15                                     U.S. Attorney's Office
                                       1000 Louisiana Street
16                                     Suite 2300
                                       Houston, Texas 77002
17

18     FOR THE DEFENDANT:             MR. EDWIN GERALD MORRIS
                                       Attorney at Law
19                                     505 West 12th Street
                                       Suite 206
20                                     Austin, Texas 78701

21
                                       MS. ANGELICA PATRICE COGLIANO
22                                     Cogliano Law Firm
                                       2202 Lake Austin Boulevard
23                                     Austin, Texas 78703

24
            Proceedings recorded by mechanical stenography,
25     transcript produced via computer.

1                                         MS. ADDY MALDONADO MIRO
                                          Law Office of Addy Miro
2                                         608 West 8th Street
                                          Austin, Texas 78701
3

4     Official Court Reporter:            Lanie M. Smith, CSR, RMR, CRR
                                          Official Court Reporter
5                                         United States District Court
                                          Southern District of Texas
6                                         515 Rusk
                                          Room 8004
7                                         Houston, Texas 77002

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1

## EXAMINATION INDEX

PAGE NO.

2

3

Testimony Read-back................................    6

The verdict.......................................   18

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

<u>**P R O C E E D I N G S**</u>

(June 23, 2022)

(Call to order of the court.)

THE COURT:  Counsel, I plan to bring the jury in,

09:18AM  assuming we have all 12 them, count heads and have our

witness -- Kathy, our court reporter -- read the applicable

sections that we talked about last night.

Now, overnight we got an e-mail from

Ms. Cogliano.

09:18AM  You want to state your position regarding the --

I think it's the third note?  Do you have the note?

It's the third note asking about the transaction

of the cocaine deal with Lee Roy Villarreal at Ignite Sports.

MS. COGLIANO:  Yes, Judge.  And I apologize for the

09:19AM  e-mail after we had already left because I had to talk to Gerry

about it before we agreed.

But the portion that we had talked about

yesterday includes a whole section prior to anybody saying

anything about Ignite Motorsports; and we think the question

09:19AM  pretty clearly only wants the part of the transcript that

actually occurred at Ignite Motorsports, not the part that's in

Rio or -- it was Rio or Roma, I believe, prior to that.

THE COURT:  Okay.  Mr. Alaniz?

MR. ALANIZ:  We believe that the appropriate portion of

09:19AM  the transcript should be the one we agreed to that we basically

1    believe -- we agreed to it last night, Your Honor.

2            I think that defense counsel is reading the

3    question too narrowly.  I think they're requesting information

4    about that particular transaction, so I think that would be the

09:20AM  5    appropriate read-back of the transcript.

6        THE COURT:  All right.  I'm going to overrule the

7    suggestion of the defendants because I think it's asking about

8    the entire transaction and so we're going to -- I'm going to

9    read the portion that was originally agreed to -- I'm not going

09:20AM  10   to read it.  Our court reporter witness is going to read it.

11            My inclination is to just bring the jury in,

12   count heads, and have them read the applicable portions

13   responsive to Juror Notes 2 and 3.

14            I think it would be everybody's guess in here

09:21AM  15   that they're working on Issue 1, Count 1, because these notes

16   both deal with -- I'm not asking y'all to agree with that, but

17   that would be my guess; and if I was in your shoes, that's what

18   I would guess.

19            I could suggest to them if they're hung up on

09:21AM  20   Count 1 to go do Count 2 and 3 and come back.  I think it's

21   early for that.

22        MR. MORRIS:  I do, too.

23        THE COURT:  All right.  So all I plan to do then is

24   bring them in, count heads, have these two portions of the

09:21AM  25   testimony read, and send them back.

1          MR. ALANIZ:  Yes, sir.

2          THE COURT:  All right.  Kathy, you probably want to

3     move over here.

4          THE COURTROOM SECURITY OFFICER:  All rise for the jury.

09:23AM  5               (The jury entered the courtroom.)

6          THE COURT:  All right.  Ladies and gentlemen, be

7     seated.

8               I'm counting heads.  Do I have 12?  And I do.

9               The jury had sent out a note that I unfortunately

09:23AM 10     gave to Kathy here.  The juror note is:  "We would like to see

11     the portion of Hector Barrios' testimony that deals with the

12     instructions he received from Michael Villarreal when sent to

13     determine who stole the cocaine."

14               And what we're going to do is we're going to have

09:23AM 15     Kathy be our witness.  She's our alternate court reporter to

16     Lanie.  And she's going to read you the portion of that

17     testimony, and then we'll move to the next note that y'all sent

18     out.

19               And just question, answer.

20          MS. MILLER:  Okay.

21          QUESTION:  "And before -- let me ask you this.

22     In 2000 -- in May -- I'm sorry.  In 2011, early 2011, did

23     Gringo Mike approach you about a cocaine -- some cocaine that

24     had been stolen from him in the U.S.?"

25               ANSWER:  "Yes."

1          QUESTION:  Where -- was this -- this conversation
2    with Gringo Mike, did it happen in person or do you recall
3    whether it was by phone?"
4          ANSWER:  "In person."
09:24AM   5          QUESTION:  "Where did this occur?"
6          ANSWER:  "In Reynosa at his home."
7          QUESTION:  "Can you tell the jury, Mr. Barrios,
8    what Gringo Mike told you about this cocaine?"
9          ANSWER:  "Just that they had stolen cocaine that
09:24AM  10    belonged to him in here, the United States, and he wanted me to
11    cross over so that I can investigate that situation."
12          QUESTION:  "At that time that he spoke to you
13    about this, did he give you any kind of idea of the amounts of
14    cocaine that were stolen from him?"
09:25AM  15          ANSWER:  "Not at that time."
16          QUESTION:  "Did you find out later?"
17          ANSWER:  "Yes."
18          QUESTION:  "Now, when you said he asked you to
19    cross to the U.S. to investigate, can you tell the jury what he
09:25AM  20    meant by that?"
21          ANSWER:  "He wanted me to cross over so that I
22    could speak to a friend of his so that his friend could give me
23    the information about the person who probably knew about that
24    problem."
09:25AM  25          (End of testimony read-back.)

THE COURT:  Thank you, Kathy.

And then the next note, the third note was about Mr. Gutierrez and the cocaine transaction -- alleged cocaine transaction that finished at Ignite Motorsports.

MS. MILLER:  QUESTION:  "Did there come a time where Juan proposed that you work with Lee Roy Villarreal and him on a cocaine deal?

ANSWER:  "Correct."

QUESTION:  "I want to talk to you about that. Tell the jurors, how did that come about."

ANSWER:  "Well, Juan asked me to help him out, pick up some kilos, like, in Rio Grande, Roma, or something like that.  But he didn't say what.  They just told me they are testing us, do you want to pick them up or not?  I'm, like, yeah, I mean... And he is, like, I'll drive.  No, it's my truck, I'll drive.  My truck had a compartment.  So I told him I will drive.  Let's go pick them up, know what I mean, so I can show him that I wanted to work.  And we went to go pick them up and, sure enough, when we got to the house, Lee Roy came out and some other old guy came out, and they gave us a sack of cocaine.  It was two sacks.  And we hid them in my compartment of my vehicle."

QUESTION:  "I want to go back and just take it step-by-step.  Juan asked you if you are interested in picking up some cocaine and moving it for him?"

1               ANSWER:  "Yes."

2               QUESTION:  "You agreed to help?"

3               ANSWER:  "Correct."

4               QUESTION:  "And he says let's pick up the cocaine

09:27AM 5    right now?"

6               ANSWER:  "Yes."

7               QUESTION:  "And you go where?  What city are you

8    in?"

9               ANSWER:  "It was Roma or Rio Grande, but I know

09:27AM 10   it's somewhere towards the west."

11              QUESTION:  "And Roma or Rio Grande?"

12              ANSWER:  "Correct."

13              QUESTION:  "Is this daytime or nighttime?"

14              ANSWER:  "Daytime."

09:27AM 15              QUESTION:  "You and Juan go together?"

16              ANSWER:  "Correct."

17              QUESTION:  "Who is at the house when you

18   arrived?"

19              ANSWER:  "Lee Roy and some old guy.  I'm not sure

09:27AM 20   what the guy's name was."

21              QUESTION:  "An older guy that you had never met

22   before?"

23              ANSWER:  "I had seen him before at the shop."

24              QUESTION:  "When you say 'shop,' do you mean the

09:28AM 25   business?"

1        ANSWER:  "The Rhino Collision, yes."

2        QUESTION:  "The Rhino Collision.  Okay.  What

3   happens when you get to the house?"

4        ANSWER:  "Lee Roy and that old guy comes out.  We

09:28AM 5   back into the garage.  The house is still under construction.

6   Lee Roy and the other guy hands us the sacks.  They were potato

7   sacks.  They were -- inside they were the kilos, and I opened

8   my compartments, and we started putting them inside."

9        QUESTION:  "What was inside the potato sacks?"

09:28AM 10       ANSWER:  "Kilos of cocaine."

11       QUESTION:  "Do you know how many kilos of cocaine

12  you received?"

13       ANSWER:  "40."

14       QUESTION:  "Did Lee Roy Villarreal personally

09:28AM 15  hand you a sack --"

16       ANSWER:  "Yes."

17       QUESTION:  "-- that contained cocaine.  And did

18  you have your tractor-trailer with you?"

19       ANSWER:  "No."

09:29AM 20       QUESTION:  "Or a different vehicle?"

21       ANSWER:  "It was my personal vehicle."

22       QUESTION:  "Your personal vehicle that had a

23  secret compartment inside?"

24       ANSWER:  "Correct."

09:29AM 25       QUESTION:  "When Lee Roy Villarreal gave you the

1   sack that had the cocaine in it, what did you do with the

2   cocaine?"

3            ANSWER:  "I put it inside the compartment in my

4   personal vehicle."

09:29AM 5        QUESTION:  "Was Lee Roy there to see that?"

6            ANSWER:  "Yes."

7            QUESTION:  "Did he say anything to you?"

8            ANSWER:  "He was amused with the electronic

9   components" --

10           Not "components."  "Compartments."  Excuse me.

11           QUESTION:  "What do you mean?"

12           ANSWER:  "I mean the way they work, I guess,

13  because they are not used to seeing electronic compartments."

14           QUESTION:  "Would you --"

09:30AM 15       ANSWER:  "He looked amused the way I opened

16  them."

17           QUESTION:  "Would you describe the compartments

18  for the jury so they can understand?"

19           ANSWER:  "The compartments are in the back

09:30AM 20  tailgate of my truck.  They were electronic.  You had to do

21  several things to open it and both tailgates -- both taillights

22  would open up automatically all the way to the back."

23           QUESTION:  "Were you able to load all 40 kilos?"

24           ANSWER:  "Oh, yeah."

09:30AM 25       QUESTION:  "How long would you say you were at

1    the house when Lee Roy gave you the 40 kilos of cocaine?"

2                ANSWER:  "Not even no more than 15, 20 minutes.

3    It was quick, in and out."

4                QUESTION:  "After you load up your car with the

5    cocaine, what do you do?"

6                ANSWER:  "We go straight to Rhino Collision.

7    Actually we went straight to Juan's shop, Ignite Motorsports,

8    in the same property where Rhino is at."

9                QUESTION:  "What do you do when you arrive at the

10   shop?"

11               ANSWER:  "We go in there.  They close the gates.

12   It's just Lee Roy, me, and I think Toni was there, too, and

13   that old guy.  And the first thing Lee Roy goes, he goes and

14   he -- I start opening the compartment.  He goes to the doors of

15   the compartment of my truck, and I don't know why he

16   started counting the kilos.  I guess he thought we were

17   going to get something.  I don't know."

18               QUESTION:  "Who started taking the kilos out?"

19               ANSWER:  "I started taking them out, and he

20   started counting them.  I don't know why he was counting them."

21               QUESTION:  "When you say 'he,' who do you mean?"

22               ANSWER:  Lee Roy.

23               QUESTION:  "Okay.  Who else was present?"

24               ANSWER:  "Juan Garcia."

25               QUESTION:  "Juan Garcia?  Was the guy Toni still

09:30AM  (line 5)
09:31AM  (line 10)
09:31AM  (line 20)
09:32AM  (line 25)

there?"

                    ANSWER:  "Yes."

                    QUESTION:  "Did Lee Roy count the bricks?"

                    ANSWER:  "Yes."

09:32AM         QUESTION:  "Was he making a notation or

something?"

                    ANSWER:  "Not that I know of."

                    QUESTION:  "What happened after the bricks were

counted?"

                    ANSWER:  "After he counted them, we went to the

office, and I guess Juan and him negotiated a rate, I mean, a

payment.  And then he offered us so many amount of kilos for

us, and so many amount of kilos for him to transport."

                    QUESTION:  "Who offered?"

09:32AM         ANSWER:  "Lee Roy did."

                    QUESTION:  "Were you present to hear this?"

                    ANSWER:  "Yes."

                    QUESTION:  "Do you recall what the negotiations

were as far as money and amounts?"

09:32AM         ANSWER:  "If I am not recalling, I think it was 5

or 10 kilos for me and Juan and then the rest were straight for

him."

                    QUESTION:  "When you say 5 or 10 kilos for you

and Juan, can you explain to the jury what you mean?"

09:33AM         ANSWER:  "In other words, the rest of it.  When

1    everything is sold, the profits for those 5 and 10 kilos are

2    for me and Juan."

3            QUESTION:  "What about the rest of the 30 kilos?"

4            ANSWER:  "Profits for him."

09:33AM  5            QUESTION:  "When you say 'him,' we have to

6    use --"

7            ANSWER:  "Lee Roy."

8                (End of testimony read-back.)

9        THE COURT:  All right.  Ladies and gentlemen, I'm going

09:33AM  10   to let you retire and begin your deliberations again.

11           I will say this:  Even though the prosecution and

12   the defense have taken different views on a lot of things in

13   this case, they all agreed that I should not be the one to read

14   that testimony.

09:33AM  15           All right.  Y'all are excused to begin your

16   deliberations.

17       COURTROOM SECURITY OFFICER:  All rise.

18               (The jury exited the courtroom.)

19       THE COURT:  Okay.  Y'all can be seated.

09:34AM  20           Ms. Garcia-Pena, will you come up here, please?

21           Ms. Garcia-Pena, you and I had a discussion at

22   which you agreed -- and, in fact, I went and had the court

23   reporter type it up to make sure my memory was accurate and it

24   was -- not to publish or blog about any people, and especially

09:35AM  25   the defendant, cooperating with the FBI, at least until well

1    after the trial.

2              And, you know, I even have here where you said,

3    "Okay.  Not a problem."

4              And I said, "Okay."

09:36AM 5              And during the trial, you did it.

6         MS. GARCIA-PENA:  There was only one article before you

7    mentioned anything to me.

8         THE COURT:  Well, this was published Tuesday evening;

9    and we had that discussion on Friday, the Friday before.

09:36AM 10        MS. GARCIA-PENA:  I will look back through my notes,

11   but I did not intentionally publish anything like that.  I will

12   look back; and if I have to remove something, I will.

13        THE COURT:  I have what you published.

14        MS. GARCIA-PENA:  Okay.

09:36AM 15        THE COURT:  And you published about the defendant

16   cooperating with the FBI, the very thing I told you not to do;

17   and you agreed.

18              And I was as nice as I could be about it because

19   I gave you the option.  I said, "I don't want to have to kick

09:36AM 20   you out of the courtroom."

21              I'm a firm believer in the First Amendment, but I

22   also am a firm believer that I don't want anyone connected with

23   this trial to be threatened or hurt.  I want to protect the

24   integrity of this trial.

09:37AM 25        MS. GARCIA-PENA:  And I also want you to know that I am

1  actually documented as the only reporter in Texas to have been

2  threatened by cartel members as well.

3       THE COURT:  Well, then you ought to be sympathetic to

4  this very thing.

09:37AM 5       MS. GARCIA-PENA:  Right.  I thought I had been very

6  careful; but, again, if there needs to be something removed.

7       THE COURT:  I'm now ordering you not to do this, okay?

8       MS. GARCIA-PENA:  Okay.

9       THE COURT:  Now, I'm trying to be as nice about it as I

09:37AM 10  can.

11       MS. GARCIA-PENA:  And I'm also trying to be --

12       THE COURT:  And as respectful to your right as a

13  reporter to do what you need to do connected with your

14  profession because I'm a firm believer in that.  But we've got

09:37AM 15  to balance the safety of certain people and the integrity of

16  the trial versus your right to be a reporter.

17            So no more cooperating with -- and I don't care

18  if it's the FBI or the DEA or any kind of law enforcement -- no

19  more publishing until after the trial, okay?

09:38AM 20       MS. GARCIA-PENA:  Okay.  And I'll look back at that

21  post as well.

22       THE COURT:  All right.  Thank you.

23            All right, counsel, make sure Rhonda can find

24  you.

09:38AM 25       MR. ALANIZ:  Yes, sir.

```
  1                      (Court is in recess.)
  2             COURTROOM SECURITY OFFICER:  All rise.
  3             THE COURT:  All right.  Counsel, y'all can be seated.
  4                   We have a note that they've reached a verdict.
  5      The way I accept my verdicts, unless I hear an objection from
  6      the parties, is that they will come out, I'll have them hand me
  7      the verdict, I'll read the verdict.
  8                   I'm going to order that everybody that's in the
  9      courtroom remain in the courtroom while I go dismiss the jury
 10      and I'll visit with them and thank them for their service and
 11      then we'll come back and deal with any items we need to deal
 12      with and then you will be free to go.
 13                   Is there any reason we shouldn't ask them to come
 14      in and share the verdict?
 15             MR. ALANIZ:  Not from the government, Your Honor.
 16             MR. MORRIS:  Not from the defense.
 17             THE COURT:  All right.
 18                      (Brief pause in the proceedings.)
 19             THE COURTROOM SECURITY OFFICER:  All rise for the jury.
 20                      (The jury entered the courtroom.)
 21             THE COURT:  All right.  Ladies and gentlemen, be
 22      seated.
 23                   I understand the jury has reached a verdict.
 24             THE FOREPERSON:  Yes, Your Honor.
 25             THE COURT:  Would you hand it to one of the security
```

1    officers, please.

2                    All right.  With regard to Count 1, conspiracy to

3    distribute and dispense controlled substances, the jury has

4    found the defendant guilty.

10:34AM  5                    Special Interrogatory, it's found cocaine;

6    Special Interrogatory 2, more than 5 kilograms.

7                    With regard to Count 2, the conspiracy to kidnap,

8    the jury has found the defendant not guilty.

9                    And with regard to Count 3, the jury has found

10:34AM 10    the defendant not guilty.

11                    All right.  Counsel, is there any reason not to

12    let the jury retire back to the jury room?

13                    MR. ALANIZ:  Not from the government, Your Honor.

14                    MR. MORRIS:  Not from the defense, Your Honor.

10:34AM 15                    THE COURT:  All right.  Ladies and gentlemen, I'm going

16    to ask you to return to the jury room.  I'm going to come visit

17    with you for a minute, and then I'll dismiss you.

18                    THE COURTROOM SECURITY OFFICER:  All rise for the jury.

19                         (The jury exited the courtroom.)

10:35AM 20                    THE COURT:  All right.  As I said before, I want

21    everybody to remain in the courtroom.

22                         (Brief pause in the proceedings.)

23                    THE COURTROOM SECURITY OFFICER:  All rise.

24                    THE COURT:  All right.  Be seated.

11:03AM 25                         Mr. Villarreal, if you and Mr. Morris and

1    Ms. Cogliano would come up.

2              Mr. Villarreal, the jury has found you guilty on

3    Count 1, not guilty on the other counts.  So we're going to

4    have to proceed forward on Count 1 through the sentencing

11:03AM  5    phase.

6              You sat through some of the guilty pleas I've

7    taken during the trial, but let me tell you how it works just

8    for your benefit.

9              The probation department is going to make an

11:03AM  10    investigation.  They'll look at the crime that you were found

11    guilty, any related relevant conduct, any criminal history that

12    you might have and they'll take that and apply the guidelines

13    to it and they'll put that in a report that talks not only

14    about the guidelines, but it's got personal information in it

11:04AM  15    like your educational background and all that kind of stuff

16    will be in this.

17              So it's a small booklet and both sides get that;

18    but when they do that, part of that preparation report, they'll

19    want to interview you.  And when they do that, you want to be

11:04AM  20    sure one of your lawyers is present.  You understand that.

21              The investigation preparation of the presentence

22    report will be completed by September 9th.  The government gets

23    a copy of it, you get a copy of it.  Go over it with your

24    counsel.  Make any kind of additions, corrections,

11:04AM  25    modifications, any objections and let's have those on file by

1    September 23rd.

2                   If there are no objections, I would like a

3    statement to that effect signed by you and Mr. Morris.

4                   The final report will be due to the Court on

11:05AM    5    October 7th, and the case is set for sentencing on

6    October 17th.

7         MR. MORRIS:  Your Honor, I have a jury trial scheduled

8    that week.

9         THE COURT:  We can move it.  I mean, just get with

11:05AM    10    Rhonda.  We will be flexible on that.

11                   All right.  Mr. Alaniz, Mr. Villarreal has been

12    free on bond throughout this process.  What's the government's

13    position?

14         MR. ALANIZ:  Your Honor, pursuant to 18 U.S. Code 3143,

11:05AM    15    we're asking the Court to take him into custody now that he's

16    been found guilty based on that particular statute.

17         MR. MORRIS:  We'd ask that he remain on bond.  He's

18    been on bond six years, and we have an additional issue.

19                   The Court heard testimony from basically the guy

11:05AM    20    that was tasked with the job of cleaning up after Gringo Mike

21    and by implication, that would involve killing the defendant as

22    well and if he's taken into custody, he's probably going to be

23    put into the same place that guy is.

24         MR. ALANIZ:  Your Honor, basically the statute says in

11:06AM    25    order for the Court to allow him to stay on bond after being

1    found guilty of this particular offense, it says:  "The

2    judicial officer must find by clear and convincing evidence

3    that the person is not likely to flee or pose a danger to other

4    persons in the community."

11:06AM  5              Mr. Villarreal already fled once when he thought

6    he was going to be arrested.

7              THE COURT:  Can I specify where he's taken?  I'm asking

8    the Marshal.

9              THE MARSHAL:  I'm sorry, Your Honor?

11:06AM  10             THE COURT:  Can I have him, if he's taken into custody,

11   sent to Joe Corley?

12             THE MARSHAL:  We can if that's what you would like,

13   Your Honor.

14             THE COURT:  Well, a lot of the witnesses are at FDC;

11:06AM  15   and I don't want him --

16             THE MARSHAL:  And also as long as you let the Marshals

17   know, we can make sure he stays away from everyone.

18             THE COURT:  All right.  I'm going to order him taken

19   into custody.  If there are any additional issues, I'll

11:07AM  20   consider any motion by the defense.  But I'm going to order him

21   taken into custody today.  I'm going to order him taken to

22   Joe Corley though because I don't want him put in any danger.

23             And then if there's a reason or a way that you

24   guys think is appropriate to get around the statute Mr. Alaniz

11:07AM  25   has been quoting, I'll consider any motion that you file.

1          All right.  Anything else we can take up?

2              MR. ALANIZ:  Not from the government, Your Honor.

3              MR. MORRIS:  Is there a probation officer in the

4      courtroom?

11:07AM  5              THE COURT:  I don't see one.

6              MR. MORRIS:  As I recall, in this district it's on me

7      to contact them to set up the --

8              THE COURT:  I think they contact you.

9              THE CASE MANAGER:  They contact you.

11:07AM  10             THE COURT:  They'll contact you, Mr. Morris, but I'll

11     be --

12             MR. MORRIS:  May Mr. Villarreal say good-bye to his

13     family before he's taken into custody?

14             THE COURT:  Absolutely.

11:08AM  15             MR. ALANIZ:  May we be excused, Your Honor?

16             THE COURT:  You may.  And I will visit with you off the

17     record if you want to hear what the jury told me.

18             MR. ALANIZ:  Whenever the Court wants us.

19             THE COURT:  All right.  We'll stand adjourned then.

20                    (The proceedings were adjourned.)

21                           *  *  *  *

22

23

24

25

1                        REPORTER'S CERTIFICATE

2            I, Lanie M. Smith, CSR, RMR, CRR, Official
   Court Reporter, United States District Court, Southern District
3  of Texas, do hereby certify that the foregoing is a true and
   correct transcript, to the best of my ability and
4  understanding, from the record of the proceedings in the
   above-entitled and numbered matter.

5

6                              ___/s/ Lanie M. Smith_____
                               Official Court Reporter
7

**'** 

**'he** [1] - 12:21
**'him** [1] - 14:5
**'shop** [1] - 9:24

**/**

**/s** [1] - 23:6

**1**

**1** [6] - 5:15, 5:20, 18:2, 19:3, 19:4
**10** [3] - 13:21, 13:23, 14:1
**1000** [1] - 1:15
**12** [2] - 4:5, 6:8
**12th** [1] - 1:19
**15** [1] - 12:2
**17th** [1] - 20:6
**18** [2] - 3:4, 20:14

**2**

**2** [4] - 5:13, 5:20, 18:6, 18:7
**20** [1] - 12:2
**2000** [1] - 6:22
**2011** [2] - 6:22
**2022** [2] - 1:7, 4:2
**206** [1] - 1:19
**2202** [1] - 1:22
**23** [2] - 1:7, 4:2
**2300** [1] - 1:16
**23rd** [1] - 20:1

**3**

**3** [3] - 5:13, 5:20, 18:9
**30** [1] - 14:3
**3143** [1] - 20:14

**4**

**40** [3] - 10:13, 11:23, 12:1
**4:15-CR-00566-1** [1] - 1:4

**5**

**5** [4] - 13:20, 13:23, 14:1, 18:6
**505** [1] - 1:19
**515** [1] - 2:6

**6**

**6** [1] - 3:3
**608** [1] - 2:2

**7**

**77002** [2] - 1:16, 2:7
**78701** [2] - 1:20, 2:2

**78703** [1] - 1:23
**7th** [1] - 20:5

**8**

**8** [1] - 1:9
**8004** [1] - 2:6
**8th** [1] - 2:2

**9**

**9th** [1] - 19:22

**A**

**a** [38] - 4:18, 6:9, 6:23, 7:22, 8:5, 8:7, 8:16, 8:20, 10:15, 10:20, 10:22, 13:5, 13:11, 14:12, 14:21, 15:3, 15:21, 15:22, 16:12, 16:14, 16:16, 17:4, 17:23, 18:17, 19:13, 19:17, 19:23, 20:2, 20:7, 21:3, 21:14, 21:23, 22:3, 23:3
**ability** [1] - 23:3
**able** [1] - 11:23
**about** [21] - 4:7, 4:12, 4:16, 4:17, 4:19, 5:4, 5:7, 6:23, 7:8, 7:13, 7:23, 8:2, 8:9, 8:10, 14:3, 14:24, 15:15, 15:18, 16:9, 19:14
**above** [1] - 23:4
**above-entitled** [1] - 23:4
**absolutely** [1] - 22:14
**accept** [1] - 17:5
**accurate** [1] - 14:23
**actually** [3] - 4:21, 12:7, 16:1
**additional** [2] - 20:18, 21:19
**additions** [1] - 19:24
**ADDY** [1] - 2:1
**Addy** [1] - 2:1
**adjourned** [2] - 22:19, 22:20
**after** [7] - 4:15, 12:4, 13:8, 15:1, 16:19, 20:20, 20:25
**After** [1] - 13:10
**again** [2] - 14:10, 16:6
**agree** [1] - 5:16
**agreed** [8] - 4:16, 4:25, 5:1, 5:9, 9:2, 14:13, 14:22, 15:17
**ALANIZ** [11] - 1:14, 4:24, 6:1, 16:25, 17:15, 18:13, 20:14, 20:24, 22:2, 22:15, 22:18
**Alaniz** [3] - 4:23, 20:11, 21:24
**All** [2] - 14:17, 18:23
**all** [30] - 4:5, 5:6, 5:23, 6:2, 6:4, 6:6, 11:22, 11:23, 14:9, 14:13, 14:15, 16:22, 16:23, 17:2, 17:3, 17:17, 17:19, 17:21, 18:2, 18:11, 18:15, 18:18, 18:20, 18:24, 19:15, 20:11, 21:18, 22:1, 22:19
**alleged** [1] - 8:3
**allow** [1] - 20:25
**already** [2] - 4:15, 21:5
**also** [4] - 15:22, 15:25, 16:11, 21:16
**alternate** [1] - 6:15

**am** [3] - 13:20, 15:22, 15:25
**Amendment** [1] - 15:21
**AMERICA** [1] - 1:4
**amount** [2] - 13:12, 13:13
**amounts** [2] - 7:13, 13:19
**amused** [2] - 11:8, 11:15
**an** [5] - 4:8, 9:21, 17:5, 19:9, 20:18
**And** [6] - 8:15, 8:18, 8:21, 12:13, 13:12, 15:5
**and** [106] - 4:5, 4:14, 4:19, 5:8, 5:12, 5:13, 5:17, 5:20, 5:25, 6:6, 6:8, 6:14, 6:16, 6:17, 6:19, 6:21, 7:10, 8:2, 8:3, 8:6, 8:19, 8:20, 8:23, 8:25, 9:4, 9:7, 9:11, 9:15, 9:19, 10:4, 10:6, 10:7, 10:8, 10:17, 11:21, 12:3, 12:12, 12:13, 12:15, 12:19, 13:11, 13:13, 13:19, 13:21, 13:24, 14:1, 14:2, 14:9, 14:10, 14:11, 14:21, 14:22, 14:23, 14:24, 15:2, 15:4, 15:9, 15:12, 15:15, 15:17, 15:18, 15:25, 16:11, 16:12, 16:15, 16:17, 16:20, 17:10, 17:11, 17:12, 17:14, 17:21, 18:3, 18:9, 18:15, 18:17, 18:25, 19:12, 19:13, 19:15, 19:17, 19:19, 19:25, 20:3, 20:5, 20:18, 20:21, 20:22, 21:2, 21:15, 21:16, 21:23, 22:16, 23:3, 23:3, 23:4
**ANDREW** [1] - 1:10
**ANGELICA** [1] - 1:21
**ANIBAL** [1] - 1:14
**answer** [1] - 6:19
**ANSWER** [49] - 6:25, 7:4, 7:6, 7:9, 7:15, 7:17, 7:21, 8:8, 8:11, 9:1, 9:3, 9:6, 9:9, 9:12, 9:14, 9:16, 9:19, 9:23, 10:1, 10:4, 10:10, 10:13, 10:16, 10:19, 10:21, 10:24, 11:3, 11:6, 11:8, 11:12, 11:15, 11:19, 11:24, 12:2, 12:6, 12:11, 12:19, 12:22, 12:24, 13:2, 13:4, 13:7, 13:10, 13:15, 13:17, 13:20, 13:25, 14:4, 14:7
**any** [7] - 7:13, 14:24, 16:18, 17:11, 17:13, 18:11, 19:11, 19:24, 19:25, 21:19, 21:20, 21:22, 21:25
**anybody** [1] - 4:18
**anyone** [1] - 15:22
**anything** [5] - 4:19, 11:7, 15:7, 15:11, 22:1
**apologize** [1] - 4:14
**APPEARANCES** [1] - 1:12
**applicable** [2] - 4:6, 5:12
**apply** [1] - 19:12
**approach** [1] - 6:23
**appropriate** [3] - 4:24, 5:5, 21:24
**are** [10] - 8:13, 8:24, 9:7, 11:13, 11:19, 14:1, 14:15, 20:2, 21:14, 21:19
**around** [1] - 21:24
**arrested** [1] - 21:6
**arrive** [1] - 12:9
**arrived** [1] - 9:18
**article** [1] - 15:6
**as** [16] - 13:19, 15:18, 16:1, 16:2, 16:9, 16:12, 16:21, 18:20, 20:21, 21:16, 22:6
**ask** [4] - 6:21, 17:13, 18:16, 20:17

**asked** [3] - 7:18, 8:11, 8:24
**asking** [5] - 4:12, 5:7, 5:16, 20:15, 21:7
**assuming** [1] - 4:5
**at** [17] - 1:18, 4:13, 4:21, 7:6, 7:12, 7:15, 8:4, 9:17, 9:23, 11:25, 12:8, 12:9, 14:21, 14:25, 16:20, 19:10, 21:14
**Attorney** [1] - 1:18
**Attorney's** [1] - 1:15
**Austin** [4] - 1:20, 1:22, 1:23, 2:2
**automatically** [1] - 11:22
**away** [1] - 21:17

## B

**back** [14] - 5:5, 5:20, 5:25, 7:25, 8:23, 10:5, 11:19, 11:22, 14:8, 15:10, 15:12, 16:20, 17:11, 18:12
**back.................................** [1] - 3:3
**background** [1] - 19:15
**balance** [1] - 16:15
**Barrios** [1] - 7:7
**Barrios'** [1] - 6:11
**based** [1] - 20:16
**basically** [3] - 4:25, 20:19, 20:24
**be** [28] - 4:25, 5:4, 5:14, 5:17, 6:6, 6:15, 14:13, 14:19, 15:18, 15:23, 16:3, 16:6, 16:9, 16:11, 16:16, 17:3, 17:12, 17:21, 18:24, 19:16, 19:19, 19:22, 20:4, 20:10, 20:22, 21:6, 22:11, 22:15
**because** [7] - 4:15, 5:7, 5:15, 11:13, 15:18, 16:14, 21:22
**been** [7] - 6:24, 16:1, 16:5, 20:11, 20:16, 20:18, 21:25
**BEFORE** [1] - 1:10
**before** [8] - 4:16, 6:21, 9:22, 9:23, 15:6, 15:9, 18:20, 22:13
**begin** [2] - 14:10, 14:15
**being** [1] - 20:25
**believe** [3] - 4:22, 4:24, 5:1
**believer** [3] - 15:21, 15:22, 16:14
**belonged** [1] - 7:10
**benefit** [1] - 19:8
**best** [1] - 23:3
**blog** [1] - 14:24
**bond** [4] - 20:12, 20:17, 20:18, 20:25
**booklet** [1] - 19:17
**both** [4] - 5:16, 11:21, 19:17
**Boulevard** [1] - 1:22
**bricks** [2] - 13:3, 13:8
**Brief** [2] - 17:18, 18:22
**bring** [3] - 4:4, 5:11, 5:24
**business** [1] - 9:25
**but** [12] - 4:17, 5:16, 9:9, 15:11, 15:21, 16:6, 16:14, 19:7, 19:14, 19:18, 21:20, 22:10
**But** [1] - 8:13
**by** [11] - 1:24, 7:3, 7:20, 8:24, 16:2, 19:22, 19:25, 20:3, 20:21, 21:2, 21:20
**bye** [1] - 22:12

## C

**C** [1] - 4:1
**Call** [1] - 4:3
**came** [2] - 8:20
**can** [16] - 7:7, 7:11, 7:19, 8:18, 11:18, 13:24, 14:19, 16:10, 16:23, 17:3, 20:9, 21:7, 21:10, 21:12, 21:17, 22:1
**car** [1] - 12:4
**care** [1] - 16:17
**careful** [1] - 16:6
**cartel** [1] - 16:2
**CASE** [1] - 22:9
**case** [2] - 14:13, 20:5
**CASEY** [1] - 1:14
**certain** [1] - 16:15
**CERTIFICATE** [1] - 23:1
**certify** [1] - 23:3
**city** [1] - 9:7
**cleaning** [1] - 20:20
**clear** [1] - 21:2
**clearly** [1] - 4:20
**close** [1] - 12:11
**cocaine** [21] - 4:13, 6:13, 6:23, 7:8, 7:9, 7:14, 8:3, 8:7, 8:21, 8:25, 9:4, 10:10, 10:11, 10:17, 11:1, 11:2, 12:1, 12:5, 18:5
**Code** [1] - 20:14
**COGLIANO** [2] - 1:21, 4:14
**Cogliano** [3] - 1:22, 4:9, 19:1
**Collision** [3] - 10:1, 10:2, 12:6
**come** [9] - 5:20, 8:5, 8:10, 14:20, 17:6, 17:11, 17:13, 18:16, 19:1
**comes** [1] - 10:4
**community** [1] - 21:4
**compartment** [6] - 8:16, 8:22, 10:23, 11:3, 12:14, 12:15
**compartments** [5] - 10:8, 11:10, 11:13, 11:17, 11:19
**completed** [1] - 19:22
**components** [2] - 11:9, 11:10
**computer** [1] - 1:25
**conduct** [1] - 19:11
**connected** [2] - 15:22, 16:13
**consider** [2] - 21:20, 21:25
**conspiracy** [2] - 18:2, 18:7
**construction** [1] - 10:5
**contact** [4] - 22:7, 22:8, 22:9, 22:10
**contained** [1] - 10:17
**controlled** [1] - 18:3
**conversation** [1] - 7:1
**convincing** [1] - 21:2
**cooperating** [3] - 14:25, 15:16, 16:17
**copy** [2] - 19:23
**Corley** [2] - 21:11, 21:22
**correct** [6] - 8:8, 9:3, 9:12, 9:16, 10:24, 23:3
**corrections** [1] - 19:24
**could** [4] - 5:19, 7:22, 15:18

**counsel** [6] - 4:4, 5:2, 16:23, 17:3, 18:11, 19:24
**Count** [8] - 5:15, 5:20, 18:2, 18:7, 18:9, 19:3, 19:4
**count** [4] - 4:5, 5:12, 5:24, 13:3
**counted** [2] - 13:9, 13:10
**counting** [4] - 6:8, 12:16, 12:20
**counts** [1] - 19:3
**Court** [12] - 2:4, 2:4, 2:5, 17:1, 20:4, 20:15, 20:19, 20:25, 22:18, 23:2, 23:6
**court** [5] - 4:3, 4:6, 5:10, 6:15, 14:22
**COURT** [36] - 1:1, 4:4, 4:23, 5:6, 5:23, 6:2, 6:6, 8:1, 14:9, 14:19, 15:8, 15:13, 15:15, 16:3, 16:7, 16:9, 16:12, 16:22, 17:3, 17:17, 17:21, 17:25, 18:15, 18:20, 18:24, 20:9, 21:7, 21:10, 21:14, 21:18, 22:5, 22:8, 22:10, 22:14, 22:16, 22:19
**COURTROOM** [6] - 6:4, 14:17, 17:2, 17:19, 18:18, 18:23
**courtroom** [9] - 6:5, 14:18, 15:20, 17:9, 17:20, 18:19, 18:21, 22:4
**crime** [1] - 19:10
**criminal** [1] - 19:11
**cross** [3] - 7:11, 7:19, 7:21
**CRR** [2] - 2:4, 23:2
**CSR** [2] - 2:4, 23:2
**custody** [6] - 20:15, 20:22, 21:10, 21:19, 21:21, 22:13

## D

**D** [1] - 4:1
**danger** [2] - 21:3, 21:22
**DAY** [1] - 1:9
**daytime** [2] - 9:13, 9:14
**DEA** [1] - 16:18
**deal** [5] - 4:13, 5:16, 8:7, 17:11
**deals** [1] - 6:11
**DEFENDANT** [1] - 1:18
**defendant** [6] - 14:25, 15:15, 18:4, 18:8, 18:10, 20:21
**defendants** [1] - 5:7
**defense** [5] - 5:2, 14:12, 17:16, 18:14, 21:20
**deliberations** [2] - 14:10, 14:16
**department** [1] - 19:9
**describe** [1] - 11:17
**determine** [1] - 6:13
**did** [15] - 6:22, 7:2, 7:5, 7:13, 7:16, 8:5, 8:10, 10:14, 10:17, 11:1, 11:7, 13:3, 13:15, 15:5, 15:11
**didn't** [1] - 8:13
**different** [2] - 10:20, 14:12
**discussion** [2] - 14:21, 15:9
**dismiss** [2] - 17:9, 18:17
**dispense** [1] - 18:3
**distribute** [1] - 18:3
**district** [1] - 22:6
**District** [4] - 2:5, 2:5, 23:2
**DISTRICT** [3] - 1:1, 1:1, 1:10

**DIVISION** [1] - 1:2
**do** [27] - 4:11, 5:20, 5:22, 5:23, 6:8, 6:14, 7:2, 8:14, 9:24, 10:11, 11:1, 11:11, 11:20, 12:5, 12:9, 12:21, 13:18, 15:16, 16:7, 16:13, 19:18, 19:19, 23:3
**documented** [1] - 16:1
**don't** [9] - 12:15, 12:17, 12:20, 15:19, 15:22, 16:17, 21:15, 21:22, 22:5
**doors** [1] - 12:14
**drive** [3] - 8:15, 8:16, 8:17
**due** [1] - 20:4
**during** [2] - 15:5, 19:7

## E

**E** [2] - 4:1
**e** [2] - 4:8, 4:15
**e-mail** [2] - 4:8, 4:15
**early** [2] - 5:21, 6:22
**educational** [1] - 19:15
**EDWIN** [1] - 1:18
**effect** [1] - 20:3
**electronic** [3] - 11:8, 11:13, 11:20
**else** [2] - 12:23, 22:1
**End** [2] - 7:25, 14:8
**enforcement** [1] - 16:18
**enough** [1] - 8:19
**entered** [2] - 6:5, 17:20
**entire** [1] - 5:8
**entitled** [1] - 23:4
**especially** [1] - 14:24
**even** [3] - 12:2, 14:11, 15:2
**evening** [1] - 15:8
**everybody** [2] - 17:8, 18:21
**everybody's** [1] - 5:14
**everyone** [1] - 21:17
**everything** [1] - 14:1
**evidence** [1] - 21:2
**EXAMINATION** [1] - 3:1
**Excuse** [1] - 11:10
**excused** [2] - 14:15, 22:15
**exited** [2] - 14:18, 18:19
**explain** [1] - 13:24

## F

**fact** [1] - 14:22
**family** [1] - 22:13
**far** [1] - 13:19
**FBI** [3] - 14:25, 15:16, 16:18
**FDC** [1] - 21:14
**file** [2] - 19:25, 21:25
**final** [1] - 20:4
**find** [3] - 7:16, 16:23, 21:2
**finished** [1] - 8:4
**firm** [3] - 15:21, 15:22, 16:14
**Firm** [1] - 1:22
**First** [1] - 15:21
**first** [1] - 12:13

**fled** [1] - 21:5
**flee** [1] - 21:3
**flexible** [1] - 20:10
**for** [20] - 4:14, 5:21, 6:4, 8:25, 11:18, 13:12, 13:13, 13:21, 13:23, 14:1, 14:2, 14:4, 17:10, 17:19, 18:17, 18:18, 19:8, 20:5, 20:25
**FOR** [2] - 1:14, 1:18
**foregoing** [1] - 23:3
**FOREPERSON** [1] - 17:24
**forward** [1] - 19:4
**found** [8] - 18:4, 18:5, 18:8, 18:9, 19:2, 19:10, 20:16, 21:1
**free** [2] - 17:12, 20:12
**Friday** [2] - 15:9
**friend** [2] - 7:22
**from** [13] - 4:8, 6:12, 6:24, 7:14, 17:5, 17:15, 17:16, 18:13, 18:14, 20:19, 21:17, 22:2, 23:4

## G

**G** [1] - 4:1
**garage** [1] - 10:5
**Garcia** [4] - 12:24, 12:25, 14:20, 14:21
**GARCIA** [8] - 15:6, 15:10, 15:14, 15:25, 16:5, 16:8, 16:11, 16:20
**Garcia-Pena** [2] - 14:20, 14:21
**GARCIA-PENA** [8] - 15:6, 15:10, 15:14, 15:25, 16:5, 16:8, 16:11, 16:20
**gates** [1] - 12:11
**gave** [5] - 6:10, 8:20, 10:25, 12:1, 15:19
**gentlemen** [4] - 6:6, 14:9, 17:21, 18:15
**GERALD** [1] - 1:18
**Gerry** [1] - 4:15
**get** [6] - 10:3, 12:17, 19:17, 19:23, 20:9, 21:24
**gets** [1] - 19:22
**give** [2] - 7:13, 7:22
**go** [11] - 5:20, 8:17, 8:18, 8:23, 9:7, 9:15, 12:6, 12:11, 17:9, 17:12, 19:23
**goes** [3] - 12:13, 12:14
**going** [20] - 5:6, 5:8, 5:9, 5:10, 6:14, 6:16, 12:17, 14:9, 17:8, 18:15, 18:16, 19:3, 19:9, 20:22, 21:6, 21:18, 21:20, 21:21
**good** [1] - 22:12
**good-bye** [1] - 22:12
**got** [4] - 4:8, 8:19, 16:14, 19:14
**GOVERNMENT** [1] - 1:14
**government** [4] - 17:15, 18:13, 19:22, 22:2
**government's** [1] - 20:12
**Grande** [3] - 8:12, 9:9, 9:11
**Gringo** [4] - 6:23, 7:2, 7:8, 20:20
**guess** [6] - 5:14, 5:17, 5:18, 11:12, 12:16, 13:11
**guidelines** [2] - 19:12, 19:14
**guilty** [9] - 18:4, 18:8, 18:10, 19:2,

19:3, 19:6, 19:11, 20:16, 21:1
**Gutierrez** [1] - 8:3
**guy** [6] - 8:20, 9:19, 9:21, 10:4, 10:6, 12:13, 12:25, 20:19, 20:23
**guy's** [1] - 9:20
**guys** [1] - 21:24

## H

**had** [15] - 4:15, 4:17, 6:9, 7:9, 8:16, 9:21, 9:23, 10:22, 11:1, 11:20, 14:21, 14:22, 15:9, 16:5
**hand** [3] - 10:15, 17:6, 17:25
**hands** [1] - 10:6
**HANEN** [1] - 1:10
**happen** [1] - 7:2
**happened** [1] - 13:8
**happens** [1] - 10:3
**has** [8] - 6:24, 17:23, 18:3, 18:8, 18:9, 19:2, 20:11, 21:25
**have** [43] - 4:5, 4:11, 5:12, 5:24, 6:8, 6:14, 10:18, 14:5, 14:12, 15:2, 15:12, 15:13, 15:19, 16:1, 17:4, 17:6, 19:4, 19:12, 19:25, 20:7, 20:18, 21:10
**He** [1] - 12:14
**he** [26] - 6:12, 7:10, 7:12, 7:13, 7:18, 7:19, 7:21, 8:13, 8:15, 9:4, 11:7, 11:8, 11:15, 12:13, 12:14, 12:15, 12:16, 12:19, 12:20, 13:5, 13:10, 13:12, 20:17, 21:5, 21:6, 21:17
**he's** [7] - 20:15, 20:17, 20:22, 21:7, 21:10, 22:13
**heads** [4] - 4:5, 5:12, 5:24, 6:8
**hear** [3] - 13:16, 17:5, 22:17
**HEARD** [1] - 1:10
**heard** [1] - 20:19
**Hector** [1] - 6:11
**help** [2] - 8:11, 9:2
**here** [6] - 5:14, 6:3, 6:10, 7:10, 14:20, 15:2
**hereby** [1] - 23:3
**hid** [1] - 8:21
**him** [21] - 6:24, 7:10, 7:14, 8:6, 8:11, 8:17, 8:18, 8:25, 9:23, 13:11, 13:13, 13:22, 14:4, 20:15, 20:25, 21:10, 21:15, 21:18, 21:20, 21:21, 21:22
**his** [4] - 7:6, 7:22, 22:12
**history** [1] - 19:11
**home** [1] - 7:6
**Honor** [12] - 5:1, 17:15, 17:24, 18:13, 18:14, 20:7, 20:14, 20:24, 21:9, 21:13, 22:2, 22:15
**HONORABLE** [1] - 1:10
**house** [5] - 8:19, 9:17, 10:3, 10:5, 12:1
**HOUSTON** [2] - 1:2, 1:5
**Houston** [2] - 1:16, 2:7
**how** [4] - 8:10, 10:11, 11:25, 19:7
**hung** [1] - 5:19
**hurt** [1] - 15:23

## I

**I** [94] - 4:1, 4:4, 4:11, 4:14, 4:15, 4:22, 5:2, 5:3, 5:4, 5:7, 5:14, 5:17, 5:18, 5:19, 5:20, 5:22, 5:23, 6:8, 6:9, 7:11, 7:21, 8:9, 8:15, 8:16, 8:17, 8:18, 8:23, 9:9, 9:23, 10:7, 11:3, 11:12, 11:15, 12:12, 12:14, 12:15, 12:16, 12:17, 12:19, 12:20, 13:7, 13:11, 13:20, 14:11, 14:13, 14:21, 14:22, 15:2, 15:4, 15:10, 15:11, 15:12, 15:13, 15:16, 15:18, 15:19, 15:21, 15:22, 15:23, 15:25, 16:5, 16:9, 16:17, 17:5, 17:9, 17:13, 18:20, 20:2, 20:7, 20:9, 21:7, 21:10, 21:15, 21:22, 22:5, 22:6, 22:8, 22:16, 23:2
**I'll** [10] - 8:15, 8:16, 16:20, 17:6, 17:7, 17:10, 18:17, 21:19, 21:25, 22:10
**I'm** [22] - 5:6, 5:8, 5:9, 5:16, 6:8, 6:22, 8:14, 9:19, 14:9, 15:21, 16:7, 16:9, 16:11, 16:14, 17:8, 18:15, 18:16, 21:7, 21:9, 21:18, 21:20, 21:21
**I've** [1] - 19:6
**idea** [1] - 7:13
**if** [15] - 5:17, 5:19, 8:24, 13:20, 15:12, 16:6, 16:18, 18:25, 20:2, 20:22, 21:10, 21:12, 21:19, 21:23, 22:17
**Ignite** [5] - 4:13, 4:19, 4:21, 8:4, 12:7
**implication** [1] - 20:21
**in** [46] - 4:4, 4:21, 5:11, 5:14, 5:17, 5:24, 6:22, 6:24, 7:2, 7:4, 7:6, 7:10, 8:12, 8:21, 8:24, 9:8, 11:1, 11:3, 11:19, 12:3, 12:8, 12:11, 13:25, 14:12, 14:22, 15:21, 16:1, 16:14, 17:1, 17:8, 17:9, 17:14, 17:18, 18:21, 18:22, 19:13, 19:14, 19:16, 20:24, 21:4, 21:22, 22:3, 22:6, 23:4
**inclination** [1] - 5:11
**includes** [1] - 4:18
**INDEX** [1] - 3:1
**information** [3] - 5:3, 7:23, 19:14
**inside** [5] - 10:7, 10:8, 10:9, 10:23, 11:3
**instructions** [1] - 6:12
**integrity** [2] - 15:24, 16:15
**intentionally** [1] - 15:11
**interested** [1] - 8:24
**Interrogatory** [2] - 18:5, 18:6
**interview** [1] - 19:19
**into** [8] - 10:5, 20:15, 20:22, 20:23, 21:10, 21:19, 21:21, 22:13
**investigate** [2] - 7:11, 7:19
**investigation** [2] - 19:10, 19:21
**involve** [1] - 20:21
**is** [24] - 5:2, 5:10, 5:11, 5:23, 6:10, 6:14, 8:15, 9:13, 9:17, 10:5, 12:8, 14:1, 17:1, 17:6, 17:13, 18:11, 19:9, 19:20, 20:5, 20:23, 21:3, 21:24, 22:3, 23:3
**Issue** [1] - 5:15
**issue** [1] - 20:18
**issues** [1] - 21:19

## J

**J** [1] - 1:14
**job** [1] - 20:20
**Joe** [2] - 21:11, 21:22
**Juan** [10] - 8:6, 8:11, 8:24, 9:15, 12:24, 12:25, 13:11, 13:21, 13:24, 14:2
**Juan's** [1] - 12:7
**Judge** [1] - 4:14
**JUDGE** [1] - 1:10
**judicial** [1] - 21:2
**June** [1] - 4:2
**JUNE** [1] - 1:7
**juror** [1] - 6:10
**Juror** [1] - 5:13
**jurors** [1] - 8:10
**JURY** [1] - 1:9
**jury** [25] - 4:4, 5:11, 6:4, 6:5, 6:9, 7:7, 7:19, 11:18, 13:24, 14:18, 17:9, 17:19, 17:20, 17:23, 18:3, 18:8, 18:9, 18:12, 18:16, 18:18, 18:19, 19:2, 20:7, 22:17
**just** [8] - 5:11, 6:19, 7:9, 8:13, 8:23, 12:12, 19:7, 20:9

## K

**Kathy** [5] - 4:6, 6:2, 6:10, 6:15, 8:1
**kick** [1] - 15:19
**kidnap** [1] - 18:7
**killing** [1] - 20:21
**kilograms** [1] - 18:6
**kilos** [14] - 8:12, 10:7, 10:10, 10:11, 11:23, 12:1, 12:16, 12:18, 13:12, 13:13, 13:21, 13:23, 14:1, 14:3
**kind** [4] - 7:13, 16:18, 19:15, 19:24
**knew** [1] - 7:23
**know** [10] - 8:17, 9:9, 10:11, 12:15, 12:17, 12:20, 13:7, 15:2, 15:25, 21:17

## L

**ladies** [4] - 6:6, 14:9, 17:21, 18:15
**Lake** [1] - 1:22
**Lanie** [4] - 2:4, 6:16, 23:2, 23:6
**last** [2] - 4:7, 5:1
**later** [1] - 7:16
**law** [1] - 16:18
**Law** [3] - 1:18, 1:22, 2:1
**lawyers** [1] - 19:20

**least** [1] - 14:25
**LEE** [1] - 1:7
**Lee** [16] - 4:13, 8:6, 8:19, 9:19, 10:4, 10:6, 10:14, 10:25, 11:5, 12:1, 12:12, 12:13, 12:22, 13:3, 13:15, 14:7
**left** [1] - 4:15
**let** [5] - 6:21, 14:10, 18:12, 19:7, 21:16
**let's** [2] - 9:4, 19:25
**Let's** [1] - 8:17
**like** [9] - 6:10, 8:12, 8:13, 8:14, 8:15, 15:11, 19:15, 20:2, 21:12
**likely** [1] - 21:3
**load** [2] - 11:23, 12:4
**long** [2] - 11:25, 21:16
**look** [4] - 15:10, 15:12, 16:20, 19:10
**looked** [1] - 11:15
**lot** [2] - 14:12, 21:14
**Louisiana** [1] - 1:15

## M

**M** [3] - 2:4, 23:2, 23:6
**MACDONALD** [1] - 1:14
**mail** [2] - 4:8, 4:15
**make** [5] - 14:23, 16:23, 19:9, 19:24, 21:17
**making** [1] - 13:5
**MALDONADO** [1] - 2:1
**MANAGER** [1] - 22:9
**many** [3] - 10:11, 13:12, 13:13
**Marshal** [1] - 21:8
**MARSHAL** [3] - 21:9, 21:12, 21:16
**Marshals** [1] - 21:16
**matter** [1] - 23:4
**May** [1] - 6:22
**may** [3] - 22:12, 22:15, 22:16
**me** [15] - 6:21, 7:10, 7:21, 7:22, 8:11, 8:13, 11:10, 12:12, 13:21, 14:2, 15:7, 17:6, 19:7, 22:6, 22:17
**mean** [8] - 8:17, 9:24, 11:11, 11:12, 12:21, 13:11, 13:24, 20:9
**mean..** [1] - 8:15
**meant** [1] - 7:20
**mechanical** [1] - 1:24
**members** [1] - 16:2
**memory** [1] - 14:23
**mentioned** [1] - 15:7
**met** [1] - 9:21
**Michael** [1] - 6:12
**might** [1] - 19:12
**Mike** [4] - 6:23, 7:2, 7:8, 20:20
**MILLER** [2] - 6:20, 8:5
**minute** [1] - 18:17
**minutes** [1] - 12:2
**MIRO** [1] - 2:1
**Miro** [1] - 2:1
**modifications** [1] - 19:25
**money** [1] - 13:19
**more** [4] - 12:2, 16:17, 16:19, 18:6

**Morris** [3] - 18:25, 20:3, 22:10
**MORRIS** [9] - 1:18, 5:22, 17:16, 18:14, 20:7, 20:17, 22:3, 22:6, 22:12
**motion** [2] - 21:20, 21:25
**Motorsports** [4] - 4:19, 4:21, 8:4, 12:7
**move** [3] - 6:3, 6:17, 20:9
**moving** [1] - 8:25
**MR** [20] - 1:14, 1:18, 4:24, 5:22, 6:1, 16:25, 17:15, 17:16, 18:13, 18:14, 20:7, 20:14, 20:17, 20:24, 22:2, 22:3, 22:6, 22:12, 22:15, 22:18
**Mr** [13] - 4:23, 7:7, 8:3, 18:25, 19:2, 20:3, 20:11, 21:5, 21:24, 22:10, 22:12
**MS** [14] - 1:14, 1:21, 2:1, 4:14, 6:20, 8:5, 15:6, 15:10, 15:14, 15:25, 16:5, 16:8, 16:11, 16:20
**Ms** [4] - 4:9, 14:20, 14:21, 19:1
**must** [1] - 21:2
**My** [1] - 8:16
**my** [14] - 5:11, 5:17, 8:15, 8:21, 8:22, 10:8, 10:21, 11:3, 11:20, 12:15, 14:23, 15:10, 17:5, 23:3

## N

**N** [1] - 4:1
**name** [1] - 9:20
**narrowly** [1] - 5:3
**need** [2] - 16:13, 17:11
**needs** [1] - 16:6
**negotiated** [1] - 13:11
**negotiations** [1] - 13:18
**never** [1] - 9:21
**next** [2] - 6:17, 8:2
**nice** [2] - 15:18, 16:9
**NICOLE** [1] - 1:14
**night** [2] - 4:7, 5:1
**nighttime** [1] - 9:13
**No** [1] - 8:15
**no** [5] - 10:19, 12:2, 16:17, 16:18, 20:2
**NO** [1] - 3:1
**not** [27] - 4:21, 5:9, 5:16, 7:15, 8:14, 9:19, 11:13, 12:2, 13:7, 13:20, 14:13, 14:24, 15:3, 15:11, 15:16, 16:7, 17:15, 17:16, 18:8, 18:10, 18:11, 18:13, 18:14, 19:3, 19:13, 21:3, 22:2
**Not** [1] - 11:10
**notation** [1] - 13:5
**note** [9] - 4:11, 4:12, 6:9, 6:10, 6:17, 8:2, 17:4
**Notes** [1] - 5:13
**notes** [2] - 5:15, 15:10
**now** [6] - 4:8, 7:18, 9:5, 16:7, 16:9, 20:15
**numbered** [1] - 23:4

## O

**O** [1] - 4:1
**objection** [1] - 17:5

**objections** [2] - 19:25, 20:2
**occur** [1] - 7:5
**occurred** [1] - 4:21
**October** [2] - 20:5, 20:6
**OF** [3] - 1:1, 1:4, 1:9
**of** [51] - 2:1, 2:5, 4:3, 4:13, 4:20, 4:24, 5:5, 5:7, 5:24, 6:11, 6:16, 7:13, 7:22, 7:25, 8:21, 8:22, 10:10, 10:11, 11:20, 12:1, 12:14, 12:15, 13:7, 13:12, 13:13, 13:25, 14:3, 14:8, 14:12, 15:20, 15:24, 16:15, 16:18, 17:25, 19:6, 19:15, 19:18, 19:20, 19:21, 19:23, 19:24, 20:20, 21:1, 21:14, 23:3, 23:3, 23:4
**off** [1] - 22:16
**offense** [1] - 21:1
**offered** [2] - 13:12, 13:14
**Office** [2] - 1:15, 2:1
**office** [1] - 13:11
**officer** [2] - 21:2, 22:3
**OFFICER** [6] - 6:4, 14:17, 17:2, 17:19, 18:18, 18:23
**officers** [1] - 18:1
**Official** [4] - 2:4, 2:4, 23:2, 23:6
**oh** [1] - 11:24
**okay** [9] - 4:23, 10:2, 12:23, 14:19, 15:14, 16:7, 16:8, 16:19, 16:20
**Okay** [3] - 6:20, 15:3, 15:4
**old** [4] - 8:20, 9:19, 10:4, 12:13
**older** [1] - 9:21
**on** [18] - 5:15, 5:19, 8:6, 14:12, 15:9, 19:2, 19:3, 19:4, 19:25, 20:4, 20:5, 20:10, 20:12, 20:16, 20:17, 20:18, 20:25, 22:6
**once** [1] - 21:5
**one** [6] - 4:25, 14:13, 15:6, 17:25, 19:20, 22:5
**only** [4] - 4:20, 15:6, 16:1, 19:13
**open** [2] - 11:21, 11:22
**opened** [2] - 10:7, 11:15
**opening** [1] - 12:14
**option** [1] - 15:19
**or** [18] - 4:22, 7:2, 8:12, 8:14, 9:9, 9:11, 9:13, 10:20, 13:5, 13:21, 13:23, 14:24, 15:23, 16:18, 21:3, 21:23
**order** [6] - 4:3, 17:8, 20:25, 21:18, 21:20, 21:21
**ordering** [1] - 16:7
**originally** [1] - 5:9
**other** [5] - 8:20, 10:6, 13:25, 19:3, 21:3
**ought** [1] - 16:3
**our** [5] - 4:5, 4:6, 5:10, 6:15
**out** [12] - 6:9, 6:18, 7:16, 8:11, 8:20, 10:4, 12:3, 12:18, 12:19, 15:20, 17:6
**over** [4] - 6:3, 7:11, 7:21, 19:23
**overnight** [1] - 4:8
**overrule** [1] - 5:6

## P

**P** [1] - 4:1

**PAGE** [1] - 3:1
**part** [3] - 4:20, 4:21, 19:18
**particular** [3] - 5:4, 20:16, 21:1
**parties** [1] - 17:6
**PATRICE** [1] - 1:21
**pause** [2] - 17:18, 18:22
**payment** [1] - 13:12
**Pena** [2] - 14:20, 14:21
**PENA** [8] - 15:6, 15:10, 15:14, 15:25, 16:5, 16:8, 16:11, 16:20
**people** [2] - 14:24, 16:15
**person** [4] - 7:2, 7:4, 7:23, 21:3
**personal** [4] - 10:21, 10:22, 11:4, 19:14
**personally** [1] - 10:14
**persons** [1] - 21:4
**phase** [1] - 19:5
**phone** [1] - 7:3
**pick** [5] - 8:12, 8:14, 8:17, 8:18, 9:4
**picking** [1] - 8:24
**place** [1] - 20:23
**plan** [2] - 4:4, 5:23
**pleas** [1] - 19:6
**please** [2] - 14:20, 18:1
**portion** [5] - 4:17, 4:24, 5:9, 6:11, 6:16
**portions** [2] - 5:12, 5:24
**pose** [1] - 21:3
**position** [2] - 4:10, 20:13
**post** [1] - 16:21
**potato** [2] - 10:6, 10:9
**preparation** [2] - 19:18, 19:21
**present** [3] - 12:23, 13:16, 19:20
**presentence** [1] - 19:21
**pretty** [1] - 4:20
**prior** [2] - 4:18, 4:22
**probably** [3] - 6:2, 7:23, 20:22
**probation** [2] - 19:9, 22:3
**problem** [2] - 7:24, 15:3
**proceed** [1] - 19:4
**Proceedings** [1] - 1:24
**proceedings** [4] - 17:18, 18:22, 22:20, 23:4
**PROCEEDINGS** [1] - 1:9
**process** [1] - 20:12
**produced** [1] - 1:25
**profession** [1] - 16:14
**profits** [2] - 14:1, 14:4
**property** [1] - 12:8
**proposed** [1] - 8:6
**prosecution** [1] - 14:11
**protect** [1] - 15:23
**publish** [2] - 14:24, 15:11
**published** [3] - 15:8, 15:13, 15:15
**publishing** [1] - 16:19
**pursuant** [1] - 20:14
**put** [4] - 11:3, 19:13, 20:23, 21:22
**putting** [1] - 10:8

## Q

**question** [3] - 4:19, 5:3, 6:19
**QUESTION** [49] - 6:21, 7:1, 7:5, 7:7, 7:12, 7:16, 7:18, 8:5, 8:9, 8:23, 9:2, 9:4, 9:7, 9:11, 9:13, 9:15, 9:17, 9:21, 9:24, 10:2, 10:9, 10:11, 10:14, 10:17, 10:20, 10:22, 10:25, 11:5, 11:7, 11:11, 11:14, 11:17, 11:23, 11:25, 12:4, 12:9, 12:18, 12:21, 12:23, 12:25, 13:3, 13:5, 13:8, 13:14, 13:16, 13:18, 13:23, 14:3, 14:5
**quick** [1] - 12:3
**quoting** [1] - 21:25

## R

**R** [1] - 4:1
**rate** [1] - 13:11
**reached** [2] - 17:4, 17:23
**Read** [1] - 3:3
**read** [12] - 4:6, 5:5, 5:9, 5:10, 5:12, 5:25, 6:16, 7:25, 14:8, 14:13, 17:7
**read-back** [3] - 5:5, 7:25, 14:8
**Read-back................................** [1] - 3:3
**reading** [1] - 5:2
**reason** [3] - 17:13, 18:11, 21:23
**recall** [3] - 7:2, 13:18, 22:6
**recalling** [1] - 13:20
**received** [2] - 6:12, 10:12
**recess** [1] - 17:1
**record** [2] - 22:17, 23:4
**recorded** [1] - 1:24
**regard** [3] - 18:2, 18:7, 18:9
**regarding** [1] - 4:10
**related** [1] - 19:11
**relevant** [1] - 19:11
**remain** [3] - 17:9, 18:21, 20:17
**remove** [1] - 15:12
**removed** [1] - 16:6
**report** [4] - 19:13, 19:18, 19:22, 20:4
**Reporter** [4] - 2:4, 2:4, 23:2, 23:6
**reporter** [7] - 4:6, 5:10, 6:15, 14:23, 16:1, 16:13, 16:16
**REPORTER'S** [1] - 23:1
**requesting** [1] - 5:3
**respectful** [1] - 16:12
**responsive** [1] - 5:13
**rest** [3] - 13:21, 13:25, 14:3
**retire** [2] - 14:10, 18:12
**return** [1] - 18:16
**Reynosa** [1] - 7:6
**Rhino** [4] - 10:1, 10:2, 12:6, 12:8
**Rhonda** [2] - 16:23, 20:10
**right** [24] - 5:6, 5:23, 6:2, 6:6, 9:5, 14:9, 14:15, 16:5, 16:12, 16:16, 16:22, 16:23, 17:3, 17:17, 17:21, 18:2, 18:11, 18:15, 18:20, 18:24, 20:11, 21:18, 22:1, 22:19

**Rio** [5] - 4:22, 8:12, 9:9, 9:11
**rise** [6] - 6:4, 14:17, 17:2, 17:19, 18:18, 18:23
**RMR** [2] - 2:4, 23:2
**Roma** [4] - 4:22, 8:12, 9:9, 9:11
**Room** [1] - 2:6
**room** [2] - 18:12, 18:16
**Roy** [16] - 4:13, 8:6, 8:19, 9:19, 10:4, 10:6, 10:14, 10:25, 11:5, 12:1, 12:12, 12:13, 12:22, 13:3, 13:15, 14:7
**ROY** [1] - 1:7
**Rusk** [1] - 2:6

## S

**S** [2] - 1:10, 4:1
**sack** [3] - 8:21, 10:15, 11:1
**sacks** [4] - 8:21, 10:6, 10:7, 10:9
**safety** [1] - 16:15
**said** [5] - 7:18, 15:2, 15:4, 15:19, 18:20
**same** [2] - 12:8, 20:23
**sat** [1] - 19:6
**say** [9] - 8:13, 9:24, 11:7, 11:25, 12:21, 13:23, 14:5, 14:11, 22:12
**saying** [1] - 4:18
**says** [3] - 9:4, 20:24, 21:1
**scheduled** [1] - 20:7
**seated** [5] - 6:7, 14:19, 17:3, 17:22, 18:24
**secret** [1] - 10:23
**section** [1] - 4:18
**sections** [1] - 4:7
**security** [1] - 17:25
**SECURITY** [6] - 6:4, 14:17, 17:2, 17:19, 18:18, 18:23
**see** [3] - 6:10, 11:5, 22:5
**seeing** [1] - 11:13
**seen** [1] - 9:23
**send** [1] - 5:25
**sent** [4] - 6:9, 6:12, 6:17, 21:11
**sentencing** [2] - 19:4, 20:5
**September** [2] - 19:22, 20:1
**service** [1] - 17:10
**set** [2] - 20:5, 22:7
**several** [1] - 11:21
**share** [1] - 17:14
**she's** [2] - 6:15, 6:16
**shoes** [1] - 5:17
**shop** [3] - 9:23, 12:7, 12:10
**should** [2] - 4:25, 14:13
**shouldn't** [1] - 17:13
**show** [1] - 8:18
**sides** [1] - 19:17
**signed** [1] - 20:3
**sir** [2] - 6:1, 16:25
**situation** [1] - 7:11
**six** [1] - 20:18
**small** [1] - 19:17
**Smith** [3] - 2:4, 23:2, 23:6

**So** [1] - 8:16
**so** [13] - 5:4, 5:8, 5:23, 7:11, 7:21, 7:22, 8:17, 11:18, 13:12, 13:13, 16:17, 19:3, 19:17
**sold** [1] - 14:1
**some** [6] - 6:23, 8:12, 8:20, 8:25, 9:19, 19:6
**something** [5] - 8:12, 12:17, 13:6, 15:12, 16:6
**somewhere** [1] - 9:10
**sorry** [2] - 6:22, 21:9
**Southern** [1] - 23:2
**southern** [1] - 2:5
**SOUTHERN** [1] - 1:1
**speak** [1] - 7:22
**special** [1] - 18:5
**Special** [1] - 18:6
**specify** [1] - 21:7
**spoke** [1] - 7:12
**Sports** [1] - 4:13
**stand** [1] - 22:19
**start** [1] - 12:14
**started** [5] - 10:8, 12:16, 12:18, 12:19, 12:20
**state** [1] - 4:10
**statement** [1] - 20:3
**States** [3] - 2:5, 7:10, 23:2
**STATES** [3] - 1:1, 1:4, 1:10
**statute** [3] - 20:16, 20:24, 21:24
**stay** [1] - 20:25
**stays** [1] - 21:17
**stenography** [1] - 1:24
**step** [1] - 8:24
**step-by-step** [1] - 8:24
**still** [2] - 10:5, 12:25
**stole** [1] - 6:13
**stolen** [3] - 6:24, 7:9, 7:14
**straight** [3] - 12:6, 12:7, 13:21
**Street** [3] - 1:15, 1:19, 2:2
**stuff** [1] - 19:15
**substances** [1] - 18:3
**suggest** [1] - 5:19
**suggestion** [1] - 5:7
**Suite** [2] - 1:16, 1:19
**sure** [6] - 8:19, 9:19, 14:23, 16:23, 19:20, 21:17
**sympathetic** [1] - 16:3

## T

**tailgate** [1] - 11:20
**tailgates** [1] - 11:21
**taillights** [1] - 11:21
**take** [4] - 8:23, 19:12, 20:15, 22:1
**taken** [9] - 14:12, 19:7, 20:22, 21:7, 21:10, 21:18, 21:21, 22:13
**taking** [2] - 12:18, 12:19
**talk** [2] - 4:15, 8:9
**talked** [2] - 4:7, 4:17

**talks** [1] - 19:13
**tasked** [1] - 20:20
**tell** [4] - 7:7, 7:19, 8:10, 9:7
**testimony** [7] - 5:25, 6:11, 6:17, 7:25, 14:8, 14:14, 20:19
**Testimony** [1] - 3:3
**testing** [1] - 8:14
**TEXAS** [2] - 1:1, 1:5
**Texas** [8] - 1:16, 1:20, 1:23, 2:2, 2:5, 2:7, 16:1, 23:3
**than** [2] - 12:2, 18:6
**thank** [3] - 8:1, 16:22, 17:10
**that** [80] - 4:7, 4:17, 4:20, 4:22, 4:24, 4:25, 5:2, 5:4, 5:9, 5:15, 5:16, 5:17, 5:21, 6:9, 6:11, 6:16, 6:17, 6:23, 7:9, 7:11, 7:12, 7:14, 7:15, 7:20, 7:21, 7:22, 7:23, 8:4, 8:6, 8:9, 8:10, 8:13, 8:18, 9:21, 10:4, 10:17, 10:22, 11:1, 11:5, 12:13, 13:7, 14:13, 14:14, 15:9, 15:11, 15:22, 15:25, 16:14, 16:20, 17:4, 17:6, 17:8, 19:10, 19:11, 19:12, 19:13, 19:15, 19:17, 19:18, 19:19, 19:20, 20:3, 20:8, 20:10, 20:15, 20:16, 20:17, 20:20, 20:21, 20:23, 21:3, 21:23, 21:25, 23:3
**that's** [4] - 4:21, 5:17, 17:8, 21:12
**THE** [47] - 1:10, 1:14, 1:18, 4:4, 4:23, 5:6, 5:23, 6:2, 6:4, 6:6, 8:1, 14:9, 14:19, 15:8, 15:13, 15:15, 16:3, 16:7, 16:9, 16:12, 16:22, 17:3, 17:17, 17:19, 17:21, 17:24, 17:25, 18:15, 18:18, 18:20, 18:23, 18:24, 20:9, 21:7, 21:9, 21:10, 21:12, 21:14, 21:16, 21:18, 22:5, 22:8, 22:9, 22:10, 22:14, 22:16, 22:19
**the** [198] - 4:3, 4:4, 4:6, 4:10, 4:11, 4:12, 4:13, 4:14, 4:17, 4:19, 4:20, 4:21, 4:24, 4:25, 5:2, 5:4, 5:5, 5:6, 5:7, 5:8, 5:9, 5:11, 5:12, 5:24, 6:4, 6:5, 6:9, 6:11, 6:13, 6:16, 6:17, 6:24, 7:7, 7:10, 7:13, 7:19, 7:23, 8:2, 8:3, 8:10, 8:19, 9:4, 9:10, 9:17, 9:20, 9:23, 9:24, 10:1, 10:2, 10:3, 10:5, 10:6, 10:7, 10:9, 10:25, 11:1, 11:3, 11:8, 11:12, 11:15, 11:17, 11:18, 11:19, 11:22, 12:1, 12:4, 12:8, 12:9, 12:11, 12:13, 12:14, 12:15, 12:16, 12:18, 12:25, 13:3, 13:8, 13:10, 13:18, 13:21, 13:24, 13:25, 14:1, 14:3, 14:11, 14:12, 14:13, 14:18, 14:22, 14:25, 15:1, 15:5, 15:9, 15:15, 15:16, 15:19, 15:20, 15:21, 15:23, 16:1, 16:15, 16:16, 16:18, 16:19, 17:5, 17:6, 17:7, 17:8, 17:9, 17:14, 17:15, 17:16, 17:18, 17:19, 17:20, 17:23, 17:25, 18:3, 18:4, 18:7, 18:8, 18:9, 18:10, 18:12, 18:13, 18:14, 18:16, 18:18, 18:19, 18:21, 18:22, 19:2, 19:3, 19:4, 19:6, 19:7, 19:9, 19:10, 19:12, 19:14, 19:21, 19:22, 20:4, 20:5, 20:12, 20:15, 20:19, 20:20, 20:21, 20:23, 20:24, 20:25, 21:1, 21:3, 21:4, 21:8, 21:14, 21:16, 21:20, 21:24, 22:2, 22:3, 22:7, 22:16, 22:17, 22:18, 23:3,

23:3, 23:4
**The** [7] - 3:4, 6:5, 6:10, 14:18, 17:20, 18:19, 22:20
**their** [1] - 17:10
**them** [20] - 4:5, 5:12, 5:19, 5:24, 5:25, 8:14, 8:17, 8:19, 8:21, 10:8, 11:16, 12:19, 12:20, 13:10, 17:6, 17:10, 17:13, 22:7
**then** [11] - 5:23, 6:17, 8:2, 13:12, 13:21, 16:3, 17:11, 17:12, 18:17, 21:23, 22:19
**there** [12] - 8:5, 11:5, 12:11, 12:12, 13:1, 15:6, 16:6, 17:13, 18:11, 20:2, 21:19, 22:3
**there's** [1] - 21:23
**these** [2] - 5:15, 5:24
**they** [16] - 7:9, 8:13, 8:20, 10:6, 10:7, 11:12, 11:13, 11:18, 11:20, 14:13, 17:6, 19:18, 19:19, 22:8, 22:9
**They** [2] - 8:13, 12:11
**they'll** [5] - 19:10, 19:12, 19:13, 19:18, 22:10
**they're** [3] - 5:3, 5:15, 5:19
**they've** [1] - 17:4
**thing** [3] - 12:13, 15:16, 16:4
**things** [2] - 11:21, 14:12
**think** [12] - 4:11, 4:19, 5:2, 5:3, 5:4, 5:7, 5:14, 5:20, 12:12, 13:20, 21:24, 22:8
**third** [3] - 4:11, 4:12, 8:2
**this** [19] - 6:21, 7:1, 7:5, 7:8, 7:13, 9:13, 13:16, 14:11, 14:13, 15:8, 15:23, 15:24, 16:4, 16:7, 19:16, 20:12, 21:1, 22:6
**those** [2] - 14:1, 19:25
**though** [2] - 14:11, 21:22
**thought** [2] - 12:16, 16:5, 21:5
**threatened** [2] - 15:23, 16:2
**through** [3] - 15:10, 19:4, 19:6
**throughout** [1] - 20:12
**time** [3] - 7:12, 7:15, 8:5
**to** [133] - 4:3, 4:4, 4:10, 4:15, 4:18, 4:22, 4:25, 5:1, 5:6, 5:8, 5:9, 5:10, 5:11, 5:13, 5:16, 5:19, 5:20, 5:23, 6:2, 6:10, 6:12, 6:14, 6:15, 6:16, 6:17, 7:10, 7:12, 7:18, 7:19, 7:21, 7:22, 8:9, 8:11, 8:14, 8:18, 8:19, 8:23, 9:2, 10:3, 11:5, 11:7, 11:13, 11:20, 11:21, 11:22, 11:23, 12:6, 12:7, 12:14, 12:17, 13:10, 13:13, 13:16, 13:24, 14:5, 14:10, 14:13, 14:15, 14:23, 14:24, 15:7, 15:12, 15:16, 15:19, 15:23, 15:25, 16:1, 16:3, 16:6, 16:7, 16:9, 16:11, 16:12, 16:13, 16:15, 16:16, 17:8, 17:11, 17:12, 17:13, 17:25, 18:2, 18:7, 18:9, 18:11, 18:12, 18:16, 18:21, 19:3, 19:4, 19:9, 19:13, 19:19, 20:3, 20:4, 20:14, 20:15, 20:22, 20:25, 21:3, 21:6, 21:11, 21:18, 21:20, 21:21, 21:24, 22:7, 22:12, 22:17, 23:3
**today** [1] - 21:21

**together** [1] - 9:15
**told** [5] - 7:8, 8:13, 8:16, 15:16, 22:17
**Toni** [2] - 12:12, 12:25
**too** [3] - 5:3, 5:22, 12:12
**towards** [1] - 9:10
**tractor** [1] - 10:18
**tractor-trailer** [1] - 10:18
**trailer** [1] - 10:18
**transaction** [5] - 4:12, 5:4, 5:8, 8:3, 8:4
**transcript** [5] - 1:25, 4:20, 4:25, 5:5, 23:3
**TRANSCRIPT** [1] - 1:9
**transport** [1] - 13:13
**TRIAL** [1] - 1:9
**trial** [8] - 15:1, 15:5, 15:23, 15:24, 16:16, 16:19, 19:7, 20:7
**truck** [4] - 8:16, 11:20, 12:15
**true** [1] - 23:3
**trying** [2] - 16:9, 16:11
**Tuesday** [1] - 15:8
**two** [2] - 5:24, 8:21
**type** [1] - 14:23

## U

**U.S** [4] - 1:15, 6:24, 7:19, 20:14
**under** [1] - 10:5
**understand** [3] - 11:18, 17:23, 19:20
**understanding** [1] - 23:4
**unfortunately** [1] - 6:9
**United** [3] - 2:5, 7:10, 23:2
**UNITED** [3] - 1:1, 1:4, 1:10
**unless** [1] - 17:5
**until** [2] - 14:25, 16:19
**up** [15] - 5:19, 8:12, 8:14, 8:17, 8:19, 8:25, 9:4, 11:22, 12:4, 14:20, 14:23, 19:1, 20:20, 22:1, 22:7
**us** [6] - 8:14, 8:20, 10:6, 13:12, 13:13, 22:18
**use** [1] - 14:6
**used** [1] - 11:13

## V

**vehicle** [5] - 8:22, 10:20, 10:21, 10:22, 11:4
**verdict** [5] - 17:4, 17:7, 17:14, 17:23
**verdict.......................................** [1] - 3:4
**verdicts** [1] - 17:5
**versus** [1] - 16:16
**very** [3] - 15:16, 16:4, 16:5
**via** [1] - 1:25
**views** [1] - 14:12
**Villarreal** [10] - 4:13, 6:12, 8:6, 10:14, 10:25, 18:25, 19:2, 20:11, 21:5, 22:12
**VILLARREAL** [1] - 1:7
**visit** [3] - 17:10, 18:16, 22:16
**VS** [1] - 1:5

# W

**want** [15] - 4:10, 6:2, 8:9, 8:14, 8:23, 15:19, 15:22, 15:23, 15:25, 18:20, 19:19, 21:15, 21:22, 22:17
**wanted** [3] - 7:10, 7:21, 8:18
**wants** [2] - 4:20, 22:18
**was** [27] - 4:22, 5:9, 5:17, 7:1, 7:3, 8:2, 8:21, 9:9, 9:20, 10:9, 10:21, 11:5, 11:8, 12:3, 12:12, 12:20, 12:23, 12:25, 13:5, 13:20, 14:23, 14:24, 15:6, 15:8, 15:18, 20:20, 21:6
**way** [5] - 11:12, 11:15, 11:22, 17:5, 21:23
**we** [33] - 4:5, 4:7, 4:8, 4:15, 4:16, 4:17, 4:19, 4:24, 4:25, 5:1, 6:10, 8:18, 8:19, 8:21, 10:4, 10:8, 12:6, 12:7, 12:16, 13:10, 14:5, 15:9, 17:4, 17:11, 17:13, 20:9, 20:10, 20:18, 21:12, 21:17, 22:1, 22:15
**We** [1] - 12:11
**we'd** [1] - 20:17
**we'll** [3] - 6:17, 17:11, 22:19
**we're** [5] - 5:8, 6:14, 19:3, 20:15
**we've** [1] - 16:14
**week** [1] - 20:8
**well** [7] - 14:25, 15:8, 16:2, 16:3, 16:21, 20:22, 21:14
**Well** [1] - 8:11
**went** [4] - 8:18, 12:7, 13:10, 14:22
**were** [14] - 7:14, 10:6, 10:7, 11:20, 11:23, 11:25, 12:16, 13:8, 13:16, 13:19, 13:21, 19:10, 22:20
**west** [1] - 9:10
**West** [2] - 1:19, 2:2
**what** [22] - 5:17, 6:14, 7:8, 7:19, 8:13, 8:17, 9:7, 9:20, 10:2, 10:9, 11:1, 11:11, 12:5, 12:9, 13:8, 13:18, 13:24, 14:3, 15:13, 16:13, 21:12, 22:17
**what's** [1] - 20:12
**when** [16] - 6:12, 7:18, 8:19, 9:17, 9:24, 10:3, 10:25, 12:1, 12:9, 12:21, 13:23, 13:25, 14:5, 19:18, 19:19, 21:5
**whenever** [1] - 22:18
**where** [7] - 7:1, 7:5, 8:5, 9:7, 12:8, 15:2, 21:7
**whether** [1] - 7:3
**which** [1] - 14:22
**while** [1] - 17:9
**who** [7] - 6:13, 7:23, 9:17, 12:18, 12:21, 12:23, 13:14
**whole** [1] - 4:18
**why** [2] - 12:15, 12:20
**will** [13] - 8:17, 14:11, 14:20, 15:10, 15:11, 15:12, 17:6, 17:12, 19:16, 19:22, 20:4, 20:10, 22:16
**with** [26] - 4:13, 5:16, 6:11, 7:2, 8:6, 10:18, 11:1, 11:8, 12:4, 14:25, 15:16, 15:22, 16:13, 16:17, 17:10, 17:11, 17:12, 18:2, 18:7, 18:9, 18:17, 19:23,

20:9, 20:20, 22:16
**witness** [3] - 4:6, 5:10, 6:15
**witnesses** [1] - 21:14
**words** [1] - 13:25
**work** [3] - 8:6, 8:18, 11:12
**working** [1] - 5:15
**works** [1] - 19:7
**would** [14] - 5:4, 5:14, 5:17, 5:18, 6:10, 11:14, 11:17, 11:22, 11:25, 17:25, 19:1, 20:2, 20:21, 21:12

# Y

**y'all** [5] - 5:16, 6:17, 14:15, 14:19, 17:3
**yeah** [2] - 8:15, 11:24
**years** [1] - 20:18
**Yes** [1] - 6:25
**yes** [13] - 4:14, 6:1, 7:17, 9:1, 9:6, 10:1, 10:16, 11:6, 13:2, 13:4, 13:17, 16:25, 17:24
**yesterday** [1] - 4:18
**you** [105] - 4:10, 4:11, 6:2, 6:16, 6:21, 6:23, 7:2, 7:7, 7:8, 7:12, 7:13, 7:16, 7:18, 7:19, 8:1, 8:6, 8:9, 8:14, 8:24, 9:2, 9:7, 9:15, 9:17, 9:21, 9:24, 10:3, 10:11, 10:12, 10:15, 10:18, 10:25, 11:1, 11:7, 11:11, 11:14, 11:17, 11:20, 11:23, 11:25, 12:1, 12:4, 12:5, 12:9, 12:21, 13:16, 13:18, 13:23, 13:24, 14:5, 14:10, 14:20, 14:21, 14:22, 15:2, 15:5, 15:6, 15:13, 15:15, 15:16, 15:17, 15:19, 15:20, 15:25, 16:3, 16:7, 16:13, 16:22, 16:24, 17:12, 17:25, 18:16, 18:17, 18:25, 19:2, 19:6, 19:7, 19:10, 19:12, 19:19, 19:20, 19:23, 20:3, 21:12, 21:16, 21:23, 21:25, 22:8, 22:9, 22:10, 22:16, 22:17
**Your** [12] - 5:1, 17:15, 17:24, 18:13, 18:14, 20:7, 20:14, 20:24, 21:9, 21:13, 22:2, 22:15
**your** [14] - 4:10, 5:17, 10:18, 10:22, 12:4, 14:10, 14:15, 16:12, 16:13, 16:16, 19:8, 19:15, 19:20, 19:23