United States Courts
Southern District of Texas
FILED

## United States Court of Appeals
## for the Fifth Circuit

*December 26, 2024*

Nathan Ochsner, Clerk of Court

Certified as a true copy and issued
as the mandate on Dec 26, 2024

Attest:
~~Lyle W. Cayce~~
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 23-20144

United States Court of Appeals
Fifth Circuit

**FILED**

December 3, 2024

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

*versus*

LEE ROY VILLARREAL,

*Defendant—Appellant.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:15-CR-566-1

---

Before HO, ENGELHARDT, and DOUGLAS, *Circuit Judges.*

## JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellant pay to Appellees the costs on appeal to be taxed by the Clerk of this Court.

No. 23-20144

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 26, 2024

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

> No. 23-20144    USA v. Villarreal
> USDC No. 4:15-CR-566-1

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

*Shea E. Pertuit*

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

cc:
Mr. Brent David Chapell
Ms. Carmen Castillo Mitchell
Mr. Christopher Sully